# EXHIBIT A

## FRANCHISE DISCLOSURE DOCUMENT
## HOLIDAY HOSPITALITY FRANCHISING, LLC
**A Delaware Limited Liability Company**
**Three Ravinia Drive, Suite 100**
**Atlanta, Georgia  30346**
**(770) 604-2000**
**www.holidayinn.com/development**
**www.hiexpress.com/development**
**americas.development@ihg.com**

  

The franchisee will establish and operate a hotel under the Holiday Inn®, Holiday Inn® & Suites, Holiday Inn Express®, Holiday Inn Express® & Suites or Holiday Inn® Resort brand.

The total investment necessary to begin operation of a typical 100-room Holiday Inn or Holiday Inn & Suites hotel, excluding land costs and other matters, ranges from $7,033,770 to $10,451,435 ($70,337 to $104,924 per guest room) or more (see Item 7), including between $126,595 and $150,500 or more that must be paid to the franchisor or affiliate (see Item 5). The total investment necessary to begin operation of a typical 80-room Holiday Inn Express or Holiday Inn Express & Suites hotel, excluding land costs and other matters, ranges from $5,146,120 to $7,345,535 ($64,327 to $91,819 per guest room) or more (see Item 7), including between $126,595 and $150,500 or more that must be paid to the franchisor or affiliate (see Item 5). The total investment necessary to begin operation of a typical 250-room Holiday Inn Resort hotel, excluding land costs and other matters, ranges from $20,207,020 to $28,753,935 ($80,828 to $115,016 per guest room) or more (see Item 7), including between $209,595 and $250,500 or more that must be paid to the franchisor or affiliate (see Item 5).

This disclosure document summarizes certain provisions of your franchise agreement and other information in plain English. Read this disclosure document and all accompanying agreements carefully. You must receive this disclosure document at least 14 calendar days before you sign a binding agreement with, or make any payment to, the franchisor or an affiliate in connection with the proposed franchise sale. **Note, however, that no government agency has verified the information contained in this document.**

You may wish to receive your disclosure document in another format that is more convenient for you. To discuss the availability of disclosures in different formats, contact Patricia Womack, Franchise Sales at Holiday Hospitality Franchising, LLC, Suite 100, Three Ravinia Drive, Atlanta, GA  30346 and (770) 604-2912.

The terms of your contract will govern your franchise relationship. Don't rely on the disclosure document alone to understand your contract. Read all of your contract carefully. Show your contract and this disclosure document to an advisor, like a lawyer or an accountant.

Buying a franchise is a complex investment. The information in this disclosure document can help you make up your mind. More information on franchising, such as "A Consumer's Guide to Buying a Franchise," which can help you understand how to use this disclosure document is available from the Federal Trade Commission. You can contact the FTC at 1-877-FTC-HELP or by writing to the FTC at 600 Pennsylvania Avenue, NW, Washington, DC 20580. You can also visit the FTC's home page at www.ftc.gov for additional information. Call your state agency or visit your public library for other sources of information on franchising.

There may also be laws on franchising in your state. Ask your state agencies about them.

Issuance Date:  March 27, 2013

**STATE COVER PAGE**

Your state may have a franchise law that requires a franchisor to register or file with a state franchise administrator before offering or selling in your state.  REGISTRATION OF A FRANCHISE BY A STATE DOES NOT MEAN THAT THE STATE RECOMMENDS THE FRANCHISE OR HAS VERIFIED THE INFORMATION IN THIS DISCLOSURE DOCUMENT.

Call the state franchise administrator listed in Exhibit E for information about the franchisor, about other franchisors, or about franchising in your state.

MANY FRANCHISE AGREEMENTS DO NOT ALLOW YOU TO RENEW UNCONDITIONALLY AFTER THE INITIAL TERM EXPIRES.  YOU MAY HAVE TO SIGN A NEW AGREEMENT WITH DIFFERENT TERMS AND CONDITIONS IN ORDER TO CONTINUE TO OPERATE YOUR BUSINESS.  BEFORE YOU BUY, CONSIDER WHAT RIGHTS YOU HAVE TO RENEW YOUR FRANCHISE, IF ANY, AND WHAT TERMS YOU MIGHT HAVE TO ACCEPT IN ORDER TO RENEW.

Please consider the following RISK FACTORS before you buy this franchise.

1.     THE LICENSE AGREEMENT PERMITS ALL SUITS TO BE FILED IN GEORGIA.  YOU ARE NOT REQUIRED TO SUE HOLIDAY ONLY IN GEORGIA, BUT HOLIDAY CAN SUE YOU IN GEORGIA.   OUT OF STATE LITIGATION MAY FORCE YOU TO ACCEPT A LESS FAVORABLE SETTLEMENT FOR DISPUTES.  IT MAY ALSO COST YOU MORE TO LITIGATE IN GEORGIA THAN IN YOUR HOME STATE.  YOUR STATE LAW MAY SUPERSEDE THIS PROVISION AND IT MAY NOT BE ENFORCEABLE IN YOUR STATE.  SEE ANY SPECIAL DISCLOSURES AND PROVISIONS FOR YOUR STATE IN THE STATE ADDENDA TO THE LICENSE AGREEMENT IN EXHIBIT B.

2.     THE LICENSE AGREEMENT STATES THAT GEORGIA LAW GOVERNS THE AGREEMENT, AND THIS LAW MAY NOT PROVIDE THE SAME PROTECTION AND BENEFITS AS YOUR LOCAL LAW.  YOUR STATE LAW MAY SUPERSEDE THIS PROVISION AND IT MAY NOT BE ENFORCEABLE IN YOUR STATE.  SEE ANY SPECIAL DISCLOSURES AND PROVISIONS FOR YOUR STATE IN THE STATE ADDENDA TO THE LICENSE AGREEMENT IN EXHIBIT B.

3.     THERE MAY BE OTHER RISKS CONCERNING THIS FRANCHISE.

Effective Date:  See the next page for state effective dates.

**STATE EFFECTIVE DATES**

The following states require that the Franchise Disclosure Document be registered or filed with the state, or be exempt from registration:  California, Hawaii, Illinois, Indiana, Maryland, Michigan, Minnesota, New York, North Dakota, Rhode Island, South Dakota, Virginia, Washington and Wisconsin.

This Franchise Disclosure Document is registered, on file or exempt from registration in the following states having franchise registration and disclosure laws, with the following effective dates:

| | |
|---|---|
| California | March 26, 2013 |
| Hawaii | April 5, 2013 |
| Illinois | March 26, 2013 |
| Indiana | March 26, 2013 |
| Maryland | April 4, 2013 |
| Minnesota | April 2, 2013 |
| New York | March 29, 2013 |
| North Dakota | April 2, 2013 |
| Rhode Island | April 2, 2013 |
| South Dakota | March 29, 2013 |
| Virginia | April 9, 2013 |
| Washington | March 31, 2013 |
| Wisconsin | March 29, 2013 |

In all other states, the effective date of this Franchise Disclosure Document is the Issuance Date of March 27, 2013

# TABLE OF CONTENTS

ITEM 1:  THE FRANCHISOR AND ANY PARENTS, PREDECESSORS, AND AFFILIATES ........................1
ITEM 2:  BUSINESS EXPERIENCE .....................................................................................................6
ITEM 3:  LITIGATION .......................................................................................................................12
ITEM 4:  BANKRUPTCY ...................................................................................................................22
ITEM 5:  INITIAL FEES .....................................................................................................................22
ITEM 6:  OTHER FEES .....................................................................................................................24
ITEM 7:  ESTIMATED INITIAL INVESTMENT ..................................................................................37
ITEM 8:  RESTRICTIONS ON SOURCES OF PRODUCTS AND SERVICES .....................................44
ITEM 9:  FRANCHISEE'S OBLIGATIONS .........................................................................................49
ITEM 10: FINANCING .......................................................................................................................50
ITEM 11: FRANCHISOR'S ASSISTANCE, ADVERTISING,
         COMPUTER SYSTEMS AND TRAINING ...........................................................................50
ITEM 12: TERRITORY .......................................................................................................................60
ITEM 13: TRADEMARKS ...................................................................................................................61
ITEM 14:  PATENTS, COPYRIGHTS AND PROPRIETARY INFORMATION .......................................64
ITEM 15: OBLIGATION TO PARTICIPATE IN THE ACTUAL OPERATION OF THE FRANCHISE BUSINESS ..........68
ITEM 16: RESTRICTIONS ON WHAT FRANCHISEE MAY SELL. .....................................................69
ITEM 17: RENEWAL, TERMINATION, TRANSFER AND DISPUTE RESOLUTION .............................70
ITEM 18: PUBLIC FIGURES ..............................................................................................................72
ITEM 19: FINANCIAL PERFORMANCE REPRESENTATIONS ...........................................................72
ITEM 20: OUTLETS AND FRANCHISEE INFORMATION ...................................................................89
ITEM 21: FINANCIAL STATEMENTS .................................................................................................99
ITEM 22: CONTRACTS .....................................................................................................................99
ITEM 23:  RECEIPTS .............................................................................................................LAST PAGE


EXHIBITS:


A        Application Letter Form ...............................................................................................A-1
B        License Agreement, Brand Specific Provisions to License Agreement and State Addenda............B-1
C        Master Technology Agreement.....................................................................................C-1
D        Registered Agents ......................................................................................................D-1
E        State Franchise Administrators ....................................................................................E-1
F1       List of Current Franchisees ..........................................................................................F-1
F2       List of Former Franchisees...........................................................................................F-2
G        Financial Statements of Holiday Hospitality Franchising, LLC. ....................................G1-1
         Financial Statements of Six Continents Hotels, Inc. ...................................................G2-1
H        IHG Merlin Terms and Conditions ...................................................................................H
I        Ancillary Agreements
             IHG  Voice Reservation Service Agreement ...........................................................I1-1
             Revenue Management for Hire Agreement............................................................I2-1
             Sporting News Grill Agreement.............................................................................I3-1
J        State Addenda to Disclosure Document........................................................................J-1
K        Receipts .....................................................................................................................K-1

©2013 Holiday Hospitality Franchising, LLC

i

pay all training fees and any travel and living expenses of your trainees.  You must also purchase training materials for the training programs described in Item 11. The cost of training materials for the pre-opening training programs described in Item 11 is included in the registration fee for the training program in question, and the costs of the training materials for any additional training programs which Holiday requires will be included in the registration fee for those programs.

Holiday may consider requests to alter the requirements described in this Item.  Holiday will only consider changes under special circumstances and any changes must comply with applicable laws.

## ITEM 6

## OTHER FEES

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| Royalty | 5% of Gross Rooms Revenue ("GRR") for Holiday Inn brand group Hotels, 6% of GRR for Holiday Inn Express brand group Hotels. | Monthly, payable to Holiday on the 15th of the following Month | Note 1 |
| Services Contribution | 3% of GRR for Holiday Inn brand group and Holiday Inn Express brand group Hotels. | Same as Royalty | Note 2 |
| Initial Special Marketing Contribution for the Frequency Program | $10.00 per approved guest room. | With 1st Royalty Payment (1 time Charge) (Payable to SCH) | Note 3 |
| Special Marketing Contribution for the Frequency Program | 4.75% of Qualifying Full Folio Revenue from Frequency Program members for all brands,<br><br>$4.75 per enrolling stay with a flat 1,000 points issued, and<br><br>1.2% of meeting revenue. | Same as Royalty (Payable to SCH) | Note 3 |
| Capital Reserve | Up to 5% of GRR for all brands. | Monthly (If Required by Holiday) | Note 4 |
| Technology Fee | $12.75 per room, per month. | Monthly (Payable to SCH) | Note 5 |
| Activation Training for PERFORM and pricing Tools | $595 to $1,095 per PERFORM Activation Workshop, plus an additional $500 if Hotel uses Proxy or Data Extract Process. | Before attending (Payable to SCH) | Note 6 & Item 11 |
| Price Optimization (optional) | $30 per month. | Monthly | |
| **PMS Software Maintenance:**<br><br><br><br>Opera | Costs will vary according to your technology needs.<br><br>The following are estimates for the **premise based** option and do not include all items, which may be reflected in your hotel's MICROS Systems, Inc. contract.<br><br>$29.75/$35.69 per room, per year for PMS. | Annually (Payable to MICROS Systems, Inc.) | Note 7 & Item 11 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| | $3.14/$4.19 per room, per year for Oracle (the operating system for the PMS). | | |
| | $297.43/$594.89 per interface, per year, above bundle (excludes Micros POS & Credit Cards). | | |
| | The Credit Card Interface Maintenance Fee for the PMS Software Maintenance is $1,308.71. | | |
| | For hotels with less than 150 rooms and six PMS workstations, a hosted PMS option is available. This option is priced differently from the premise-based option which is offered to all SCH hotels. | | |
| | The following are estimates for the **hosted** option and do not include all items, which may be reflected in your hotel's MICROS Systems, Inc. contract: | | |
| | There are no separate maintenance fees charged in the hosted PMS model.  All maintenance costs are included in the ongoing hosting fees paid. Hosting fees are noted below: | | |
| | $5.19 / $5.98 per room, per month for PMS. | | |
| | $0.33 / $0.36 per interface, per room, per month, above bundle (excludes Micros POS & Credit Cards). | | |
| | The Credit Card Hosted Interface Fee is $143.25 per month. | | |
| | Maintenance and/or hosting fees may be increased up to 5% per year. | | |
| | $150.00 (1 – 150 rooms) | | |
| | $175.00 (151 - 250 rooms) | | |
| | $200.00 (251 + Rooms) | | Note 7 & Items 8 & 11 |
| | Costs are noted above on a per month basis. | 4-year warranty upgrade package purchased at initial installation. | |
| PMS Hardware Maintenance | | A terminal monthly maintenance fee begins upon installation and is | |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| (Costs vary according to your technology needs) | | a variable rate based on a hotel's room count. (Payable to SCH) | |
| FastConnect Plus And Access Control Manager | $164.57 | Monthly (Payable to AT&T) | Note 7 |
| **ONGOING MANAGEMENT TRAINING*:** | | | |
| Workshops can include, for example:<br>(a)  General Manager Program<br>(b)  Front Office Operations Training<br>(c)  Sales Workshop(s)<br>(d)  Service Workshop(s)<br>(e)  Revenue Management Essentials Certification Workshop(s)<br>(f)  Quality Workshop(s)<br>(g)  Food and Beverage Workshop(s)<br>(h)  Specialized Workshop(s)<br><br>* Cancellation/no show penalties may apply. | Pricing for workshops range from $295-$5000 per workshop per person depending on length, subject, content and delivery. | All payable to SCH upon attending | |
| Merlin | $50 per month. | Payable to SCH | Item 7, Note 4 |
| Travel Agent Commissions (IHG Commission Services) | 10% (minimum) commission on GRR (or other commission that Holiday designates). | Monthly (Payable to SCH) | Note 8 |
| Gift Card Equipment | Estimated terminal cost of $250-$400 (one time charge) if a terminal is required. | Before opening if plan has started; otherwise when plan starts. | Note 3 |
| Third Party Distribution Connection Fees | See Note 8. | Monthly (Payable to SCH) | Note 8 |
| Performance Marketing Fees | 10% – 15% commission on consumed revenue booked. | Monthly (payable to SCH or intermediary) | Note 8 |
| GDS Biasing Programs | 5% of incremental revenues delivered through the program. | Monthly (payable to SCH) | Note 8 |
| BTA Revenue Programs | 2.25% – 5% override fee (in addition to standard travel agency commission) per consumed room nights, to a maximum $20,000. | Monthly (payable to SCH) | Note 8 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| Mid-Market Account Program Booking Fees | 7% of consumed transient revenue booked through Mid-Market Account Program.<br>5.5% of consumed group revenue booked through Mid-Market Account Program. | Monthly (payable to SCH or intermediary) | Note 8 |
| Local Marketing Programs | See Note 9. | | Note 9 |
| Tax on Sales/Gross Receipts | Holiday's actual cost. | Upon notice from Holiday | Note 10 |
| Standard Fee for Room Additions | $500 for each new approved guest room or suite. | With the room/suite addition application | Note 12 |
| 1.   New Development (6 month extensions) | 1/2 of Application Fee. | With extension request | Note 11 |
| 2.   New Development (incremental extensions) | Then-current Application Fee prorated according to time period requested. | With extension request | Note 11 |
| 3.   Room Additions (6 month extension) | 1/2 of original room addition Application Fee. | With extension request | Note 12 |
| Public Offering or Private Placement Processing Fee | $25,000 plus additional costs incurred by Holiday. | When you or any of your owners submit request for approval of private placement or public offering | Note 13 |
| Audit/Interest | Amount of deficiency, interest and $3,000 audit fee (audit fee may be increased on Systemwide basis). | Upon notice from Holiday | Note 14 |
| Re-licensing Fee | $500 per guest room but not less than $50,000. Fees vary for Licenses of 60 months or less. See Item 5. | Due with re-licensing application, payable to Holiday | Note 15 |
| Changes of Ownership Fee | $500 per guest room but not less than $50,000. Fees vary for licenses of 60 months or less. See Item 5. | Due with application payable to Holiday | Note 15<br>(Only for change of controlling ownership) |
| Realignment/name change; brand conversion processing fee | $5,000 for franchisee name change, ownership realignment or brand conversion. | Payable to Holiday upon realignment, name change or brand conversion, if approved | |
| PIP inspection/preparation fee | $5,000  for a standard PIP to $7,500 for a courtesy PIP prepared at your request or for a re-inspection. | Before application, or upon request for a PIP | Item 5 |
| Plan and/or FF&E Default | $2,500 to cover costs of SCH travel and expenses related to plan and/or FF&E defaults. | Payable to Holiday upon default | See Item 11 |
| PIP Default Travel | Up to $2,500 to cover costs of SCH travel and expenses related to PIP defaults. | Payable to Holiday upon default | Note 17 |
| Indemnification | | Upon demand | Note 16 |
| Quality Visits for guest satisfaction or quality | Up to $7,500. | Before follow up inspection and/or | Note 17 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| evaluation failure, default or termination status/ failed PIP inspection | | special inspection | |
| Monthly Quality Self Assessment (MQSA), Management Action Plan (MAP), or Hotels that fall below the Acceptable guest satisfaction threshold | Up to $5,000 for failure to complete the mandatory MQSA or MAP as required. Hotels that fall into the guest satisfaction category below the acceptable brand threshold must pay up to $5,000 for each required visit and assigned training classes. | Upon notice from Holiday | Note 17 |
| Liquidated Damages Payment on Premature Termination Before Holiday Authorizes You to Use System at Hotel (includes termination resulting from failure to perform "The Work". See License, Sec. 14.I | A lump sum equal to the monthly average of all amounts that would have been payable to Holiday under paragraphs 3.B(1), (3) and (4) of the License assuming the Hotel had collected Gross Rooms Revenue based on the average daily revenue per available room for all hotels in the System for the previous 12 months, as determined by Holiday, multiplied by the greater of (a) 6 or (b) the number of full and partial months from the Term Commencement Date to the termination date of the License. | Promptly Upon Termination | Item 17 f., g., h. and Note 3 to Item 17 |
| Liquidated Damages Payment on Premature Termination By Holiday after Holiday Authorizes You to Use System at Hotel: (applicable only if License terminates before expiration, and after you are authorized to use System at Hotel, in accordance with License Agreement, Sec.12C, Sec. 12D, and Sec. 12F.) | An amount equal to the total amounts required under License Paragraphs 3.B(1), (3) and (4) during the 36 calendar months of operation preceding the termination or during the preceding number of months equal to the unexpired License Term at the time of termination (if less than 36 months); or if the Hotel has not been in operation in the system for 36 months, an amount equal to the greater of (1) 36 times the monthly average of these amounts for the period during which the Hotel has been in operation in the System, or (2) 36 times these amounts as are due for the one month preceding the termination. | Promptly upon Termination | Item 17f., g., h. and i. and Note 4 to Item 17 |
| Best-4-Breakfast® merchandising & menus, training materials and consultant oversight (Holiday Inn brand group Hotels only) | $900+ shipping & handling purchased through SCH. An additional fee of $2,000 for an evaluation visit if the hotel is not compliant to become certified as compliant. Each subsequent visit for the same issue will require $2,000 and an incremental $500 if the hotel is non-compliant with any F&B standard. | Payable to SCH Suppliers or SCH upon demand | Note 18 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| Morning Matters® | $200 initial charge for training and initial collateral material. | | |
| SPARKLE room cleaning program | One-time charge of approximately $295 for program materials and/or tools and training not including travel costs for one person. | | |
| Kids Eat Free (Holiday Inn brand group Hotels only) | | | Note 19 |
| Royalty in case of Casualty | 2% of GRR based on average GRR for preceding 12 months. | Monthly, payable to Holiday on the 15th of the following month | Note 20 |
| Promotions; required and optional advertising materials | | Payable to Holiday on request | Note 21 |
| Guest Relations Fees | Quality and Service contacts from the Hotels will be handled by Guest Relations in the 'One Contact Resolution' process.  Your Hotel must pay a case management fee of $150, plus compensation of no greater than one night room fee and tax.<br><br>Non service and Quality cases (such as billing or reservations issues) that are not resolved within 48 hours by the Hotel will be handled by Guest Relations with a case management fee of $150. | Payable to Holiday upon notice | Note 24 |
| IHG  Reservation Voice Service | 3.0% consumed revenue fee for all reservations originated from the service, which may be changed once annually.<br><br>Cross Sells generated from this program to non-participating hotels may be charged a commission of 10%. | Monthly (Payable to SCH) | Note 8<br>Note 22 |
| Revenue Management for Hire Program | $925 – $3,350 per month depending on total room count and annual occupancy (These fees apply until December 31, 2013, after which they may change.)<br>Plus, out of pocket travel expenses for SCH personnel.<br>(These fees are Modifiable with 90 days written notice) | Monthly (Payable to SCH) | Note 23 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| IHG Rewards Club Measured Standards | $500 per standard failed.<br><br>Fee escalates by an incremental $500 each consecutive quarter Hotel in "Failure" status. | Quarterly<br>(Payable to SCH) | Note 25 |
| Green Engage | $50 monthly. | Monthly (Payable to SCH) | Note 26 |

**Note 1:**  Holiday can require you to make any payments due to Holiday to its parents, affiliates, subsidiaries or other designees.  For example, many charges and fees shown on the table above are payable to SCH. Unless otherwise stated, all charges and fees on the table above are nonrefundable and the charge or fee or its formula is uniformly imposed on similarly-situated franchisees.

"GRR" means all income attributable to or payable for rental of guest rooms and suites at the Hotel, including, but not limited to, any mandatory fee or surcharge charged to all guests renting a room, such as resort fees, with no deduction for any item, including, for example, no adjustments for the cost of any food and beverage items provided or made available to a guest as an incident of a guest room rental. The only permitted deductions are those for sales and room taxes.  GRR includes fees or payments you collect if a guest does not stay after making a reservation, which is often called "No-Show Revenue". Holiday may require you to settle all outstanding obligations payable to Holiday by direct account debit, electronic funds transfer, or other similar technology designed to accomplish the same purpose.  Holiday may also charge royalties on revenues from any activity that you provide at the Hotel by mutual agreement with Holiday and that such activity: (i) is not offered at System Hotels generally (at the time you enter into the License) and is likely to benefit significantly from, or be identified significantly with, the Holiday Inn or Holiday Inn Express brand names or other aspects of the System; or (ii) is designed by or developed by Holiday.  Certain fees paid by franchisees, other than the royalties and related fees, are payable to SCH and either SCH or Holiday may collect those amounts from franchisees.

Holiday Inn brand group hotels may, with Holiday's advance written approval, implement a Sporting News Grill (see Item 8).  Holiday's approval is subject to the execution of the Sporting News Grill Agreement with SCH. The Sporting News Grill Agreement (Exhibit I-3) mandates the terms of the design and operation of the Sporting News Grill. If you sign the Sporting News Grill Agreement after January, 2010, there may be a royalty of 3% of all "Gross Food and Beverage Revenues" (defined below) from the sale of food and beverage items at the Hotel occurring after June 30, 2011 "Gross Food and Beverage Revenues" means all revenues and income arising from the sale of food and beverage items and services at the Hotel and are defined in more detail in the Sporting News Grill Agreement. If you sign the Sporting News Grill Agreement after January, 2010, you will receive at least 90 days' notice before the commencement of the royalty or annual fee.

**Note 2:** You must pay a Services Contribution equal to 3.0% of GRR for Holiday Inn brand group hotels (Holiday Inn, Holiday Inn Resort and Holiday Inn & Suites brand hotels) and for all Holiday Inn Express brand group hotels (Holiday Inn Express and Holiday Inn Express & Suites brand hotels). Holiday will use these funds in its sole judgment for marketing, reservations and other related activities, which, in Holiday's business judgment as to the long-term interests of the System, support marketing, reservations, and other related functions.  Funds from Services Contributions are typically invested in activities that strengthen the brand such as awareness advertising, research, and the development of new or improved services, but may include tactical marketing initiatives more focused on short term revenue enhancement.  The Services Contribution does not include the cost or installation of reservation services equipment or training in the use of the equipment.   Holiday can change the Services Contribution from time to time if the change is approved by either: (i) a majority of members (counted on the basis of one hotel, one vote) of the System who represent a majority of the Hotels to be subject to the increase; or (ii) a majority of the members of the System or the IHG Owners Association (the

30

franchise association or successor approved by Holiday) at a meeting of System franchisees or at an annual IHG Owners Association meeting.  Holiday can convene either meeting on at least 45 days advance notice. Holiday may, on 30 days advance notice, increase the Services Contribution by up to 1% of Gross Rooms Revenue.  If Holiday does so, the increase will be effective for no longer than 12 months.  If Holiday increases the Services Contribution in this way, then Holiday cannot make another discretionary increase again for 24 months after the expiration of the increase.

**Note 3:**  Your Hotel must participate in the frequency program (the "Frequency Program") for as long as SCH chooses to market a Frequency Program. The Frequency Program is currently marketed to consumers under the names "IHG[®] Rewards Club", "Priority Club", "Priority Club[®] Rewards", and "Priority Club[®] Meeting Rewards".  You must pay the Initial and Special Marketing Contributions to the Frequency Program.  (The Initial Special Marketing Contribution is payable when Hotels first enter the System).  SCH can change the Special Marketing Contribution. The Frequency Program is an incentive program that rewards members for frequent qualifying stays at all Holiday Inn and Holiday Inn Express brand group Hotels (and, as described in Holiday's separate disclosure documents, for all Crowne Plaza, Hotel Indigo, Staybridge Suites, Candlewood Suites and InterContinental Hotels & Resorts brand group Hotels) and other hotel brands within the SCH hotel portfolio.  The Frequency Program includes alliances with airline frequent flyer programs and other Holiday brands.  Through these alliances, Frequency Program members may choose to collect and convert their Frequency Program points into airline miles, or choose to collect miles automatically with each stay.  SCH may add or delete airlines and alliances within other industries from the Frequency Program.

SCH's Multibrand and Relationship Marketing department has established marketing relationships with airlines, rental car companies, banks and other types of companies, some of which include co-branding with IHG® Rewards Club. These alliances may produce revenue and income for SCH that do not result from any required purchases that you make.

The Special Marketing Contribution to the Frequency Program is currently 4.75% of Qualifying Full Folio Revenue and 1.2% of Qualifying Meeting Revenue. SCH can change these percentages in its sole judgment. All enrolling stays will be assessed a flat rate of $4.75 to the enrolling hotel and a flat 1,000 points will be issued to the member regardless of their qualified stay revenue.  Qualifying Full Folio Revenue includes:  (a) Qualifying Room Rates (defined below), (b) charges for food and beverage, telephone, laundry and pay-per-view movies, including applicable taxes, when charged to the member's room regardless of whether a qualifying room rate was paid, and (c) at the Hotel's discretion, any other items charged to the member's room not defined in the previous items (a) or (b).  Full Folio Revenue data is provided to the Frequency Program through an automated interface from the property management system certified as compatible by SCH, currently Opera. Qualifying Room Rates include, for example:  (1) non-discounted rates; (2) standard corporate rates; (3) leisure rates; (4) government rates; (5) Corporate Gold rates and worldwide sales negotiated rates; (6) conference and meeting rates; and (7) individual Hotel contract rates.  If discounts on rates (6) and (7) exceed 30% of the Hotel's published rates, the Hotel may exclude the awarding of IHG® Rewards Club Rewards credits for these discounted room rates.  Group room nights are now considered qualified when the meeting meets the threshold for IHG[®] Rewards Club Meeting Rewards ("PCMR") points.

Qualifying Meeting Revenue includes all Hotel revenue arising from negotiated guest room rates and meeting room usage associated with the rental of ten or more guest rooms consumed for at least one night of the meeting.  Qualifying Meeting Revenue also includes food and beverage and/or other meeting room revenue associated with the meeting charged by the Hotel in its discretion.  IHG® Rewards Club Points are capped at 60,000 per meeting.  At three points per dollar payable at 1.2%, the amount contributed to the Frequency Program is capped at $240 per meeting.

In 2010, the Frequency Program was extended until December 31, 2013 by a vote of all hotel principal correspondents of Holiday licensed Hotels in good standing.  Under this extension, Frequency Program members may accumulate points through December 31, 2013, and may redeem them through June 30, 2014.

Votes on changes to the Special Marketing Contribution or other Frequency Program elements requiring a vote of System franchisees will be counted on a "negative option basis", which means that those Hotels which do not respond by the specified voting deadline will have their votes counted as a vote for approval of the proposed change(s).

Hotels must also participate in the Frequency Program Hotel Rewards Program, currently called "IHG® Rewards Club Reward Nights." Compensation to the Hotel for redeeming the points for a stay at the Hotel is correlated with the Hotel's annual average daily rate (ADR) for the period equal to the previous SCH fiscal year ending December 31, 2011. The ADR that Holiday calculates and uses to determine the compensation for redeeming Points currently ranges from $20 to $50 if occupancy at the Hotel is less than 95% on the night of the award stay, or the Hotel's ADR on the night of the award stay if occupancy at the Hotel is equal to or greater than 95% on the night of the award stay. Holiday will not reimburse occupancy taxes or other similar indirect taxes on the redemption of points unless such taxes exceed $50,000 annually at your Hotel. The ADR's that Holiday calculates are based only upon qualifying stays - those stays at the Hotel for which IHG® Rewards Club Reward Nights points were awarded to guests.

**Note 4:** Holiday may impose or change capital reserve requirements for your Hotel from time to time. If Holiday requires a capital reserve, you must establish an escrow reserve account funded monthly. Since the capital reserve may not be sufficient to maintain the Hotel as a first class facility in accordance with Holiday's standards, you must promptly provide any necessary additional funds to meet Holiday's product quality and consumer quality requirements. Holiday will give you at least ninety days' notice of any establishment or change in capital reserve requirements (See also Section 14.L of the License).

**Note 5:** Holiday may increase this fee in an amount it judges to be reasonable, but not by more than 10% of the fee in effect at the beginning of the year. The Technology Fee does not include the cost and installation, maintenance or repair of equipment or training at the Hotel. Holiday will use this fee to provide technology services, including HOLIDEX® Plus.

**Note 6:** The PERFORM$^{SM}$ system uses hotel historical data and future bookings to create a detailed forecast of future business for your hotel over the next 50 weeks. The PERFORM system also produces inventory controls which are used in the sales process of your PMS and all direct (CRO, Brand Website) and indirect channels (such as GDS or online travel agencies (OTA)). The PERFORM system typically requires a minimum of one year of 2-way data before it can be activated. You must attend a workshop and pay SCH a fee of $595-$1,095 per workshop for PERFORM activation training. There is an additional charge of $500 if your Hotel receives the PERFORM system via the Proxy or Data Extract process, which allows PERFORM to be activated with less than one year of HOLIDEX® Plus 2-way data. If this process is used, the Hotel must monitor its forecasts and inventory controls closely. These fees do not include the cost of travel, meals, or lodging for contractors, Hotel employees, or Holiday's employees (see note 5).

PERFORM with Price Optimization is the latest addition to Holiday's PERFORM revenue management system and helps Holiday's hotels determine the best daily price. The system integrates the demand forecast, publicly available competitive rates, and price sensitivity to make optimal pricing recommendations for its hotels. When you implement PERFORM with Price Optimization, you may be required to attend a training workshop from an SCH employee or its agent and you must pay a monthly subscription fee which is currently $30 per month.

See Item 11 for a more detailed discussion of PERFORM.

**Note 7:** Currently, Holiday Inn brand group Hotels with fewer than 150 rooms and requiring no Sales and Catering functionality and Holiday Inn Express brand group Hotels and Holiday Inn brand group Hotels with at least 150 rooms and/or requiring Sales and Catering functionality must use Opera. (See Items 1, 8 and 11). You must also obtain ongoing maintenance and support for the required PMS software, including upgrades and new versions (see Items 8 and 11) and other software including operating system upgrades and anti-virus, anti-malware, and anti-spyware software. The anti-virus, anti-malware and anti-spyware software is part of a product of McAfee, Inc. called Total Protection for

32

Network (ToPS), which will be administered and managed by AT&T via the FastConnect Plus solution. The PMS Provider will bill you and collect the fee from you for the required PMS software support and the PMS Provider provides the support.  You must also obtain ongoing equipment maintenance for the PMS hardware as arranged through either SCH or an approved vendor.  The costs will vary according to your technology needs and the costs listed on the table are estimates.

The PMS Provider will provide you with a third-party license and hosting agreement for the use of the PMS software. Therefore, you must sign a third party license and hosting agreement with MICROS Systems, Inc., the PMS provider for Opera, or with any other PMS provider designated by SCH (see Items 1, 8 and 11). This license agreement includes on-going maintenance and support for the PMS software.  The PMS Provider will bill you annually for the support fee. The PMS Provider may not increase the maintenance and support fee more than once during any calendar year.  You must also pay support fees for the other components of property-level systems, such as PMS equipment maintenance, and for other systems which interface to the Opea PMS system; such as the telecommunications system, the electronic door locking system, high speed Internet access and the specialized sales software.  Hardware and software maintenance fees may vary based on the number of rooms at the Hotel.  The fees for local and long distance telephone service and line charges are not included in the estimated fees on the chart. The costs will vary according to your technology needs, and the costs listed on the chart are an estimate.

**Note 8:  Third Party Distribution Connection Fees:**  The IHG Commission Services ("ICS") program is optional for all Holiday Inn and Holiday Inn Express brand group Hotels. However if you hotel participates in GDS, your hotel's participation in ICS is mandatory.  ICS was the first centralized commission payment program in the industry, and currently has over 165,000 participating travel agencies in 52 countries.  SCH will provide you with a monthly invoice detailing all commissions and Distribution Connection fees that SCH pays for you.  As a participant in ICS, you must pay the customary minimum of 10% of the GRR (or another percentage that Holiday designates) for the travel agent or other referral source booking.  In some cases Holiday is able to negotiate this percentage and it is subject to increase from time to time.  As a participant in ICS, you are automatically enrolled in the Global Distribution System ("GDS"), which provides reservation linkage with four major airline reservation systems.  In order to enroll in the Global Distribution System ("GDS"), you must participate in the ICS program.  You must pay a GDS fee for any reservation through the GDS that is not cancelled. In some cases Holiday is able to negotiate the GDS fee but the fee is set by third parties and is subject to change upon 30 days notice to you.  GDS Fees are currently set at $6.30 per reservation and are subject to change.  Additionally, alternative connections may be developed between SCH and vendors which may be subject to transaction fees. Alternative connection transaction fees are determined by the cost of operating the connection or by the cost of the third parties who provide the connections.  The Direct Connect Fee for an alternative connection may vary per year depending on connection costs and third party costs.  Direct Connect fees are currently set at $3.03 per reservation and, yet are subject to change.  You may pay your commissions and transaction fees by direct debit through Pegasus Commission Processing.  If you decline this option, you must pay SCH $2.00 per commissionable transaction billed in addition to the commission.  Pegasus rebates SCH 3.05% of all commissions collected for their members; and, 3.50% of the total commission paid for non members. Additionally, ICS may be used as a mechanism to bill for other SCH programs such as IHG  Voice Reservation Service Agreement cross-sell fees or GDS Biasing programs.  The programs in which SCH uses ICS for billing may change from time to time.  A separate entity affiliated with SCH, known as IHG ECS (Barbados) SRL, operates the SCH ICS program.  For reservations made through a travel agent or other referral source and processed for SCH or its subsidiaries by Pegasus Commission Processing, SCH will receive a minimum of 2% of the commissions paid to Pegasus Member agents to cover the costs of running the ICS program.  (These amounts are subject to change without notice.)

**Performance Marketing Program:**  All hotels are automatically enrolled in the Performance Marketing Program ("PMP").  However, Hotels can opt-out if they do not want to participate in the PMP.  If they opt out, they will receive no bookings from the PMP.  The PMP is designed to be a performance-based and self-funded Internet Marketing program that generates increased revenue potential for Hotels.  The PMP

markets the System through SCH direct channels (SCH branded web sites and Central Reservations Office, or "CRO"). Internet users can click on advertising placed by SCH and be linked to SCH's Internet reservations page or call a trackable SCH CRO telephone number displayed on the advertisement to make reservations. If a Hotel stay is generated for your Hotel through this process, your Hotel must pay SCH a negotiated percentage of the consumed revenue booked no greater than 15%. No GDS fee will be charged for these PMP transactions. A portion of the commissions paid by Hotels will be used by SCH to satisfy financial obligations to associated media companies and publishers which provided the advertising placements to SCH. Specific Commission payment levels for each associated media company and publisher vary based on size, strategic value, and actual or potential revenue contribution. SCH will use the commissions to pay for managing the PMP and for placing additional advertisements.

**GDS Biasing Programs**: SCH works with the GDS to provide Hotels with additional advertising opportunities. Galileo and Worldspan (two of the four GDS providers) invite qualifying hotels to participate in the Galileo Featured Property Plus or Worldspan Featured Property Plus Programs. These are optional pay-for-performance marketing programs that provide access to marketing services to reach over 100,000 travel agency locations around the world. Galileo and Worldspan guarantee a 20:1 return on investment for marketing fees paid by participating Hotels (effectively a 5% commission charged against incremental revenues attributed to the program). Hotels are billed through the ICS system. Participating hotels in Galileo Featured Property Plus are featured in Galileo Featured Property. Participating hotels in Worldspan Featured Property are featured in Worldspan Featured Property. SCH may negotiate additional GDS marketing programs, and if it does, the fees may vary.

**BTA Revenue Programs**: Business Travel Agency ("BTA") refers to a subset of agencies that account for a significant portion of all travel delivered to SCH Hotels via travel agencies. BTA Revenue Programs are pay-for-performance marketing programs designed by SCH to drive incremental revenue and improve market share with SCH travel agency partners. The key focus of these programs is to reward agencies for increasing market share by driving non negotiated rate and/or contracted business to Hotels. Hotels pay a 2.25% – 5.00% override fee (in addition to standard travel agency commission) per consumed room nights over the base amount, up to a maximum of $20,000 per year). Commissions are paid through the ICS. SCH negotiates and executes a centralized global contract on behalf of all Hotels in the system.

**Mid-Market Account Program:** All hotels are automatically enrolled in the Mid-Market Account Program (MMAP) However; Hotels can opt-out if they do not want to participate in the MMAP. If they opt out, they will receive no bookings from the MMAP. The Mid-Market Account Program is designed to generate incremental revenue from mid-market and local accounts to IHG hotels by developing new accounts. Hotels agree to honor the discount percentage that is attached to the account. Discounts are based on the room night volume of the Mid Market Account Program client and calculated off the Best Flexible Rate (BFR). Discounts range from 3.0% to 14.5% off BFR. Hotels agree to pay a booking fee equal to 7% of the consumed transient room revenue, and 5.5% of the consumed group revenue for all Mid Market Account Program accounts. Hotels agree to pay any GDS or Third Party fees associated with MMAP clients.

**Note 9:** You may conduct local and regional marketing programs and related activities, but only at your expense and subject to Holiday's requirements. Holiday may impose reasonable charges for advertising materials you choose to order from it for these activities. There are no marketing associations or cooperative programs for which participation is mandatory.

**Note 10:** You must pay to Holiday an amount equal to any sales, gross receipts or similar tax that may be imposed on Holiday and calculated solely on payments required under the License, unless the tax is an optional alternative to an income tax otherwise payable by Holiday.

**Note 11:** If your Hotel is a new development Hotel and you apply for an extension of the construction commencement deadline, you must pay an extension fee. If Holiday approves your extension request and you begin construction within the extension period, then Holiday will refund the extension fee you paid, without interest, less the expenses Holiday incurred in processing the extension request. If you do

not begin construction within the extension period, Holiday may refund or retain the extension fee as it determines.  Holiday's approval of extension requests is not automatic.  You must pay any expenses Holiday incurs in processing the extension request.

Whether your Hotel is a new development Hotel or a conversion, you must pay any expenses Holiday incurs in processing any construction commencement or completion extension request you make.

**Note 12:**  Holiday charges a standard Additional Room Application Fee for applications for approval of any guest rooms or guest suites to be added to the Hotel (presently, $500 per additional guest room/suite).  If you withdraw the room or suite addition application before Holiday approves it, or if Holiday denies the application, then Holiday will refund the Additional Room Application Fee, less direct expenses it incurred.  Holiday may require upgrading of your existing facility as a condition of approving a room or suite addition application.  You may apply for an extension of the deadline for completion of the room or suite addition, and if Holiday approves your request, you must pay an extension fee.  Fees for room/suite additions and for extensions of room addition deadlines become non-refundable if Holiday approves your request.  Again, approval of extension requests is not automatic and you must pay any expenses Holiday incurs in processing the extension request.

**Note 13:**  If you propose a securities offering requiring registration under any federal or state securities law, you must apply to Holiday for approval of the offering and pay Holiday a non-refundable securities offering fee of $25,000 when you apply.

**Note 14:**  If an audit by Holiday discloses a deficiency in any payment, you must immediately pay Holiday the amount of the deficiency and an audit fee of $3,000. The audit fee may be increased on a Systemwide basis.  If the audit does not result in a deficiency being assessed, then you pay no audit fee. If the audit discloses an overpayment, Holiday will credit this overpayment, without interest, against future payments due from you under the License or if the License has terminated, Holiday will promptly refund the overpayment, without interest, to you.  Amounts not paid when due will accrue interest, beginning on the first day of the following month, at 1.5% per month or the maximum interest permitted by law.

**Note 15:**  If you apply for re-licensing or change of ownership, you must pay Holiday a Re-licensing Application Fee or Change of Ownership Fee, as the case may be.  If Holiday denies the re-licensing or change of ownership application, Holiday will retain $15,000 and refund the balance of the Re-licensing Application Fee or Change of Ownership Fee to you.  Fees vary for Licenses with terms of 60 months or less.

**Note 16:**  You must indemnify Holiday, its parents, subsidiaries and affiliates (including SCH) and their officers, directors, employees, agents, successors and assigns against, hold them harmless from, and promptly reimburse them for, all payments of money (including fines, damages, legal fees, and expenses) arising from any claimed occurrence at the Hotel or any act, omission or obligation of yours or anyone associated or affiliated with you or the Hotel.  You agree to pay Holiday all expenses, including attorney's fees and court costs, incurred by Holiday, its parents, subsidiaries, affiliates, and their successors and assigns to remedy any defaults of, or enforce any rights under the License; to effect termination of the License; or collect any amounts due under the License (Section 9.A of the License).

**Note 17:**  Holiday may charge you for all quality action plan visits, re-evaluations and re-inspections at your Hotel that occur as a result of your Hotel's failure of any previous quality evaluation, your Hotel's failure under the quality system or under the guest satisfaction measurement system, your failure to complete PIP requirements by the specified interim or final milestone dates, your failure to complete the Monthly Quality Self Assessment, or your failure to complete the Management Action Plan. You must pay up to $7,500 for each re-evaluation and re-inspection.  In addition, you must pay the room and board of Holiday's inspector(s) on all quality evaluations, action plan visits and re-visits, as well as room and board and travel for all PIP or Plan reviews.

You must complete the mandatory Monthly Quality Self Assessment ("MQSA").  Failure to do so in any given month will result in a fine up to $5,000 for each occurrence and may result in a visit from a Quality

Department Representative.  You must complete any management Action Plan ("MAP") that is created during quality action plan visits, re-evaluations and re-inspection at your Hotel.  Failure to do so in the timeline defined within the MAP will result in a fee up to $5,000 and may result in a visit from a Quality Department Representative. In addition, you must pay the room and board of the Quality Department Representative(s) on all MQSA and MAP visits.

All Hotels that fall into any guest satisfaction measurement (OSAT) that is below the acceptable threshold must pay up to $ 7,500 for each required re-inspection or default visit and may be assigned two of Holiday's training workshops to attend at the Hotel's expense.

**Note 18:**  All Holiday Inn brand group Hotels must participate in and provide the Best-4-Breakfast® Program.  The Program includes signature menu items and specified brand name food and beverage products, approved restaurant menus, room service menus, room service pre-order menus and merchandising material; and approved training services and manuals.  The General Manager and key food and beverage manager must complete Program training and obtain Program certification before the Hotel opens as a Holiday Inn brand group Hotel.  SCH will offer you a Best 4 Breakfast package of menus (restaurant and in-room), merchandise and training materials and services for a set annual fee (currently $900, plus shipping), but you are not required to purchase the package from SCH.   If your Hotel does not purchase this Best-4-Breakfast program package from SCH, the Hotel must obtain the required materials and services from a vendor approved by SCH and the Hotel will receive the supplier materials and services from a vendor approved by SCH at the hotel's expense.   However, the cost for a vendor to produce these required Best-4-Breakfast program materials for one hotel may be considerably more than the SCH fee because SCH produces the program materials for multiple hotels. Your Hotel will receive the supplier marketing contributions (menu support from the required vendors based on volume of product purchases annually via a third party).

**Note 19:**  All Holiday Inn brand group Hotels must participate in the "Kids Eat Free" program.  The Kids Eat Free program is a logical and complementary extension of the Kids Stay Free program, and is a significant factor in both consumer response and competitive success for Holiday Inn brand group Hotels and the Holiday System.  Under the Kids Eat Free Program, when your Hotel's restaurant is open, your Hotel may not charge children age 12 and under for meals when they dine at the Hotel from the children's menu if they are registered guests and are accompanied by an adult family member who is also a registered guest dining from a regular menu (up to four children per dining family).  You may apply for a waiver from the Kids Eat Free Program if you agree to implement an alternate program and demonstrate to Holiday that the alternate program is at least as good as the Kids Eat Free Program and will not denigrate the overall Kids Eat Free Program of the Holiday System.

**Note 20:**  If your Hotel is closed because of damage due to fire or other casualty, then during the time that your Hotel is closed, you will pay to Holiday (instead of all other System fees under Section 3.B of the License) a royalty of 2% of GRR based on the average GRR for the 12 months preceding the date of closing, or if your Hotel has not been operating in the System for 12 months, then for this purpose the GRR will be based on the average monthly GRR for the period that the Hotel has been operating in the System.

**Note 21:**  To participate in certain other marketing programs and to comply with certain other standards, you may be required to buy advertising materials, products, services, equipment or supplies or other proprietary materials, and you may have to offer promotions or services to guests that may result in expenses or costs to you.  Sometimes, these advertising and proprietary materials are available for purchase through Holiday or its affiliates.

**Note 22:**  From time to time Holiday (or an affiliate) may, but is not obligated to, offer you an opportunity to participate in the optional IHG Voice Reservation Service program.  The IHG Voice Reservation Service program is an optional, supplemental service whereby reservation calls to your hotel will be referred to an offsite call center.  Under certain circumstances, Holiday may require you to participate in the IHG Voice Reservation Service program. See Item 15.  The offered services may include reservation services for all calls transferred from the Hotel; telephone connections between the Hotel and the reservation office; equipment, management and staffing for the reservation office; and monthly

performance reports for the Hotel. If offered, these services will require you to pay additional fees (see Item 6 Table) and you must sign the IHG Voice Reservation Service Agreement, attached as Exhibit I-1 to this disclosure document. Either party may terminate the agreement by providing 90 days advance written notice or SCH may terminate the agreement with 5 days notice if hotels do not make timely payments.

**Note 23:** From time to time Holiday (or an affiliate) may, but is not obligated to, offer you an opportunity to participate in the optional Revenue Management for Hire program. The Revenue Management for Hire program is an optional, supplemental service under which revenue management functions will be performed in cooperation with your Hotel. Under certain circumstances, Holiday may require you to participate in the Revenue Management for Hire program. See Item 15. If offered, these services will require you to pay additional fees and you must sign the Revenue Management for Hire Agreement, attached as Exhibit I-2 to this disclosure document. If you elect to participate in the Revenue Management for Hire program, the agreement terminates upon 12 months from the initial date or either party may terminate the agreement by 90 days advance written notice. The agreement will also terminate if the Hotel participates with an uncertified third party intermediary. The term is automatically renewed for one year terms unless 30 days written notice is given before the end of the term.

**Note 24:** One Contact Resolution is a Guest Relations process that allows for increased guest satisfaction by empowering case managers to handle calls quickly. Your Hotel is expected to resolve any guest relations issues of a service or quality nature during the guest's stay. Post stay contacts of a service or quality nature will be resolved by a Guest Relations Case Managers nature on behalf of the hotel, compensating the guest with up to one night's room fee and tax. The hotel must pay a $150 case management fee as well as any applicable compensation to the guest. Hotels can earn a quarterly fee waiver on service and quality cases by achieving a Guest Relations Index in the top third of the system. Any non-service or quality issues are referred to the hotel for resolution.

**Note 25: IHG Rewards** Club Measured Standards are measured and enforced by the IHG® Rewards Club Program to ensure consistency in the delivery of the program to its members. Standards are based on calendar – quarter thresholds. Hotels are measured at the end of each calendar quarter for compliance. If a Hotel fails to meet the threshold for a quarter it will have one quarter to cure. If the Hotel fails to cure, it will move to assessment. If a Hotel fails in consecutive quarters the penalty will escalate by an incremental $500 each consecutive quarter the Hotel is in failure. All measured standards are evaluated and assessed individually.

**Note 26:** Green Engage is a LEED endorsed online tool designed to help hotels track energy, water and waste and recommend steps to save money. Green engage costs $50 per month.

**General:** Holiday may consider requests to alter the requirements described in this Item. Holiday will only consider proposed changes under special circumstances and any changes must comply with applicable laws.

## ITEM 7

### ESTIMATED INITIAL INVESTMENT

The following tables provide an estimate of the initial investment for each of the Holiday Inn and Holiday Inn Express brand group Hotels listed below. To Holiday's knowledge, none of the expenditures described below are refundable, unless otherwise indicated.

Holiday does not offer any formal program for direct or indirect financing. Holiday, SCH or its affiliate, General Innkeeping Acceptance Corporation ("GIAC"), may furnish loans or guaranties to franchisees (See Item 10).

The fee also covers on-site and virtual consulting provided by Brand Service Consultants where the hotel must provide complimentary room and meals.  SCH may charge you the additional cost for printed materials of $200 – $1,000 (depending on the size of the hotel staff).

## ITEM 8

### RESTRICTIONS ON SOURCES OF PRODUCTS AND SERVICES

Except as described below, you are not required to purchase or lease products or services from Holiday or its affiliates, or from suppliers approved by Holiday, or under Holiday's specifications.

**Standards and Specifications:**

You must build, furnish, equip and supply the Hotel in accordance with Holiday's standards and specifications, including those described in the License and Standards for the applicable Holiday Inn or Holiday Inn Express Hotel brand.  Holiday issues specifications by brand of product and in many instances by brand "or equivalent", by physical characteristics and by other methods, depending on the product or service involved.  Holiday can make changes to the Standards.  These changes will become binding on you as if originally set forth in the Standards.  Any change Holiday makes must be approved by Holiday's Franchise Committee (or its equivalent) or designated subcommittee, after seeking the advice and counsel of the appropriate committee of the IHG Owners Association.  Holiday will provide you with an explanation of any change, in writing, at least 30 days before it goes into effect.

Holiday estimates that its standards and specifications will apply to 90% to 95% of your purchases and leases.  If you purchase or lease any equipment or supplies not previously approved by Holiday, Holiday may require you or the manufacturer to submit a written request for its approval.  While Holiday has no obligation to respond within a certain time frame, it expects to do so within 45 to 60 days from receipt of your request.   Holiday may require certain information, tests, certifications and inspections, at no expense to Holiday, as a condition of approval.

Under the Standardized Room Décor ("SRD") Program, all Holiday Inn brand group Hotels and Holiday Inn Express brand group Hotels must choose and install in all guestrooms either a design scheme provided under Holiday's established SRD program or an alternative approved by Holiday, meeting all Holiday's detailed quality specifications.  If you use suppliers other than the established SRD approved suppliers, your alternate suppliers must show that their products will meet Holiday's quality specifications.

Under the existing SRD program, there are approximately three to five décor schemes to choose from with specific, identified soft good and hard good items, as well as competitive pricing and delivery commitments from the established SRD approved suppliers.  Current SRD schemes are pre-approved for use and you will not be required to go through the design submittal process if you notify Holiday's Plan Review Department which scheme will be used in its entirety.

Holiday requires you to hire qualified, accredited, professional advisors in the form of a project team, which may consist of, depending on complexity and scope of the work, an architect, interior designer, engineer or other related specialist when building or renovating an IHG hotel.  If you cannot find such accredited professional help, contact your IHG Senior Plan Review Consultant.  Any design work submitted by unqualified individuals hired by you will be rejected and your Hotel can be subject to Plan default, resulting in an assessment of fees under the terms of your License.  The fee for such Plan default will be $1,500.  You may be required to remove any non-approved product installed in your Hotel that has not been approved by IHG Plan Review before installation.

When you sign a License, and before opening of your Hotel, SCH may, if it wishes, fund your purchase from the approved suppliers and then invoice you.  You must reimburse SCH for these purchases.  If Holiday funds your purchase before your Hotel opens, Holiday will not receive fees from approved suppliers.

In some instances Holiday receives a small commission from vendors' sales to offset Holiday's costs of implementing the SRD Program.  These costs include professional design services for creating new décor

44

schemes for Holiday's franchisees, prototype room development and testing, specifications development, negotiating and contracting services for items that the franchisee may buy through this program, web site updating and maintenance, and franchisee support service expenses.  The commission amounts to ½-2% for SRD items.  The information below reflects operations as of the date of this disclosure document and is subject to change.  Standard Room Décor commissions for the year ending December 31, 2012 were $461,300.

### Suppliers:

You may purchase your equipment, furnishings and supplies for the Hotel from any source, so long as the products meet the specifications in the Standards, License or Holiday's standards and specifications, unless Holiday requires you to purchase a product from a designated or approved supplier or service provider in the License, the Standards, or other communication to you.

Holiday may provide you with information and recommendations concerning firms which offer products and services which your License or Holiday's standards require you to use, which are necessary and useful to the operation of a Hotel, or which meet Holiday's standards and specifications.  However, Holiday has no ongoing obligation to provide purchasing information to you, and Holiday's practice and approach to this activity may change at any time.  Your License does not require Holiday to engage in or continue these voluntary activities.

In furnishing supplier or service provider information and making recommendations, Holiday uses its business judgment regarding the long-term interests of the System as a whole, based on its information at that time concerning quality, performance, competitive pricing and similar factors.  However, by identifying or recommending a supplier or service provider Holiday makes no warranty to you of these or any other factors.  Your use of an identified or recommended supplier or service provider selling products or services meeting Holiday's standards and specifications may make it easier for you to comply with those standards and specifications, but it is not a substitute for compliance.

While Holiday may, from time to time, communicate with you or your suppliers/service providers regarding supply/service provider issues and take steps to improve performance or resolve complaints, Holiday has no responsibility for the financial condition or performance of any supplier or service provider.

Suppliers may offer Holiday the opportunity to take advantage of funds to support co-op marketing, training and other services that support the System at national and hotel levels.  When these options are available and selected, Holiday uses these funds as designated, and to the extent possible to benefit the System, and the systems of Holiday's other brands which purchase from suppliers.  SCH and its affiliates may enter agreements with suppliers and receive revenue attributable to purchases by franchisees and by SCH and its affiliates.

Nothing in your License prevents Holiday from having an ownership interest in any other business, including firms providing products or services to you or providing procurement services to you.  If Holiday has, or later acquires, an ownership interest in a product or service provider, Holiday has no obligation to maintain that interest or to refrain from disposing of it as Holiday sees fit.

No officer of Holiday owns any interest in an approved supplier.

SCH currently utilizes a mixed resource model for the supply chain management functions. The procurement organization develops and supports purchasing programs and provides System franchisees with several valuable services.  You can contact the procurement organization by mail c/o InnSupply by IHG, Inc., Three Ravinia Drive, Suite 100, Atlanta, Georgia 30346 or by telephone during normal business hours of Monday – Friday 8:30AM – 5:00PM at its toll free support line 855-466-7877. Purchasing professionals will be available to assist you with any questions you may have regarding sourcing of products or services through InnSupply.

Since 2001, SCH has been one of the founding owners of a purchasing and procurement organization named Avendra, LLC ("Avendra").  As of January 1, 2011, SCH began the transition from the Avendra model for aggregating purchases. In its place, a new procurement program named InnSupply by IHG ("InnSupply") was initiated with the endorsement of the IHG Owners Association to deliver value and

lower cost purchasing opportunities and options to its customers ("Programs"), including Holiday's franchisees, as explained below. You are, however, under no obligation to use InnSupply's Programs.

InnSupply has contracted for services from group purchasing organizations Provista, LLC ("Provista"), a subsidiary of Novation, LLC and Foodbuy, LLC.  Provista and Foodbuy selectively negotiate agreements for InnSupply Programs with their suppliers and offer access to those Programs to InnSupply.  If you become an InnSupply participant, you will purchase goods and services directly from suppliers at InnSupply's negotiated prices.  The relationship between franchisee and supplier is that of buyer and seller.  You are not required to purchase from InnSupply's suppliers or participate in the InnSupply program in any way, and you are free to purchase goods and services from any supplier, so long as the supplier fully complies with Holiday's and SCH's specifications and standards, unless Holiday requires you to purchase a product from a designated or approved supplier in the License, the Standards or other communication to you.

InnSupply operates on a cost recovery basis with fees for both procurement and technical ordering transaction services included in the supplier invoiced price. Prices paid by franchisees for goods and services as a participant of InnSupply and/or under a Brand Standard/Specification Program will include up to a 4.5% cost recovery fee.  These fees cover the resource, travel, technology and Program related costs for InnSupply.  Occasionally, the prices will include allowances and rebates paid to InnSupply or franchisees directly by suppliers on your purchases.  Allowances and rebates received by InnSupply or properties directly from suppliers will generally range from approximately 1% to 5% of the amount of the invoice price for the goods and services purchased by you from suppliers participating in the Programs. All supplier allowances and rebates will be fully transparent to the franchise buyers and distributed to the hotels either directly from suppliers or through the InnSupply administrative group.

SCH still remains one of the founding owners of Avendra and receives revenues representing a share of Avendra's profits.  Although SCH completed a full transition from Avendra's supplier base as of November 30, 2011.   SCH continued to receive fees from suppliers in connection with the suppliers' transactions with Hotels via Avendra.   During the fiscal year that ended on December 31, 2012, SCH received fees of $19,723 from suppliers in connection with goods and services purchased by franchisees from Avendra.

**Insurance**:

Section 9.B of the License describes Holiday's specifications for the amounts and types of required insurance coverage.  You must obtain a general liability insurance policy naming Holiday, SCH and their parents, subsidiaries and affiliates as additional insureds in the amount of $15,000,000 per occurrence. You must also obtain employment practices liability insurance with a minimum limit in the aggregate of $1,000,000.  Liability Insurance premiums for required coverages can range from $40,250 to $287,500 or higher depending on such factors as jurisdiction, exposures, type of Hotel, loss history, location and size of Hotel, payroll size and other factors

**Property Management System:**

You must install the certified equipment specified for the PMS as required by SCH.   You must request a waiver to use an alternate source. The PMS equipment is also used for accessing the Reservations System.   PMS equipment, software and maintenance are described in the Master Technology Agreement (Exhibit C).  You must purchase PMS training, implementation, and hardware and software support services (see Item 6).   You must also enter into a Joinder Agreement (can be found within Exhibit C) with Hewlett-Packard Company ("HP") in order to obtain the PMS system hardware, software and deployment services at your Hotel.

In the twelve months ending December 31, 2012, SCH and its subsidiaries' gross revenue from franchisee purchases of PMS and Reservations System equipment, software, training and support services ("information technology program purchases") was $9,393,284, as indicated in the year-end financial statement of the Deployment – Profit and Loss Statement for the Global Technology division. SCH retains a portion of the project management charges for franchisee information technology program purchases.   However, Holiday estimates that more than 95% of the gross revenues from franchisee information technology program purchases are paid over directly to the information

technology program vendors and are not retained by SCH or Holiday. (The financial information provided in the Profit and Loss Statement for the Global Technology division is not generally available to franchisees).

SCH has selected Opera  as the required property management systems to interface with and access the Reservations System for Holiday Inn brand group Hotels and Holiday Inn Express brand group Hotels.  You must enter into a license agreement with the supplier for this PMS option.  , ).  You must also obtain from the supplier of the PMS, for a fee, ongoing maintenance and support for all other PMS components, including software, hardware, and for other systems which interface to the Opera PMS system; such as and the telecommunication systems including PMS software upgrades and required brand standard system interfaces to the PMS (see Item 11).   MICROS Systems, Inc. is the PMS Provider for the Opera property management system.

SCH's criteria and procedures for approval of this required supplier of the PMS software and its ongoing maintenance and support are not readily available to System franchisees, but SCH will provide them at your request.   SCH will notify you of any discontinuation of these services.   Under the Master Technology Agreement (Exhibit C), you must obtain other insurance coverage.   (See Item 7, Note 7). All amounts stated are in U.S. Dollars.

**Merlin System**:

SCH has designed a communication service, "Merlin", which will require you to access the Internet via third-party computer network communications service ("Internet Service Provider" or "ISP").

Merlin is an electronic information library providing up-to-the-minute information and documentation from SCH at your fingertips.  Merlin was created for Holiday's various brand group Hotels, their employees and corporate users.  In some cases, information may be distributed to Hotels only through Merlin. Information may include:  the Standards , PMS Manuals, newsletters and informational memos from Holiday or SCH, Marketing Solicitations, etc.

To access Merlin, you must select and pay a monthly fee for an ISP which meets the minimum specifications established by SCH.  The monthly fee will include Internet access and support.  This access will provide you with an e-mail account and access to sites on the Internet and World Wide Web. You may select an ISP from any source as long as it meets SCH's exact specifications.

Merlin requires a Microsoft Windows based (Windows XP or newer OS) PC and printer configured to SCH's specifications.  You may purchase the equipment from any source as long as it meets SCH's exact specifications.  SCH requires ongoing maintenance and support services of equipment that you may purchase from a third party.

Merlin houses proprietary information to Holiday and its brands. Information you receive from Merlin may be used exclusively in performance of your rights and obligations under your license agreement with Holiday regarding an IHG-branded hotel only.  All such information must otherwise be treated as proprietary to Holiday and SCH and confidential. Your use and access will be limited in accordance with Holiday's or SCH's express terms and conditions.

Other than as described above, neither Holiday nor SCH derives any other income from your purchase or use of the above described computer systems.

**Reservation System and Computerized Enhancements**:

You must purchase equipment, software and services for property-level technology and telecommunications systems from third-party vendors whom Holiday designates or who meet Holiday's specifications. See Item 11.

**Long Distance Telecommunications, Program Management Commissions and Miscellaneous Services**:

SCH has negotiated rates which are on file with the Federal Communications Commission with certain providers of long-distance telecommunication services to System franchisees, such as AT&T and

Verizon, in consideration for assistance, program support or other services SCH renders to the providers in connection with their sales to franchisees.  You do not have to use these providers.

**USA Today and Home Box Office:**

In 2012, GANSAT did not provide any allowance to SCH in connection with the provision of GANSAT's USA Today newspaper to guests.  During 2011, GANSAT provided an allowance to SCH in connection with the provision of USA Today of approximately $40,000 for the 2012 Annual Investors and Leadership conference.

You must subscribe to in-room entertainment services offered by Home Box Office ("HBO Services").  In the 2012 calendar year, SCH received an annual procurement activity allowance of $1,196,103 from HBO based on the number of guest rooms in System Hotels subscribing to HBO Services and the annual increase, if any, in the number of these guest rooms.

**Gift Card Program:**

When the gift card program is launched, you must honor the SCH Gift Card payment method for Hotel charges.  Training for the program will be self-administered, but assistance from SCH or its vendor may be available (see Item 6).

**BEST-4-BREAKFAST®:**

All Holiday Inn brand group Hotels must participate in and provide the Best-4-Breakfast® Program.  The Program includes signature menu items and specified brand name food and beverage products, approved restaurant menus, room service menus, room service pre-order menus and merchandising materials, and approved training services and manuals.  SCH offers to Hotels a package of merchandise, training materials and services for a set annual fee, although Hotels are not required to purchase the package.  Currently, SCH's annual fee for the package is $900 plus shipping and handling.  If your Hotel does not purchase the package from SCH, your Hotel must obtain the required materials and services from a vendor approved by SCH, and your Hotel will receive the supplier marketing contributions, which currently average approximately $800 per Hotel.  Any excess from fees paid to Holiday by Hotels will go into a fund for expenses related to the Program or to provide additional services.  SCH receives approximately $643,000 annually from suppliers to the Best-4-Breakfast Program.  System Hotels may receive supplier rebates negotiated by InnSupply. The rebates from the manufacturers to the hotels are administered through a third party tracking company, which charges the suppliers a nominal fee for this service.

**Sporting News® Grill:**

Holiday Inn brand group Hotels may, with Holiday's advance written approval, implement a Sporting News Grill.  Holiday's approval is subject to the execution of the Sporting News Grill Agreement with SCH. The Sporting News Grill Agreement (Exhibit I-3) mandates the terms of the design and operation of the Sporting News Grill.  Hotels must also adhere to all requirements in the Sporting New Grill Resource Guide as provided by SCH, which may be modified from time to time in SCH's sole discretion. (See Item 6, Note 1.)

**Express *Start*®:**

All Holiday Inn Express® brand group Hotels in the USA and Canada are required to have the *Express Start*® Breakfast Bar.  *Express Start*® requires the purchase and offering of certain products from certain vendors, as stated in the Breakfast Bar Guidebook.

**Signage Requirements:**

Your Hotel must display a primary sign that meets Holiday's specifications. The total signage package, including all additional signage, must also meet Holiday's specifications. The total signage package must be purchased from a Holiday approved sign vendor.  A post-inspection fee will be included in the price from the Holiday-approved sign vendor.  Only Holiday approved sign suppliers are authorized to manufacture and install exterior signs.

**Other Purchases**:

Holiday or its affiliates may also offer you, on a non-exclusive basis, additional advertising materials, products, services, equipment or supplies.  Holiday may earn a profit from these sales, but you are not obligated to purchase any of these products, services, equipment or supplies from Holiday or its affiliates.  Holiday does not currently provide you with any material benefits (i.e. re-licensing or granting additional licenses) based on your use of a designated or approved supply source.

## ITEM 9

## FRANCHISEE'S OBLIGATIONS

This table lists your principal obligations under the License and other agreements. It will help you find more detailed information about your obligations in these agreements and in other Items of this disclosure document.

| Obligation | Section In Agreement | Item In Disclosure Document |
|---|---|---|
| a.   Site selection and acquisition/lease | 1.A of the License | Items 7 & 11 |
| b.   Pre-opening purchases/leases | 3.A & 9.B  of  the License, Exhibit C §1.1, 1.2 & Schedules 1.1 & 1.2. 14.I & Attachment B of the License | Items 5, 6 & 7 |
| c.   Site development and other pre-opening requirements | Exhibit C §2.1, 2.2 & 3 | Items 7, 11 |
| d.   Initial and ongoing training | 3.A and 4.A of the License, Exhibit C §8 & Schedule 8.2 and 1.1 | Items 5,6,7 & 11 |
| e.   Opening | 14.I, 15 and Attachment B of the License | Items 5 &11 |
| f.   Fees | 3.B of the License, Exhibit C §6,  Schedules and Exhibits | Items 5, 6 & 7 |
| g.   Compliance with standards and policies/Operating Manual | 3.A, 4.D & E, 5.B of  the License | Item 11 |
| h.   Trademarks and proprietary Information | 3.A, 7  & 13.B of the License, Exhibit C §7 | Items 13 & 14 |
| i.   Restrictions on Products/services offered | 3 of the License, Exhibit C §3 & 4.2 | Items 8 & 16 |
| j.   Warranty and customer service requirements | 3.A of the License, Exhibit C §9.1 | Item 11 |
| k.   Territorial development and sales quotas | None | |
| l.   Ongoing product/service Purchases | 3.A,  9.B & 14.L of the License, Exhibit C §1 & 4.2 | Item 8 |
| m.  Maintenance, appearance and remodeling requirements | 3.A, 4.E, 11, 14.I, 14.O and 15 of the License, Exhibit C §4 | Items 5, 6 & 11 |
| n.   Insurance | 9.B and 9.C of the License, Exhibit C §9 | Item 7, Footnote (7) |
| o.   Advertising | 3.A & C of the License | Items 5, 6, 11 |
| p.   Indemnification | 9.A of the License, Exhibit C §9.3 | Item 6 |
| q.   Owner's participation/ management/staffing | 10.I and 10.J of the License | Items 6, 11, 15 |

| Obligation | Section In Agreement | Item In Disclosure Document |
|---|---|---|
| r.   Records/reports | 8 of the License, Exhibit C § 21 | Item 6 |
| s.   Inspections/audits | 3.A, 8.C & 14.I of the License | Items 6 & 11 |
| t.   Transfer | 10 of the License, Exhibit C §14 | Item 17 |
| u.   Renewal | None | Item 17 |
| v.   Post-termination | 12 of the License, Exhibit C § 13.4 | Item 17 |
| w.   Non-competition covenants | 3.A(14) of the License | Items 16 & 17 |
| x.   Dispute resolution | 14.A-H, J, K of the License | Item 17 |
| y.   Other: Capital Reserve[1] | 14.L and 3.A(7)(g-h) of the License | Item 6 |
| z.   Other: Guaranty | Attached to the License | Item 15 |

## ITEM 10

### FINANCING

Holiday does not offer any formal program of direct or indirect financing. Holiday, SCH and its affiliate, General Innkeeping Acceptance Corporation ("GIAC") make no promise that they will offer any loans or guaranties. Holiday, SCH and GIAC consider making loans or guaranties under terms and conditions that would be negotiated on a case by case basis with the prospective franchisee and any decision to make a loan or provide a guaranty would be made in the judgment of Holiday, SCH or GIAC alone, and conditioned upon approval of the Executive Committee and Board of Directors.  It is your responsibility alone to obtain adequate financing for all expenses related to the development, opening and operation of the Hotel.

## ITEM 11

### FRANCHISOR'S ASSISTANCE, ADVERTISING, COMPUTER SYSTEMS AND TRAINING

**Except as listed below, Holiday is not required to provide you with any assistance.**  Holiday can perform any or all of its obligations to you directly, or through its parents, affiliates, subsidiaries or other designees. For example, SCH performs many of the activities described in this disclosure document.

---

[1] In addition to your obligation to repair and maintain the hotel on an ongoing basis, and regardless whether Holiday has required you to establish a capital reserve, you must complete   significant renovations of the guestrooms, corridors and public spaces of the Hotel, including replacement of soft goods  at least every five (5) to six (6) years after the date such soft goods FF&E were installed and replacement of case goods at least every ten (10) to twelve (12) years after the date such case goods were installed, although earlier or more frequent renovations or replacements may be required to maintain compliance with Holiday's  Standards,  quality and guest satisfaction programs or to remove risk of injury to persons or property and to comply with legal requirements.

If the Hotel experiences a change of ownership, the dates of these obligations may be adjusted at the time a change of ownership license agreement is signed.   You must submit your plans for such upgrading and remodeling to Holiday for its review and approval before you start upgrading or remodeling and  upon completion of the upgrading or remodeling, you must provide to Holiday a written opinion from your architect, licensed professional engineer, or other third-party expert on the Americans with Disabilities Act ("ADA") certifying that the hotel as renovated complies with the ADA and with any other applicable laws, codes, ordinances, or regulations governing accessibility to persons with disabilities.

## ITEM 17

## RENEWAL, TERMINATION, TRANSFER AND DISPUTE RESOLUTION

**This table lists certain important provisions of the License and related agreements.  You should read these provisions in the agreements attached to this disclosure document. See Exhibit B.**

### THE FRANCHISE RELATIONSHIP

| Provision | Section In License | Summary |
|---|---|---|
| a. Length of the franchise term | Section 12.A (also Ex. C § 11) | The term begins on the Term Commencement Date and expires 20 years from date Hotel opens in the System for a new development; 10 years from date Hotel opens in the System for a conversion; and10 years from Term Commencement Date for a change of ownership or re-licensing. |
| b. Renewal or extension of term | N/A | The License does not provide for renewal or term extensions. |
| c. Requirements for you to renew or extend | N/A | The License does not provide for renewal or term extensions. If we agree to Re-license, you may be asked to sign a contract with materially different terms and conditions than your original contract. |
| d. Termination by you | N/A | |
| e. Termination by Holiday without cause | N/A | |
| f. Termination by Holiday with cause (Notes 1 & 2) | Sections 12.B, 12.C (also Ex. C §13)  Section 14.I and Attachment B | Holiday may terminate with cause. You pay liquidated damages if Holiday terminates under Sections 12.B, 12.C or 14.I. See Note 2 and 3 |
| g. "Cause" defined – defaults which can be cured (Note 2) | Section 12.B (also Ex. C §13)  Section 14.I and Attachment B | Any default other than those listed in "h" below.  See Note 2. |
| h. "Cause" defined – non-curable defaults | Sections 11, 12.C (also Ex. C §13) | Non-curable defaults: bankruptcy; non-dismissed judgments exceeding $50,000; trademark misuse, or if you contest Holiday's ownership of its trademarks; loss of possession of the property; dissolution of the franchisee entity; failure to identify or operate the Hotel as a Holiday brand Hotel; violation of licensor proprietary rights; unapproved transfers; conviction of a felony; false books and records; failure to comply with safety, security or privacy of guests or reputation standards; condemnation or casualty occurs and Hotel does not reopen when required; unauthorized use of Marks; refusal to allow inspection or audit. |
| i. Your obligations upon termination/ non-renewal | Sections 12.D, 12.E, 14.I and Attachment B | Obligations include de-identification and payment of amounts due. |
| j. Assignment of License by Holiday | Section 10.A | Holiday has rights of assignment to any person or legal entity. |
| k. "Transfer" by you – definition | Section 10 | Includes transfer of contract or assets (including real estate) or ownership changes. |

| Provision | Section In License | Summary |
|---|---|---|
| l.   Holiday's approval of transfer by you | Section 10 | Holiday has the right to approve all transfers. |
| m.  Conditions for Holiday's approval of transfers | Sections 10.G, 10.H and Attachment B | If the new owner of the Hotel or Licensee desires to keep operating the Hotel in the System, it must submit an application and fees.<br>Holiday will evaluate the new owner's application using then-current procedures and criteria such as credit, operational abilities, market feasibility, previous business dealings and other factors it considers relevant.  If Holiday approves the new owner, Holiday will require upgrading, signing of a License using the then-current form of License Agreement and the signing of a Guaranty Agreement.<br>You must pay Holiday a non-refundable $25,000 processing fee at least 60 days before public offering, private placement or other sale of securities. |
| n.   Holiday's right of first refusal to acquire your business | None | None |
| o.   Holiday's option to purchase your business | None | None |
| p.   Your death or disability | Section 10.F | If adequate provision acceptable to Holiday is made for the management of the Hotel, and Holiday gives written consent, decedent's interest in the License may be transferred to decedent's spouse, parent, siblings, nieces, nephews, descendants or spouse's descendants and heirs or legatees if they promptly advise Holiday and sign a new License, and Guaranty, if any, and decedent's executor or estate administrator signs a termination agreement of the License on Holiday's then current form. |
| q.   Non-competition covenants during the term of the franchise | Section 3.A(14) | No part of the Hotel may be used to promote a competing business. |
| r.   Non-competition covenants after the License is terminated or expired | N/A | |
| s.   Modification of License | Sections 4.E, 5.B, 14.D | No modifications generally but Standards subject to change. |
| t.   Integration/Merger Clause | Section 14.D | The integration/merger clause does not disclaim the representations in this Disclosure Document. |
| u.   Dispute resolution by arbitration or mediation | N/A | |
| v.   Choice of forum | Section 14.B | Association with Holiday in Georgia permits, but does not require all suits to be filed in Georgia, subject to state law. |
| w.   Choice of law | Section 14.B | Georgia law applies, subject to state law. |

71

**NOTES:**

**Note 1:**  The Master Technology Agreement attached as Exhibit C may be terminated by SCH, when the License is terminated, as well as for other reasons.

**Note 2:**          Termination of License By Holiday-For Failure to Perform Construction, Upgrading and Renovation Work: Holiday may require you to upgrade the property to meet its current standards (Section 14.I of the License and an attachment to the License).  Holiday may terminate your License if you fail to perform the construction, upgrading and renovation work described in the License or if you fail to open the Hotel in the System, upon appropriate notice from Holiday to you.  If Holiday terminates the License due to your breach of any of your obligations under the License before you are authorized to use the System at the Hotel, you must pay Holiday (as liquidated damages for the premature termination only, and not as a penalty nor as damages for breaching the License or in lieu of any other payment) a lump sum equal to the monthly average of all amounts that would have been payable to Holiday under paragraphs 3.B(1), (3) and (4) of the License assuming the Hotel had collected Gross Rooms Revenue based on the average daily revenue per available room for all hotels in the System for the previous twelve months, as determined by Holiday, multiplied by the greater of (a) six or (b) the number of full and partial months from the Term Commencement Date to the termination date of the License.

**Note 3:**  Termination of License by Holiday for Breach of Obligations After Holiday Authorizes You to Use System at Hotel:  If Holiday terminates the License under Section 12.B or 12.C (see table, sections g and h), you must promptly pay Holiday (as liquidated damages for the premature termination only, and not as a penalty nor as damages for breaching the License or in lieu of any other payment) a lump sum equal to the total amounts required under Sections 3.B(1), (3) and (4) of the License during the 36 calendar months of operation preceding the termination; or whatever shorter period equals the unexpired license term at the time of termination; or if your Hotel has not been in operation in the System for 36 months, the greater of:  (1) 36 times the monthly average of these amounts for the period during which the Hotel has been in operation in the System, or (2) 36 times these amounts due for the one month preceding such termination.

## ITEM 18

### PUBLIC FIGURES

Holiday does not use any public figures to promote the sale of franchises. Public figures may appear in consumer marketing for the System.

## ITEM 19

### FINANCIAL PERFORMANCE REPRESENTATIONS

The FTC's Franchise Rule permits a franchisor to provide information about the actual or potential financial performance of its franchised and/or franchisor-owned outlets if there is a reasonable basis for the information and if the information is included in the disclosure document.  Financial performance information that differs from that included in Item 19 may be given only if: (1) a franchisor provides the actual records of an existing outlet you are considering buying, or (2) a franchisor supplements the information provided in this Item 19, for example, by providing information about possible performance at a particular location or under particular circumstances.

The following charts set forth certain 2012 historic performance information for Mature Holiday Inn/Holiday Inn Express/Holiday Inn Resort hotels operating in the United States.  "Mature hotels", as used in this Item 19, means hotels which were open one full year or longer as of December 31, 2012; were franchised or, alternatively, owned and/or managed by us or one of our affiliates; and, were not in financial or quality default of their applicable franchise or management agreement obligations as of December 31, 2012.

# EXHIBIT B

**FRANCHISE DISCLOSURE DOCUMENT**
**HOLIDAY HOSPITALITY FRANCHISING, LLC**
**A Delaware Limited Liability Company**
**Three Ravinia Drive, Suite 100**
**Atlanta, Georgia 30346**
**(770) 604-2000**
**www.development.ihg.com**
**http://ihgbdw.force.com/s/amer-holiday-inn**
**http://ihgbdw.force.com/s/amer-holiday-inn-express**
**http://ihgbdw.force.com/s/amer-holiday-inn-resort**
**americas.development@ihg.com**

  

The franchisee will establish and operate a hotel under the Holiday Inn®, Holiday Inn® & Suites, Holiday Inn Express®, Holiday Inn Express® & Suites or Holiday Inn Resort® brand.

The total investment necessary to begin operation of a typical 143-room Holiday Inn or Holiday Inn & Suites hotel, excluding land costs and other matters, ranges from $13,386,160 to $18,248,995 ($93,610 to $127,615 per guest room) or more (see Item 7), including between $169,385 and $227,895 or more that must be paid to the franchisor or an affiliate (see Item 5). The total investment necessary to begin operation of a typical 93-room Holiday Inn Express or Holiday Inn Express & Suites hotel, excluding land costs and other matters, ranges from $7,544,298 to $10,569,425 ($81,121 to $113,650 per guest room) or more (see Item 7), including between $158,540 and $212,350 or more that must be paid to the franchisor or an affiliate (see Item 5). The total investment necessary to begin operation of a typical 180-room Holiday Inn Resort hotel, excluding land costs and other matters, ranges from $18,202,735 to $24,836,120 ($101,126 to $137,978 per guest room) or more (see Item 7), including between $201,885 and $280,395 or more that must be paid to the franchisor or an affiliate (see Item 5).

This disclosure document summarizes certain provisions of your franchise agreement and other information in plain English. Read this disclosure document and all accompanying agreements carefully. You must receive this disclosure document at least 14 calendar days before you sign a binding agreement with, or make any payment to, the franchisor or an affiliate in connection with the proposed franchise sale. **Note, however, that no governmental agency has verified the information contained in this document.**

You may wish to receive your disclosure document in another format that is more convenient for you. To discuss the availability of disclosures in different formats, contact Patricia Womack, Franchise Sales at Holiday Hospitality Franchising, LLC, at Three Ravinia Drive, Suite 100, Atlanta, Georgia 30346 and (770) 604-2912.

The terms of your contract will govern your franchise relationship. Don't rely on the disclosure document alone to understand your contract. Read all of your contract carefully. Show your contract and this disclosure document to an advisor, like a lawyer or an accountant.

Buying a franchise is a complex investment. The information in this disclosure document can help you make up your mind. More information on franchising, such as "A Consumer's Guide to Buying a Franchise," which can help you understand how to use this disclosure document is available from the Federal Trade Commission. You can contact the FTC at 1-877-FTC-HELP or by writing to the FTC at 600 Pennsylvania Avenue, NW, Washington, DC 20580. You can also visit the FTC's home page at www.ftc.gov for additional information. Call your state agency or visit your public library for other sources of information on franchising.

There may also be laws on franchising in your state. Ask your state agencies about them.

Issuance Date: March 27, 2017, as amended July 1, 2017

**STATE COVER PAGE**

Your state may have a franchise law that requires a franchisor to register or file with a state franchise administrator before offering or selling in your state.  REGISTRATION OF A FRANCHISE BY A STATE DOES NOT MEAN THAT THE STATE RECOMMENDS THE FRANCHISE OR HAS VERIFIED THE INFORMATION IN THIS DISCLOSURE DOCUMENT.

Call the state franchise administrator listed in Exhibit E for information about the franchisor, about other franchisors, or about franchising in your state.

MANY FRANCHISE AGREEMENTS DO NOT ALLOW YOU TO RENEW UNCONDITIONALLY AFTER THE INITIAL TERM EXPIRES.  YOU MAY HAVE TO SIGN A NEW AGREEMENT WITH DIFFERENT TERMS AND CONDITIONS IN ORDER TO CONTINUE TO OPERATE YOUR BUSINESS.  BEFORE YOU BUY, CONSIDER WHAT RIGHTS YOU HAVE TO RENEW YOUR FRANCHISE, IF ANY, AND WHAT TERMS YOU MIGHT HAVE TO ACCEPT IN ORDER TO RENEW.

Please consider the following RISK FACTORS before you buy this franchise.

1.    THE LICENSE AGREEMENT PERMITS ALL SUITS TO BE FILED IN GEORGIA.  YOU ARE NOT REQUIRED TO SUE HOLIDAY HOSPITALITY FRANCHISING, LLC ("HOLIDAY") ONLY IN GEORGIA, BUT HOLIDAY CAN SUE YOU IN GEORGIA.  OUT OF STATE LITIGATION MAY FORCE YOU TO ACCEPT A LESS FAVORABLE SETTLEMENT FOR DISPUTES.  IT MAY ALSO COST YOU MORE TO LITIGATE IN GEORGIA THAN IN YOUR HOME STATE.  YOUR STATE LAW MAY SUPERSEDE THIS PROVISION AND IT MAY NOT BE ENFORCEABLE IN YOUR STATE.  SEE ANY SPECIAL DISCLOSURES AND PROVISIONS FOR YOUR STATE IN THE STATE ADDENDA TO THE LICENSE AGREEMENT IN EXHIBIT B.

2.    THE LICENSE AGREEMENT STATES THAT GEORGIA LAW GOVERNS THE AGREEMENT, AND THIS LAW MAY NOT PROVIDE THE SAME PROTECTION AND BENEFITS AS YOUR LOCAL LAW.  YOUR STATE LAW MAY SUPERSEDE THIS PROVISION AND IT MAY NOT BE ENFORCEABLE IN YOUR STATE.  SEE ANY SPECIAL DISCLOSURES AND PROVISIONS FOR YOUR STATE IN THE STATE ADDENDA TO THE LICENSE AGREEMENT IN EXHIBIT B.

3.    THERE MAY BE OTHER RISKS CONCERNING THIS FRANCHISE.

Effective Date:  See the next page for state effective dates.

## STATE EFFECTIVE DATES

The following states require that the Franchise Disclosure Document be registered or filed with the state, or be exempt from registration: California, Hawaii, Illinois, Indiana, Maryland, Michigan, Minnesota, New York, North Dakota, Rhode Island, South Dakota, Virginia, Washington and Wisconsin.

This Franchise Disclosure Document is registered, on file or exempt from registration in the following states having franchise registration and disclosure laws, with the following effective dates:

| | |
|---|---|
| California | July 1, 2017 |
| Hawaii | July 1, 2017 |
| Illinois | July 1, 2017 |
| Indiana | July 1, 2017 |
| Maryland | July 1, 2017 |
| Michigan | July 1, 2017 |
| Minnesota | July 1, 2017 |
| New York | July 1, 2017 |
| North Dakota | July 1, 2017 |
| Rhode Island | July 1, 2017 |
| South Dakota | July 1, 2017 |
| Virginia | July 1, 2017 |
| Washington | July 1, 2017 |
| Wisconsin | July 1, 2017 |

In all other states, the effective date of this Franchise Disclosure Document is the Issuance Date of March 27, 2017, as amended July 1, 2017.

# TABLE OF CONTENTS

ITEM 1    THE FRANCHISOR, ANY PARENTS, PREDECESSORS AND AFFILIATES ................................................... 1
ITEM 2    BUSINESS EXPERIENCE ................................................................................................................. 7
ITEM 3    LITIGATION ................................................................................................................................. 16
ITEM 4    BANKRUPTCY ............................................................................................................................. 28
ITEM 5    INITIAL FEES ............................................................................................................................... 28
ITEM 6    OTHER FEES ................................................................................................................................ 31
ITEM 7    ESTIMATED INITIAL INVESTMENT ............................................................................................ 49
ITEM 8    RESTRICTIONS ON SOURCES OF PRODUCTS AND SERVICES .................................................. 58
ITEM 9    FRANCHISEE'S OBLIGATIONS .................................................................................................... 65
ITEM 10   FINANCING .................................................................................................................................. 66
ITEM 11   FRANCHISOR'S ASSISTANCE, ADVERTISING, COMPUTER SYSTEMS AND TRAINING ....................... 66
ITEM 12   TERRITORY .................................................................................................................................. 77
ITEM 13   TRADEMARKS .............................................................................................................................. 78
ITEM 14   PATENTS, COPYRIGHTS AND PROPRIETARY INFORMATION .................................................. 81
ITEM 15   OBLIGATION TO PARTICIPATE IN THE ACTUAL OPERATION OF THE FRANCHISE BUSINESS ......... 85
ITEM 16   RESTRICTIONS ON WHAT THE FRANCHISEE MAY SELL ......................................................... 87
ITEM 17   RENEWAL, TERMINATION, TRANSFER AND DISPUTE RESOLUTION ..................................... 87
ITEM 18   PUBLIC FIGURES ......................................................................................................................... 89
ITEM 19   FINANCIAL PERFORMANCE REPRESENTATIONS ...................................................................... 90
ITEM 20   OUTLETS AND FRANCHISEE INFORMATION ............................................................................ 99
ITEM 21   FINANCIAL STATEMENTS .......................................................................................................... 108
ITEM 22   CONTRACTS ................................................................................................................................ 109
ITEM 23   RECEIPTS ..................................................................................................................................... 109

**EXHIBITS:**

A     Application Letter Form ......................................................................................................................... A-1
B     License Agreement, Brand Specific Provisions to License Agreement and State Addenda ................................ B-1
C     Master Technology Agreement & Joinder Agreements ................................................................................ C-1
D     Agents for Service of Process ................................................................................................................ D-1
E     State Franchise Administrators ............................................................................................................... E-1
F1    List of Current Franchisees .................................................................................................................... F-1
F2    List of Former Franchisees ..................................................................................................................... F-2
G     Financial Statements of Holiday Hospitality Franchising, LLC. ................................................................... G1-1
      Financial Statements of Six Continents Hotels, Inc. ................................................................................. G2-1
H     IHG Merlin Terms and Conditions .......................................................................................................... H-1
I     Ancillary Agreements
          IHG Voice Reservation Service Agreement ....................................................................................... I-1-1
          Revenue Management for Hire Agreement ........................................................................................ I-2-1
          Branded F&B Participation Agreement ............................................................................................. I-3-1
          Coca-Cola Equipment Lease and Participation Agreement .................................................................. I-4-1
          Coca-Cola Participation Agreement .................................................................................................. I-5-1
          ACI Participation Agreement ........................................................................................................... I-6-1
          Form IHG Direct Hotel Participation Agreement ............................................................................... I-7-1
          Form IHG Wi-Fi Connect Agreement ............................................................................................... I-8-1
          Oracle New Account Setup Form ..................................................................................................... I-9-1
          IHG Frontline Subscription Agreement ........................................................................................... I-10-1
J     State Addenda to Disclosure Document .................................................................................................. J-1
K     Receipts ............................................................................................................................................... K-1

©2017 Holiday Hospitality Franchising, LLC

Holiday may consider requests to alter the requirements described in this Item. Holiday will only consider changes under special circumstances and any changes must comply with applicable laws.

## ITEM 6

### OTHER FEES

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| Royalty | 5% of Gross Rooms Revenue ("GRR") for Holiday Inn brand group hotels and Holiday Inn Resort hotels.<br><br>6% of GRR for Holiday Inn Express brand group hotels. | Monthly, on the 15th of the following month<br><br>(Payable to Holiday) | Note 1 |
| Services Contribution | 3% of GRR for Holiday Inn brand group hotels, Holiday Inn Resort hotels and Holiday Inn Express brand group hotels. | Same as Royalty | Note 2 |
| Initial Marketing Contribution for the Loyalty Program | $10.00 per approved guest room. | At same time as 1st Royalty Payment (1 time charge)<br><br>(Payable to SCH) | Note 3 |
| Special Marketing Contribution for the Loyalty Program | $4.75 per enrolling stay with a flat 1,000 points issued<br>4.75% of Qualifying Full Folio Revenue from Loyalty Program members for all brands<br>1.425% of Qualifying Room and Meeting Revenue from Loyalty Program members for all brands | Same date as Royalty<br><br>(Payable to SCH) | Note 3 |
| Capital Reserve | Up to 5% of Gross Revenue (see Paragraph 14.L of the License) for all brands. | Monthly (If Required by Holiday) | Note 4 |
| Technology Fee | $13.80 per room, per month. | Monthly<br><br>(Payable to SCH) | Note 5 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| Activation Training for PERFORM™ | Prior to activating PERFORM™, hotels must attend PERFORM™ The Fundamentals Training.  Cost for training ranges from $350 to $395. | Before attending<br>(Payable to SCH) | Note 6 & Item 11 |
| Activation Training for PERFORM™ with Price Optimization | Prior to activating PERFORM™ with Price Optimization, hotels not using Revenue Management for Hire services must attend either a virtual or classroom training session.  Cost for training ranges from $350 to $395. This charge is waived if the hotel currently subscribes to MarketVision or IHG's Revenue Management for Hire service. | Before attending<br>(Payable to SCH) | |
| | Additionally, for hotels that do not participate in Revenue Management for Hire or MarketVision, additional costs between $30 to $60 per month may apply for competitive rate insights. | Monthly<br>(Payable to SCH) | |
| **PMS Software Maintenance:** | The following are estimates for the premise based and hosted options and do not include all items which may be reflected in your Hotel's contract with Oracle America, Inc.<br><br>Maintenance and/or hosting fees may be increased up to 5% per year.<br><br>Costs will vary according to your technology needs. | Annually<br><br>(Payable to Oracle America, Inc.) | Note 7 & Item 11 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| Opera– Premise Based | $21.50 per room, per year for the PMS.<br><br>$3.09 per room, per year for Oracle (the database management system for the PMS).<br><br>$440.00 per interface, per year, above bundle (excludes Oracle POS & Credit Cards).<br><br>The Credit Card Interface Maintenance Fee for the PMS Software Maintenance is $110.00 per year. | | |
| Opera Xpress – Premise Based | $18.42 per room, per year for PMS.<br><br>$2.59 per room, per year for Oracle (the database management system for the PMS).<br><br>$220.00 per interface, per year, above bundle (excludes Oracle POS & Credit Cards).<br><br>The Credit Card Interface Maintenance Fee for the PMS Software Maintenance is $110.00 per year. | | |
| Opera - Hosted | $6.10 per room, per month for PMS.<br><br>$0.37 per interface, per room, per month, above bundle (excludes Oracle POS & Credit Cards).<br><br>The Credit Card Hosted Interface Fee is $6.00 per room per year. | | |
| Opera Xpress - Hosted | $5.29 per room, per month for PMS.<br><br>$0.34 per interface, per room, per month, above bundle (excludes Oracle POS & Credit Cards).<br><br>The Credit Card Hosted Interface Fee is $6.00 per room per year. | | |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| PMS Hardware Maintenance<br><br>(Costs vary according to your technology needs. These are estimates) | $150.00 (1 - 150 rooms)<br>$175.00 (151 – 250 rooms)<br>$200.00 (251 + rooms)<br><br>Costs are noted above on a per month basis. | 4-year warranty upgrade package purchased at initial installation.<br><br>A terminal monthly maintenance fee begins upon installation and is a variable rate based on a hotel's room count.<br><br>(Payable to SCH) | Note 7 & Items 8 & 11 |
| FastConnect Plus And Access Control Manager | $167.32 | Monthly<br>(Payable to AT&T) | Note 7 |
| Secure Payment Solution ("SPS") Maintenance & Support | $156.25 | Monthly<br>(Payable to SCH upon termination of Oracle's credit card support; $110.25 of this monthly fee will be payable to SCH the month following hotel's SPS activation) (Full amount payable for all new openings) | Note 7 |
| Guest Internet Access – Bandwidth Service Subscription | $1,000 to $2,800<br><br>Pricing is estimated and varies based on regional service providers | Monthly<br>(Payable to SCH) | Note 7 |
| Guest Internet Access – Hardware Maintenance & Guest Support | $1.50 per guest room<br><br>$25.00 per meeting/conference room, plus $20.00 per 2,000 sq. ft. of total meeting space, up to a maximum of $500.00 (meeting room support fees only apply if total meeting space exceeds 2,000 sq. ft.) | Monthly<br><br>(Payable to SCH approved Integrator) | Note 7 |

34

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| **ONGOING MANAGEMENT TRAINING*:** | | | |
| Workshops can include, for example:<br>(a) New Hotel Management Orientation<br>(b) Front Office Operations Training<br>(c) Sales Workshop(s)<br>(d) Service Workshop(s)<br>(e) Revenue Management Certification, as defined in the Standards<br>(f) Quality Workshop(s)<br>(g) Food and Beverage Workshop(s)<br>(h) Specialized Workshop(s)<br>*Cancellation/no show penalties may apply. | Pricing for workshops range from $295-$5,000 per workshop per participant depending on length, subject, content and delivery. | Upon attending.<br><br>(Payable to SCH) | Item 11 |
| Owner Conference- Core Brands | $1,500 per attendee | Invoiced at time of registration<br>(Payable to SCH) | Note 3 |
| Travel Agent Commissions (IHG Commission Services) | 10% (minimum) commission on GRR (or other commission that Holiday designates). | Monthly<br><br>(Payable to SCH) | Note 8 |
| Gift Card Equipment | Estimated terminal cost of $250-$400 (one time charge) if a terminal is required. | Before opening if plan has started; otherwise when plan starts.<br>(Payable to SCH or vendor) | See Item 11 |
| Third Party Distribution Connection Fees | See Note 8. | Monthly<br>(Payable to SCH) | Note 8 |
| Performance Marketing Fees | 10% – 15% commission on consumed revenue booked. | Monthly<br>(Payable to SCH or intermediary) | Note 8 |
| GDS Biasing Programs | 5% of incremental revenues delivered through the program. | Monthly<br>(Payable to SCH) | Note 8 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| BTA Revenue Programs | 2.25% override fee (in addition to standard travel agency commission) on non-negotiated corporate contracted rates for consumed room revenue, to a maximum of $20,000 per year. | Monthly<br>(Payable to SCH) | Note 8 |
| Mid-Market Account Program Booking Fees | 4% of consumed transient revenue booked through Mid-Market Account Program. | Monthly<br>(Payable to SCH or intermediary) | Note 8 |
| Local Marketing Programs | See Note 9. | See Note 9. | Note 9 |
| Tax on Sales/Gross Receipts | Holiday's actual cost. | Upon notice from Holiday | Note 10 |
| Standard Fee for Room Additions | $500 for each new approved guest room or suite. | With the room/suite addition application (Payable to Holiday) | Note 12 |
| Extension fees for extension of construction commencement deadlines:<br><br>1.   New Development (6 month extensions)<br><br>2.   New Development (incremental extensions)<br><br>3.   Room Additions (6 month extension) | <br><br><br><br><br>1/2 of Application Fee.<br><br><br>Then-current Application Fee prorated according to time period requested.<br><br>1/2 of original room addition Application Fee. | With extension request<br><br>(Payable to Holiday) | <br><br><br><br><br>Note 11<br><br><br>Note 11<br><br><br><br>Note 12 |
| Public Offering or Private Placement Processing Fee | $25,000 plus additional costs incurred by Holiday. | When you or any of your owners submit request for approval of private placement or public offering<br><br>(Payable to Holiday) | Note 13 |
| Audit/Interest | Amount of deficiency, interest and $3,000 audit fee (audit fee may be increased on a System-wide basis). | Upon notice from Holiday | Note 14 |
| Re-licensing Fee | $500 per guest room but not less than $50,000. Fees vary for Licenses of 60 months or less. See Item 5. | Due with re-licensing application (Payable to Holiday) | Note 15 |
| Change of Ownership Fees | $500 per guest room but not less than $50,000. Fees vary | Due with application (Payable to Holiday) | Note 15 (Only for |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| | for licenses of 60 months or less. See Item 5. | | change of controlling ownership) |
| Realignment/name change; brand conversion processing fee | $5,000 for franchisee name change, ownership realignment or brand conversion. | Due upon realignment, name change or brand conversion, if approved<br>(Payable to Holiday) | |
| PIP inspection/preparation fee | $6,000 for a PIP or $5,000 for a re-inspection. | Before application, or upon request for a PIP<br>(Payable to Holiday) | Item 5 |
| Plan and/or FF&E Default | $2,500 to cover costs of SCH travel and expenses related to plan and/or FF&E defaults. | Upon default<br>(Payable to Holiday) | See Item 11 |
| PIP Default Travel | $2,500 to cover costs of SCH travel and expenses related to PIP defaults. | Upon default<br>(Payable to Holiday) | Note 17 |
| Customized Design Review Fee | $25,000 for a Customized Design Review. | Upon request<br>(Payable to Holiday) | Note 17 |
| Indemnification | | Upon demand | Note 16 |
| Quality Visits for guest satisfaction or quality evaluation failure, default or termination status | $2,000 to $7,500 per visit. | Before follow up inspection and/or special inspection<br><br>(Payable to Holiday) | Note 17 |
| Monthly Quality Self Assessment (MQSA), Management Action Plan (MAP), or Hotels that fall below the At Risk guest satisfaction threshold | $2,500 to $7,500 for failure to complete the mandatory MQSA or MAP as required.  Hotels that fall into the guest satisfaction category below the At Risk brand threshold must pay an escalating fee of up to $7,500 for each required visit and assigned training classes. | Upon notice<br>(Payable to Holiday) | Note 17 |
| Liquidated Damages Payment on premature termination before Holiday authorizes you to use the System at the hotel (includes termination resulting from failure to perform the construction, | A lump sum equal to the monthly average of all amounts that would have been payable to Holiday under paragraphs 3.B(1), (3) and (4) of the License assuming the Hotel had collected GRR based on the average daily revenue per available room for all "mature hotels" in the System in the United States, multiplied by the | Promptly upon Termination<br><br>(Payable to Holiday) | Note 1, Item 17 f., g., h. and Note 2 to Item 17 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| upgrading and renovation work described in the License (see License, Par. 14.I) | greater of (a) 6 or (b) the number of full and partial months from the Term Commencement Date to the termination date of the License. | | |
| Liquidated Damages Payment on premature termination by Holiday after Holiday authorizes you to use the System at the hotel: (applicable only if License terminates before expiration, in accordance with the License) (see License, Par.12.B, 12.C, and/or 12.E.) | An amount equal to the total amounts required under License Paragraphs 3.B(1), (3) and (4) during the 36 calendar months of operation preceding the termination or during the preceding number of months equal to the unexpired License Term at the time of termination (if less than 36 months); or if the Hotel has not been in operation in the system for 36 months, an amount equal to the greater of (1) 36 times the monthly average of these amounts for the period during which the Hotel has been in operation in the System, or (2) 36 times these amounts as are due for the one month preceding the termination. | Promptly upon Termination<br>(Payable to Holiday) | Item 17f., g., h. and i. and Note 4 to Item 17 |
| Holiday Inn® Brand Group and Holiday Inn Resort® F&B Programs merchandising & menus, training materials and consultant oversight | An annual fee of $1,200+ shipping & handling for the breakfast program and $1,500 + shipping and handling for the dinner and bar program.  Both programs are purchased through SCH. An additional fee of $2,000 for an evaluation visit if the hotel is not compliant to become certified as compliant. Each subsequent visit for the same issue will require $2,000 and an incremental $500 if the hotel is non-compliant with any F&B standard. | Upon demand<br><br>(Payable to SCH Suppliers or SCH) | Note 18 |
| IHG® Way of Clean 5S Cleaning Program Leadership Certification | One-time charge of approximately $350 for a virtual class or $395 for a field based program which includes materials and/or tools and training, but does not include travel costs. | | |
| Royalty in case of Casualty | 2% of GRR based on average GRR for preceding 12 months. | Monthly, on the 15th of the following month | Note 19 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| | | (Payable to Holiday) | |
| Promotions; required and optional advertising materials | | On request<br><br>(Payable to Holiday) | Note 20 |
| Guest Relations Fees | Quality and Service contacts from the hotels will be handled by Guest Relations in the 'One Contact Resolution' process. Hotels will be charged a case management fee of $150, plus the compensation amount of no greater than one night's room fee and tax.<br><br>Non Service and Quality cases (such as billing or reservations issues) that are not resolved within 48 hours by the hotel will be handled by Guest Relations with a case management fee of $150. | Upon notice<br><br>(Payable to Holiday) | Note 23 |
| IHG Voice Reservation Service | $6.63 Per net booking, which may be changed once annually.<br><br>Non-participating hotels may be charged a commission of 10% for Cross Sells generated from this Service.  This commission may also be applied to non-participating hotels who transfer hotel-direct calls to public InterContinental Hotels Group CRO toll-free numbers. | Monthly<br><br>(Payable to SCH) | Note 8<br>Note 21 |
| Revenue Management for Hire Program | $425 – $3,350 per month depending on total room count and annual occupancy (These fees apply until December 31, 2017, after which they may change.)<br><br>Plus, out of pocket travel expenses for SCH personnel.<br><br>(These fees are modifiable with 90 days written notice) | Monthly<br>(Payable to SCH) | Note 22 |
| Completion of the appropriate level of IHG® Revenue Management certification (if hotel | $1,195 – $1,500 | Upon attending<br>(Payable to SCH) | |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| is not participating in the Revenue Management for Hire Program) | | | |
| IHG® Rewards Club Measured Standards | $500 per standard failed.<br><br>Fee escalates to $1,000 each consecutive quarter Hotel in "Failure" status. | Quarterly Assessment appears on invoice (Payable to SCH) | Note 24 |
| Employee Engagement Survey | $7 to $12 per employee each year | Annually (Payable to designated third party provider) | Note 25 |
| IHG Frontline | $600 per year per hotel for Holiday Inn Express brand group hotels; $800 per year per hotel for Holiday Inn brand group hotels and Holiday Inn Resorts hotels | Annually (Payable to designated third party service provider) | Note 26 |

**Note 1:** Holiday can require you to make any payments due to Holiday to its parents, affiliates, subsidiaries or other designees. For example, many charges and fees shown on the table above are currently payable to SCH. Unless otherwise stated, all charges and fees on the table above are nonrefundable and the charge or fee or its formula is uniformly imposed on similarly-situated franchisees.

"GRR" means all income attributable to or payable for rental of guest rooms and suites at the Hotel, including, but not limited to, any mandatory fee or surcharge charged to all guests renting a room, such as resort fees, with no deduction for any item, including, for example, no adjustment for the cost of any food and beverage items provided or made available to a guest as an incident of a guest room rental. The only permitted deductions are those for sales and room taxes. GRR includes fees or payments you collect if a guest does not stay after making a reservation, which is often called "No-Show Revenue". Holiday may require you to settle all outstanding obligations payable to Holiday by direct account debit, electronic funds transfer, or other similar technology designed to accomplish the same purpose. Holiday may also charge royalties on revenues from any activity that you provide at the Hotel by mutual agreement with Holiday if such activity: (i) is not offered at System Hotels generally (at the time you enter into the License) and is likely to benefit significantly from, or be identified significantly with, the Holiday Inn or Holiday Inn Express brand names or other aspects of the System; or (ii) is designed by or developed by Holiday. Certain fees paid by franchisees, other than the royalties and related fees, are payable to SCH and either SCH or Holiday may collect those amounts from franchisees.

SCH may make available one or more branded F&B restaurant concepts for your Hotel (see Item 8). If you desire, you may elect to open one of the approved branded F&B restaurant concepts at your Hotel; however, you will not be required to do so. If you elect to do so, you will sign the Participation Agreement attached as Exhibit I-3.

For purposes of calculating the liquidated damages set forth in paragraph 14.I of the License, "mature hotels" means hotels which were open for two full years or longer; were franchised or, alternatively, owned and/or managed by Holiday or one of its affiliates; and, were not in financial or quality default of their applicable franchise or management agreement obligations as of the applicable date.

**Note 2:** You must pay a Services Contribution equal to 3.0% of GRR for Holiday Inn brand group hotels (Holiday Inn, Holiday Inn Resort and Holiday Inn & Suites brand hotels) and for all Holiday Inn Express

brand group hotels (Holiday Inn Express and Holiday Inn Express & Suites brand hotels). Holiday will use these funds in its sole judgment for marketing, reservations and other related activities, which, in Holiday's business judgment as to the long-term interests of the System, support marketing, reservations, and other related functions. Funds from Services Contributions are typically invested in activities that strengthen the brand such as awareness advertising, research, and the development of new or improved services, but may include tactical marketing initiatives more focused on short term revenue enhancement. The Services Contribution does not include the cost or installation of reservation services equipment or training in the use of the equipment. Holiday can change the Services Contribution from time to time if the change is approved by either: (i) a majority of members (counted on the basis of one hotel, one vote) of the System who represent a majority of the Hotels to be subject to the increase; or (ii) a majority of the members of the System or the IHG Owners Association (the franchise association or successor approved by Holiday) at a meeting of System franchisees or at an annual IHG Owners Association meeting. Holiday can convene either meeting on at least 45 days advance notice. Holiday may, on 30 days advance notice, increase the Services Contribution by up to 1% of GRR. If Holiday does so, the increase will be effective for no longer than 12 months. If Holiday increases the Services Contribution in this way, then Holiday cannot make another discretionary increase again for 24 months after the expiration of the increase.

**Note 3:** Your Hotel must participate in the loyalty program (the "Loyalty Program") for as long as SCH chooses to market a Loyalty Program. As of the date of this disclosure document, the Loyalty Program is marketed to consumers under the names "IHG® Rewards Club", "InterContinental Ambassador", "IHG® Dining Rewards" and "IHG® Business Rewards". You must pay the Initial and Special Marketing Contribution to SCH for the Loyalty Program. The Initial Marketing Contribution is payable when your Hotel first enters Holiday's System. SCH can change the Special Marketing Contribution. The Loyalty Program is an incentive program that rewards members for frequent qualifying stays at all Holiday Inn, Holiday Inn Resort and Holiday Inn Express brand group hotels (and, as described in Holiday's separate disclosure documents, for all Crowne Plaza, Hotel Indigo, Staybridge Suites, Candlewood Suites, EVEN® Hotels and InterContinental Hotels & Resorts brand group hotels) and other hotel brands within the SCH hotel portfolio. The Loyalty Program includes alliances with airline frequent flyer programs and other Holiday brands. Through these alliances, IHG® Rewards Club members may choose to collect and convert their IHG® Rewards Club points into airline miles, or choose to collect miles automatically with each stay. SCH may add or delete airlines and alliances within other industries from the IHG® Rewards Club program.

SCH's Global Sales & Marketing department has established marketing relationships with airlines, rental car companies, banks and other types of companies, some of which include co-branding with IHG® Rewards Club. These alliances may produce revenue and income for SCH that do not result from any required purchases that you make.

The Special Marketing Contribution to the Loyalty Program is currently 4.75% of Qualifying Full Folio Revenue and 1.425% of Qualifying Room and Meeting Revenue. SCH can change these percentages in its sole judgment. All enrolling stays will be assessed a flat rate of $4.75 to the enrolling hotel and a flat 1,000 points will be issued to the member regardless of their qualified stay revenue. Qualifying Full Folio Revenue includes: (a) Qualifying Room Rates (defined below), (b) charges for food and beverage, telephone, laundry and pay-per-view movies, including applicable taxes, when charged to the member's room regardless of whether a qualifying room rate was paid, and (c) at the Hotel's discretion, any other items charged to the member's room not defined in the previous items (a) or (b). Property management systems certified as compatible by the SCH Information Technology department provide Full Folio Revenue data to the Loyalty Program through an automated interface. Qualifying Room Rates under the IHG® Rewards Club program include, for example: (1) non-discounted rates; (2) standard corporate rates; (3) leisure rates; (4) government rates; (5) Corporate Gold rates and worldwide sales negotiated rates; (6) conference and meeting rates; and (7) individual Hotel contract rates. If discounts on rates (6) and (7) exceed 30% of the Hotel's published rates, the Hotel may exclude the awarding of IHG® Rewards Club points for these discounted room rates. Group room nights may qualify for IHG® Rewards Club points.

Qualifying Room and Meeting Revenue includes Hotel revenue from accommodation (room only booked on behalf of others via the Booker Loyalty Program) and/or Hotel revenue from rental of guest rooms, meetings, social, or catered events to include revenue from meeting room hire, food and beverage, and/or other revenue associated with the meeting or event at the hotel's discretion (formerly known as IHG® Meeting Rewards).  IHG® Rewards Club points are capped at 60,000 per meeting or event, while the Hotel has sole discretion to award more than 60,000 points for any such meeting or event.  At three points per dollar payable at 1.425%, the amount contributed to the Loyalty Program is capped at $285 per event; however, the Hotel has discretion to award more than 60,000 points at the same 1.425% assessment rate ($0.00475 per point).

In 2016, the Loyalty Program was extended until December 31, 2019 by a vote of all hotel principal correspondents of Holiday licensed Hotels in good standing.  Under this extension, Loyalty Program members may accumulate points through December 31, 2019, and may redeem them through June 30, 2020.  If the Loyalty Program is extended beyond December 31, 2019, the foregoing dates will also be extended.  Loyalty Program points will expire on a monthly basis for any Loyalty Program accounts which have been inactive during the prior rolling 12-month period.

Votes on changes to the Special Marketing Contribution or other Loyalty Program elements requiring a vote of System franchisees will be counted on a "negative option basis", which means that those Hotels which do not respond by the specified voting deadline will have their votes counted as a vote for approval of the proposed change(s).

Hotels must also participate in the Loyalty Program Hotel Rewards Program, currently called "IHG® Rewards Club Reward Nights."  Compensation to the Hotel for redeeming the points for a stay at the Hotel is correlated with the Hotel's annual average daily rate (ADR) for the period equal to the previous calendar year, ending December 31.  The compensation for a Reward Night currently ranges from $25 to $75 if occupancy at the Hotel is less than 96% on the night of the award stay, or the Hotel's ADR on the night of the Reward Night stay if occupancy at the Hotel is equal to or greater than 96% on the night of the Reward Night stay. Holiday will reimburse occupancy taxes or other similar indirect taxes on the redemption of points unless the Hotel is located in a state that does not pay taxes on Reward Nights.

The franchisee (if an individual), General Manager, or designated operator, must attend the Owner Conference—Core Brands and pay the registration fee, currently $1,500, but amount is subject to increase.  These conferences are generally held annually but are subject to adjustment.

**Note 4:**  Holiday may impose or change capital reserve requirements for your Hotel from time to time.  If Holiday requires a capital reserve, you must establish an escrow reserve account funded monthly. Since the capital reserve may not be sufficient to maintain the Hotel as a first class facility in accordance with Holiday's standards, you must promptly provide any necessary additional funds to meet Holiday's product quality and consumer quality requirements.  Holiday will give you at least ninety days' notice of any establishment or change in capital reserve requirements (see also paragraph 14.L of the License).

**Note 5:**  Holiday will use the Technology Fee to provide technology services, including Holidex® Plus. Holiday may increase the Technology Fee in an amount it judges to be reasonable, but not by more than 10% of the fee in effect at the beginning of the year. The Technology Fee does not include the cost of installation, maintenance or repair of equipment or training at the Hotel.

**Note 6:**  The PERFORM™ system uses hotel historical data and future bookings to create a detailed forecast of future business for your Hotel over the next 50 weeks. The PERFORM™ system also produces inventory controls which are used in the sales process of your PMS and all direct (CRO, Brand Website) and indirect channels (such as GDS or online travel agencies (OTA)).

There are three types of PERFORM™ database builds: Standard, Proxy and HOST build.  A standard build needs a minimum of one year of consecutive 2-way data before activation.  A Proxy build needs a minimum of 3 months of consecutive 2-way data and 9 months of data from a comparable hotel.  A HOST build is available 1-60 days from the opening of a hotel.

PERFORM<sup>TM</sup> with Price Optimization is the latest addition to Holiday's PERFORM<sup>TM</sup> revenue management system and helps Holiday's hotels determine the best daily price.  The system integrates the demand forecast, publicly available competitive rates, and price sensitivity to make optimal pricing recommendations for its hotels.

If you elect to implement PERFORM<sup>TM</sup> with Price Optimization, the Revenue Management representative from the hotel, for example, the Director of Revenue and/or General Manager must attend either a virtual or classroom training session.  Cost for training ranges from $350 to $395.  Additionally for hotels that do not participate in Revenue Management for Hire or MarketVision, additional costs of between $30 and $60 per month will apply.

See Item 11 for a more detailed discussion of PERFORM<sup>TM</sup>.

**Note 7:**  Currently, Holiday Inn brand group hotels and Holiday Inn Express brand group hotels with fewer than 150 rooms and requiring no Sales and Catering functionality may use the Opera Xpress PMS Solution.  Holiday Inn brand group hotels and Holiday Inn Resort hotels with more than 150 rooms and/or requiring Sales and Catering functionality must use the Opera PMS solution (see Items 1, 8 and 11). You must also obtain ongoing maintenance and support for the required PMS software, including upgrades and new versions (see Items 8 and 11) and other software including operating system upgrades and anti-virus, anti-malware, and anti-spyware software. The anti-virus, anti-malware and anti-spyware software is part of a product of McAfee, Inc. called Total Protection for Network (ToPS), which will be administered and managed by AT&T via the FastConnect Plus solution. The PMS Provider will bill you and collect the fee from you for the required PMS software support and the PMS Provider provides the support.  You must also obtain ongoing equipment maintenance for the PMS hardware as arranged through either SCH or an approved vendor.  The costs will vary according to your technology needs and the costs listed on the table are estimates.

The PMS Provider will provide you with a third-party license and/or hosting agreement for the use of the PMS software. Therefore, you must sign a third party license and/or hosting agreement with Oracle America, Inc., the PMS provider for Opera, or with any other PMS provider designated by SCH (see Items 1, 8 and 11), which will be prepared for you after you complete the Oracle New Account Setup Form, the form of which is attached to this disclosure document as Exhibit I-9. This license agreement includes on-going maintenance and support for the PMS software.  The PMS Provider will bill you annually for the support fee. The PMS Provider may not increase the maintenance and support fee more than once during any calendar year.  You must also pay support fees for the other components of property-level systems, such as PMS equipment maintenance, and for other systems which interface to the Opera or Opera Xpress PMS system; such as the telecommunications system, the electronic door locking system, and the specialized sales software.  Hardware and software maintenance fees may vary based on the number of rooms at the Hotel.  The fees for local and long distance telephone service and line charges are not included in the estimated fees on the chart. The costs will vary according to your technology needs, and the costs listed on the chart are an estimate.

Upon activation of the Secure Payment Solution ("SPS") at your Hotel, SCH will immediately bill you monthly and administer support for the hardware and software.   You must also obtain ongoing equipment maintenance for the SPS hardware, as arranged through either SCH or an approved vendor. The $156.25 SPS Maintenance & Support fee paid to SCH may increase according to corresponding rises in PMS credit card support services from Oracle.

For Guest Internet Access ("GIA") Bandwidth, a hotel will be required to utilize an approved SCH-certified provider and enter into a participation agreement with Comcast, Century Link, AT&T, Verizon, Charter Spectrum, Canopco, Circle Computer Resources, or Shaw Telecom (see the form agreement attached as Exhibit I-7 to this disclosure document).  Monthly service fees will vary based on regional telecommunication or cable company sources.  Hotels with existing contracts with bandwidth providers must allow such contracts to expire or terminate by their own terms and not allow them to renew, by giving appropriate notice as soon as the terms of those contracts permit.  If the contract term will extend more than one year after the effective date of the brand standard and the hotel has a right to terminate for convenience (without cause) and without payment of any fees, then the hotel must exercise that right

43

so that the contract terminates within that year.

For Guest Internet Access ("GIA") Hardware, a hotel will be required to install approved Wi-Fi related equipment; use an approved SCH-certified integrator to install the equipment; and, enter into an agreement with one of the following IHG Connect Wi-Fi providers: Active Networks, BluePrintRF, GuestTek, Hospitality WiFi, Intello Technologies, MTS, Ovation Networks, Inc., Pinnacle Communications, Single Digits, Inc. or Wandering WiFi (see the form agreement attached as Exhibit I-8). Monthly service fees will include a base per-room fee for guest support and a variable fee for meeting room support based on the number of meeting rooms and the amount of meeting space that exceeds 2,000 square feet. Hotels with existing contracts with bandwidth providers must allow such contracts to expire or terminate by their own terms and not allow them to renew, by giving appropriate notice as soon as the terms of those contracts permit.  If the contract term will extend more than one year after the effective date of the brand standard and the hotel has a right to terminate for convenience (without cause) and without payment of any fees, then the hotel must exercise that right so that the contract terminates within that year.

**Note 8:**   **Third Party Distribution Connection Fees:**  The IHG Commission Services ("ICS") program is optional for all Holiday Inn and Holiday Inn Express brand group Hotels. However if your hotel participates in the Global Distribution System ("GDS"), your Hotel's participation in ICS is mandatory. ICS was the first centralized commission payment program in the industry, and currently has over 165,000 participating travel agencies in 52 countries.  SCH will provide you with a monthly invoice detailing all commissions and Distribution Connection fees that SCH pays for you.  As a participant in ICS, you must pay the customary minimum of 10% of the GRR (or another percentage that Holiday designates) for the travel agent or other referral source booking.  In some cases Holiday is able to negotiate this percentage and it is subject to increase from time to time.  As a participant in ICS, you are automatically enrolled in the GDS, which provides reservation linkage with four major airline reservation systems.  In order to enroll in the GDS, you must participate in the ICS program.  You must pay a GDS fee for any reservation through the GDS that is not cancelled.  In some cases Holiday is able to negotiate the GDS fee but the fee is set by third parties and is subject to change upon 30 days' notice to you.  GDS Fees are currently set at $6.40 per reservation and are subject to change.  Additionally, alternative connections may be developed between SCH and vendors which may be subject to transaction fees. Alternative connection transaction fees are determined by the cost of operating the connection or by the cost of the third parties who provide the connections.  The Direct Connect Fee for an alternative connection may vary per year depending on connection costs and third party costs. Direct Connect fees are currently set at $1.75 per reservation and are subject to change.  You may pay your commissions and transaction fees by direct debit through Pegasus Commission Processing.  If you decline this option, you must pay SCH $2.00 per commissionable transaction billed in addition to the commission.  Pegasus rebates SCH 3.05% of commissions collected for their members and 3.50% of the total commission paid for non-members. Additionally, ICS may be used as a mechanism to bill for other SCH programs such as IHG Voice Reservation Service cross-sell fees or GDS Biasing programs. The programs in which SCH uses ICS for billing may change from time to time.  A separate entity affiliated with SCH, known as IHG ECS (Barbados) SaRL, operates the SCH ICS program.  For reservations made through a travel agent or other referral source and processed for SCH or its subsidiaries by Pegasus Commission Processing, SCH will receive a minimum of 2% of the commissions paid to Pegasus Member agents to cover the costs of running the ICS program.  (These amounts are subject to change without notice.)

**Performance Marketing Program:**  All hotels are automatically enrolled in the Performance Marketing Program ("PMP").  However, Hotels can opt-out if they do not want to participate in the PMP.  If they opt out, they will receive no bookings from the PMP.  The PMP is designed to be a performance-based and self-funded Internet Marketing program that generates increased revenue potential for Hotels.  The PMP markets the System through SCH direct channels (SCH branded web sites and Central Reservations Office, or "CRO").  Internet users can click on advertising placed by SCH and be linked to SCH's Internet reservations page or call a trackable SCH CRO telephone number displayed on the advertisement to make reservations.  If a Hotel stay is generated for your Hotel through this process,

your Hotel must pay SCH a negotiated percentage of the consumed revenue booked, which will be no greater than 15%. No GDS fee will be charged for these PMP transactions. A portion of the commissions paid by Hotels will be used by SCH to satisfy financial obligations to associated media companies and publishers which provided the advertising placements to SCH. Specific commission payment levels for each associated media company and publisher vary based on size, strategic value, and actual or potential revenue contribution.

**GDS Biasing Programs:** SCH works with the GDS to provide Hotels with additional advertising opportunities. Galileo and Worldspan (two of the four GDS providers) invite qualifying hotels to participate in the Galileo Featured Property Plus or Worldspan Featured Property Plus Programs. These are optional pay-for-performance marketing programs that provide access to marketing services to reach over 100,000 travel agency locations around the world. Galileo and Worldspan guarantee a 20:1 return on investment for marketing fees paid by participating Hotels (effectively a 5% commission charged against incremental revenues attributed to the program). Hotels are billed through the ICS system. Participating hotels in Galileo Featured Property Plus are featured in Galileo Featured Property. Participating hotels in Worldspan Featured Property are featured in Worldspan Featured Property. SCH may negotiate additional GDS marketing programs, and if it does, the fees may vary.

**BTA Revenue Programs:** Business Travel Agency ("BTA") refers to a subset of agencies that account for a significant portion of all travel delivered to SCH Hotels via travel agencies. BTA Revenue Programs are pay-for-performance marketing programs designed by SCH to drive incremental revenue and improve market share with SCH travel agency partners. The key focus of these programs is to reward agencies for increasing market share by driving non-negotiated rate and/or corporate contracted business to Hotels. Hotels pay a 2.25% override fee (in addition to standard travel agency commission) for non-negotiated corporate contracted rates on consumed room revenue over the base amount, up to a maximum of $20,000 per year). Commissions are paid through the ICS. SCH negotiates and executes a centralized global contract on behalf of all Hotels in the system.

**Mid-Market Account Program:** All hotels are automatically enrolled in the Mid-Market Account Program (MMAP); however, hotels can opt-out if they do not want to participate in the MMAP. If they opt out, they will receive no bookings from the MMAP. The Mid-Market Account Program is designed to generate incremental revenue from mid-market and local accounts to IHG hotels by developing new accounts. Hotels agree to honor the discount percentage that is attached to the account. Discounts are based on the room night volume of the Mid Market Account Program client and calculated off the Best Flexible Rate (BFR). Discounts range from 3.0% to 14.5% off BFR. Hotels agree to pay a booking fee equal to 4% of the consumed transient room revenue for all Mid Market Account Program accounts. Hotels agree to pay any GDS or Third Party fees associated with MMAP clients.

**Note 9:** You may conduct local and regional marketing programs and related activities, but only at your expense and subject to Holiday's requirements. Holiday may impose reasonable charges for advertising materials you choose to order from it for these activities. There are no marketing associations or cooperative programs for which participation is mandatory.

**Note 10:** You must pay to Holiday an amount equal to any sales, gross receipts or similar tax that may be imposed on Holiday and calculated solely on payments required under the License, unless the tax is an optional alternative to an income tax otherwise payable by Holiday.

**Note 11:** If your Hotel is a new development Hotel and you apply for an extension of the construction commencement deadline, you must pay an extension fee. If Holiday approves your extension request and you begin construction within the extension period, then Holiday will refund the extension fee you paid, without interest, less the expenses Holiday incurred in processing the extension request. If you do not begin construction within the extension period, Holiday may refund or retain the extension fee as it determines. Holiday's approval of extension requests is not automatic. You must pay any expenses Holiday incurs in processing the extension request.

Whether your Hotel is a new development Hotel or a conversion, you must pay any expenses Holiday incurs in processing any construction commencement or completion extension request you make.

**Note 12:**  Holiday charges a standard Additional Room Application Fee for applications for approval of any guest rooms or guest suites to be added to the Hotel (presently, $500 per additional guest room/suite).  If you withdraw the room or suite addition application before Holiday approves it, or if Holiday denies the application, then Holiday will refund the Additional Room Application Fee, less direct expenses it incurred.  Holiday may require upgrading of your existing facility as a condition of approving a room or suite addition application.  You may apply for an extension of the deadline for completion of the room or suite addition, and if Holiday approves your request, you must pay an extension fee.  Fees for room/suite additions and for extensions of room addition deadlines become non-refundable if Holiday approves your request.  Again, approval of extension requests is not automatic and you must pay any expenses Holiday incurs in processing the extension request.

**Note 13:**  If you propose a securities offering requiring registration under any federal or state securities law, you must apply to Holiday for approval of the offering and pay Holiday a non-refundable securities offering fee of $25,000 when you apply.

**Note 14:**  If an audit by Holiday discloses a deficiency in any payment and the deficiency is not offset by overpayment, you must immediately pay Holiday the amount of such deficiency and an audit fee of $3,000. If the audit does not result in a deficiency being assessed, then you will not pay an audit fee. Amounts not paid when due will accrue interest, beginning on the first day of the following month, at 1.5% per month or the maximum interest permitted by law.

**Note 15:**  If you apply for re-licensing or change of ownership, you must pay Holiday a Re-licensing Application Fee or Change of Ownership Fee, as the case may be.  If Holiday denies the re-licensing or change of ownership application, Holiday will retain $15,000 and refund the balance of the Re-licensing Application Fee or Change of Ownership Fee to you.  Fees vary for Licenses with terms of 60 months or less.

**Note 16:**  You must indemnify Holiday, its parents, subsidiaries and affiliates (including SCH) and their officers, directors, employees, agents, successors and assigns against, hold them harmless from, and promptly reimburse them for, all payments of money (including fines, damages, legal fees, and expenses) by reason of any claim, demand, tax, penalty, or judicial or administrative investigation or proceeding whenever asserted or filed (even where negligence of Holiday and/or its parents, subsidiaries and affiliates is alleged) arising from any claimed occurrence at the Hotel or any act, omission or obligation of yours or anyone associated or affiliated with you or the Hotel.  At the election of Holiday, you will also defend Holiday and/or its parents, subsidiaries and affiliates and their officers, directors, employees, agents, successors and assigns against same.  In any event, Holiday will have the right, through counsel of its choice, to control any matter to the extent it could directly or indirectly affect Holiday and/or its parents, subsidiaries or affiliates or their officers, directors, employees, agents, successors or assigns.  You agree to pay Holiday all expenses, including attorneys' fees and court costs, incurred by Holiday, its parents, subsidiaries, or affiliates, and their successors and assigns as a result of any claimed occurrence or to remedy any defaults of, or enforce any rights under the License; to effect termination of the License; or collect any amounts due under the License.

**Note 17:**  Holiday may charge you for all quality action plan visits, re-evaluations and re-inspections at your Hotel that occur as a result of your Hotel's failure of any previous quality evaluation, your Hotel's failure under the quality system or under the guest satisfaction measurement system, your failure to complete PIP requirements by the specified interim or final milestone dates, your failure to complete the Monthly Quality Self Assessment, or your failure to complete the Management Action Plan. You must pay an escalating fee of up to $7,500 for each quality re-evaluation and re-inspection and you must pay an escalating fee of up to $7,500 for each subsequent visit due to consecutive failures.  In addition, you must pay the room and board of Holiday's inspector(s) on all quality evaluations, action plan visits and re-visits, as well as room and board and travel for all PIP or Plan reviews.  Following implementation of the Standard Room Décor Program, Holiday will charge a fee of $25,000 for any Customized Design Review, which consists of $10,000 for guest room design review, $10,000 for public area review and $5,000 for exterior reviews.

46

You must complete the mandatory Monthly Quality Self Assessment ("MQSA"). Failure to do so in any given month will result in an escalating fee of up to $7,500 for each occurrence and may result in a visit from a Quality Department Representative. You must complete all items in the Management Action Plan ("MAP") that is created during a quality evaluation, action plan visits, re-evaluations and re-inspection at your Hotel. Failure to do so in the timeline defined within the MAP will result in an escalating fee of up to $7,500 and may result in a visit from a Quality Department Representative. In addition, you must pay the room and board of the Quality Department Representative(s) on all MQSA and MAP visits.

All Hotels that fall into any guest satisfaction measurement (currently known as "HeartBeat") that is below the At Risk threshold must pay up to $7,500 for each required re-inspection or default visit and may be assigned two of Holiday's training workshops to attend at the Hotel's expense.

**Note 18:** All Holiday Inn brand group hotels and Holiday Inn Resort hotels must participate in and provide in their entirety the mandated food and beverage programs, as outlined in the Standards. These programs include signature menu items and specified brand name food and beverage products, approved restaurant menus, room service menus, room service pre-order menus and merchandising material; and approved training services and manuals. The General Manager, food and beverage manager, and all restaurant staff must complete program training and obtain program certification before the Hotel opens as a Holiday Inn brand group hotel or Holiday Inn Resort hotel. SCH will offer you a breakfast package of menus (restaurant and in-room), merchandise and training materials and services for a set annual fee (currently $1,200, plus shipping and handling), as well as a dinner and bar package of menus (restaurant and in-room), merchandise and training materials and services for a set annual fee (currently $1,500, plus shipping and handling), but you are not required to purchase these packages from SCH. If your Hotel does not purchase these program packages from SCH, the Hotel must obtain the required materials and services from a vendor approved by SCH and the Hotel will receive the supplier materials and services from a vendor approved by SCH at the Hotel's expense. However, the cost for a vendor to produce these required program materials for one hotel may be considerably more than the SCH fee because SCH produces the program materials for multiple hotels. Based on full compliance with these programs and meeting a certain specified purchase volume, your Hotel may receive the supplier provided rebates (based on product purchases made annually from required vendors and facilitated by a third party).

**Note 19:** If your Hotel is closed because of damage due to fire or other casualty, then during the time that your Hotel is closed, you will pay to Holiday (instead of all other System fees under paragraph 3.B of the License) a royalty of 2% of GRR based on the average GRR for the 12 months preceding the date of closing, or if your Hotel has not been operating in the System for 12 months, then for this purpose the GRR will be based on the average monthly GRR for the period that the Hotel has been operating in the System.

**Note 20:** To participate in certain other marketing programs and to comply with certain other standards, you may be required to buy advertising materials, products, services, equipment or supplies or other proprietary materials, and you may have to offer promotions or services to guests that may result in expenses or costs to you. Sometimes, these advertising and proprietary materials are available for purchase through Holiday or its affiliates.

**Note 21:** From time to time Holiday (or an affiliate) may, but is not obligated to, offer you an opportunity to participate in the optional IHG Voice Reservation Service program. The IHG Voice Reservation Service program is an optional, supplemental service whereby reservation calls to your Hotel will be referred to an offsite call center. Under certain circumstances, Holiday may require you to participate in the IHG Voice Reservation Service program (see Item 15). The offered services may include reservation services for all calls transferred from the Hotel; telephone connections between the Hotel and the reservation office; equipment, management and staffing for the reservation office; and monthly performance reports for the Hotel. If offered, these services will require you to pay additional fees (see Item 6 table) and you must sign the IHG Voice Reservation Service Agreement, attached as Exhibit I-1 to this disclosure document. Either party may terminate the agreement by providing 30 days advance

47

written notice or SCH may terminate the agreement with 5 days' notice if hotels do not make timely payments.

**Note 22:** From time to time Holiday (or an affiliate) may, but is not obligated to, offer you an opportunity to participate in the optional Revenue Management for Hire program.  The Revenue Management for Hire program is an optional, supplemental service under which revenue management functions will be performed in cooperation with your Hotel.  Under certain circumstances, Holiday may require you to participate in the Revenue Management for Hire program (see Item 15).  If offered or required, these services will require you to pay additional fees and you must sign the Revenue Management for Hire Agreement, attached as Exhibit I-2 to this disclosure document.  If you elect to participate in the Revenue Management for Hire program, the agreement terminates 12 months from the initial date or either party may terminate the agreement by 90 days advance written notice.  The agreement will also terminate if the Hotel participates with an uncertified third party intermediary. The term is automatically renewed for one year terms unless 30 days written notice is given before the end of the term.

If a hotel is operated by a first time Holiday owner-operator, the hotel will be required to join the Revenue Management for Hire (RMH) program at a minimum for the first two years of operation.  If your Hotel chooses not to participate in the Revenue Management for Hire program, your Hotel must have a dedicated revenue manager on site, be a part of a management company with an above property revenue management structure that has completed the appropriate level of IHG Revenue Management Certification, or use a certified third party revenue service.

**Note 23:** One Contact Resolution is a Guest Relations process that allows for increased guest satisfaction by empowering case managers to handle calls quickly.  Your Hotel is expected to resolve any guest relations issues of a service or quality nature during the guest's stay.  Post stay contacts of a service or quality nature will be resolved by Guest Relations Case Managers on behalf of the hotel, compensating the guest with up to one night's room fee and tax.  The hotel must pay a $150 case management fee as well as any applicable compensation to the guest.  Hotels can earn a quarterly fee waiver on service and quality cases by achieving a Guest Relations Index in the top third of the System.  Any non-service or quality issues are referred to the hotel for resolution.

**Note 24:** IHG® Rewards Club Measured Standards are measured and enforced to ensure consistency in the delivery of the program to its members.  Standards are based on calendar quarter thresholds.  Hotels are measured at the end of each calendar quarter for compliance.  If a Hotel fails to meet the threshold for a quarter it will have one quarter to cure.  If the Hotel fails to cure, it will move to assessment and will be assessed a fee of $500 for each standard failed.  If a Hotel fails in consecutive quarters the penalty will escalate to $1,000 for each consecutive quarter the Hotel is in failure.  All measured standards are evaluated and assessed individually.

**Note 25:** Holiday may require your Hotel to participate in the brand's annual employee engagement survey and if so, you will be responsible for all charges associated with administering the program through the brand's designated third-party provider.

**Note 26:** You are required to use the "IHG Frontline" subscription based web platform for certain of Holiday's required training programs.  In connection with obtaining a license to use IHG Frontline, you are required to pay the third party service supplier, Lobster Ink, an annual flat fee of $600 for Holiday Inn Express brand group hotels and of $800 for Holiday Inn brand group hotels and Holiday Inn Resort hotels and to electronically sign/accept a subscription agreement, a copy of which is attached as Exhibit I-10 to this disclosure document.

**General:** Holiday can require you to settle all outstanding obligations by electronic funds transfer, direct debit or other similar technology designed to accomplish the same purpose.  Except as described above, all monthly payments must be made to Holiday by the 15th day of the following month, in Atlanta, Georgia, in U.S. currency, unless otherwise specified by Holiday.

Holiday may consider requests to alter the requirements described in this Item.  Holiday will only consider proposed changes under special circumstances and any changes must comply with applicable laws.

48

**ITEM 8**

**RESTRICTIONS ON SOURCES OF PRODUCTS AND SERVICES**

Except as described below, you are not required to purchase or lease products or services from Holiday or its affiliates, or from suppliers approved by Holiday, or under Holiday's specifications.

**Standards and Specifications:**

You must build, design, furnish, equip, decorate and supply the hotel subject to Holiday's approval of your plans.   You must equip the hotel with products which meet Holiday's standards, specifications, and prototype plans, including those described in the License and the Standards and any mandated Standard Décor Programs for the applicable Holiday Inn, Holiday Inn Resort or Holiday Inn Express hotel brand.   All modernization, renovation and upgrading of your Hotel must also meet Holiday's Standards and specifications.   Holiday issues specifications by brand of product and in many instances by brand "or equivalent", by physical characteristics and by other methods, depending on the product or service involved.   Holiday can make changes to the Standards.   These changes will become binding on you as if originally set forth in the Standards.   Any change Holiday makes must be approved by Holiday's Franchise Committee (or its equivalent) or designated subcommittee, after seeking the advice and counsel of the appropriate committee of the IHG Owners Association.   Holiday will provide you with an explanation of any change, in writing, at least 30 days before it goes into effect.

Holiday estimates that its standards and specifications will apply to 90% to 95% of your purchases and leases.   If you purchase or lease any equipment or supplies not previously approved by Holiday, Holiday may require you or the manufacturer to submit a written request for its approval.   Holiday reserves the right to require removal of any non-approved product installed at the Hotel.   While Holiday has no obligation to respond within a certain time frame, it expects to do so within 45 to 60 days from receipt of your request.    Holiday may require certain information, tests, certifications and inspections, at no expense to Holiday, as a condition of approval.

Under the Standard Room Décor ("SRD") Program, all Holiday Inn brand group Hotels and Holiday Inn Express brand group Hotels must choose and install in all guestrooms  a design scheme provided under Holiday's established SRD program or a customized design approved by Holiday, meeting all of Holiday's detailed quality specifications.   If a customized design is used a customized design fee and a model room will be required.   If you use suppliers other than the established SRD approved suppliers, your alternate suppliers must show that their products will meet Holiday's quality specifications.

Under the existing SRD program, there are two to three décor schemes to choose from with specific, identified soft good and hard good items, as well as competitive pricing and delivery commitments from the established SRD approved suppliers.   Current SRD schemes are pre-approved for use and you will not be required to go through the design submittal process if you notify Holiday's Plan Review Department which scheme will be used in its entirety.

Holiday requires you to hire qualified, licensed, professional advisors in the form of a project team, which may consist of, depending on complexity and scope of the work, an architect, interior designer, engineer or other related specialist when building or renovating an IHG hotel.   If you cannot find such licensed professional help, contact your IHG Plan Review Regional Manager.   Any design work submitted by unqualified individuals hired by you will be rejected and your Hotel can be subject to Plan default, resulting in an assessment of fees under the terms of your License.   The fee for such Plan default will be $2,500. You may be required to remove any non-approved product installed in your Hotel that has not been approved by IHG Plan Review explicitly in writing before installation.

At the time Holiday and you sign a License, and before your Hotel opens, SCH may determine to fund your purchases from approved suppliers and then invoice you.   You must reimburse SCH for these purchases. If Holiday funds your purchase before your Hotel opens, Holiday will not receive fees from approved suppliers.

In some instances Holiday receives a small commission from vendors' sales to offset Holiday's costs of implementing the SRD Program.  These costs include professional design services for creating new décor schemes for Holiday's franchisees, prototype room development and testing, specifications development, negotiating and contracting services for items that the franchisee may buy through this program, web site updating and maintenance, and franchisee support service expenses.  The commission amounts to ½-2% for SRD items.  The information below reflects operations as of the date of this disclosure document and is subject to change.  Standard Room Décor commissions for the year ending December 31, 2016 were $1,839,257.  These commissions are not applicable with mandated designs.

**<u>Suppliers</u>:**

You may purchase your equipment, furnishings and supplies for the Hotel from any source, so long as the products meet the specifications in the Standards, License or Holiday's standards and specifications, unless Holiday requires you to purchase a product from a designated or approved supplier or service provider in the License, the Standards, or other communication to you.

Holiday may provide you with information and recommendations concerning firms which offer products and services which your License or Holiday's standards require you to use, which are necessary and useful to the operation of a Hotel, or which meet Holiday's standards and specifications.  However, Holiday has no ongoing obligation to provide purchasing information to you, and Holiday's practice and approach to this activity may change at any time.  Your License does not require Holiday to engage in or continue these voluntary activities.

In furnishing supplier or service provider information and making recommendations, Holiday uses its business judgment regarding the long-term interests of the System as a whole, based on its information at that time concerning quality, performance, competitive pricing and similar factors.  However, by identifying or recommending a supplier or service provider Holiday makes no warranty to you of these or any other factors.

While Holiday may, from time to time, communicate with you or your suppliers/service providers regarding supply/service provider issues and take steps to improve performance or resolve complaints, Holiday has no responsibility for the financial condition or performance of any supplier or service provider.

Suppliers may offer Holiday the opportunity to take advantage of funds to support co-op marketing, training and other services that support the System at national and hotel levels.  When these options are available and selected, Holiday uses these funds as designated, and to the extent possible to benefit the System, and the systems of Holiday's other brands which purchase from suppliers.  SCH and its affiliates may enter agreements with suppliers and receive revenue attributable to purchases by franchisees and by SCH and its affiliates.

Nothing in your License prevents Holiday from having an ownership interest in any other business, including firms providing products or services to you or providing procurement services to you.  If Holiday has, or later acquires, an ownership interest in a product or service provider, Holiday has no obligation to maintain that interest or to refrain from disposing of it as Holiday sees fit.

No officer of Holiday currently owns any interest in an approved supplier or service provider.

SCH currently utilizes a mixed resource model for the supply chain management functions. In the future, the procurement program may be comprised solely of SCH employees. The procurement program develops and supports purchasing programs and provides System franchisees with several valuable services.  You can contact the procurement program by mail c/o IHG Marketplace, Three Ravinia Drive, Suite 100, Atlanta, Georgia 30346 or by telephone during normal business hours of Monday – Friday 8:30AM – 5:00PM at its toll free support line 855-466-7877.  Purchasing professionals will be available to assist you with any questions you may have regarding sourcing of products or services through IHG Marketplace.

Beginning January 1, 2011, a procurement program run by IHG named InnSupply was initiated with the endorsement of the IHG Owners Association to deliver value and lower cost purchasing opportunities and options to its customers ("Programs"), including Holiday's franchisees, as explained below. In 2014,

the name of this procurement program was changed to "IHG Marketplace". You are, however, under no obligation to use IHG Marketplace's Programs.

IHG Marketplace has contracted for services from group purchasing organizations Provista, LLC ("Provista"), a subsidiary of Novation, LLC and Foodbuy, LLC.  Provista and Foodbuy, LLC selectively negotiates agreements for IHG Marketplace Programs with their suppliers and offer access to those Programs to IHG Marketplace.  If you become an IHG Marketplace participant, you will purchase goods and services directly from suppliers at IHG Marketplace's negotiated prices.  The relationship between franchisee and supplier is that of buyer and seller.  You are not required to purchase from IHG Marketplace's suppliers or participate in the IHG Marketplace program in any way, and you are free to purchase goods and services from any supplier, so long as the supplier fully complies with Holiday's and SCH's specifications and standards, unless Holiday requires you to purchase a product from a designated or approved supplier in the License, the Standards or other communication to you.

IHG Marketplace operates on a cost recovery basis with fees for both procurement and technical ordering transaction services included in the supplier invoiced price.  Prices paid by franchisees for goods and services as a participant of IHG Marketplace and/or under a Brand Standard/Specification Program will include up to a 4% cost recovery fee.  These fees cover the resource, travel, technology and Program related costs for IHG Marketplace.  Occasionally, the prices will include allowances and rebates paid to IHG Marketplace or franchisees directly by suppliers on your purchases.  Allowances and rebates received by IHG Marketplace or properties directly from suppliers will generally range from approximately 1% to 5% of the amount of the invoice price for the goods and services purchased by you from suppliers participating in the Programs.  All supplier allowances and rebates will be fully transparent to the franchise buyers and distributed to the hotels either directly from suppliers or through the IHG Marketplace administrative group.

**Reservation System and Computerized Enhancements:**

You must purchase equipment, software and services for property-level technology and telecommunications systems from third-party vendors whom Holiday designates or who meet Holiday's specifications (see Item 11).

**Insurance:**

Holiday's specifications for the amounts and types of required insurance coverage are specifically described in paragraph 9.B of the License.  If you fail to procure or maintain the insurance coverages and limits set forth in paragraph 9.B, Holiday will have the right and authority (but not the obligation) to procure such insurance at your cost, including any costs incurred by Holiday for procurement and maintenance of such insurance.  Holiday currently requires that you obtain a general liability insurance policy naming Holiday, SCH and their parents, subsidiaries and affiliates as additional insureds in the amount of $15,000,000 per occurrence.  Holiday also requires that you obtain employment practices liability insurance with a limit of $1,000,000 per occurrence and in the aggregate.  The holder of the liquor license must maintain liquor liability insurance with single limit coverage for personal and bodily injury and property damage of at least $15,000,000 per occurrence naming Holiday and its parents, subsidiaries and affiliates (and the Licensee if applicable) as additional insureds.  Holiday Inn Express hotels selling alcoholic beverages in sundry shops must provide full liquor liability insurance coverage-host liquor liability coverage is no longer sufficient.  Currently, liability insurance premiums for required coverages can range from $40,250 to $287,500 or higher depending on such factors as jurisdiction, exposures, type of Hotel, loss history, location and size of Hotel, payroll size and other factors.  Under the Master Technology Agreement (Exhibit C), you must obtain other insurance coverage.  All amounts stated are in U.S. Dollars.

**Property Management System:**

You must install the certified equipment specified for the PMS as required by SCH.   You must request a waiver to use an alternative source. The PMS equipment is also used for accessing the Reservation System.   PMS equipment, software and maintenance are described in the Master Technology Agreement (Exhibit C).  You must purchase PMS training, implementation, and hardware and software support services (see Item 6).   You must also enter into a Joinder Agreement (can be found within Exhibit C) with Hewlett-Packard Company ("HP") in order to obtain the PMS system hardware, software and deployment services at your Hotel and for the procurement and installation of hardware, software, and installation services of a credit card solution at your Hotel.

Hotels will operate a computerized property management system (PMS) that has been certified by SCH and must maintain the PMS in conformance with the business and performance standards of SCH.  The PMS must have a database schema and shell which is approved by SCH, in order for the interface from the PMS to the CRS to work correctly.   Hotels will be responsible for establishing and maintaining proper application access control to align with Payment Card Industry Data Security Standards (PCI-DSS).   Operating systems, database, and other programs must be maintained with current approved security patches that are fully supported by the software vendors.   The PMS must be periodically updated and maintained to conform to SCH approved software versions, technology advancements and security requirements.  This may require certain hardware and/or software components to be replaced or upgraded.   At a minimum, the PMS hardware and software must be replaced at least every 48 months.  PMS hardware includes server(s), workstations, printers, monitors, ups, back-up device, and associated network components.

In the twelve months ending December 31, 2016, SCH and its subsidiaries' gross revenue from franchise purchases of PMS and Reservation System equipment, software, training and support services ("information technology program purchases") was $6,610,483, as indicated in the year-end financial statement of the Deployment – Profit and Loss Statement for the Global Technology division. SCH retains a portion of the project management charges for franchisee information technology program purchases.  Holiday estimates that more than 95% of the gross revenues from franchisee information technology program purchases are therefore paid over directly to information technology program vendors and are not retained by SCH or Holiday. (The financial information provided in the Profit and Loss Statement for the Global Technology division is not generally available to franchisees).

SCH has selected Opera or Opera Xpress PMS solution as the required property management systems to interface with and access the Reservation System for Holiday Inn brand group Hotels, Holiday Inn Resort hotels and Holiday Inn Express brand group Hotels.  You must enter into a license agreement with the supplier for this PMS option. You must also obtain from the supplier of the PMS, for a fee, ongoing maintenance and support for all other PMS components, including software, PMS software upgrades and required brand standard system interfaces to the PMS (see Item 11).  Oracle America, Inc. is the PMS Provider for the Opera property management system.

You must also pay support fees for the other components of property-level systems, such as PMS equipment maintenance, and for other systems which interface to the Opera or Opera Xpress PMS system; such as the telecommunications system, the electronic door locking system, and the specialized sales software.  Hardware and software maintenance fees may vary based on the number of rooms at the Hotel.

SCH's criteria and procedures for approval of this required supplier of the PMS software and its ongoing maintenance and support are not readily available to System franchisees, but SCH will provide them at your request.   SCH will notify you of any discontinuation of these services.   Under the Master Technology Agreement (Exhibit C), you must obtain other insurance coverage (see Item 7, Note 7).  All amounts stated are in U.S. Dollars.

**Secure Payment Solution:**

SCH administers a computerized payment card processing program, Secure Payment Solution ("SPS"). SPS is a data security process designed to remove certain credit card information from IHG systems. Using PCI certified payment terminals, credit card data will be encrypted and converted to tokens before entering the PMS. SCH has contracted with ACI Worldwide Corp. ("ACI") to provide the tokenization application services. All hotels are required to use SPS. Hardware and software systems required to connect must be fully operational when the hotel opens, with appropriate management and staff trained and competent to operate SPS at all times. Each franchisee will be required to enter into an agreement with one of the SCH- approved merchant service providers and a participation agreement with ACI and SCH (see Exhibit I-6).

**Guest Internet Access – Bandwidth:**

For Guest Internet Access ("GIA") Bandwith, a hotel will be required to use an approved SCH-certified provider and to sign an IHG Direct Hotel Participation Agreement with Comcast, Century Link, AT&T, Verizon, Charter Spectrum, Canopco, Circle Computer Resources or Shaw Telecom, the form of which is attached as Exhibit I-7 to this disclosure document. Estimates for infrastructure needs can vary greatly by location. Actual costs can only be obtained once vendor site surveys are completed, due to the unique building and construction circumstances of a given property.

**Guest Internet Access – Hardware:**

For Guest Internet Access ("GIA") Hardware, a hotel will be required to install SCH approved Wi-Fi equipment and use an SCH approved integrator (an "Integrator") for the installation of Wi-Fi equipment. Hotels are required to enter into an agreement with the Integrator. Estimates for infrastructure needs can vary greatly by location and building type. Due to unique building and construction of any given property, actual costs can only be obtained once Integrator site surveys are completed. The site survey will help determine the number and types of Wi-Fi equipment through a Wi-Fi heat map coverage diagram (see Item 6, Note 7).

**IHG Merlin System:**

SCH has designed a communication service, "IHG Merlin", which will require you to access the Internet via third-party computer network communications service ("Internet Service Provider" or "ISP").

IHG Merlin is an electronic information library providing up-to-the-minute information and documentation from SCH at your fingertips. IHG Merlin was created solely for Holiday's various brand groups of hotels and their employees. In some cases, information may be distributed to System hotels only through IHG Merlin. Information may include: the Standards, PMS Manual, newsletters and informational memos from Holiday or SCH, Marketing Solicitations, etc.

To access IHG Merlin, you must select and pay a monthly fee for an ISP which meets the minimum specifications established by SCH. The monthly fee will include Internet access and support. This access will provide you with an e-mail account and access to sites on the Internet and World Wide Web. You may select an ISP from any source as long as it meets SCH's exact specifications.

IHG Merlin requires a Microsoft Windows based (Windows 7 Professional or newer OS) PC and printer configured to SCH's specifications. You may purchase the equipment from any source as long as it meets SCH's exact specifications. SCH requires ongoing maintenance and support services of equipment that you may purchase from a third party.

IHG Merlin houses proprietary information to Holiday and its brands. Information you receive from IHG Merlin may be used exclusively in performance of your rights and obligations under your License with Holiday regarding an IHG-branded hotel only. All such information must otherwise be treated as proprietary to Holiday and SCH and confidential. Your use and access will be limited in accordance with Holiday's or SCH's express terms and conditions.

Other than as described above, neither Holiday nor SCH derives any other income from your purchase or use of the above described computer systems.

**Reservation System and Computerized Enhancements**:

You must purchase equipment, software and services for property-level technology and telecommunications systems from third-party vendors whom Holiday designates or who meet Holiday's specifications. See Item 11.

**Long Distance Telecommunications, Program Management Commissions and Miscellaneous Services**:

SCH has negotiated rates which are on file with the Federal Communications Commission with certain providers of long-distance telecommunication services to System franchisees, such as AT&T and Verizon, in consideration for assistance, program support or other services SCH renders to the providers in connection with their sales to franchisees. You do not have to use these providers.

**USA Today and Home Box Office**:

In 2016, GANSAT did not provide any allowance to SCH in connection with the provision of GANSAT's USA Today newspaper to guests.

You must subscribe to in-room entertainment services offered by Home Box Office ("HBO Services"). In the 2016 calendar year, SCH received an annual procurement activity allowance of $635,668.25 from HBO Services based on the number of guest rooms in System Hotels subscribing to HBO Services and the annual increase, if any, in the number of these guest rooms.

**Gift Card Program**:

When the gift card program is launched, you must purchase the gift card equipment (see Item 6) and honor the SCH Gift Card payment method for Hotel charges. Training for the program will be self-administered, but assistance from SCH or its vendor may be available.

**Holiday Inn® brand group and Holiday Inn Resort® F&B Programs**:

All Holiday Inn brand group hotels and Holiday Inn Resort hotels must participate in and provide the mandated food and beverage programs, as outlined in the Standards. The programs include signature menu items and specified brand name food and beverage products, approved restaurant menus, room service menus, room service pre-order menus, merchandising materials, and approved training services and manuals. SCH offers to Hotels a package of merchandise, training materials and services for a set annual fee. Currently, SCH's annual fee for the breakfast package is $1,200 plus shipping and handling and the annual fee for the dinner and bar program is $1,500 plus shipping and handling. If your Hotel does not purchase these packages from SCH, your Hotel must obtain the required materials and services from a vendor approved by SCH, submit all items to SCH for approval, and complete applicable waiver within the IHG Merlin. System Hotels may receive supplier rebates negotiated by IHG Marketplace. The rebates from the manufacturers to the hotels are administered through a third party tracking company, which charges the suppliers a nominal fee for this service.

**Branded Concepts for F&B Outlets**:

SCH may make available one or more branded F&B restaurant concepts for your Hotel (see Item 8). If you desire, you may elect to open one of the approved branded F&B restaurant concepts at your Hotel; however, you will not be required to do so. If you elect to do so, you will sign the Branded F&B Participation Agreement attached as Exhibit I-3.

**Express Start®**:

All Holiday Inn Express® brand group Hotels in the USA and Canada are required to have the Express Start® Breakfast Bar. Express Start® requires the purchase and offering of certain products from certain vendors, as stated in the Breakfast Bar Guidebook.

**Coca-Cola[®] Agreement:**

Pursuant to the Standards, you are required to serve and/or provide Coca-Cola carbonated beverage brands exclusively. All Holiday Inn and Holiday Inn Resort Hotels must also serve Simply Orange Juice.

Full service Holiday Inn brand group hotels and Holiday Inn Resort hotels must sign an Equipment Lease and Participation Agreement with an authorized bottler of The Coca-Cola Company ("TCCC"), a copy of which is attached as Exhibit I-4. Holiday Inn Express brand group hotels must sign the Participation Agreement attached as Exhibit I-5 to this disclosure document. With respect to bottled/canned beverages, this only applies to hotels that are located in the geographic territory in which a given bottler is authorized to distribute, promote, market, and sell Bottler bottled/canned beverages.

You may not serve or sell carbonated or juice beverages that are in competition with Coca-Cola beverages. Vending machine offerings must be Coca-Cola bottled/canned beverages. At meetings and events, carbonated and juice beverages must be Coca-Cola brands unless an individual client insists otherwise. When minibars are provided, they must include Coca-Cola bottled/canned beverages. Non-leased restaurant and retail shops must include Coca-Cola branded beverages. You must participate in Coca-Cola promotional programs as directed by Holiday. Hotels with IHG approved leased and/or franchised outlets are not required to comply with the Coca-Cola requirements in those establishments, but may do so at their discretion.

Fountain beverages, bottled/canned beverages, juices, teas, and smoothies manufactured by PepsiCo are not permitted. There are certain permitted exceptions that may be granted by Holiday pursuant to a waiver application process.

TCCC provides certain funding that is based on the volume of Coca-Cola products sold in System Hotels. Most of such funding is administered by a cross-functional Business Partnership Team with representatives from TCCC and Holiday, who work together to identify and execute opportunities to create value for TCCC and for the System. Some funding is received by SCH on behalf of the System and utilized by SCH for the benefit of the System and/or to promote the sale of Coca-Cola Beverages and Bottler bottled/canned beverages throughout the System.

**Signage Requirements:**

Your Hotel must display a primary sign that meets Holiday's specifications. The total signage package, including all additional signage, must also meet Holiday's specifications. The total signage package must be purchased from a Holiday approved sign vendor. A post-inspection fee will be included in the price from the Holiday-approved sign vendor. Only Holiday approved sign suppliers are authorized to manufacture and install exterior signs.

**Other Purchases:**

Holiday or its affiliates may also offer you, on a non-exclusive basis, additional advertising materials, products, services, equipment or supplies. Holiday may earn a profit from these sales, but you are not obligated to purchase any of these products, services, equipment or supplies from Holiday or its affiliates. Holiday does not currently provide any material benefits (i.e. re-licensing or granting additional licenses) to a franchisee based on its use of a designated or approved supply source.

**ITEM 9**

**FRANCHISEE'S OBLIGATIONS**

This table lists your principal obligations under the License and other agreements. It will help you find more detailed information about your obligations in these agreements and in other Items of this disclosure document.

| Obligation | Section In Agreement | Item In Disclosure Document |
|---|---|---|
| a.   Site selection and acquisition/lease | License: 1.A | Items 7 & 11 |
| b.   Pre-opening purchases/leases | License: 3.A & 9.B & Attachment B MTA: 1.1, 1.2 & Schedules 1.1 & 1.2. 14.I | Items 5, 6 & 7 |
| c.   Site development and other pre-opening requirements | License: 14.I & Attachment B MTA: 21& 3 | Items 7, 11 |
| d.   Initial and ongoing training | 3.A and 4.A of the License MTA: 8 & Schedule 7 and 1.1 | Items 5,6,7 & 11 |
| e.   Opening | License: 14.I, 15 and Attachment B | Items 5 &11 |
| f.   Fees | License: 3.B MTA: 6,  Schedules and Exhibits | Items 5, 6 & 7 |
| g.   Compliance with standards and policies/Operating Manual | License: 3.A, 4.D & E, 5.B | Item 11 |
| h.   Trademarks               and proprietary Information | License: 3.A, 7  & 13.B MTA: 7 | Items 13 & 14 |
| i.   Restrictions on Products/services offered | License: 3 MTA: 1 & 3 | Items 8 & 16 |
| j.   Warranty and customer service requirements | License: 3.A MTA: 9.1 | Item 11 |
| k.   Territorial development and sales quotas | None | |
| l.   Ongoing product/service Purchases | License: 3.A,  9.B & 14.L MTA: 1 & 4 | Item 8 |
| m. Maintenance, appearance and remodeling requirements | License: 3.A, 4.E, 11, 14.I, 14.O and 15 MTA: 4 | Items 5, 6 & 11 |
| n.   Insurance | License: 9.B and 9.C MTA: 9 | Item 7, Footnote (7) |
| o.   Advertising | License: 3.A & C | Items 5, 6, 11 |
| p.   Indemnification | License: 9.A MTA: 9.3 | Item 6 |
| q.   Owner's participation/ management/staffing | License: 10.I and 10.J | Items 6, 11, 15 |
| r.   Records/reports | License: 8 | Item 6 |
| s.   Inspections/audits | License: 3.A, 8.C & 14.I | Items 6 & 11 |

| Obligation | Section In Agreement | Item In Disclosure Document |
|---|---|---|
| t.  Transfer | License: 10 | Item 17 |
| u.  Renewal | None | Item 17 |
| v.  Post-termination | License: 12<br>MTA: 13.2 | Item 17 |
| w.  Non-competition covenants | License: 3.A(14) | Items 16 & 17 |
| x.  Dispute resolution | License: 14.A-H, J, K | Item 17 |
| y.  Other: Capital Reserve[1] | License: 14.L and 3.A(7)(g-h) | Item 6 |
| z.  Other: Guaranty | Attached to the License | Item 15 |

### ITEM 10

### FINANCING

Holiday does not offer any formal program for direct or indirect financing. Holiday, SCH or its affiliate, General Innkeeping Acceptance Corporation ("GIAC") may furnish loans or guaranties to franchisees. Holiday, SCH and GIAC consider making loans or guaranties under terms and conditions that would be negotiated on a case by case basis with the prospective franchisee and any decision to make a loan or provide a guaranty would be made in the judgment of Holiday, SCH or GIAC alone, and conditioned upon approval of the Executive Committee and Board of Directors.  It is your responsibility alone to obtain adequate financing for all expenses related to the development, opening and operation of the hotel.

### ITEM 11

### FRANCHISOR'S ASSISTANCE, ADVERTISING,<br>COMPUTER SYSTEMS AND TRAINING

**Except as listed below, Holiday is not required to provide you with any assistance.**  Holiday can perform any or all of its obligations to you directly, or through its parents, affiliates, subsidiaries or other designees. For example, SCH performs many of the activities described in this disclosure document.

**Assistance Before the Hotel Opens**:

Holiday is not responsible for acquiring the site for the location of your Hotel (paragraph 1.A of the License).  Holiday's representative may make a personal inspection of the site and the surrounding area, but Holiday does not grant or deny site approval.  Conforming the site to federal, state and local laws, ordinances, and building codes and obtaining required permits (e.g. health, sanitation, building, driveway, utility and sign permits, etc.) is your responsibility.

---

[1] In addition to your obligation to repair and maintain the hotel on an ongoing basis, and regardless whether Holiday has required you to establish a capital reserve, you must complete   significant renovations of the guestrooms, corridors and public spaces of the Hotel, including replacement of soft goods  at least every five (5) to six (6) years after the date such soft goods FF&E were installed and replacement of case goods at least every ten (10) to twelve (12) years after the date such case goods were installed, although earlier or more frequent renovations or replacements may be required to maintain compliance with Holiday's  Standards,  quality and guest satisfaction programs or to remove risk of injury to persons or property and to comply with legal requirements.

If the Hotel experiences a change of ownership, the dates of these obligations may be adjusted at the time a change of ownership License is signed.  You must submit your plans for such upgrading and remodeling to Holiday for its review and approval before you start upgrading.

If you are an entity, then based on Holiday's examination of your financial reports and the financial reports of any proposed guarantor, Holiday may require your shareholders, partners, members or affiliates to sign a "Guaranty" of the License, a copy of which appears as part of the License in Exhibit B to this disclosure document.  This document guarantees immediate payment and performance of each of your obligations under the License if you default.

## ITEM 16

### RESTRICTIONS ON WHAT THE FRANCHISEE MAY SELL

You must provide the Hotel services described in Attachment A to your License and must ensure that no part of the Hotel or the System is used to facilitate or promote a competing business.  There are no restrictions as to the customers to whom you may sell guest rooms or other goods or services that are related to your Hotel business.

## ITEM 17

### RENEWAL, TERMINATION, TRANSFER AND DISPUTE RESOLUTION

**This table lists certain important provisions of the License and related agreements.  You should read these provisions in the agreements attached to this disclosure document. See Exhibit B and Exhibit C.**

### THE FRANCHISE RELATIONSHIP

| Provision | Section In Agreement | Summary |
|---|---|---|
| a.   Length of the franchise Term | License: 12.A<br>MTA: 11 | The term begins on the Term Commencement Date and expires 20 years from date Hotel opens in the System for a new development; 10 years from date Hotel opens in the System for a conversion; and10 years from Term Commencement Date for a change of ownership or re-licensing. |
| b.   Renewal or extension of term | N/A | The License does not provide for renewal or term extensions. |
| c.   Requirements for you to renew or extend | N/A | The License does not provide for renewal or term extensions. If we agree to Re-license, you may be asked to sign a contract with materially different terms and conditions than your original contract. |
| d.   Termination by you | N/A | |
| e.   Termination by Holiday without Cause | N/A | |
| f.   Termination by Holiday with Cause (Notes 1 & 2) | License: 12.B, 12.C, 14.I and Attachment B<br>MTA: 13 | Holiday may terminate with cause. You pay liquidated damages if Holiday terminates under Paragraphs 12.B, 12.C or 14.I. See Note 2 and 3 |
| g.   "Cause" defined – defaults which can be cured (Note 2) | License: 12.B, 14.I and Attachment B<br>MTA: 13 | Any default other than those listed in "h" below.  See Note 2. |
| h.   "Cause" defined – non-curable defaults | License: 11, 12.C<br>MTA: 13 | Non-curable defaults: bankruptcy; non-dismissed judgments exceeding $50,000; trademark misuse, or if you contest Holiday's ownership of its trademarks; loss of possession of the property; dissolution of the franchisee entity; failure to identify or operate the Hotel as a Holiday brand Hotel; |

| Provision | Section In Agreement | Summary |
|---|---|---|
|  |  | violation of licensor proprietary rights; unapproved transfers; conviction of a felony; false books and records; failure to comply with safety, security or privacy of guests or reputation standards; condemnation or casualty occurs and Hotel does not reopen when required; unauthorized use of Marks; and, refusal to allow inspection or audit. |
| i. Your obligations upon termination/ non-renewal | License: 12.D, 12.E, 14.I and Attachment B | Obligations include de-identification and payment of amounts due. |
| j. Assignment of License by Holiday | License: 10.A | Holiday has rights of assignment to any person or legal entity. |
| k. "Transfer" by you – definition | License: 10 | Includes transfer of contract or assets (including real estate) or ownership changes. |
| l. Holiday's approval of transfer by you | License: 10 | Holiday has the right to approve all transfers. |
| m. Conditions for Holiday's approval of transfers | License: 10.G, 10.H and Attachment B | The prospective new owner of the Hotel or Licensee must submit an application and all fees to keep the Hotel in the System.<br>Holiday will evaluate the new owner's application using then-current procedures and criteria such as credit, operational abilities, market feasibility, previous business dealings and other factors it considers relevant. If Holiday approves the new owner, Holiday will require upgrading, signing of a License using the then-current form of License Agreement and the signing of a Guaranty.<br>You must pay Holiday a non-refundable $25,000 processing fee at least 60 days before public offering, private placement or other sale of securities. |
| n. Holiday's right of first refusal to acquire your business | None | None |
| o. Holiday's option to purchase your business | None | None |
| p. Your death or disability | License: 10.F | If adequate provision acceptable to Holiday is made for the management of the Hotel, and Holiday gives written consent, decedent's interest in the License may be transferred to decedent's spouse, parent, siblings, nieces, nephews, descendants or spouse's descendants and heirs or legatees if they promptly advise Holiday and sign a new License, and Guaranty, if any, and decedent's executor or estate administrator signs a termination agreement of the License on Holiday's then current form. |
| q. Non-competition covenants during the term of the franchise | License: 3.A(14) | No part of the Hotel may be used to promote a competing business. |
| r. Non-competition covenants after the License is terminated | N/A |  |

| Provision | Section In Agreement | Summary |
|---|---|---|
| or expired | | |
| s. Modification of License | License: 4.E, 5.B, 14.D | No modifications generally but Standards subject to change. |
| t. Integration/Merger Clause | License: 14.D | The integration/merger clause does not disclaim the representations in this Disclosure Document. |
| u. Dispute resolution by arbitration or mediation | N/A | |
| v. Choice of forum | License: 14.B | Association with Holiday in Georgia permits, but does not require all suits to be filed in Georgia, subject to state law. |
| w. Choice of law | License: 14.B | Georgia law applies, subject to state law. |

**NOTES:**

**Note 1:**  The Master Technology Agreement attached as Exhibit C may be terminated by SCH, when the License is terminated, as well as for other reasons.

**Note 2:**  Termination of License by Holiday for Breach of Obligations Before Holiday Authorizes you to Use System at your Hotel: If Holiday terminates your License due to your breach of any of your obligations under the License before Holiday authorizes you to use the System at the hotel (for example, due to your failure to perform the construction, upgrading and renovation work described in Attachment "B" of the License), then you must pay Holiday a lump sum equal to the monthly average of all amounts that would have been payable to Holiday under paragraphs 3.B(1), (3) and (4) of the License assuming the hotel had collected Gross Rooms Revenue based on the average daily revenue per available room for all "mature hotels" in the System in the United States for the previous twelve months, as determined by Holiday, multiplied by the greater of (a) six or (b) the number of full and partial months from the Term Commencement Date to the termination date of the License. For purposes of this paragraph, "mature hotels" means hotels which were open for two full years or longer; were franchised or, alternatively, owned and/or managed by Holiday or one of its affiliates; and, were not in financial or quality default of their applicable franchise or management agreement obligations as of the applicable date.

Termination of License by Holiday for Breach of Obligations After Holiday Authorizes You to Use System at your Hotel:  If Holiday terminates the License under paragraphs 12.B or 12.C (see table, sections g and h), you must promptly pay Holiday (as liquidated damages for the premature termination only, and not as a penalty nor as damages for breaching the License or in lieu of any other payment) a lump sum equal to the total amounts required under paragraphs 3.B(1), (3) and (4) of the License during the 36 calendar months of operation preceding the termination; or whatever shorter period equals the unexpired license term at the time of termination; or if your Hotel has not been in operation in the System for 36 months, the greater of:  (1) 36 times the monthly average of these amounts for the period during which the Hotel has been in operation in the System, or (2) 36 times these amounts due for the one month preceding such termination.

<u>**ITEM 18**</u>

**PUBLIC FIGURES**

Holiday does not use any public figures to promote the sale of franchises. Public figures may appear in consumer marketing for the System.

# EXHIBIT C

**FRANCHISE DISCLOSURE DOCUMENT**
**HOLIDAY HOSPITALITY FRANCHISING, LLC**
**A Delaware Limited Liability Company**
**Three Ravinia Drive, Suite 100**
**Atlanta, Georgia  30346**
**(770) 604-2000**
**www.holidayinn.com/development**
**www.hiexpress.com/development**
**americas.development@ihg.com**

  

The franchisee will establish and operate a hotel under the Holiday Inn®, Holiday Inn® & Suites, Holiday Inn Express®, Holiday Inn Express® & Suites or Holiday Inn Resort® brand.

The total investment necessary to begin operation of a typical 143-room Holiday Inn or Holiday Inn & Suites hotel, excluding land costs and other matters, ranges from $13,368,538 to $18,229,500 ($93,486 to $127,479 per guest room) or more (see Item 7), including between $151,690 and $210,200 or more that must be paid to the franchisor or affiliate (see Item 5). The total investment necessary to begin operation of a typical 93-room Holiday Inn Express or Holiday Inn Express & Suites hotel, excluding land costs and other matters, ranges from $7,530,521 to $10,553,775 ($80,973 to $113,481 per guest room) or more (see Item 7), including between $144,690 and $173,500 or more that must be paid to the franchisor or affiliate (see Item 5). The total investment necessary to begin operation of a typical 180-room Holiday Inn Resort hotel, excluding land costs and other matters, ranges from $18,241,613 to $24,873,125 ($101,342 to $138,184 per guest room) or more (see Item 7), including between $240,690 and $319,200 or more that must be paid to the franchisor or affiliate (see Item 5).

This disclosure document summarizes certain provisions of your franchise agreement and other information in plain English. Read this disclosure document and all accompanying agreements carefully. You must receive this disclosure document at least 14 calendar days before you sign a binding agreement with, or make any payment to, the franchisor or an affiliate in connection with the proposed franchise sale. **Note, however, that no government agency has verified the information contained in this document.**

You may wish to receive your disclosure document in another format that is more convenient for you. To discuss the availability of disclosures in different formats, contact Patricia Womack, Franchise Sales at Holiday Hospitality Franchising, LLC, at Three Ravinia Drive, Suite 100, Atlanta, Georgia  30346 and (770) 604-2912.

The terms of your contract will govern your franchise relationship. Don't rely on the disclosure document alone to understand your contract. Read all of your contract carefully. Show your contract and this disclosure document to an advisor, like a lawyer or an accountant.

Buying a franchise is a complex investment. The information in this disclosure document can help you make up your mind. More information on franchising, such as "A Consumer's Guide to Buying a Franchise," which can help you understand how to use this disclosure document is available from the Federal Trade Commission. You can contact the FTC at 1-877-FTC-HELP or by writing to the FTC at 600 Pennsylvania Avenue, NW, Washington, DC 20580. You can also visit the FTC's home page at www.ftc.gov for additional information. Call your state agency or visit your public library for other sources of information on franchising.

There may also be laws on franchising in your state. Ask your state agencies about them.

Issuance Date: March 29, 2016, as amended July 1, 2016

## STATE COVER PAGE

Your state may have a franchise law that requires a franchisor to register or file with a state franchise administrator before offering or selling in your state.  REGISTRATION OF A FRANCHISE BY A STATE DOES NOT MEAN THAT THE STATE RECOMMENDS THE FRANCHISE OR HAS VERIFIED THE INFORMATION IN THIS DISCLOSURE DOCUMENT.

Call the state franchise administrator listed in Exhibit E for information about the franchisor, about other franchisors, or about franchising in your state.

MANY FRANCHISE AGREEMENTS DO NOT ALLOW YOU TO RENEW UNCONDITIONALLY AFTER THE INITIAL TERM EXPIRES.  YOU MAY HAVE TO SIGN A NEW AGREEMENT WITH DIFFERENT TERMS AND CONDITIONS IN ORDER TO CONTINUE TO OPERATE YOUR BUSINESS.  BEFORE YOU BUY, CONSIDER WHAT RIGHTS YOU HAVE TO RENEW YOUR FRANCHISE, IF ANY, AND WHAT TERMS YOU MIGHT HAVE TO ACCEPT IN ORDER TO RENEW.

Please consider the following RISK FACTORS before you buy this franchise.

1.     THE LICENSE AGREEMENT PERMITS ALL SUITS TO BE FILED IN GEORGIA.  YOU ARE NOT REQUIRED TO SUE HOLIDAY HOSPITALITY FRANCHISING, LLC ("HOLIDAY") ONLY IN GEORGIA, BUT HOLIDAY CAN SUE YOU IN GEORGIA.  OUT OF STATE LITIGATION MAY FORCE YOU TO ACCEPT A LESS FAVORABLE SETTLEMENT FOR DISPUTES.  IT MAY ALSO COST YOU MORE TO LITIGATE IN GEORGIA THAN IN YOUR HOME STATE.  YOUR STATE LAW MAY SUPERSEDE THIS PROVISION AND IT MAY NOT BE ENFORCEABLE IN YOUR STATE.  SEE ANY SPECIAL DISCLOSURES AND PROVISIONS FOR YOUR STATE IN THE STATE ADDENDA TO THE LICENSE AGREEMENT IN EXHIBIT B.

2.     THE LICENSE AGREEMENT STATES THAT GEORGIA LAW GOVERNS THE AGREEMENT, AND THIS LAW MAY NOT PROVIDE THE SAME PROTECTION AND BENEFITS AS YOUR LOCAL LAW.  YOUR STATE LAW MAY SUPERSEDE THIS PROVISION AND IT MAY NOT BE ENFORCEABLE IN YOUR STATE.  SEE ANY SPECIAL DISCLOSURES AND PROVISIONS FOR YOUR STATE IN THE STATE ADDENDA TO THE LICENSE AGREEMENT IN EXHIBIT B.

3.     THERE MAY BE OTHER RISKS CONCERNING THIS FRANCHISE.

Effective Date:  See the next page for state effective dates.

**STATE EFFECTIVE DATES**

The following states require that the Franchise Disclosure Document be registered or filed with the state, or be exempt from registration:  California, Hawaii, Illinois, Indiana, Maryland, Michigan, Minnesota, New York, North Dakota, Rhode Island, South Dakota, Virginia, Washington and Wisconsin.

This Franchise Disclosure Document is registered, on file or exempt from registration in the following states having franchise registration and disclosure laws, with the following effective dates:

| | |
|---|---|
| California | July 1, 2016 |
| Hawaii | July 1, 2016 |
| Illinois | July 1, 2016 |
| Indiana | July 1, 2016 |
| Maryland | July 1, 2016 |
| Michigan | July 1, 2016 |
| Minnesota | July 1, 2016 |
| New York | July 1, 2016 |
| North Dakota | July 1, 2016 |
| Rhode Island | July 1, 2016 |
| South Dakota | July 1, 2016 |
| Virginia | July 1, 2016 |
| Washington | July 1, 2016 |
| Wisconsin | July 1, 2016 |

In all other states, the effective date of this Franchise Disclosure Document is the Issuance Date of March 29, 2016, as amended July 1, 2016.

# TABLE OF CONTENTS

THE FRANCHISOR, ANY PARENTS, PREDECESSORS AND AFFILIATES ...................................................1
BUSINESS EXPERIENCE....................................................................................................................7
LITIGATION..................................................................................................................................16
BANKRUPTCY..............................................................................................................................26
INITIAL FEES................................................................................................................................26
OTHER FEES................................................................................................................................28
ESTIMATED INITIAL INVESTMENT ................................................................................................47
RESTRICTIONS ON SOURCES OF PRODUCTS AND SERVICES ...........................................................56
FRANCHISEE'S OBLIGATIONS .......................................................................................................62
FINANCING..................................................................................................................................64
FRANCHISOR'S ASSISTANCE, ADVERTISING, COMPUTER SYSTEMS AND TRAINING.......................64
TERRITORY..................................................................................................................................75
TRADEMARKS..............................................................................................................................76
PATENTS, COPYRIGHTS AND PROPRIETARY INFORMATION ..........................................................78
OBLIGATION TO PARTICIPATE IN THE ACTUAL OPERATION OF THE FRANCHISE BUSINESS.............83
RESTRICTIONS ON WHAT THE FRANCHISEE MAY SELL ..................................................................84
RENEWAL, TERMINATION, TRANSFER AND DISPUTE RESOLUTION ................................................85
PUBLIC FIGURES..........................................................................................................................87
FINANCIAL PERFORMANCE REPRESENTATIONS.............................................................................87
OUTLETS AND FRANCHISEE INFORMATION ..................................................................................96
FINANCIAL STATEMENTS ...........................................................................................................106
CONTRACTS...............................................................................................................................106
RECEIPTS...................................................................................................................................106

**EXHIBITS:**

A        Application Letter Form ..........................................................................................A-1
B        License Agreement, Brand Specific Provisions to License Agreement and State Addenda............B-1
C        Master Technology Agreement & Joinder Agreement ...................................................C-1
D        Agents for Service of Process...................................................................................D-1
E        State Franchise Administrators ................................................................................E-1
F1       List of Current Franchisees .....................................................................................F-1
F2       List of Former Franchisees ......................................................................................F-2
G        Financial Statements of Holiday Hospitality Franchising, LLC. ......................................G1-1
         Financial Statements of Six Continents Hotels, Inc. ....................................................G2-1
H        IHG Merlin Terms and Conditions ............................................................................. H
I        Ancillary Agreements
         IHG Voice Reservation Service Agreement ......................................................... I-1-1
         Revenue Management for Hire Agreement ......................................................... I-2-1
         Branded F&B Participation Agreement..................................................................I-3-1
         Coca-Cola Equipment Lease and Participation Agreement .................................... I-4-1
         Coca-Cola Participation Agreement ................................................................... I-5-1
         ACI Participation Agreement.............................................................................I-6-1
         IHG Direct Hotel Participation Agreement – Comcast.............................................I-7-1
         IHG Direct Hotel Participation Agreement – Century Link.......................................I-8-1
         IHG Direct Hotel Participation Agreement – AT&T.................................................I-9-1
         Oracle New Account Setup Form.......................................................................I-10-1
         IHG Frontline Subscription Agreement................................................................1-11-1
J        State Addenda to Disclosure Document...................................................................J-1
K        Receipts ............................................................................................................. K-1

©2016 Holiday Hospitality Franchising, LLC

i

Your General Manager and Director of Sales must each attend an initial certification training program. The cost for the initial certification training program will range from $1,095 to $7,500 per trainee. You must pay for any travel or training expenses of your trainees.

Your General Manager and Guest Experience Champion must each complete a brand service culture certification prior to the hotel opening.  The cost for the training event, initial training materials, and subsequent consulting support is $5,500.  You must pay for any travel or training expenses of your trainees.  You must also purchase subsequent training materials to fulfill the ongoing training of new employees.

Holiday currently designates Oracle America Inc. as the Property Management System ("PMS") provider and requires you to operate on the Opera or Opera Xpress PMS software (see Items 1, 5, 6, 7, 8 and 11). The estimated costs for the equipment configuration, installation, software and training will vary depending on the number of guest rooms and technology needs at your Hotel. We estimate that the cost for the PMS installation and the purchase of required hardware devices (i.e., workstations and printers) will range from $64,000 to $75,000 for a hotel with 1-100 rooms; $83,000 to $96,000 for a hotel with 101-175 rooms; $97,000 to $130,000 for a hotel with 176-250 rooms; $124,000 to $187,000 for a hotel with 251-350 rooms; and $196,000 or greater for a hotel with 351 rooms or more. For hotels with less than 150 rooms and six PMS workstations, a hosted PMS option is available.  This option is priced differently from the premise-based option which is offered to all SCH hotels. All hotels will require a custom quote at the time the deployment process begins to better determine estimated costs.  You must pay these costs before any goods or services are delivered to the hotel.  These cost estimates include: the basic hardware for the PMS and access to the Reservation System, the basic software, the installation of equipment and software and initial training for your employees on how to use the PMS with the Reservation System, and the purchase, installation of and training for the SPS Equipment and software.   These estimated costs do not include other training, additional equipment, additional software, additional operational manuals, shipping and handling, taxes, insurance, or food, travel and lodging expenses of your employees, vendor employees, SCH employees or contractors who install the PMS and Reservation System equipment and software at your Hotel and train your employees to use them or the cost of internal hotel cabling or infrastructure.  SCH requires that you refresh PMS hardware/software every 48 months.

Holiday may consider requests to alter the requirements described in this Item.  Holiday will only consider changes under special circumstances and any changes must comply with applicable laws.

## ITEM 6

## OTHER FEES

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| Royalty | 5% of Gross Rooms Revenue ("GRR") for Holiday Inn brand group hotels and Holiday Inn Resort hotels.<br><br>6% of GRR for Holiday Inn Express brand group hotels. | Monthly, on the 15th of the following month<br><br>(Payable to Holiday) | Note 1 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| Services Contribution | 3% of GRR for Holiday Inn brand group hotels, Holiday Inn Resort hotels and Holiday Inn Express brand group hotels. | Same as Royalty | Note 2 |
| Initial Marketing Contribution for the Frequency Program | $10.00 per approved guest room. | With 1st Royalty Payment (1 time charge)<br><br>(Payable to SCH) | Note 3 |
| Special Marketing Contribution for the Frequency Program | $4.75 per enrolling stay with a flat 1,000 points issued<br>4.75% of Qualifying Full Folio Revenue from Frequency Program members for all brands<br>1.425% of Qualifying Room and Meeting Revenue from Frequency Program members for all brands | Same as Royalty | Note 3 |
| Capital Reserve | Up to 5% of Gross Revenue for all brands. | Monthly (If Required by Holiday) | Note 4 |
| Technology Fee | $13.53 per room, per month. | Monthly<br><br>(Payable to SCH) | Note 5 |

| (1) Type of Fee | (2) Amount | (3) Due Date | (4) Remarks |
|---|---|---|---|
| Activation Training for PERFORM™ | Prior to activating PERFORM™, hotels must attend PERFORM™ The Fundamentals Training.  Cost for training ranges from $350 to $395. | Before attending (Payable to SCH) | Note 6 & Item 11 |
| Activation Training for PERFORM™ with Price Optimization | Prior to activating PERFORM™ with Price Optimization, hotels not using Revenue Management for Hire services must attend either a virtual or classroom training session.  Cost for training ranges from $350 to $395. This charge is waived if the hotel currently subscribes to MarketVision or IHG's Revenue Management for Hire service.  Additionally, for hotels that do not participate in Revenue Management for Hire or MarketVision, additional costs between $30 to $60 per month may apply. | Monthly (Payable to SCH) | |
| **PMS Software Maintenance:** | The following are estimates for the premise based and hosted options and do not include all items which may be reflected in your Hotel's contract with Oracle America, Inc.  Maintenance and/or hosting fees may be increased up to 5% per year.  Costs will vary according to your technology needs. | Annually  (Payable to Oracle America, Inc.) | Note 7 & Item 11 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| Opera– Premise Based | $21.50 per room, per year for the PMS.<br><br>$3.09 per room, per year for Oracle (the database management system for the PMS).<br><br>$440.00 per interface, per year, above bundle (excludes Oracle POS & Credit Cards).<br><br>The Credit Card Interface Maintenance Fee for the PMS Software Maintenance is $528.00 per year. This fee will be replaced by SPS maintenance & support fees, described below, following Hotel's SPS activation. | | |
| Opera Xpress – Premise Based | $18.42 per room, per year for PMS.<br><br>$2.59 per room, per year for Oracle (the database management system for the PMS).<br><br>$220.00 per interface, per year, above bundle (excludes Oracle POS & Credit Cards).<br><br>The Credit Card Interface Maintenance Fee for the PMS Software Maintenance is $495.00 per year. This fee will be replaced by SPS maintenance & support fees, described below, following Hotel's SPS activation. | | |
| Opera - Hosted | $6.10 per room, per month for PMS.<br><br>$0.37 per interface, per room, per month, above bundle (excludes Oracle POS & Credit Cards).<br><br>The Credit Card Hosted Interface Fee is $150.45 per month. | | |

31

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| Opera Xpress - Hosted | $5.29 per room, per month for PMS.<br><br>$0.34 per interface, per room, per month, above bundle (excludes Oracle POS & Credit Cards).<br><br>The Credit Card Hosted Interface Fee is $146.12 per month. | | |
| PMS Hardware Maintenance<br><br>(Costs vary according to your technology needs. These are estimates) | $150.00 (1 - 150 rooms)<br>$175.00 (151 – 250 rooms)<br>$200.00 (251 + rooms)<br><br>Costs are noted above on a per month basis. | 4-year warranty upgrade package purchased at initial installation.<br><br>A terminal monthly maintenance fee begins upon installation and is a variable rate based on a hotel's room count.<br><br>(Payable to SCH) | Note 7 & Items 8 & 11 |
| FastConnect Plus And Access Control Manager | $167.32 | Monthly<br>(Payable to AT&T) | Note 7 |
| Secure Payment Solution ("SPS") Maintenance & Support | $156.25 | Monthly<br>(Payable to SCH upon termination of Oracle's credit card support; $110.25 of this monthly fee will be payable to SCH the month following hotel's SPS activation) | Note 7 |
| Guest Internet Access – Bandwidth Service Subscription | $1,000 to $2,800<br><br>Pricing is estimated and varies based on regional service providers | Monthly<br>(Payable to SCH for "Direct" model or to bandwidth provider for "Contracted Commercial" model) | Note 7 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| **ONGOING MANAGEMENT TRAINING\*:** | | | |
| Workshops can include, for example:<br>(a) New Hotel Management Orientation<br>(b) Front Office Operations Training<br>(c) Sales Workshop(s)<br>(d) Service Workshop(s)<br>(e) Revenue Management Certification, as defined in the Standards<br>(f) Quality Workshop(s)<br>(g) Food and Beverage Workshop(s)<br>(h) Specialized Workshop(s)<br>\*Cancellation/no show penalties may apply. | Pricing for workshops range from $295-$5,000 per workshop per participant depending on length, subject, content and delivery. | Upon attending.<br><br>(Payable to SCH) | Item 11 |
| Owner Conference-Core Brands | $1,500 per attendee | Invoiced at time of registration<br>(Payable to SCH) | Note 3 |
| Travel Agent Commissions (IHG Commission Services) | 10% (minimum) commission on GRR (or other commission that Holiday designates). | Monthly<br><br>(Payable to SCH) | Note 8 |
| Gift Card Equipment | Estimated terminal cost of $250-$400 (one time charge) if a terminal is required. | Before opening if plan has started; otherwise when plan starts. (Payable to SCH or vendor) | Note 3 |
| Third Party Distribution Connection Fees | See Note 8. | Monthly<br>(Payable to SCH) | Note 8 |
| Performance Marketing Fees | 10% – 15% commission on consumed revenue booked. | Monthly<br>(Payable to SCH or intermediary) | Note 8 |
| GDS Biasing Programs | 5% of incremental revenues delivered through the program. | Monthly<br>(Payable to SCH) | Note 8 |

33

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| BTA Revenue Programs | 2.25% – 5% override fee (in addition to standard travel agency commission) per consumed room nights, to a maximum $20,000. | Monthly<br>(Payable to SCH) | Note 8 |
| Mid-Market Account Program Booking Fees | 7% of consumed transient revenue booked through Mid-Market Account Program.<br><br>5.5% of consumed group revenue booked through Mid-Market Account Program. | Monthly<br>(Payable to SCH or intermediary) | Note 8 |
| Local Marketing Programs | See Note 9. | See Note 9. | Note 9 |
| Tax on Sales/Gross Receipts | Holiday's actual cost. | Upon notice from Holiday | Note 10 |
| Standard Fee for Room Additions | $500 for each new approved guest room or suite. | With the room/suite addition application (Payable to Holiday) | Note 12 |
| Extension fees for extension of construction commencement deadlines:<br><br>1.   New Development (6 month extensions)<br><br>2.   New Development (incremental extensions)<br><br>3.   Room Additions (6 month extension) | <br><br><br>1/2 of Application Fee.<br><br><br>Then-current Application Fee prorated according to time period requested.<br><br>1/2 of original room addition Application Fee. | With extension request<br><br>(Payable to Holiday) | <br><br><br>Note 11<br><br><br>Note 11<br><br><br>Note 12 |
| Public Offering or Private Placement Processing Fee | $25,000 plus additional costs incurred by Holiday. | When you or any of your owners submit request for approval of private placement or public offering<br><br>(Payable to Holiday) | Note 13 |
| Audit/Interest | Amount of discrepancy, interest and $3,000 audit fee (audit fee may be increased on a System-wide basis). | Upon notice from Holiday | Note 14 |
| Re-licensing Fee | $500 per guest room but not less than $50,000. Fees vary for Licenses of 60 months or | Due with re-licensing application (Payable to Holiday) | Note 15 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| | less. See Item 5. | | |
| Change of Ownership Fees | $500 per guest room but not less than $50,000. Fees vary for licenses of 60 months or less. See Item 5. | Due with application (Payable to Holiday) | Note 15 (Only for change of controlling ownership) |
| Realignment/name change; brand conversion processing fee | $5,000 for franchisee name change, ownership realignment or brand conversion. | Due upon realignment, name change or brand conversion, if approved (Payable to Holiday) | |
| PIP inspection/preparation fee | $5,000 for a standard PIP or for a courtesy PIP prepared at your request or for a re-inspection. | Before application, or upon request for a PIP (Payable to Holiday) | Item 5 |
| Plan and/or FF&E Default | $2,500 to cover costs of SCH travel and expenses related to plan and/or FF&E defaults. | Upon default (Payable to Holiday) | See Item 11 |
| PIP Default Travel | $2,500 to cover costs of SCH travel and expenses related to PIP defaults. | Upon default (Payable to Holiday) | Note 17 |
| Customized Design Review Fee | $25,000 for a custom plan review. | Upon request (Payable to Holiday) | Note 17 |
| Indemnification | | Upon demand | Note 16 |
| Quality Visits for guest satisfaction or quality evaluation failure, default or termination status | $2,000 to $7,500 per visit. | Before follow up inspection and/or special inspection<br><br>(Payable to Holiday) | Note 17 |
| Monthly Quality Self Assessment (MQSA), Management Action Plan (MAP), or Hotels that fall below the At Risk guest satisfaction threshold | $2,500 to $7,500 for failure to complete the mandatory MQSA or MAP as required.  Hotels that fall into the guest satisfaction category below the At Risk brand threshold must pay an escalating fee of up to $7,500 for each required visit and assigned training classes. | Upon notice (Payable to Holiday) | Note 17 |
| Liquidated Damages Payment on premature termination before Holiday authorizes you to use the System at the hotel (includes termination | A lump sum equal to the monthly average of all amounts that would have been payable to Holiday under paragraphs 3.B(1), (3) and (4) of the License assuming the Hotel had collected GRR based on the average daily revenue per | Promptly upon Termination<br><br>(Payable to Holiday) | Note 1, Item 17 f., g., h. and Note 2 to Item 17 |

35

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| resulting from failure to perform the construction, upgrading and renovation work described in the License (see License, Par. 14.I) | available room for all "mature hotels" in the System in the United States, multiplied by the greater of (a) 6 or (b) the number of full and partial months from the Term Commencement Date to the termination date of the License. | | |
| Liquidated Damages Payment on premature termination by Holiday after Holiday authorizes you to use the System at the hotel: (applicable only if License terminates before expiration, in accordance with the License) (see License, Par.12.B, 12.C, and/or 12.E.) | An amount equal to the total amounts required under License Paragraphs 3.B(1), (3) and (4) during the 36 calendar months of operation preceding the termination or during the preceding number of months equal to the unexpired License Term at the time of termination (if less than 36 months); or if the Hotel has not been in operation in the system for 36 months, an amount equal to the greater of (1) 36 times the monthly average of these amounts for the period during which the Hotel has been in operation in the System, or (2) 36 times these amounts as are due for the one month preceding the termination. | Promptly upon Termination (Payable to Holiday) | Item 17f., g., h. and i. and Note 4 to Item 17 |
| Holiday Inn® Brand Group and Holiday Inn Resort F&B Programs merchandising & menus, training materials and consultant oversight | An annual fee of $1,200+ shipping & handling for the breakfast program and $1,500 + shipping and handling for the dinner and bar program.  Both programs are purchased through SCH. An additional fee of $2,000 for an evaluation visit if the hotel is not compliant to become certified as compliant. Each subsequent visit for the same issue will require $2,000 and an incremental $500 if the hotel is non-compliant with any F&B standard. | Upon demand<br><br>(Payable to SCH Suppliers or SCH) | Note 18 |

36

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| SPARKLE room cleaning program | One-time charge of approximately $350 for a virtual class and $395 for a field based program which includes materials and/or tools and training, but does not include travel costs. | | |
| Royalty in case of Casualty | 2% of GRR based on average GRR for preceding 12 months. | Monthly, on the 15th of the following month<br><br>(Payable to Holiday) | Note 19 |
| Promotions; required and optional advertising materials | | On request<br><br>(Payable to Holiday) | Note 20 |
| Guest Relations Fees | Quality and Service contacts from the hotels will be handled by Guest Relations in the 'One Contact Resolution' process. Hotels will be charged a case management fee of $150, plus the compensation amount of no greater than one night's room fee and tax.<br>Non Service and Quality cases (such as billing or reservations issues) that are not resolved within 48 hours by the hotel will be handled by Guest Relations with a case management fee of $150. | Upon notice<br><br>(Payable to Holiday) | Note 23 |
| IHG Voice Reservation Service | $6.50 Per net booking, which may be changed once annually.<br>Non-participating hotels may be charged a commission of 10% for Cross Sells generated from this Service.  This commission may also be applied to non-participating hotels who transfer hotel-direct calls to public InterContinental Hotels Group CRO toll-free numbers. | Monthly<br><br>(Payable to SCH) | Note 8<br>Note 21 |
| Revenue Management for Hire Program | $425 – $3,350 per month depending on total room count and annual occupancy (These fees apply until December 31, 2016, after which they may change.)<br>Plus, out of pocket travel expenses for SCH personnel. (These fees are modifiable with | Monthly<br>(Payable to SCH) | Note 22 |

37

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| Completion of the appropriate level of IHG® Revenue Management certification (if hotel is not participating in the Revenue Management for Hire Program) | 90 days written notice)<br><br>$1,195 – $1,500 | Upon attending (Payable to SCH) | |
| IHG® Rewards Club Measured Standards | $500 per standard failed.<br><br>Fee escalates to $1,000 each consecutive quarter Hotel in "Failure" status. | Quarterly Assessment appears on invoice (Payable to SCH) | Note 24 |
| Green Engage® | $50 monthly. | Monthly (Payable to SCH) | Note 25 |
| Employee Engagement Survey | $7 to $12 per employee each year | Annually (Payable to designated third party provider) | Note 26 |
| IHG Frontline | $600 per year per hotel for Holiday Inn Express brand group hotels; $800 per year per hotel for Holiday Inn brand group hotels and Holiday Inn Resorts hotels | Annually (Payable to designated third party service provider) | Note 27 |

**Note 1:**  Holiday can require you to make any payments due to Holiday to its parents, affiliates, subsidiaries or other designees.  For example, many charges and fees shown on the table above are currently payable to SCH. Unless otherwise stated, all charges and fees on the table above are nonrefundable and the charge or fee or its formula is uniformly imposed on similarly-situated franchisees.

"GRR" means all income attributable to or payable for rental of guest rooms and suites at the Hotel, including, but not limited to, any mandatory fee or surcharge charged to all guests renting a room, such as resort fees, with no deduction for any item, including, for example, no adjustment for the cost of any food and beverage items provided or made available to a guest as an incident of a guest room rental. The only permitted deductions are those for sales and room taxes.  GRR includes fees or payments you collect if a guest does not stay after making a reservation, which is often called "No-Show Revenue". Holiday may require you to settle all outstanding obligations payable to Holiday by direct account debit, electronic funds transfer, or other similar technology designed to accomplish the same purpose.  Holiday may also charge royalties on revenues from any activity that you provide at the Hotel by mutual agreement with Holiday if such activity: (i) is not offered at System Hotels generally (at the time you enter into the License) and is likely to benefit significantly from, or be identified significantly with, the Holiday Inn or Holiday Inn Express brand names or other aspects of the System; or (ii) is designed by or developed by Holiday.  Certain fees paid by franchisees, other than the royalties and related fees, are

38

payable to SCH and either SCH or Holiday may collect those amounts from franchisees.

SCH may make available one or more branded F&B restaurant concepts for your Hotel (see Item 8).  If you desire, you may elect to open one of the approved branded F&B restaurant concepts at your Hotel; however, you will not be required to do so.  If you elect to do so, you will sign the Participation Agreement attached as Exhibit I-3.

For purposes of calculating the liquidated damages set forth in paragraph 14.I of the License, "mature hotels" means hotels which were open for two full years or longer; were franchised or, alternatively, owned and/or managed by Holiday or one of its affiliates; and, were not in financial or quality default of their applicable franchise or management agreement obligations as of the applicable date.

**Note 2:**  You must pay a Services Contribution equal to 3.0% of GRR for Holiday Inn brand group hotels (Holiday Inn, Holiday Inn Resort and Holiday Inn & Suites brand hotels) and for all Holiday Inn Express brand group hotels (Holiday Inn Express and Holiday Inn Express & Suites brand hotels). Holiday will use these funds in its sole judgment for marketing, reservations and other related activities, which, in Holiday's business judgment as to the long-term interests of the System, support marketing, reservations, and other related functions.  Funds from Services Contributions are typically invested in activities that strengthen the brand such as awareness advertising, research, and the development of new or improved services, but may include tactical marketing initiatives more focused on short term revenue enhancement.  The Services Contribution does not include the cost or installation of reservation services equipment or training in the use of the equipment.  Holiday can change the Services Contribution from time to time if the change is approved by either: (i) a majority of members (counted on the basis of one hotel, one vote) of the System who represent a majority of the Hotels to be subject to the increase; or (ii) a majority of the members of the System or the IHG Owners Association (the franchise association or successor approved by Holiday) at a meeting of System franchisees or at an annual IHG Owners Association meeting.  Holiday can convene either meeting on at least 45 days advance notice. Holiday may, on 30 days advance notice, increase the Services Contribution by up to 1% of Gross Rooms Revenue.  If Holiday does so, the increase will be effective for no longer than 12 months.  If Holiday increases the Services Contribution in this way, then Holiday cannot make another discretionary increase again for 24 months after the expiration of the increase.

**Note 3:**  Your Hotel must participate in the frequency program (the "Frequency Program") for as long as SCH chooses to market a Frequency Program. As of the date of this disclosure document, the Frequency Program is marketed to consumers under the names "IHG® Rewards Club", "InterContinental Ambassador", "IHG® Dining Rewards" and "IHG® Business Rewards".  You must pay the Initial and Special Marketing Contribution to the Frequency Program.  (The Initial Marketing Contribution is payable when your Hotel first enters Holiday's System).  SCH can change the Special Marketing Contribution.  The Frequency Program is an incentive program that rewards members for frequent qualifying stays at all Holiday Inn, Holiday Inn Resort and Holiday Inn Express brand group hotels (and, as described in Holiday's separate disclosure documents, for all Crowne Plaza, Hotel Indigo, Staybridge Suites, Candlewood Suites, EVEN® Hotels and InterContinental Hotels & Resorts brand group hotels) and other hotel brands within the SCH hotel portfolio.  The Frequency Program includes alliances with airline frequent flyer programs and other Holiday brands.  Through these alliances, IHG® Rewards Club members may choose to collect and convert their IHG® Rewards Club points into airline miles, or choose to collect miles automatically with each stay.  SCH may add or delete airlines and alliances within other industries from the IHG® Rewards Club program.

SCH's Global Sales & Marketing department has established marketing relationships with airlines, rental car companies, banks and other types of companies, some of which include co-branding with IHG® Rewards Club. These alliances may produce revenue and income for SCH that do not result from any required purchases that you make.

The Special Marketing Contribution to the Frequency Program is currently 4.75% of Qualifying Full Folio Revenue and 1.425% of Qualifying Room and Meeting Revenue. SCH can change these percentages in its sole judgment. All enrolling stays will be assessed a flat rate of $4.75 to the enrolling hotel and a flat 1,000 points will be issued to the member regardless of their qualified stay revenue.  Qualifying Full

Folio Revenue includes:  (a) Qualifying Room Rates (defined below), (b) charges for food and beverage, telephone, laundry and pay-per-view movies, including applicable taxes, when charged to the member's room regardless of whether a qualifying room rate was paid, and (c) at the Hotel's discretion, any other items charged to the member's room not defined in the previous items (a) or (b).  Property management systems certified as compatible by the SCH Information Technology department provide Full Folio Revenue data to the Frequency Program through an automated interface. Qualifying Room Rates under the IHG® Rewards Club program include, for example:  (1) non-discounted rates; (2) standard corporate rates; (3) leisure rates; (4) government rates; (5) Corporate Gold rates and worldwide sales negotiated rates; (6) conference and meeting rates; and (7) individual Hotel contract rates.  If discounts on rates (6) and (7) exceed 30% of the Hotel's published rates, the Hotel may exclude the awarding of IHG® Rewards Club points for these discounted room rates.   Group room nights may qualify for IHG® Rewards Club points.

Qualifying Room and Meeting Revenue includes Hotel revenue from accommodation (room only booked on behalf of others via the Booker Frequency Program) and/or Hotel revenue from rental of guest rooms, meetings, social, or catered events to include revenue from meeting room hire, food and beverage, and/or other revenue associated with the meeting or event at the hotel's discretion (formerly known as IHG® Meeting Rewards).  IHG® Rewards Club points are capped at 60,000 per meeting or event, while the Hotel has sole discretion to award more than 60,000 points for any such meeting or event.  At three points per dollar payable at 1.425%, the amount contributed to the Frequency Program is capped at $285 per event; however, the Hotel has discretion to award more than 60,000 points at the same 1.425% assessment rate ($0.00475 per point).

In 2013, the Frequency Program was extended until December 31, 2016 by a vote of all hotel principal correspondents of Holiday licensed Hotels in good standing.  Under this extension, Frequency Program members may accumulate points through December 31, 2016, and may redeem them through June 30, 2017.  If the Frequency Program is extended beyond December 31, 2016, the foregoing dates will also be extended.  Frequency Program points will expire on a monthly basis for any Frequency Program accounts which have been inactive during the prior rolling 12-month period.

Votes on changes to the Special Marketing Contribution or other Frequency Program elements requiring a vote of System franchisees will be counted on a "negative option basis", which means that those Hotels which do not respond by the specified voting deadline will have their votes counted as a vote for approval of the proposed change(s).

Hotels must also participate in the Frequency Program Hotel Rewards Program, currently called "IHG® Rewards Club Reward Nights."  Compensation to the Hotel for redeeming the points for a stay at the Hotel is correlated with the Hotel's annual average daily rate (ADR) for the period equal to the previous calendar year, ending December 31.  The compensation for a Reward Night currently ranges from $20 to $50 if occupancy at the Hotel is less than 95% on the night of the award stay, or the Hotel's ADR on the night of the Reward Night stay if occupancy at the Hotel is equal to or greater than 95% on the night of the Reward Night stay. Holiday will not reimburse occupancy taxes or other similar indirect taxes on the redemption of points unless such taxes exceed $50,000 annually at your Hotel or 15% on a nightly basis.

The franchisee (if an individual), General Manager, or designated operator, must attend the Owner Conference—Core Brands and pay the registration fee, currently $1,500, but amount is subject to increase.  These conferences are generally held annually but are subject to adjustment.

**Note 4:**  Holiday may impose or change capital reserve requirements for your Hotel from time to time.  If Holiday requires a capital reserve, you must establish an escrow reserve account funded monthly. Since the capital reserve may not be sufficient to maintain the Hotel as a first class facility in accordance with Holiday's standards, you must promptly provide any necessary additional funds to meet Holiday's product quality and consumer quality requirements.  Holiday will give you at least ninety days' notice of any establishment or change in capital reserve requirements (see also paragraph 14.L of the License).

**Note 5:**  Holiday will use the Technology Fee to provide technology services, including Holidex® Plus.

Holiday may increase the Technology Fee in an amount it judges to be reasonable, but not by more than 10% of the fee in effect at the beginning of the year. The Technology Fee does not include the cost of installation, maintenance or repair of equipment or training at the Hotel.

**Note 6:**  The PERFORM$^{TM}$ system uses hotel historical data and future bookings to create a detailed forecast of future business for your Hotel over the next 50 weeks. The PERFORM$^{TM}$ system also produces inventory controls which are used in the sales process of your PMS and all direct (CRO, Brand Website) and indirect channels (such as GDS or online travel agencies (OTA)).

PERFORM$^{TM}$ with Price Optimization is the latest addition to Holiday's PERFORM$^{TM}$ revenue management system and helps Holiday's hotels determine the best daily price.  The system integrates the demand forecast, publicly available competitive rates, and price sensitivity to make optimal pricing recommendations for its hotels.

If you elect to implement PERFORM$^{TM}$ with Price Optimization, the Revenue Management representative from the hotel, for example, the Director of Revenue and/or General Manager, must attend either a virtual or classroom training session.  Cost for training ranges from $350 to $395.  Additionally for hotels that do not participate in Revenue Management for Hire or MarketVision, additional costs of between $30 to $60 per month will apply.

See Item 11 for a more detailed discussion of PERFORM.

**Note 7:**  Currently, Holiday Inn brand group hotels and Holiday Inn Express brand group hotels with fewer than 150 rooms and requiring no Sales and Catering functionality may use the Opera Xpress PMS Solution.  Holiday Inn brand group hotels and Holiday Inn Resort hotels with more than 150 rooms and/or requiring Sales and Catering functionality must use the Opera PMS solution (see Items 1, 8 and 11). You must also obtain ongoing maintenance and support for the required PMS software, including upgrades and new versions (see Items 8 and 11) and other software including operating system upgrades and anti-virus, anti-malware, and anti-spyware software. The anti-virus, anti-malware and anti-spyware software is part of a product of McAfee, Inc. called Total Protection for Network (ToPS), which will be administered and managed by AT&T via the FastConnect Plus solution. The PMS Provider will bill you and collect the fee from you for the required PMS software support and the PMS Provider provides the support.  You must also obtain ongoing equipment maintenance for the PMS hardware as arranged through either SCH or an approved vendor.  The costs will vary according to your technology needs and the costs listed on the table are estimates.

The PMS Provider will provide you with a third-party license and/or hosting agreement for the use of the PMS software. Therefore, you must sign a third party license and/or hosting agreement with Oracle America, Inc., the PMS provider for Opera, or with any other PMS provider designated by SCH (see Items 1, 8 and 11), which will be prepared for you after you complete the Oracle New Account Setup Form, the form of which is attached to this disclosure document as Exhibit I-10. This license agreement includes on-going maintenance and support for the PMS software.  The PMS Provider will bill you annually for the support fee. The PMS Provider may not increase the maintenance and support fee more than once during any calendar year.  You must also pay support fees for the other components of property-level systems, such as PMS equipment maintenance, and for other systems which interface to the Opera or Opera Xpress PMS system; such as the telecommunications system, the electronic door locking system, and the specialized sales software.  Hardware and software maintenance fees may vary based on the number of rooms at the Hotel.  The fees for local and long distance telephone service and line charges are not included in the estimated fees on the chart.  The costs will vary according to your technology needs, and the costs listed on the chart are an estimate.

Upon activation of the Secure Payment Solution ("SPS") at your Hotel, SCH will immediately bill you monthly and administer support for the hardware and software.  You must also obtain ongoing equipment maintenance for the SPS hardware, as arranged through either SCH or an approved vendor. The $156.25 SPS Maintenance & Support fee paid to SCH may increase according to corresponding rises in PMS credit card support services from Oracle.

For Guest Internet Access ("GIA") Bandwidth, a hotel will be required to utilize an approved SCH

certified provider. Hotels will be afforded the option to select an "IHG Direct" or a "Contracted Commercial" model. A participation agreement with Comcast, Century Link or AT&T is required for the "IHG Direct" model (see Exhibit I-7, Exhibit I-8 and Exhibit I-9 to this disclosure document) and hotels are required to enter into an agreement with the bandwidth provider for the "Contracted Commercial" model. Monthly service fees will vary based on regional telecommunication or cable company sources. Hotels with existing contracts with bandwidth providers must allow such contracts to expire or terminate by their own terms and not allow them to renew, by giving appropriate notice as soon as the terms of those contracts permit. If the contract term will extend more than one year after the effective date of the brand standard and the hotel has a right to terminate for convenience (without cause) and without payment of any fees, then the hotel must exercise that right so that the contract terminates within that year.

**Note 8:  Third Party Distribution Connection Fees**:  The IHG Commission Services ("ICS") program is optional for all Holiday Inn and Holiday Inn Express brand group Hotels. However if your hotel participates in the Global Distribution System ("GDS"), your Hotel's participation in ICS is mandatory. ICS was the first centralized commission payment program in the industry, and currently has over 165,000 participating travel agencies in 52 countries. SCH will provide you with a monthly invoice detailing all commissions and Distribution Connection fees that SCH pays for you. As a participant in ICS, you must pay the customary minimum of 10% of the GRR (or another percentage that Holiday designates) for the travel agent or other referral source booking. In some cases Holiday is able to negotiate this percentage and it is subject to increase from time to time. As a participant in ICS, you are automatically enrolled in the GDS, which provides reservation linkage with four major airline reservation systems. In order to enroll in the GDS, you must participate in the ICS program. You must pay a GDS fee for any reservation through the GDS that is not cancelled. In some cases Holiday is able to negotiate the GDS fee but the fee is set by third parties and is subject to change upon 30 days' notice to you. GDS Fees are currently set at $6.81 per reservation and are subject to change. Additionally, alternative connections may be developed between SCH and vendors which may be subject to transaction fees. Alternative connection transaction fees are determined by the cost of operating the connection or by the cost of the third parties who provide the connections. The Direct Connect Fee for an alternative connection may vary per year depending on connection costs and third party costs. Direct Connect fees are currently set at $3.03 per reservation and are subject to change. You may pay your commissions and transaction fees by direct debit through Pegasus Commission Processing. If you decline this option, you must pay SCH $2.00 per commissionable transaction billed in addition to the commission. Pegasus rebates SCH 3.05% of commissions collected for their members and 3.50% of the total commission paid for non-members. Additionally, ICS may be used as a mechanism to bill for other SCH programs such as IHG Voice Reservation Service cross-sell fees or GDS Biasing programs. The programs in which SCH uses ICS for billing may change from time to time. A separate entity affiliated with SCH, known as IHG ECS (Barbados) SaRL, operates the SCH ICS program. For reservations made through a travel agent or other referral source and processed for SCH or its subsidiaries by Pegasus Commission Processing, SCH will receive a minimum of 2% of the commissions paid to Pegasus Member agents to cover the costs of running the ICS program. (These amounts are subject to change without notice.)

**Performance Marketing Program**:  All hotels are automatically enrolled in the Performance Marketing Program ("PMP"). However, Hotels can opt-out if they do not want to participate in the PMP. If they opt out, they will receive no bookings from the PMP. The PMP is designed to be a performance-based and self-funded Internet Marketing program that generates increased revenue potential for Hotels. The PMP markets the System through SCH direct channels (SCH branded web sites and Central Reservations Office, or "CRO"). Internet users can click on advertising placed by SCH and be linked to SCH's Internet reservations page or call a trackable SCH CRO telephone number displayed on the advertisement to make reservations. If a Hotel stay is generated for your Hotel through this process, your Hotel must pay SCH a negotiated percentage of the consumed revenue booked, which will be no greater than 15%. No GDS fee will be charged for these PMP transactions. A portion of the commissions paid by Hotels will be used by SCH to satisfy financial obligations to associated media companies and publishers which provided the advertising placements to SCH. Specific commission

payment levels for each associated media company and publisher vary based on size, strategic value, and actual or potential revenue contribution.

**GDS Biasing Programs:** SCH works with the GDS to provide Hotels with additional advertising opportunities.  Galileo and Worldspan (two of the four GDS providers) invite qualifying hotels to participate in the Galileo Featured Property Plus or Worldspan Featured Property Plus Programs. These are optional pay-for-performance marketing programs that provide access to marketing services to reach over 100,000 travel agency locations around the world. Galileo and Worldspan guarantee a 20:1 return on investment for marketing fees paid by participating Hotels (effectively a 5% commission charged against incremental revenues attributed to the program). Hotels are billed through the ICS system. Participating hotels in Galileo Featured Property Plus are featured in Galileo Featured Property. Participating hotels in Worldspan Featured Property are featured in Worldspan Featured Property.  SCH may negotiate additional GDS marketing programs, and if it does, the fees may vary.

**BTA Revenue Programs:**  Business Travel Agency ("BTA") refers to a subset of agencies that account for a significant portion of all travel delivered to SCH Hotels via travel agencies. BTA Revenue Programs are pay-for-performance marketing programs designed by SCH to drive incremental revenue and improve market share with SCH travel agency partners.  The key focus of these programs is to reward agencies for increasing market share by driving non negotiated rate and/or contracted business to Hotels.  Hotels pay a 2.25% – 5.00% override fee (in addition to standard travel agency commission) per consumed room nights over the base amount, up to a maximum of $20,000 per year).  Commissions are paid through the ICS. SCH negotiates and executes a centralized global contract on behalf of all Hotels in the system.

**Mid-Market Account Program:** All hotels are automatically enrolled in the Mid-Market Account Program (MMAP); however, hotels can opt-out if they do not want to participate in the MMAP.  If they opt out, they will receive no bookings from the MMAP.  The Mid-Market Account Program is designed to generate incremental revenue from mid-market and local accounts to IHG hotels by developing new accounts.  Hotels agree to honor the discount percentage that is attached to the account.  Discounts are based on the room night volume of the Mid Market Account Program client and calculated off the Best Flexible Rate (BFR).  Discounts range from 3.0% to 14.5% off BFR.  Hotels agree to pay a booking fee equal to 7% of the consumed transient room revenue, and 5.5% of the consumed group revenue for all Mid Market Account Program accounts.  Hotels agree to pay any GDS or Third Party fees associated with MMAP clients.

**Note 9:**  You may conduct local and regional marketing programs and related activities, but only at your expense and subject to Holiday's requirements. Holiday may impose reasonable charges for advertising materials you choose to order from it for these activities. There are no marketing associations or cooperative programs for which participation is mandatory.

**Note 10:**  You must pay to Holiday an amount equal to any sales, gross receipts or similar tax that may be imposed on Holiday and calculated solely on payments required under the License, unless the tax is an optional alternative to an income tax otherwise payable by Holiday.

**Note 11:**  If your Hotel is a new development Hotel and you apply for an extension of the construction commencement deadline, you must pay an extension fee.  If Holiday approves your extension request and you begin construction within the extension period, then Holiday will refund the extension fee you paid, without interest, less the expenses Holiday incurred in processing the extension request.  If you do not begin construction within the extension period, Holiday may refund or retain the extension fee as it determines.  Holiday's approval of extension requests is not automatic. You must pay any expenses Holiday incurs in processing the extension request.

Whether your Hotel is a new development Hotel or a conversion, you must pay any expenses Holiday incurs in processing any construction commencement or completion extension request you make.

**Note 12:**  Holiday charges a standard Additional Room Application Fee for applications for approval of any guest rooms or guest suites to be added to the Hotel (presently, $500 per additional guest room/suite).  If you withdraw the room or suite addition application before Holiday approves it, or if

Holiday denies the application, then Holiday will refund the Additional Room Application Fee, less direct expenses it incurred.  Holiday may require upgrading of your existing facility as a condition of approving a room or suite addition application.  You may apply for an extension of the deadline for completion of the room or suite addition, and if Holiday approves your request, you must pay an extension fee.  Fees for room/suite additions and for extensions of room addition deadlines become non-refundable if Holiday approves your request.  Again, approval of extension requests is not automatic and you must pay any expenses Holiday incurs in processing the extension request.

**Note 13:**  If you propose a securities offering requiring registration under any federal or state securities law, you must apply to Holiday for approval of the offering and pay Holiday a non-refundable securities offering fee of $25,000 when you apply.

**Note 14:**  If an audit by Holiday discloses a deficiency in any payment, you must immediately pay Holiday the amount of such deficiency.  If the audit results in a deficiency being assessed and the deficiency is not offset by overpayment, you must immediately pay Holiday the deficiency and an audit fee of $3,000. If the audit does not result in a deficiency being assessed, then you pay no audit fee. Amounts not paid when due will accrue interest, beginning on the first day of the following month, at 1.5% per month or the maximum interest permitted by law.

**Note 15:**  If you apply for re-licensing or change of ownership, you must pay Holiday a Re-licensing Application Fee or Change of Ownership Fee, as the case may be.  If Holiday denies the re-licensing or change of ownership application, Holiday will retain $15,000 and refund the balance of the Re-licensing Application Fee or Change of Ownership Fee to you.  Fees vary for Licenses with terms of 60 months or less.

**Note 16:**  You must indemnify Holiday, its parents, subsidiaries and affiliates (including SCH) and their officers, directors, employees, agents, successors and assigns against, hold them harmless from, and promptly reimburse them for, all payments of money (including fines, damages, legal fees, and expenses) by reason of any claim, demand, tax, penalty, or judicial or administrative investigation or proceeding whenever asserted or filed (even where negligence of Holiday and/or its parents, subsidiaries and affiliates is alleged) arising from any claimed occurrence at the Hotel or any act, omission or obligation of yours or anyone associated or affiliated with you or the Hotel.  At the election of Holiday, you will also defend Holiday and/or its parents, subsidiaries and affiliates and their officers, directors, employees, agents, successors and assigns against same.  In any event, Holiday will have the right, through counsel of its choice, to control any matter to the extent it could directly or indirectly affect Holiday and/or its parents, subsidiaries or affiliates or their officers, directors, employees, agents, successors or assigns.  You agree to pay Holiday all expenses, including attorneys' fees and court costs, incurred by Holiday, its parents, subsidiaries, or affiliates, and their successors and assigns as a result of any claimed occurrence or to remedy any defaults of, or enforce any rights under the License; to effect termination of the License; or collect any amounts due under the License.

**Note 17:**  Holiday may charge you for all quality action plan visits, re-evaluations and re-inspections at your Hotel that occur as a result of your Hotel's failure of any previous quality evaluation, your Hotel's failure under the quality system or under the guest satisfaction measurement system, your failure to complete PIP requirements by the specified interim or final milestone dates, your failure to complete the Monthly Quality Self Assessment, or your failure to complete the Management Action Plan. You must pay an escalating fee of up to $7,500 for each quality re-evaluation and re-inspection and you must pay an escalating fee of up to $7,500 for each subsequent visit due to consecutive failures.  In addition, you must pay the room and board of Holiday's inspector(s) on all quality evaluations, action plan visits and re-visits, as well as room and board and travel for all PIP or Plan reviews.  Following implementation of the Standard Room Décor Program, Holiday will charge a fee of $25,000 for any Customized Design Review, which consists of $10,000 for guest room design review, $10,000 for public area review and $5,000 for exterior reviews.

You must complete the mandatory Monthly Quality Self Assessment ("MQSA").  Failure to do so in any given month will result in an escalating fee of up to $7,500 for each occurrence and may result in a visit from a Quality Department Representative.  You must complete all items in the Management Action

44

Plan ("MAP") that is created during a quality evaluation, action plan visits, re-evaluations and re-inspection at your Hotel.  Failure to do so in the timeline defined within the MAP will result in an escalating fee of up to $7,500 and may result in a visit from a Quality Department Representative. In addition, you must pay the room and board of the Quality Department Representative(s) on all MQSA and MAP visits.

All Hotels that fall into any guest satisfaction measurement (currently known as "HeartBeat") that is below the At Risk threshold must pay up to $7,000 for each required re-inspection or default visit and may be assigned two of Holiday's training workshops to attend at the Hotel's expense.

**Note 18:**  All Holiday Inn brand group hotels and Holiday Inn Resort hotels must participate in and provide in their entirety the mandated food and beverage programs, as outlined in the Standards. These programs include signature menu items and specified brand name food and beverage products, approved restaurant menus, room service menus, room service pre-order menus and merchandising material; and approved training services and manuals.  The General Manager, food and beverage manager, and all restaurant staff must complete program training and obtain program certification before the Hotel opens as a Holiday Inn brand group hotel or Holiday Inn Resort hotel.  SCH will offer you a breakfast package of menus (restaurant and in-room), merchandise and training materials and services for a set annual fee (currently $1,200, plus shipping and handling), as well as a dinner and bar package of menus (restaurant and in-room), merchandise and training materials and services for a set annual fee (currently $1,500, plus shipping and handling), but you are not required to purchase these packages from SCH.   If your Hotel does not purchase these program packages from SCH, the Hotel must obtain the required materials and services from a vendor approved by SCH and the Hotel will receive the supplier materials and services from a vendor approved by SCH at the Hotel's expense.  However, the cost for a vendor to produce these required program materials for one hotel may be considerably more than the SCH fee because SCH produces the program materials for multiple hotels.  Based on full compliance with  these programs and meeting a certain specified purchase volume, your Hotel may receive the supplier provided rebates (based on product purchases made annually from required vendors and facilitated by a third party).

**Note 19:**  If your Hotel is closed because of damage due to fire or other casualty, then during the time that your Hotel is closed, you will pay to Holiday (instead of all other System fees under paragraph 3.B of the License) a royalty of 2% of GRR based on the average GRR for the 12 months preceding the date of closing, or if your Hotel has not been operating in the System for 12 months, then for this purpose the GRR will be based on the average monthly GRR for the period that the Hotel has been operating in the System.

**Note 20:**  To participate in certain other marketing programs and to comply with certain other standards, you may be required to buy advertising materials, products, services, equipment or supplies or other proprietary materials, and you may have to offer promotions or services to guests that may result in expenses or costs to you.  Sometimes, these advertising and proprietary materials are available for purchase through Holiday or its affiliates.

**Note 21:**  From time to time Holiday (or an affiliate) may, but is not obligated to, offer you an opportunity to participate in the optional IHG Voice Reservation Service program. The IHG Voice Reservation Service program is an optional, supplemental service whereby reservation calls to your Hotel will be referred to an offsite call center.  Under certain circumstances, Holiday may require you to participate in the IHG Voice Reservation Service program (see Item 15). The offered services may include reservation services for all calls transferred from the Hotel; telephone connections between the Hotel and the reservation office; equipment, management and staffing for the reservation office; and monthly performance reports for the Hotel.  If offered, these services will require you to pay additional fees (see Item 6 table) and you must sign the IHG Voice Reservation Service Agreement, attached as Exhibit I-1 to this disclosure document.  Either party may terminate the agreement by providing 30 days advance written notice or SCH may terminate the agreement with 5 days' notice if hotels do not make timely payments.

**Note 22:** From time to time Holiday (or an affiliate) may, but is not obligated to, offer you an opportunity to participate in the optional Revenue Management for Hire program. The Revenue Management for Hire program is an optional, supplemental service under which revenue management functions will be performed in cooperation with your Hotel. Under certain circumstances, Holiday may require you to participate in the Revenue Management for Hire program (see Item 15). If offered, these services will require you to pay additional fees and you must sign the Revenue Management for Hire Agreement, attached as Exhibit I-2 to this disclosure document. If you elect to participate in the Revenue Management for Hire program, the agreement terminates 12 months from the initial date or either party may terminate the agreement by 90 days advance written notice. The agreement will also terminate if the Hotel participates with an uncertified third party intermediary. The term is automatically renewed for one year terms unless 30 days written notice is given before the end of the term.

If your Hotel chooses not to participate in the Revenue Management for Hire program, you must successfully complete the appropriate level of IHG$^{®}$ Revenue Management certification within 150 days of your Hotel's opening or within 90 days turnover of an existing certified revenue manager.

**Note 23:** One Contact Resolution is a Guest Relations process that allows for increased guest satisfaction by empowering case managers to handle calls quickly. Your Hotel is expected to resolve any guest relations issues of a service or quality nature during the guest's stay. Post stay contacts of a service or quality nature will be resolved by Guest Relations Case Managers on behalf of the hotel, compensating the guest with up to one night's room fee and tax. The hotel must pay a $150 case management fee as well as any applicable compensation to the guest. Hotels can earn a quarterly fee waiver on service and quality cases by achieving a Guest Relations Index in the top third of the System. Any non-service or quality issues are referred to the hotel for resolution.

**Note 24:** IHG$^{®}$ Rewards Club Measured Standards are measured and enforced to ensure consistency in the delivery of the program to its members. Standards are based on calendar quarter thresholds. Hotels are measured at the end of each calendar quarter for compliance. If a Hotel fails to meet the threshold for a quarter it will have one quarter to cure. If the Hotel fails to cure, it will move to assessment and will be assessed a fee of $500 for each standard failed. If a Hotel fails in consecutive quarters the penalty will escalate to $1,000 for each consecutive quarter the Hotel is in failure. All measured standards are evaluated and assessed individually.

**Note 25:** Green Engage is a LEED endorsed online tool designed to help hotels track energy, water and waste and recommend steps to save money. Green Engage costs $50 per month.

**Note 26:** Holiday may require your Hotel to participate in the brand's annual employee engagement survey and if so, you will be responsible for all charges associated with administering the program through the brand's designated third-party provider.

**Note 27:** You are required to use the "IHG Frontline" subscription based web platform for certain of Holiday's required training programs. In connection with obtaining a license to use IHG Frontline, you are required to pay the third party service supplier, Lobster Ink, an annual flat fee of $600 for Holiday Inn Express brand group hotels and of $800 for Holiday Inn brand group hotels and Holiday Inn Resort hotels and to electronically sign/accept a subscription agreement, a copy of which is attached as Exhibit I-11 to this disclosure document.

**General:** Holiday can require you to settle all outstanding obligations by electronic funds transfer, direct debit or other similar technology designed to accomplish the same purpose. Except as described above, all monthly payments must be made to Holiday by the 15th day of the following month, in Atlanta, Georgia, in U.S. currency, unless otherwise specified by Holiday.

Holiday may consider requests to alter the requirements described in this Item. Holiday will only consider proposed changes under special circumstances and any changes must comply with applicable laws.

**Note 20:** You are required to use the "IHG Frontline" subscription based web platform for certain of Holiday's required training programs.  In connection with obtaining a license to use IHG Frontline, you are required to pay the third party service supplier, Lobster Ink, an annual flat fee of $600 for Holiday Inn Express brand group hotels and of $800 for Holiday Inn brand group hotels and Holiday Inn Resort hotels and to electronically sign/accept a subscription agreement, a copy of which is attached as Exhibit I-11 to this disclosure document.

## ITEM 8

### RESTRICTIONS ON SOURCES OF PRODUCTS AND SERVICES

Except as described below, you are not required to purchase or lease products or services from Holiday or its affiliates, or from suppliers approved by Holiday, or under Holiday's specifications.

### Standards and Specifications:

You must build, design, furnish, equip, decorate and supply the hotel subject to Holiday's approval of your plans.  You must equip the hotel with products which meet Holiday's standards, specifications, and prototype plans, including those described in the License and the Standards and any mandated Standard Décor Programs for the applicable Holiday Inn, Holiday Inn Resort or Holiday Inn Express hotel brand.  All modernization, renovation and upgrading of your Hotel must also meet Holiday's Standards and specifications.  Holiday issues specifications by brand of product and in many instances by brand "or equivalent", by physical characteristics and by other methods, depending on the product or service involved.  Holiday can make changes to the Standards.  These changes will become binding on you as if originally set forth in the Standards.  Any change Holiday makes must be approved by Holiday's Franchise Committee (or its equivalent) or designated subcommittee, after seeking the advice and counsel of the appropriate committee of the IHG Owners Association.  Holiday will provide you with an explanation of any change, in writing, at least 30 days before it goes into effect.

Holiday estimates that its standards and specifications will apply to 90% to 95% of your purchases and leases.  If you purchase or lease any equipment or supplies not previously approved by Holiday, Holiday may require you or the manufacturer to submit a written request for its approval.  Holiday reserves the right to require removal of any non-approved product installed at the Hotel.  While Holiday has no obligation to respond within a certain time frame, it expects to do so within 45 to 60 days from receipt of your request.  Holiday may require certain information, tests, certifications and inspections, at no expense to Holiday, as a condition of approval.

Under the Standard Room Décor ("SRD") Program, all Holiday Inn brand group Hotels and Holiday Inn Express brand group Hotels must choose and install in all guestrooms  a design scheme provided under Holiday's established SRD program or a customized design approved by Holiday, meeting all of Holiday's detailed quality specifications.  If a customized design is used a customized design fee and a model room will be required.  If you use suppliers other than the established SRD approved suppliers, your alternate suppliers must show that their products will meet Holiday's quality specifications.

Under the existing SRD program, there are two to three décor schemes to choose from with specific, identified soft good and hard good items, as well as competitive pricing and delivery commitments from the established SRD approved suppliers.  Current SRD schemes are pre-approved for use and you will not be required to go through the design submittal process if you notify Holiday's Plan Review Department which scheme will be used in its entirety.

[i]Holiday requires you to hire qualified, licensed, professional advisors in the form of a project team, which may consist of, depending on complexity and scope of the work, an architect, interior designer, engineer or other related specialist when building or renovating an IHG hotel.  If you cannot find such licensed professional help, contact your IHG Plan Review Regional Manager.  Any design work submitted by unqualified individuals hired by you will be rejected and your Hotel can be subject to Plan default, resulting in an assessment of fees under the terms of your License.  The fee for such Plan default will be $2,500.  You may be required to remove any non-approved product installed in your Hotel that has not been approved by IHG Plan Review explicitly in writing before installation.

At the time Holiday and you sign a License, and before your Hotel opens, SCH may determine to fund your purchases from approved suppliers and then invoice you.  You must reimburse SCH for these purchases.  If Holiday funds your purchase before your Hotel opens, Holiday will not receive fees from approved suppliers.

In some instances Holiday receives a small commission from vendors' sales to offset Holiday's costs of implementing the SRD Program.  These costs include professional design services for creating new décor schemes for Holiday's franchisees, prototype room development and testing, specifications development, negotiating and contracting services for items that the franchisee may buy through this program, web site updating and maintenance, and franchisee support service expenses.  The commission amounts to ½-2% for SRD items.  The information below reflects operations as of the date of this disclosure document and is subject to change.  Standard Room Décor commissions for the year ending December 31, 2015 were $1,659,333.  These commissions are not applicable with mandated designs.

**<u>Suppliers</u>:**

You may purchase your equipment, furnishings and supplies for the Hotel from any source, so long as the products meet the specifications in the Standards, License or Holiday's standards and specifications, unless Holiday requires you to purchase a product from a designated or approved supplier or service provider in the License, the Standards, or other communication to you.

Holiday may provide you with information and recommendations concerning firms which offer products and services which your License or Holiday's standards require you to use, which are necessary and useful to the operation of a Hotel, or which meet Holiday's standards and specifications.  However, Holiday has no ongoing obligation to provide purchasing information to you, and Holiday's practice and approach to this activity may change at any time.  Your License does not require Holiday to engage in or continue these voluntary activities.

In furnishing supplier or service provider information and making recommendations, Holiday uses its business judgment regarding the long-term interests of the System as a whole, based on its information at that time concerning quality, performance, competitive pricing and similar factors.  However, by identifying or recommending a supplier or service provider Holiday makes no warranty to you of these or any other factors.

While Holiday may, from time to time, communicate with you or your suppliers/service providers regarding supply/service provider issues and take steps to improve performance or resolve complaints, Holiday has no responsibility for the financial condition or performance of any supplier or service provider.

Suppliers may offer Holiday the opportunity to take advantage of funds to support co-op marketing, training and other services that support the System at national and hotel levels.  When these options are available and selected, Holiday uses these funds as designated, and to the extent possible to benefit the System, and the systems of Holiday's other brands which purchase from suppliers.  SCH and its affiliates may enter agreements with suppliers and receive revenue attributable to purchases by franchisees and by SCH and its affiliates.

Nothing in your License prevents Holiday from having an ownership interest in any other business, including firms providing products or services to you or providing procurement services to you.  If Holiday has, or later acquires, an ownership interest in a product or service provider, Holiday has no obligation to maintain that interest or to refrain from disposing of it as Holiday sees fit.

No officer of Holiday currently owns any interest in an approved supplier or service provider.

SCH currently utilizes a mixed resource model for the supply chain management functions. In the future, the procurement program may be comprised solely of SCH employees. The procurement program develops and supports purchasing programs and provides System franchisees with several valuable services.  You can contact the procurement program by mail c/o IHG Marketplace, Three Ravinia Drive, Suite 100, Atlanta, Georgia 30346 or by telephone during normal business hours of Monday – Friday 8:30AM – 5:00PM at its toll free support line 855-466-7877.  Purchasing professionals will be available

to assist you with any questions you may have regarding sourcing of products or services through IHG Marketplace.

Beginning January 1, 2011, a procurement program run by IHG named InnSupply was initiated with the endorsement of the IHG Owners Association to deliver value and lower cost purchasing opportunities and options to its customers ("Programs"), including Holiday's franchisees, as explained below. In 2014, the name of this procurement program was changed to "IHG Marketplace". You are, however, under no obligation to use IHG Marketplace's Programs.

IHG Marketplace has contracted for services from group purchasing organizations Provista, LLC ("Provista"), a subsidiary of Novation, LLC and Foodbuy, LLC.  Provista and Foodbuy, LLC selectively negotiates agreements for IHG Marketplace Programs with its suppliers and offer access to those Programs to IHG Marketplace.  If you become an IHG Marketplace participant, you will purchase goods and services directly from suppliers at IHG Marketplace's negotiated prices.  The relationship between franchisee and supplier is that of buyer and seller.  You are not required to purchase from IHG Marketplace's suppliers or participate in the IHG Marketplace program in any way, and you are free to purchase goods and services from any supplier, so long as the supplier fully complies with Holiday's and SCH's specifications and standards, unless Holiday requires you to purchase a product from a designated or approved supplier in the License, the Standards or other communication to you.

IHG Marketplace operates on a cost recovery basis with fees for both procurement and technical ordering transaction services included in the supplier invoiced price. Prices paid by franchisees for goods and services as a participant of IHG Marketplace and/or under a Brand Standard/Specification Program will include up to a 4% cost recovery fee.  These fees cover the resource, travel, technology and Program related costs for IHG Marketplace.  Occasionally, the prices will include allowances and rebates paid to IHG Marketplace or franchisees directly by suppliers on your purchases.  Allowances and rebates received by IHG Marketplace or properties directly from suppliers will generally range from approximately 1% to 5% of the amount of the invoice price for the goods and services purchased by you from suppliers participating in the Programs.  All supplier allowances and rebates will be fully transparent to the franchise buyers and distributed to the hotels either directly from suppliers or through the IHG Marketplace administrative group.

**Reservation System and Computerized Enhancements**:

You must purchase equipment, software and services for property-level technology and telecommunications systems from third-party vendors whom Holiday designates or who meet Holiday's specifications (see Item 11).

**Insurance**:

Holiday's specifications for the amounts and types of required insurance coverage are specifically described in paragraph 9.B of the License.  If you fail to procure or maintain the insurance coverages and limits set forth in paragraph 9.B, Holiday will have the right and authority (but not the obligation) to procure such insurance at your cost, including any costs incurred by Holiday for procurement and maintenance of such insurance.  Holiday currently requires that you obtain a general liability insurance policy naming Holiday, SCH and their parents, subsidiaries and affiliates as additional insureds in the amount of $15,000,000 per occurrence.  Holiday also requires that you obtain employment practices liability insurance with a limit of $1,000,000 per occurrence and in the aggregate.  The holder of the liquor license must maintain liquor liability insurance with single limit coverage for personal and bodily injury and property damage of at least $15,000,000 per occurrence naming Holiday and its parents, subsidiaries and affiliates (and the Licensee if applicable) as additional insureds.  Holiday Inn Express hotels selling alcoholic beverages in sundry shops must provide full liquor liability insurance coverage-host liquor liability coverage is no longer sufficient.  Currently, liability insurance premiums for required coverages can range from $40,250 to $287,500 or higher depending on such factors as jurisdiction, exposures, type of Hotel, loss history, location and size of Hotel, payroll size and other factors.  Under the Master Technology Agreement (Exhibit C), you must obtain other insurance coverage.  All amounts stated are in U.S. Dollars.

**Property Management System:**

You must install the certified equipment specified for the PMS as required by SCH.   You must request a waiver to use an alternative source. The PMS equipment is also used for accessing the Reservation System.   PMS equipment, software and maintenance are described in the Master Technology Agreement (Exhibit C).  You must purchase PMS training, implementation, and hardware and software support services (see Item 6).  You must also enter into a Joinder Agreement (can be found within Exhibit C) with Hewlett-Packard Company ("HP") in order to obtain the PMS system hardware, software and deployment services at your Hotel.

Hotels will operate a computerized property management system (PMS) that has been certified by SCH and must maintain the PMS in conformance with the business and performance standards of SCH.  The PMS must have a database schema and shell which is approved by SCH, in order for the interface from the PMS to the CRS to work correctly.  Hotels will be responsible for establishing and maintaining proper application access control to align with Payment Card Industry Data Security Standards (PCI-DSS).  Operating systems, database, and other programs must be maintained with current approved security patches that are fully supported by the software vendors.  The PMS must be periodically updated and maintained to conform to SCH approved software versions, technology advancements and security requirements.  This may require certain hardware and/or software components to be replaced or upgraded.  At a minimum, the PMS hardware and software must be replaced at least every 48 months.  PMS hardware includes server(s), workstations, printers, monitors, ups, back-up device, and associated network components.

In the twelve months ending December 31, 2015, SCH and its subsidiaries' gross revenue from franchise purchases of PMS and Reservation System equipment, software, training and support services ("information technology program purchases") was $6,442,048, as indicated in the year-end financial statement of the Deployment – Profit and Loss Statement for the Global Technology division. SCH retains a portion of the project management charges for franchisee information technology program purchases.  Holiday estimates that more than 95% of the gross revenues from franchisee information technology program purchases are therefore paid over directly to information technology program vendors and are not retained by SCH or Holiday. (The financial information provided in the Profit and Loss Statement for the Global Technology division is not generally available to franchisees).

SCH has selected Opera or Opera Xpress PMS solution as the required property management systems to interface with and access the Reservation System for Holiday Inn brand group Hotels, Holiday Inn Resort hotels and Holiday Inn Express brand group Hotels.  You must enter into a license agreement with the supplier for this PMS option. You must also obtain from the supplier of the PMS, for a fee, ongoing maintenance and support for all other PMS components, including software, PMS software upgrades and required brand standard system interfaces to the PMS (see Item 11).  Oracle America, Inc. is the PMS Provider for the Opera property management system.

You must also pay support fees for the other components of property-level systems, such as PMS equipment maintenance, and for other systems which interface to the Opera or Opera Xpress PMS system; such as the telecommunications system, the electronic door locking system, and the specialized sales software.  Hardware and software maintenance fees may vary based on the number of rooms at the Hotel.

SCH's criteria and procedures for approval of this required supplier of the PMS software and its ongoing maintenance and support are not readily available to System franchisees, but SCH will provide them at your request.   SCH will notify you of any discontinuation of these services.   Under the Master Technology Agreement (Exhibit C), you must obtain other insurance coverage (see Item 7, Note 7).  All amounts stated are in U.S. Dollars.

**Secure Payment Solution:**

SCH administers a computerized payment card processing program, Secure Payment Solution ("SPS").  SPS is a data security process designed to remove certain credit card information from IHG systems.  Using PCI certified payment terminals, credit card data will be encrypted and converted to tokens before

entering the PMS. SCH has contracted with ACI Worldwide Corp. ("ACI") to provide the tokenization application services. All hotels are required to use SPS. Hardware and software systems required to connect must be fully operational when the hotel opens, with appropriate management and staff trained and competent to operate SPS at all times. Each franchisee will be required to enter into an agreement with one of the SCH- approved merchant service providers and a participation agreement with ACI and SCH (see Exhibit I-6).

**Guest Internet Access – Bandwidth and Hardware:**

For Guest Internet Access ("GIA") Hardware, a hotel will be required to use an approved SCH certified provider and to sign an IHG Direct Hotel Participation Agreement with Comcast, Century Link or AT&T, attached as Exhibit I-7, Exhibit I-8 and Exhibit I-9 to this disclosure document. Estimates for infrastructure needs can vary greatly by location. Actual costs can only be obtained once vendor site surveys are completed, due to the unique building and construction circumstances of a given property. The site survey will help determine the number of access points through a WiFi heat map coverage diagram (see Item 6, Note 7).

**IHG Merlin System:**

SCH has designed a communication service, "IHG Merlin", which will require you to access the Internet via third-party computer network communications service ("Internet Service Provider" or "ISP").

IHG Merlin is an electronic information library providing up-to-the-minute information and documentation from SCH at your fingertips. IHG Merlin was created solely for Holiday's various brand groups of hotels and their employees. In some cases, information may be distributed to System hotels only through IHG Merlin. Information may include: the Standards, PMS Manual, newsletters and informational memos from Holiday or SCH, Marketing Solicitations, etc.

To access IHG Merlin, you must select and pay a monthly fee for an ISP which meets the minimum specifications established by SCH. The monthly fee will include Internet access and support. This access will provide you with an e-mail account and access to sites on the Internet and World Wide Web. You may select an ISP from any source as long as it meets SCH's exact specifications.

IHG Merlin requires a Microsoft Windows based (Windows 7 Professional or newer OS) PC and printer configured to SCH's specifications. You may purchase the equipment from any source as long as it meets SCH's exact specifications. SCH requires ongoing maintenance and support services of equipment that you may purchase from a third party.

IHG Merlin houses proprietary information to Holiday and its brands. Information you receive from IHG Merlin may be used exclusively in performance of your rights and obligations under your License with Holiday regarding an IHG-branded hotel only. All such information must otherwise be treated as proprietary to Holiday and SCH and confidential. Your use and access will be limited in accordance with Holiday's or SCH's express terms and conditions.

Other than as described above, neither Holiday nor SCH derives any other income from your purchase or use of the above described computer systems.

**Reservation System and Computerized Enhancements:**

You must purchase equipment, software and services for property-level technology and telecommunications systems from third-party vendors whom Holiday designates or who meet Holiday's specifications. See Item 11.

**Long Distance Telecommunications, Program Management Commissions and Miscellaneous Services:**

SCH has negotiated rates which are on file with the Federal Communications Commission with certain providers of long-distance telecommunication services to System franchisees, such as AT&T and Verizon, in consideration for assistance, program support or other services SCH renders to the providers in connection with their sales to franchisees. You do not have to use these providers.

**USA Today and Home Box Office:**

In 2015, GANSAT did not provide any allowance to SCH in connection with the provision of GANSAT's USA Today newspaper to guests.  During 2015, GANSAT did not provide an allowance to SCH in connection with the provision of USA Today for the 2015 IHG Americas Owners Conference.

You must subscribe to in-room entertainment services offered by Home Box Office ("HBO Services").  In the 2015 calendar year, SCH received an annual procurement activity allowance of $624,596 from HBO Services based on the number of guest rooms in System Hotels subscribing to HBO Services and the annual increase, if any, in the number of these guest rooms.  In addition, during 2015, HBO Services provided a $70,000 allowance to SCH in connection with the 2015 IHG Americas Owners Conference.

**Gift Card Program:**

When the gift card program is launched, you must honor the SCH Gift Card payment method for Hotel charges.  Training for the program will be self-administered, but assistance from SCH or its vendor may be available (see Item 6).

**Holiday Inn® brand group and Holiday Inn Resort F&B Brand Programs:**

All Holiday Inn brand group hotels and Holiday Inn Resort hotels must participate in and provide the mandated food and beverage programs, as outlined in the Standards.  The programs include signature menu items and specified brand name food and beverage products, approved restaurant menus, room service menus, room service pre-order menus, merchandising materials, and approved training services and manuals.  SCH offers to Hotels a package of merchandise, training materials and services for a set annual fee.  Currently, SCH's annual fee for the breakfast package is $1,200 plus shipping and handling and the annual fee for the dinner and bar program is $1,500 plus shipping and handling.  If your Hotel does not purchase these packages from SCH, your Hotel must obtain the required materials and services from a vendor approved by SCH, submit all items to SCH for approval, and complete applicable waiver within the IHG Merlin.  System Hotels may receive supplier rebates negotiated by IHG Marketplace. The rebates from the manufacturers to the hotels are administered through a third party tracking company, which charges the suppliers a nominal fee for this service.

**Branded Concepts for F&B Outlets:**

SCH may make available one or more branded F&B restaurant concepts for your Hotel (see Item 8).  If you desire, you may elect to open one of the approved branded F&B restaurant concepts at your Hotel; however, you will not be required to do so.  If you elect to do so, you will sign the Participation Agreement attached as Exhibit I-3.

**Express *Start*®:**

All Holiday Inn Express® brand group Hotels in the USA and Canada are required to have the *Express Start*® Breakfast Bar.  *Express Start*® requires the purchase and offering of certain products from certain vendors, as stated in the Breakfast Bar Guidebook.

**Coca-Cola® Agreement:**

Pursuant to the Standards, you are required to serve and/or provide Coca-Cola carbonated beverage brands exclusively.  All Holiday Inn and Holiday Inn Resort Hotels must also serve Simply Orange Juice.

Full service Holiday Inn brand group hotels and Holiday Inn Resort hotels must sign an Equipment Lease and Participation Agreement with an authorized bottler of The Coca-Cola Company ("TCCC"), a copy of which is attached as Exhibit I-4.  Holiday Inn Express brand group hotels must sign the Participation Agreement attached as Exhibit I-5 to this disclosure document. With respect to bottled/canned beverages, this only applies to hotels that are located in the geographic territory in which a given bottler is authorized to distribute, promote, market, and sell Bottler bottled/canned beverages.

You may not serve or sell carbonated or juice beverages that are in competition with Coca-Cola beverages. Vending machine offerings must be Coca-Cola bottled/canned beverages. At meetings and events, carbonated and juice beverages must be Coca-Cola brands unless an individual client insists otherwise. When minibars are provided, they must include Coca-Cola bottled/canned beverages. Non-leased restaurant and retail shops must include Coca-Cola branded beverages. You must participate in Coca-Cola promotional programs as directed by Holiday.  Hotels with IHG approved leased and/or franchised outlets are not required to comply with the Coca-Cola requirements in those establishments, but may do so at their discretion.

Fountain beverages, bottled/canned beverages, juices, teas, and smoothies manufactured by PepsiCo are not permitted. There are certain permitted exceptions that may be granted by Holiday pursuant to a waiver application process.

TCCC provides certain funding that is based on the volume of Coca-Cola products sold in Hotels. Most of such funding is administered by a cross-functional Business Partnership Team with representatives from TCCC and Holiday, who work together to identify and execute opportunities to create value for TCCC and for the System. Some funding is received by SCH on behalf of the System and utilized by SCH for the benefit of the System and/or to promote the sale of Coca-Cola Beverages and Bottler bottled/canned beverages throughout the System.

**Signage Requirements:**

Your Hotel must display a primary sign that meets Holiday's specifications. The total signage package, including all additional signage, must also meet Holiday's specifications. The total signage package must be purchased from a Holiday approved sign vendor.  A post-inspection fee will be included in the price from the Holiday-approved sign vendor.  Only Holiday approved sign suppliers are authorized to manufacture and install exterior signs.

**Other Purchases:**

Holiday or its affiliates may also offer you, on a non-exclusive basis, additional advertising materials, products, services, equipment or supplies.  Holiday may earn a profit from these sales, but you are not obligated to purchase any of these products, services, equipment or supplies from Holiday or its affiliates.  Holiday does not currently provide any material benefits (i.e. re-licensing or granting additional licenses) to a franchisee based on its use of a designated or approved supply source.

## ITEM 9

### FRANCHISEE'S OBLIGATIONS

This table lists your principal obligations under the License and other agreements. It will help you find more detailed information about your obligations in these agreements and in other Items of this disclosure document.

| Obligation | Section In Agreement | Item In Disclosure Document |
|---|---|---|
| a.   Site selection and acquisition/lease | License: 1.A | Items 7 & 11 |
| b.   Pre-opening purchases/leases | License: 3.A & 9.B & Attachment B<br>MTA: 1.1, 1.2 & Schedules 1.1 & 1.2. 14.I | Items 5, 6 & 7 |
| c.   Site development and other pre-opening requirements | License: 14.I & Attachment B<br>MTA: 21& 3 | Items 7, 11 |
| d.   Initial and ongoing training | 3.A and 4.A of the License<br>MTA: 8 & Schedule 7 and 1.1 | Items 5,6,7 & 11 |

62

| Obligation | Section In Agreement | Item In Disclosure Document |
|---|---|---|
| e.  Opening | License: 14.I, 15 and Attachment B | Items 5 &11 |
| f.  Fees | License: 3.B MTA: 6,  Schedules and Exhibits | Items 5, 6 & 7 |
| g.  Compliance with standards and policies/Operating Manual | License: 3.A, 4.D & E, 5.B | Item 11 |
| h.  Trademarks           and proprietary Information | License: 3.A, 7  & 13.B MTA: 7 | Items 13 & 14 |
| i.  Restrictions on Products/services offered | License: 3 MTA: 1 & 3 | Items 8 & 16 |
| j.  Warranty and customer service requirements | License: 3.A MTA: 9.1 | Item 11 |
| k.  Territorial development and sales quotas | None | |
| l.  Ongoing product/service Purchases | License: 3.A,  9.B & 14.L MTA: 1 & 4 | Item 8 |
| m.  Maintenance, appearance and remodeling requirements | License: 3.A, 4.E, 11, 14.I, 14.O and 15 MTA: 4 | Items 5, 6 & 11 |
| n.  Insurance | License: 9.B and 9.C MTA: 9 | Item 7, Footnote (7) |
| o.  Advertising | License: 3.A & C | Items 5, 6, 11 |
| p.  Indemnification | License: 9.A MTA: 9.3 | Item 6 |
| q.  Owner's participation/ management/staffing | License: 10.I and 10.J | Items 6, 11, 15 |
| r.  Records/reports | License: 8 | Item 6 |
| s.  Inspections/audits | License: 3.A, 8.C & 14.I | Items 6 & 11 |
| t.  Transfer | License: 10 | Item 17 |
| u.  Renewal | None | Item 17 |
| v.  Post-termination | License: 12 MTA: 13.2 | Item 17 |
| w.  Non-competition covenants | License: 3.A(14) | Items 16 & 17 |
| x.  Dispute resolution | License: 14.A-H, J, K | Item 17 |
| y.  Other: Capital Reserve[1] | License: 14.L and 3.A(7)(g-h) | Item 6 |

[1] In addition to your obligation to repair and maintain the hotel on an ongoing basis, and regardless whether Holiday has required you to establish a capital reserve, you must complete   significant renovations of the guestrooms, corridors and public spaces of the Hotel, including replacement of soft goods  at least every five (5) to six (6) years after the date such soft goods FF&E were installed and replacement of case goods at least every ten (10) to twelve (12) years after the date such case goods were installed, although earlier or more frequent renovations or replacements may be required to maintain compliance with Holiday's  Standards,  quality and guest satisfaction programs or to remove risk of injury to persons or property and to comply with legal requirements.

If the Hotel experiences a change of ownership, the dates of these obligations may be adjusted at the time a change of ownership License is signed.  You must submit your plans for such upgrading and remodeling to Holiday for its review and approval before you start upgrading.

| Obligation | Section In Agreement | Item In Disclosure Document |
|---|---|---|
| z.   Other: Guaranty | Attached to the License | Item 15 |

## ITEM 10

### FINANCING

Holiday does not offer any formal program for direct or indirect financing. Holiday, SCH or its affiliate, General Innkeeping Acceptance Corporation ("GIAC") may furnish loans or guaranties to franchisees. Holiday, SCH and GIAC consider making loans or guaranties under terms and conditions that would be negotiated on a case by case basis with the prospective franchisee and any decision to make a loan or provide a guaranty would be made in the judgment of Holiday, SCH or GIAC alone, and conditioned upon approval of the Executive Committee and Board of Directors.  It is your responsibility alone to obtain adequate financing for all expenses related to the development, opening and operation of the hotel.

## ITEM 11

### FRANCHISOR'S ASSISTANCE, ADVERTISING,
### COMPUTER SYSTEMS AND TRAINING

**Except as listed below, Holiday is not required to provide you with any assistance.**  Holiday can perform any or all of its obligations to you directly, or through its parents, affiliates, subsidiaries or other designees. For example, SCH performs many of the activities described in this disclosure document.

**Assistance Before the Hotel Opens**:

Holiday is not responsible for acquiring the site for the location of your Hotel (paragraph 1.A of the License).  Holiday's representative may make a personal inspection of the site and the surrounding area, but Holiday does not grant or deny site approval.  Conforming the site to federal, state and local laws, ordinances, and building codes and obtaining required permits (e.g. health, sanitation, building, driveway, utility and sign permits, etc.) is your responsibility.

If your Hotel will be a new development or a conversion from another brand, your License will require you to begin and complete construction by certain deadlines before the opening of the Hotel under the System.  You may apply for an extension of the construction commencement or completion deadlines. Holiday will consider various factors which may influence your extension request, including the ability to obtain financing or building permits, zoning and local ordinances, weather conditions, shortages or delayed installation of equipment, fixtures and signs.  Approval of extension requests is not automatic. You will be responsible for any expenses incurred by Holiday in processing the extension request. As Note 11 to Item 6 describes, there is a fee for extending construction commencement of new development Hotels.

**Holiday's Standards**:

Before you purchase a franchise, you will have the opportunity to review a copy of the Standards. Thereafter, Holiday may make the Standards available to you in hard paper copy, or, at Holiday's option, in digital, electronic or other computerized form.  The Standards contain mandatory and suggested specifications, standards, and procedures.  All Hotels in the System are subject to the Standards. Holiday will notify you of each change in the Standards at least 30 days before it goes into effect.  These notifications can be by digital, electronic, computerized or other means.  The Standards are confidential and remain Holiday's property and are protected by applicable copyright laws (see paragraphs 3, 5 and 13 of the License).

**ITEM 17**

**RENEWAL, TERMINATION, TRANSFER AND DISPUTE RESOLUTION**

**This table lists certain important provisions of the License and related agreements.  You should read these provisions in the agreements attached to this disclosure document. See Exhibit B.**

**THE FRANCHISE RELATIONSHIP**

| Provision | Section In Agreement | Summary |
|---|---|---|
| a.  Length of the franchise Term | License: 12.A<br>MTA: 11 | The term begins on the Term Commencement Date and expires 20 years from date Hotel opens in the System for a new development; 10 years from date Hotel opens in the System for a conversion; and10 years from Term Commencement Date for a change of ownership or re-licensing. |
| b.  Renewal or extension of term | N/A | The License does not provide for renewal or term extensions. |
| c.  Requirements for you to renew or extend | N/A | The License does not provide for renewal or term extensions. If we agree to Re-license, you may be asked to sign a contract with materially different terms and conditions than your original contract. |
| d.  Termination by you | N/A | |
| e.  Termination by Holiday without Cause | N/A | |
| f.  Termination by Holiday with Cause (Notes 1 & 2) | License: 12.B, 12.C, 14.I and Attachment B<br>MTA: 13 | Holiday may terminate with cause. You pay liquidated damages if Holiday terminates under Paragraphs 12.B, 12.C or 14.I. See Note 2 and 3 |
| g.  "Cause" defined – defaults which can be cured (Note 2) | License: 12.B, 14.I and Attachment B<br>MTA: 13 | Any default other than those listed in "h" below.  See Note 2. |
| h.  "Cause" defined – non-curable defaults | License: 11, 12.C<br>MTA: 13 | Non-curable defaults: bankruptcy; non-dismissed judgments exceeding $50,000; trademark misuse, or if you contest Holiday's ownership of its trademarks; loss of possession of the property; dissolution of the franchisee entity; failure to identify or operate the Hotel as a Holiday brand Hotel; violation of licensor proprietary rights; unapproved transfers; conviction of a felony; false books and records; failure to comply with safety, security or privacy of guests or reputation standards; condemnation or casualty occurs and Hotel does not reopen when required; unauthorized use of Marks; refusal to allow inspection or audit. |
| i.  Your obligations upon termination/ non-renewal | License: 12.D, 12.E, 14.I and Attachment B | Obligations include de-identification and payment of amounts due. |
| j.  Assignment of License by Holiday | License: 10.A | Holiday has rights of assignment to any person or legal entity. |
| k.  "Transfer" by you – definition | License: 10 | Includes transfer of contract or assets (including real estate) or ownership changes. |

85

| Provision | Section In Agreement | Summary |
|---|---|---|
| l.   Holiday's approval of transfer by you | License: 10 | Holiday has the right to approve all transfers. |
| m.  Conditions for Holiday's approval of  transfers | License: 10.G, 10.H and Attachment B | If the new owner of the Hotel or Licensee desires to keep operating the Hotel in the System, it must submit an application and fees.<br>Holiday will evaluate the new owner's application using then-current procedures and criteria such as credit, operational abilities, market feasibility, previous business dealings and other factors it considers relevant.  If Holiday approves the new owner, Holiday will require upgrading, signing of a License using the then-current form of License Agreement and the signing of a Guaranty Agreement.<br>You must pay Holiday a non-refundable $25,000 processing fee at least 60 days before public offering, private placement or other sale of securities. |
| n.   Holiday's right of first refusal to acquire your business | None | None |
| o.   Holiday's option to purchase your business | None | None |
| p.   Your death or disability | License: 10.F | If adequate provision acceptable to Holiday is made for the management of the Hotel, and Holiday gives written consent, decedent's interest in the License may be transferred to decedent's spouse, parent, siblings, nieces, nephews, descendants or spouse's descendants and heirs or legatees if they promptly advise Holiday and sign a new License, and Guaranty, if any, and decedent's executor or estate administrator signs a termination agreement of the License on Holiday's then current form. |
| q.   Non-competition covenants during the term of the franchise | License: 3.A(14) | No part of the Hotel may be used to promote a competing business. |
| r.   Non-competition covenants after the License is terminated or expired | N/A | |
| s.   Modification of License | License: 4.E, 5.B, 14.D | No modifications generally but Standards subject to change. |
| t.   Integration/Merger Clause | License: 14.D | The integration/merger clause does not disclaim the representations in this Disclosure Document. |
| u.   Dispute resolution by arbitration or mediation | N/A | |
| v.   Choice of forum | License: 14.B | Association with Holiday in Georgia permits, but does not require all suits to be filed in Georgia, subject to state law. |
| w.   Choice of law | License: 14.B | Georgia law applies, subject to state law. |

86

**NOTES:**

**Note 1:**  The Master Technology Agreement attached as Exhibit C may be terminated by SCH, when the License is terminated, as well as for other reasons.

**Note 2:**  Termination of License by Holiday for Breach of Obligations Before Holiday Authorizes you to Use System at your Hotel: If Holiday terminates your License due to your breach of any of your obligations under the License before Holiday authorizes you to use the System at the hotel (for example, due to your failure to perform the construction, upgrading and renovation work described in Attachment "B" of the License), then you must pay Holiday a lump sum equal to the monthly average of all amounts that would have been payable to Holiday under paragraphs 3.B(1), (3) and (4) of the License assuming the hotel had collected Gross Rooms Revenue based on the average daily revenue per available room for all "mature hotels" in the System in the United States for the previous twelve months, as determined by Holiday, multiplied by the greater of (a) six or (b) the number of full and partial months from the Term Commencement Date to the termination date of the License. For purposes of this paragraph, "mature hotels" means hotels which were open for two full years or longer; were franchised or, alternatively, owned and/or managed by Holiday or one of its affiliates; and, were not in financial or quality default of their applicable franchise or management agreement obligations as of the applicable date.

Termination of License by Holiday for Breach of Obligations After Holiday Authorizes You to Use System at your Hotel:  If Holiday terminates the License under paragraphs 12.B or 12.C (see table, sections g and h), you must promptly pay Holiday (as liquidated damages for the premature termination only, and not as a penalty nor as damages for breaching the License or in lieu of any other payment) a lump sum equal to the total amounts required under paragraphs 3.B(1), (3) and (4) of the License during the 36 calendar months of operation preceding the termination; or whatever shorter period equals the unexpired license term at the time of termination; or if your Hotel has not been in operation in the System for 36 months, the greater of:  (1) 36 times the monthly average of these amounts for the period during which the Hotel has been in operation in the System, or (2) 36 times these amounts due for the one month preceding such termination.

**ITEM 18**

**PUBLIC FIGURES**

Holiday does not use any public figures to promote the sale of franchises. Public figures may appear in consumer marketing for the System.

**ITEM 19**

**FINANCIAL PERFORMANCE REPRESENTATIONS**

The FTC's Franchise Rule permits a franchisor to provide information about the actual or potential financial performance of its franchised and/or franchisor-owned outlets if there is a reasonable basis for the information and if the information is included in the disclosure document.  Financial performance information that differs from that included in Item 19 may be given only if: (1) a franchisor provides the actual records of an existing outlet you are considering buying, or (2) a franchisor supplements the information provided in this Item 19, for example, by providing information about possible performance at a particular location or under particular circumstances.

The following charts set forth certain 2015 historic performance information for Mature Holiday Inn/Holiday Inn Express/Holiday Inn Resort hotels operating in the United States.  "Mature hotels", as used in this Item 19, means hotels which were open two full years or longer as of December 31, 2015; were franchised or, alternatively, owned and/or managed by us or one of our affiliates; and, were not in financial or quality default of their applicable franchise or management agreement obligations as of December 31, 2015.

# EXHIBIT D

**FRANCHISE DISCLOSURE DOCUMENT**
**HOLIDAY HOSPITALITY FRANCHISING, LLC**
**A Delaware Limited Liability Company**
**Three Ravinia Drive, Suite 100**
**Atlanta, Georgia  30346**
**(770) 604-2000**
**www.holidayinn.com/development**
**www.hiexpress.com/development**
**americas.development@ihg.com**

  

The franchisee will establish and operate a hotel under the Holiday Inn®, Holiday Inn® & Suites, Holiday Inn Express®, Holiday Inn Express® & Suites or Holiday Inn Resort® brand.

The total investment necessary to begin operation of a typical 143-room Holiday Inn or Holiday Inn & Suites hotel, excluding land costs and other matters, ranges from $13,345,365 to $18,210,300 ($93,324 to $127,345 per guest room) or more (see Item 7), including between $132,890 and $196,200 or more that must be paid to the franchisor or affiliate (see Item 5). The total investment necessary to begin operation of a typical 93-room Holiday Inn Express or Holiday Inn Express & Suites hotel, excluding land costs and other matters, ranges from $7,519,348 to $10,548,275 ($80,853 to $113,422 per guest room) or more (see Item 7), including between $137,690 and $198,000 or more that must be paid to the franchisor or affiliate (see Item 5). The total investment necessary to begin operation of a typical 180-room Holiday Inn Resort hotel, excluding land costs and other matters, ranges from $18,229,440 to $24,889,925 ($101,275 to $138,277 per guest room) or more (see Item 7), including between $232,890 and $341,200 or more that must be paid to the franchisor or affiliate (see Item 5).

This disclosure document summarizes certain provisions of your franchise agreement and other information in plain English. Read this disclosure document and all accompanying agreements carefully. You must receive this disclosure document at least 14 calendar days before you sign a binding agreement with, or make any payment to, the franchisor or an affiliate in connection with the proposed franchise sale. **Note, however, that no government agency has verified the information contained in this document.**

You may wish to receive your disclosure document in another format that is more convenient for you. To discuss the availability of disclosures in different formats, contact Patricia Womack, Franchise Sales at Holiday Hospitality Franchising, LLC, at Three Ravinia Drive, Suite 100, Atlanta, Georgia  30346 and (770) 604-2912.

The terms of your contract will govern your franchise relationship. Don't rely on the disclosure document alone to understand your contract. Read all of your contract carefully. Show your contract and this disclosure document to an advisor, like a lawyer or an accountant.

Buying a franchise is a complex investment. The information in this disclosure document can help you make up your mind. More information on franchising, such as "A Consumer's Guide to Buying a Franchise," which can help you understand how to use this disclosure document is available from the Federal Trade Commission. You can contact the FTC at 1-877-FTC-HELP or by writing to the FTC at 600 Pennsylvania Avenue, NW, Washington, DC 20580. You can also visit the FTC's home page at www.ftc.gov for additional information. Call your state agency or visit your public library for other sources of information on franchising.

There may also be laws on franchising in your state. Ask your state agencies about them.

Issuance Date: March 31, 2015

**STATE COVER PAGE**

Your state may have a franchise law that requires a franchisor to register or file with a state franchise administrator before offering or selling in your state.  REGISTRATION OF A FRANCHISE BY A STATE DOES NOT MEAN THAT THE STATE RECOMMENDS THE FRANCHISE OR HAS VERIFIED THE INFORMATION IN THIS DISCLOSURE DOCUMENT.

Call the state franchise administrator listed in Exhibit E for information about the franchisor, about other franchisors, or about franchising in your state.

MANY FRANCHISE AGREEMENTS DO NOT ALLOW YOU TO RENEW UNCONDITIONALLY AFTER THE INITIAL TERM EXPIRES.  YOU MAY HAVE TO SIGN A NEW AGREEMENT WITH DIFFERENT TERMS AND CONDITIONS IN ORDER TO CONTINUE TO OPERATE YOUR BUSINESS.  BEFORE YOU BUY, CONSIDER WHAT RIGHTS YOU HAVE TO RENEW YOUR FRANCHISE, IF ANY, AND WHAT TERMS YOU MIGHT HAVE TO ACCEPT IN ORDER TO RENEW.

Please consider the following RISK FACTORS before you buy this franchise.

1.  THE LICENSE AGREEMENT PERMITS ALL SUITS TO BE FILED IN GEORGIA.  YOU ARE NOT REQUIRED TO SUE HOLIDAY HOSPITALITY FRANCHISING, LLC ("HOLIDAY") ONLY IN GEORGIA, BUT HOLIDAY CAN SUE YOU IN GEORGIA.  OUT OF STATE LITIGATION MAY FORCE YOU TO ACCEPT A LESS FAVORABLE SETTLEMENT FOR DISPUTES.  IT MAY ALSO COST YOU MORE TO LITIGATE IN GEORGIA THAN IN YOUR HOME STATE.  YOUR STATE LAW MAY SUPERSEDE THIS PROVISION AND IT MAY NOT BE ENFORCEABLE IN YOUR STATE.  SEE ANY SPECIAL DISCLOSURES AND PROVISIONS FOR YOUR STATE IN THE STATE ADDENDA TO THE LICENSE AGREEMENT IN EXHIBIT B.

2.  THE LICENSE AGREEMENT STATES THAT GEORGIA LAW GOVERNS THE AGREEMENT, AND THIS LAW MAY NOT PROVIDE THE SAME PROTECTION AND BENEFITS AS YOUR LOCAL LAW.  YOUR STATE LAW MAY SUPERSEDE THIS PROVISION AND IT MAY NOT BE ENFORCEABLE IN YOUR STATE.  SEE ANY SPECIAL DISCLOSURES AND PROVISIONS FOR YOUR STATE IN THE STATE ADDENDA TO THE LICENSE AGREEMENT IN EXHIBIT B.

3.  THERE MAY BE OTHER RISKS CONCERNING THIS FRANCHISE.

Effective Date:  See the next page for state effective dates.

**STATE EFFECTIVE DATES**

The following states require that the Franchise Disclosure Document be registered or filed with the state, or be exempt from registration:  California, Hawaii, Illinois, Indiana, Maryland, Michigan, Minnesota, New York, North Dakota, Rhode Island, South Dakota, Virginia, Washington and Wisconsin.

This Franchise Disclosure Document is registered, on file or exempt from registration in the following states having franchise registration and disclosure laws, with the following effective dates:

| | |
|---|---|
| California | March 31, 2015 |
| Hawaii | April 22, 2015 |
| Illinois | March 31, 2015 |
| Indiana | March 31, 2015 |
| Maryland | April 3, 2015 |
| Michigan | March 31, 2015 |
| Minnesota | April 6, 2015 |
| New York | March 31, 2015 |
| North Dakota | April 1, 2015 |
| Rhode Island | April 1, 2015 |
| South Dakota | April 1, 2015 |
| Virginia | April 16, 2015 |
| Washington | April 1, 2015 |
| Wisconsin | April 1, 2015 |

In all other states, the effective date of this Franchise Disclosure Document is the Issuance Date of March 31, 2015

# TABLE OF CONTENTS

THE FRANCHISOR, ANY PARENTS, PREDECESSORS AND AFFILIATES ....................................................1
BUSINESS EXPERIENCE.........................................................................................................................7
LITIGATION .........................................................................................................................................14
BANKRUPTCY......................................................................................................................................25
INITIAL FEES .......................................................................................................................................25
OTHER FEES ........................................................................................................................................28
ESTIMATED INITIAL INVESTMENT .....................................................................................................43
RESTRICTIONS ON SOURCES OF PRODUCTS AND SERVICES ..............................................................52
FRANCHISEE'S OBLIGATIONS .............................................................................................................58
FINANCING..........................................................................................................................................60
FRANCHISOR'S ASSISTANCE, ADVERTISING,  COMPUTER SYSTEMS AND TRAINING .......................60
TERRITORY ..........................................................................................................................................70
TRADEMARKS......................................................................................................................................71
PATENTS, COPYRIGHTS AND PROPRIETARY INFORMATION................................................................73
OBLIGATION TO PARTICIPATE IN THE ACTUAL OPERATION OF THE FRANCHISE BUSINESS...........................77
RESTRICTIONS ON WHAT THE FRANCHISEE MAY SELL ......................................................................79
RENEWAL, TERMINATION, TRANSFER AND DISPUTE RESOLUTION.....................................................80
PUBLIC FIGURES .................................................................................................................................82
FINANCIAL PERFORMANCE REPRESENTATIONS.................................................................................82
OUTLETS AND FRANCHISEE INFORMATION........................................................................................91
FINANCIAL STATEMENTS ..................................................................................................................100
CONTRACTS ......................................................................................................................................100
RECEIPTS...........................................................................................................................................100

**EXHIBITS:**

A        Application Letter Form ...............................................................................................................A-1
B        License Agreement, Brand Specific Provisions to License Agreement and State Addenda............B-1
C        Master Technology Agreement & Joinder Agreement ....................................................................C-1
D        Agents for Service of Process........................................................................................................D-1
E        State Franchise Administrators .....................................................................................................E-1
F1       List of Current Franchisees ...........................................................................................................F-1
F2       List of Former Franchisees ...........................................................................................................F-2
G        Financial Statements of Holiday Hospitality Franchising, LLC. ....................................................G1-1
         Financial Statements of Six Continents Hotels, Inc. ....................................................................G2-1
H        IHG Merlin Terms and Conditions ................................................................................................. H
I        Ancillary Agreements
             IHG  Voice Reservation Service Agreement .........................................................................I-1-1
             Revenue Management for Hire Agreement..........................................................................I-2-1
             Branded F&B Participation Agreement.................................................................................I-3-1
             Coca-Cola Equipment Lease and Participation Agreement ..................................................I-4-1
             Coca-Cola Participation Agreement ....................................................................................I-5-1
             ACI Participation Agreement................................................................................................I-6-1
J        State Addenda to Disclosure Document.......................................................................................J-1
K        Receipts .......................................................................................................................................K-1

**©2015 Holiday Hospitality Franchising, LLC**

## ITEM 6

## OTHER FEES

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| Royalty | 5% of Gross Rooms Revenue ("GRR") for Holiday Inn brand group Hotels and Holiday Inn Resort hotels<br><br>6% of GRR for Holiday Inn Express brand group hotels. | Monthly, on the 15th of the following month<br><br>(Payable to Holiday) | Note 1 |
| Services Contribution | 3% of GRR for Holiday Inn brand group, Holiday Inn Resort and Holiday Inn Express brand group Hotels. | Same as Royalty | Note 2 |
| Initial Marketing Contribution for the Frequency Program | $10.00 per approved guest room. | With 1st Royalty Payment (1 time Charge)<br><br>(Payable to SCH) | Note 3 |
| Special Marketing Contribution for the Frequency Program | $4.75 per enrolling stay with a flat 1,000 points issued<br>4.75% of Qualifying Full Folio Revenue from Frequency Program members for all brands,<br>1.425% of Qualifying Room and Meeting Revenue from Frequency Program members for all brands | Same as Royalty | Note 3 |
| Capital Reserve | Up to 5% of Gross Revenue for all brands. | Monthly (If Required by Holiday) | Note 4 |
| Technology Fee | $13.26 per room, per month. | Monthly<br><br>(Payable to SCH) | Note 5 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| Activation Training for PERFORM™ | Prior to activating PERFORM™, hotels must attend PERFORM™ The Fundamentals Training.  Cost for training ranges from $350 to $395. | Before attending<br>(Payable to SCH) | Note 6 &<br>Item 11 |
| Activation Training for PERFORM™ with Price Optimization | Prior to activating PERFORM™ with Price Optimization, hotels not using Revenue Management for Hire services must attend either a virtual or classroom training session.  Cost for training ranges from $350 to $395. This charge is waived if the hotel currently subscribes to MarketVision or IHG's Revenue Management for Hire service.<br><br>Additionally, for hotels that do not participate in Revenue Management for Hire or MarketVision, additional costs between $30 to $60 per month may apply. | <br><br><br><br><br><br><br><br><br>Monthly<br>(Payable to SCH) | |
| **PMS Software Maintenance:** | The following are estimates for the premise based and hosted options and do not include all items which may be reflected in your Hotel's contract with Oracle America, Inc.<br><br>Maintenance and/or hosting fees may be increased up to 5% per year.<br><br>Costs will vary according to your technology needs. | Annually<br><br>(Payable to Oracle America, Inc.) | Note 7 &<br>Item 11 |
| Opera– Premise Based | $37.31 per room, per year for the PMS.<br><br>$4.38 per room, per year for Oracle (the database management system for the PMS).<br><br>$621.94 per interface, per year, above bundle (excludes Oracle POS & Credit Cards).<br><br>The Credit Card Interface Maintenance Fee for the PMS Software Maintenance is $1,368.25 per year. This fee will be replaced by SPS maintenance & support fees, described below, following Hotel's SPS activation. | | |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| Opera Xpress – Premise Based | $31.11 per room, per year for PMS.<br><br>$3.28 per room, per year for Oracle (the database management system for the PMS).<br><br>$310.96 per interface, per year, above bundle (excludes Oracle POS & Credit Cards).<br><br>The Credit Card Interface Maintenance Fee for the PMS Software Maintenance is $1,368.25 per year. This fee will be replaced by SPS maintenance & support fees, described below, following Hotel's SPS activation. | | |
| Opera - Hosted | $6.25 per room, per month for PMS.<br><br>$0.38 per interface, per room, per month, above bundle (excludes Oracle POS & Credit Cards).<br><br>The Credit Card Hosted Interface Fee is $154.21 per month. | | |
| Opera Xpress - Hosted | $5.42 per room, per month for PMS.<br><br>$0.35 per interface, per room, per month, above bundle (excludes Oracle POS & Credit Cards).<br><br>The Credit Card Hosted Interface Fee is $149.77 per month. | | |
| PMS Hardware Maintenance<br><br>(Costs vary according to your technology needs.  These are estimates) | $150.00 (1 - 150 rooms)<br>$175.00 (151 – 250 rooms)<br>$200.00 (251 + rooms)<br><br>Costs are noted above on a per month basis. | 4-year warranty upgrade package purchased at initial installation.<br><br>A terminal monthly maintenance fee begins upon installation and is a variable rate based on a hotel's room count.<br><br>(Payable to SCH) | Note 7 & Items 8 & 11 |
| FastConnect Plus And Access Control Manager | $167.32 | Monthly<br>(Payable to AT&T) | Note 7 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| Secure Payment Solution ("SPS") Maintenance & Support | $183.33 | Monthly (Payable to SCH upon termination of Oracle's credit card support; $75 of this monthly fee will be payable to SCH the month following hotel's SPS activation) | Note 7 |
| Guest Internet Access – Bandwidth Service Subscription | $1,000 to $2,800<br><br>Pricing is estimated and varies based on regional service providers | Monthly (Payable to SCH for "Direct" model or to bandwidth provider for "Contracted Commercial" model) | Note 7 |
| **ONGOING MANAGEMENT TRAINING*:** | | | |
| Workshops can include, for example:<br>(a) New Hotel Management Orientation<br>(b) Front Office Operations Training<br>(c) Sales Workshop(s)<br>(d) Service Workshop(s)<br>(e) Revenue Management Certification, as defined in the Standards<br>(f) Quality Workshop(s)<br>(g) Food and Beverage Workshop(s)<br>(h) Specialized Workshop(s)<br>*Cancellation/no show penalties may apply. | Pricing for workshops range from $295-$5,000 per workshop depending on length, subject, content and delivery. | Upon attending.<br><br>(Payable to SCH) | Item 11 |
| Owner Conference- Core Brands | $1,500 per attendee | Invoiced at time of registration (Payable to SCH) | Note 3 |
| Travel Agent Commissions (IHG Commission Services) | 10% (minimum) commission on GRR (or other commission that Holiday designates). | Monthly<br><br>(Payable to SCH) | Note 8 |
| Gift Card Equipment | Estimated terminal cost of $250-$400 (one time charge) if a terminal is required. | Before opening if plan has started; otherwise when plan starts. (Payable to SCH or vendor) | Note 3 |

31

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| Third Party Distribution Connection Fees | See Note 8. | Monthly<br>(Payable to SCH) | Note 8 |
| Performance Marketing Fees | 10% – 15% commission on consumed revenue booked. | Monthly<br>(Payable to SCH or intermediary) | Note 8 |
| GDS Biasing Programs | 5% of incremental revenues delivered through the program. | Monthly<br>(Payable to SCH) | Note 8 |
| BTA Revenue Programs | 2.25% – 5% override fee (in addition to standard travel agency commission) per consumed room nights, to a maximum $20,000. | Monthly<br>(Payable to SCH) | Note 8 |
| Mid-Market Account Program Booking Fees | 7% of consumed transient revenue booked through Mid-Market Account Program.<br><br>5.5% of consumed group revenue booked through Mid-Market Account Program. | Monthly<br>(Payable to SCH or intermediary) | Note 8 |
| Local Marketing Programs | See Note 9. | See Note 9. | Note 9 |
| Tax on Sales/Gross Receipts | Holiday's actual cost. | Upon notice from Holiday | Note 10 |
| Standard Fee for Room Additions | $500 for each new approved guest room or suite. | With the room/suite addition application<br>(Payable to Holiday) | Note 12 |
| Extension fees for extension of construction commencement deadlines: | | With extension request<br><br>(Payable to Holiday) | |
| 1.   New Development (6 month extensions) | 1/2 of Application Fee. | | Note 11 |
| 2.   New Development (incremental extensions) | Then-current Application Fee prorated according to time period requested. | | Note 11 |
| 3.   Room Additions (6 month extension) | 1/2 of original room addition Application Fee. | | Note 12 |
| Public Offering or Private Placement Processing Fee | $25,000 plus additional costs incurred by Holiday. | When you or any of your owners submit request for approval of private placement or public offering<br><br>(Payable to Holiday) | Note 13 |
| Audit/Interest | Amount of discrepancy, interest and $3,000 audit fee (audit fee may be increased on a System-wide basis). | Upon notice from Holiday | Note 14 |
| Re-licensing Fee | $500 per guest room but not less than $50,000. Fees vary for | Due with re-licensing application | Note 15 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| | Licenses of 60 months or less. See Item 5. | (Payable to Holiday) | |
| Change of Ownership Fees | $500 per guest room but not less than $50,000. Fees vary for licenses of 60 months or less. See Item 5. | Due with application (Payable to Holiday) | Note 15 (Only for change of controlling ownership) |
| Realignment/name change; brand conversion processing fee | $5,000 for franchisee name change, ownership realignment or brand conversion. | Due upon realignment, name change or brand conversion, if approved (Payable to Holiday) | |
| PIP inspection/preparation fee | Up to $5,000 for a standard PIP and up to $5,000 for a courtesy PIP prepared at your request or for a re-inspection. | Before application, or upon request for a PIP (Payable to Holiday) | Item 5 |
| Plan and/or FF&E Default | Up to $2,500 to cover costs of SCH travel and expenses related to plan and/or FF&E defaults. | Upon default (Payable to Holiday) | See Item 11 |
| PIP Default Travel | Up to $2,500 to cover costs of SCH travel and expenses related to PIP defaults. | Upon default (Payable to Holiday) | Note 17 |
| Customized Design Review Fee | Up to $5,000 for a custom plan review. | Upon request (Payable to Holiday) | |
| Indemnification | | Upon demand | Note 16 |
| Quality Visits for guest satisfaction or quality evaluation failure, default or termination status | Up to $5,000. | Before follow up inspection and/or special inspection<br><br>(Payable to Holiday) | Note 17 |
| Monthly Quality Self Assessment (MQSA), Management Action Plan (MAP), or Hotels that fall below the At Risk guest satisfaction threshold | Up to $5,000 for failure to complete the mandatory MQSA or MAP as required.  Hotels that fall into the guest satisfaction category below the At Risk brand threshold must pay up to $5,000 for each required visit and assigned training classes. | Upon notice (Payable to Holiday) | Note 17 |
| Liquidated Damages Payment on premature termination before Holiday authorizes you to use the System at the hotel (includes termination resulting from failure to perform the construction, upgrading and renovation work described in the License (see License, Par. 14.I) | A lump sum equal to the monthly average of all amounts that would have been payable to Holiday under paragraphs 3.B(1), (3) and (4) of the License assuming the hotel had collected Gross Rooms Revenue based on the average daily revenue per available room for all hotels in the System for the previous 12 months, as determined by Holiday, multiplied by the greater of (a) 6 or (b) the number of full and partial months from the Term Commencement Date to the termination date of the License. | Promptly upon Termination<br><br>(Payable to Holiday) | Item 17 f., g., h. and Note 3 to Item 17 |
| Liquidated Damages Payment on premature termination by Holiday | An amount equal to the total amounts required under License Paragraphs 3.B(1), (3) and (4) | Promptly upon Termination (Payable to Holiday) | Item 17f., g., h. and i. and Note 4 to Item 17 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| after Holiday authorizes you to use the System at the hotel: (applicable only if License terminates before expiration, in accordance with the License) (see License, Par.12.B, 12.C, and/or 12.E.) | during the 36 calendar months of operation preceding the termination or during the preceding number of months equal to the unexpired License Term at the time of termination (if less than 36 months); or if the Hotel has not been in operation in the system for 36 months, an amount equal to the greater of (1) 36 times the monthly average of these amounts for the period during which the Hotel has been in operation in the System, or (2) 36 times these amounts as are due for the one month preceding the termination. | | |
| Best-4-Breakfast™ merchandising & menus, training materials and consultant oversight (Holiday Inn brand group Hotels only) | $1,200+ shipping & handling purchased through SCH. An additional fee of $2,000 for an evaluation visit if the hotel is not compliant to become certified as compliant. Each subsequent visit for the same issue will require $2,000 and an incremental $500 if the hotel is non-compliant with any F&B standard. | Upon demand<br><br>(Payable to SCH Suppliers or SCH) | Note 18 |
| SPARKLE room cleaning program | One-time charge of approximately $350 for a virtual class and $395 for a field based program which includes materials and/or tools and training, but does not include travel costs. | | |
| Royalty in case of Casualty | 2% of GRR based on average GRR for preceding 12 months. | Monthly, on the 15th of the following month<br><br>(Payable to Holiday) | Note 19 |
| Promotions; required and optional advertising materials | | On request<br><br>(Payable to Holiday) | Note 20 |
| Guest Relations Fees | Quality and Service contacts from the hotels will be handled by Guest Relations in the 'One Contact Resolution' process.  Hotels will be charged a case management fee of $150, plus the compensation amount of no greater than one night's room fee and tax.<br>Non Service and Quality cases (such as billing or reservations issues) that are not resolved within 48 hours by the hotel will be handled by Guest Relations with a case management fee of $150. | Upon notice<br><br>(Payable to Holiday) | Note 23 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| IHG Voice Reservation Service | $6.50 Per net booking, which may be changed once annually.<br><br>Non-participating hotels may be charged a commission of 10% for Cross Sells generated from this Service.  This commission may also be applied to non-participating hotels who transfer hotel-direct calls to public InterContinental Hotels Group CRO toll-free numbers. | Monthly<br><br>(Payable to SCH) | Note 8<br>Note 21 |
| Revenue Management for Hire Program | $425 – $3,350 per month depending on total room count and annual occupancy (These fees apply until December 31, 2015, after which they may change.)<br><br>Plus, out of pocket travel expenses for SCH personnel.<br><br>(These fees are modifiable with 90 days written notice) | Monthly<br>(Payable to SCH) | Note 22 |
| Completion of the appropriate level of IHG® Revenue Management certification (if hotel is not participating in the Revenue Management for Hire Program) | $1,195 – $1,500 | Upon attending<br>(Payable to SCH) | |
| IHG® Rewards Club Measured Standards | $500 per standard failed.<br><br>Fee escalates to $1,000 each consecutive quarter Hotel in "Failure" status. | Quarterly Assessment appears on invoice<br>(Payable to SCH) | Note 24 |
| Green Engage® | $50 monthly. | Monthly<br>(Payable to SCH) | Note 25 |
| Employee Engagement Survey | $7 to $12 per employee each year | Annually<br>(Payable to designated third party provider) | Note 26 |

**Note 1:**  Holiday can require you to make any payments due to Holiday to its parents, affiliates, subsidiaries or other designees.  For example, many charges and fees shown on the table above are currently payable to SCH. Unless otherwise stated, all charges and fees on the table above are nonrefundable and the charge or fee or its formula is uniformly imposed on similarly-situated franchisees.

"GRR" means all income attributable to or payable for rental of guest rooms and suites at the Hotel, including, but not limited to, any mandatory fee or surcharge charged to all guests renting a room, such as resort fees, with no deduction for any item, including, for example, no adjustment for the cost of any food and beverage items provided or made available to a guest as an incident of a guest room rental.

The only permitted deductions are those for sales and room taxes. GRR includes fees or payments you collect if a guest does not stay after making a reservation, which is often called "No-Show Revenue". Holiday may require you to settle all outstanding obligations payable to Holiday by direct account debit, electronic funds transfer, or other similar technology designed to accomplish the same purpose. Holiday may also charge royalties on revenues from any activity that you provide at the Hotel by mutual agreement with Holiday if such activity: (i) is not offered at System Hotels generally (at the time you enter into the License) and is likely to benefit significantly from, or be identified significantly with, the Holiday Inn or Holiday Inn Express brand names or other aspects of the System; or (ii) is designed by or developed by Holiday. Certain fees paid by franchisees, other than the royalties and related fees, are payable to SCH and either SCH or Holiday may collect those amounts from franchisees.

SCH may make available one or more branded F&B restaurant concepts for your Hotel (see Item 8). If you desire, you may elect to open one of the approved branded F&B restaurant concepts at your Hotel; however, you will not be required to do so. If you elect to do so, you will sign the Participation Agreement attached as Exhibit I-3.

**Note 2:** You must pay a Services Contribution equal to 3.0% of GRR for Holiday Inn brand group hotels (Holiday Inn, Holiday Inn Resort and Holiday Inn & Suites brand hotels) and for all Holiday Inn Express brand group hotels (Holiday Inn Express and Holiday Inn Express & Suites brand hotels). Holiday will use these funds in its sole judgment for marketing, reservations and other related activities, which, in Holiday's business judgment as to the long-term interests of the System, support marketing, reservations, and other related functions. Funds from Services Contributions are typically invested in activities that strengthen the brand such as awareness advertising, research, and the development of new or improved services, but may include tactical marketing initiatives more focused on short term revenue enhancement. The Services Contribution does not include the cost or installation of reservation services equipment or training in the use of the equipment. Holiday can change the Services Contribution from time to time if the change is approved by either: (i) a majority of members (counted on the basis of one hotel, one vote) of the System who represent a majority of the Hotels to be subject to the increase; or (ii) a majority of the members of the System or the IHG Owners Association (the franchise association or successor approved by Holiday) at a meeting of System franchisees or at an annual IHG Owners Association meeting. Holiday can convene either meeting on at least 45 days advance notice. Holiday may, on 30 days advance notice, increase the Services Contribution by up to 1% of Gross Rooms Revenue. If Holiday does so, the increase will be effective for no longer than 12 months. If Holiday increases the Services Contribution in this way, then Holiday cannot make another discretionary increase again for 24 months after the expiration of the increase.

**Note 3:** Your Hotel must participate in the frequency program (the "Frequency Program") for as long as SCH chooses to market a Frequency Program. As of the date of this disclosure document, the Frequency Program is marketed to consumers under the names "IHG[®] Rewards Club", "InterContinental Ambassador", "IHG[®] Dining Rewards" and "IHG[®] Business Rewards". You must pay the Initial and Special Marketing Contribution to the Frequency Program. (The Initial Marketing Contribution is payable when your Hotel first enters Holiday's System). SCH can change the Special Marketing Contribution. The Frequency Program is an incentive program that rewards members for frequent qualifying stays at all Holiday Inn, Holiday Inn Resort and Holiday Inn Express brand group hotels (and, as described in Holiday's separate disclosure documents, for all Crowne Plaza, Hotel Indigo, Staybridge Suites, Candlewood Suites, EVEN[®] Hotels and InterContinental Hotels & Resorts brand group hotels) and other hotel brands within the SCH hotel portfolio. The Frequency Program includes alliances with airline frequent flyer programs and other Holiday brands. Through these alliances, IHG[®] Rewards Club members may choose to collect and convert their IHG[®] Rewards Club points into airline miles, or choose to collect miles automatically with each stay. SCH may add or delete airlines and alliances within other industries from the IHG[®] Rewards Club program.

SCH's Global Sales & Marketing department has established marketing relationships with airlines, rental car companies, banks and other types of companies, some of which include co-branding with IHG[®] Rewards Club. These alliances may produce revenue and income for SCH that do not result from any required purchases that you make.

The Special Marketing Contribution to the Frequency Program is currently 4.75% of Qualifying Full Folio Revenue and 1.425% of Qualifying Room and Meeting Revenue. SCH can change these percentages in its sole judgment. All enrolling stays will be assessed a flat rate of $4.75 to the enrolling hotel and a flat 1,000 points will be issued to the member regardless of their qualified stay revenue. Qualifying Full Folio Revenue includes: (a) Qualifying Room Rates (defined below), (b) charges for food and beverage, telephone, laundry and pay-per-view movies, including applicable taxes, when charged to the member's room regardless of whether a qualifying room rate was paid, and (c) at the Hotel's discretion, any other items charged to the member's room not defined in the previous items (a) or (b). Property management systems certified as compatible by the SCH Information Technology department provide Full Folio Revenue data to the Frequency Program through an automated interface. Qualifying Room Rates under the IHG[®] Rewards Club program include, for example: (1) non-discounted rates; (2) standard corporate rates; (3) leisure rates; (4) government rates; (5) Corporate Gold rates and worldwide sales negotiated rates; (6) conference and meeting rates; and (7) individual Hotel contract rates. If discounts on rates (6) and (7) exceed 30% of the Hotel's published rates, the Hotel may exclude the awarding of IHG[®] Rewards Club points for these discounted room rates. Group room nights may qualify for IHG[®] Rewards Club points.

Qualifying Room and Meeting Revenue includes Hotel revenue from accommodation (room only booked on behalf of others via the Booker Frequency Program) and/or Hotel revenue from rental of guest rooms, meetings, social, or catered events to include revenue from meeting room hire, food and beverage, and/or other revenue associated with the meeting or event at the hotel's discretion (formerly known as IHG[®] Meeting Rewards). IHG[®] Rewards Club points are capped at 60,000 per meeting or event, while the Hotel has sole discretion to award more than 60,000 points for any such meeting or event. At three points per dollar payable at 1.425%, the amount contributed to the Frequency Program is capped at $285 per event; however, the Hotel has discretion to award more than 60,000 points at the same 1.425% assessment rate ($0.00475 per point).

In 2013, the Frequency Program was extended until December 31, 2016 by a vote of all hotel principal correspondents of Holiday licensed Hotels in good standing. Under this extension, Frequency Program members may accumulate points through December 31, 2016, and may redeem them through June 30, 2017. If the Frequency Program is extended beyond December 31, 2016, the foregoing dates will also be extended.

Votes on changes to the Special Marketing Contribution or other Frequency Program elements requiring a vote of System franchisees will be counted on a "negative option basis", which means that those Hotels which do not respond by the specified voting deadline will have their votes counted as a vote for approval of the proposed change(s).

Hotels must also participate in the Frequency Program Hotel Rewards Program, currently called "IHG[®] Rewards Club Reward Nights." Compensation to the Hotel for redeeming the points for a stay at the Hotel is correlated with the Hotel's annual average daily rate (ADR) for the period equal to the previous calendar year, ending December 31. The compensation for a Reward Night currently ranges from $20 to $50 if occupancy at the Hotel is less than 95% on the night of the award stay, or the Hotel's ADR on the night of the Reward Night stay if occupancy at the Hotel is equal to or greater than 95% on the night of the Reward Night stay. Holiday will not reimburse occupancy taxes or other similar indirect taxes on the redemption of points unless such taxes exceed $50,000 annually at your Hotel or 15% on a nightly basis.

The franchisee (if an individual), General Manager, or designated operator, must attend the Owner Conference—Core Brands and pay the registration fee, currently $1,500, but amount is subject to increase. These conferences are generally held annually but are subject to adjustment.

**Note 4:** Holiday may impose or change capital reserve requirements for your Hotel from time to time. If Holiday requires a capital reserve, you must establish an escrow reserve account funded monthly. Since the capital reserve may not be sufficient to maintain the Hotel as a first class facility in accordance with Holiday's standards, you must promptly provide any necessary additional funds to meet Holiday's

product quality and consumer quality requirements.  Holiday will give you at least ninety days' notice of any establishment or change in capital reserve requirements (see also paragraph 14.L of the License).

**Note 5:**  Holiday will use the Technology Fee to provide technology services, including Holidex® Plus. Holiday may increase the Technology Fee in an amount it judges to be reasonable, but not by more than 10% of the fee in effect at the beginning of the year. The Technology Fee does not include the cost of installation, maintenance or repair of equipment or training at the Hotel.

**Note 6:**  The PERFORM™ system uses hotel historical data and future bookings to create a detailed forecast of future business for your Hotel over the next 50 weeks. The PERFORM™ system also produces inventory controls which are used in the sales process of your PMS and all direct (CRO, Brand Website) and indirect channels (such as GDS or online travel agencies (OTA)).

PERFORM™ with Price Optimization is the latest addition to Holiday's PERFORM™ revenue management system and helps Holiday's hotels determine the best daily price.  The system integrates the demand forecast, publicly available competitive rates, and price sensitivity to make optimal pricing recommendations for its hotels.

If you elect to implement PERFORM™ with Price Optimization, the Revenue Management representative from the hotel, for example, the Director of Revenue and/or General Manager, must attend either a virtual or classroom training session.  Cost for training ranges from $350 to $395.  Additionally for hotels that do not participate in Revenue Management for Hire or MarketVision, additional costs of between $30 to $60 per month will apply.

See Item 11 for a more detailed discussion of PERFORM.

**Note 7:**  Currently, Holiday Inn brand group hotels and Holiday Inn Express brand group hotels with fewer than 150 rooms and requiring no Sales and Catering functionality may use the Opera Xpress PMS Solution.  Holiday Inn brand group hotels and Holiday Inn Resort hotels with more than 150 rooms and/or requiring Sales and Catering functionality must use the Opera PMS solution (see Items 1, 8 and 11). You must also obtain ongoing maintenance and support for the required PMS software, including upgrades and new versions (see Items 8 and 11) and other software including operating system upgrades and anti-virus, anti-malware, and anti-spyware software. The anti-virus, anti-malware and anti-spyware software is part of a product of McAfee, Inc. called Total Protection for Network (ToPS), which will be administered and managed by AT&T via the FastConnect Plus solution. The PMS Provider will bill you and collect the fee from you for the required PMS software support and the PMS Provider provides the support.  You must also obtain ongoing equipment maintenance for the PMS hardware as arranged through either SCH or an approved vendor.  The costs will vary according to your technology needs and the costs listed on the table are estimates.

The PMS Provider will provide you with a third-party license and/or hosting agreement for the use of the PMS software. Therefore, you must sign a third party license and/or hosting agreement with Oracle America, Inc., the PMS provider for Opera, or with any other PMS provider designated by SCH (see Items 1, 8 and 11). This license agreement includes on-going maintenance and support for the PMS software.  The PMS Provider will bill you annually for the support fee. The PMS Provider may not increase the maintenance and support fee more than once during any calendar year.  You must also pay support fees for the other components of property-level systems, such as PMS equipment maintenance, and for other systems which interface to the Opera or Opera Xpress PMS system; such as the telecommunications system, the electronic door locking system, and the specialized sales software.  Hardware and software maintenance fees may vary based on the number of rooms at the Hotel.  The fees for local and long distance telephone service and line charges are not included in the estimated fees on the chart. The costs will vary according to your technology needs, and the costs listed on the chart are an estimate.

Upon activation of the Secure Payment Solution ("SPS") at your Hotel, SCH will immediately bill you monthly and administer support for the hardware and software.  You must also obtain ongoing equipment maintenance for the SPS hardware, as arranged through either SCH or an approved vendor. The $183.33 SPS Maintenance & Support fee paid to SCH may increase according to corresponding

rises in PMS credit card support services from Oracle.

For Guest Internet Access ("GIA") Bandwidth, a hotel will be required to utilize an approved SCH certified provider. Hotels will be afforded the option to select an "IHG Direct" or a "Contracted Commercial" model. A participation agreement is required for "IHG Direct" models and hotels are required to enter into an agreement with the bandwidth provider for the "Contracted Commercial" model. Monthly service fees will vary based on regional telecommunication or cable company sources. Hotels with existing contracts with bandwidth providers must allow such contracts to expire or terminate by their own terms and not allow them to renew, by giving appropriate notice as soon as the terms of those contracts permit. If the contract term will extend more than one year after the effective date of the brand standard and the hotel has a right to terminate for convenience (without cause) and without payment of any fees, then the hotel must exercise that right so that the contract terminates within that year.

**Note 8:  Third Party Distribution Connection Fees:** The IHG Commission Services ("ICS") program is optional for all Holiday Inn and Holiday Inn Express brand group Hotels. However if your hotel participates in the Global Distribution System ("GDS"), your Hotel's participation in ICS is mandatory. ICS was the first centralized commission payment program in the industry, and currently has over 165,000 participating travel agencies in 52 countries. SCH will provide you with a monthly invoice detailing all commissions and Distribution Connection fees that SCH pays for you. As a participant in ICS, you must pay the customary minimum of 10% of the GRR (or another percentage that Holiday designates) for the travel agent or other referral source booking. In some cases Holiday is able to negotiate this percentage and it is subject to increase from time to time. As a participant in ICS, you are automatically enrolled in the GDS, which provides reservation linkage with four major airline reservation systems. In order to enroll in the GDS, you must participate in the ICS program. You must pay a GDS fee for any reservation through the GDS that is not cancelled. In some cases Holiday is able to negotiate the GDS fee but the fee is set by third parties and is subject to change upon 30 days' notice to you. GDS Fees are currently set at $6.81 per reservation and are subject to change. Additionally, alternative connections may be developed between SCH and vendors which may be subject to transaction fees. Alternative connection transaction fees are determined by the cost of operating the connection or by the cost of the third parties who provide the connections. The Direct Connect Fee for an alternative connection may vary per year depending on connection costs and third party costs. Direct Connect fees are currently set at $3.03 per reservation and are subject to change. You may pay your commissions and transaction fees by direct debit through Pegasus Commission Processing. If you decline this option, you must pay SCH $2.00 per commissionable transaction billed in addition to the commission. Pegasus rebates SCH 3.05% of commissions collected for their members and 3.50% of the total commission paid for non-members. Additionally, ICS may be used as a mechanism to bill for other SCH programs such as IHG Voice Reservation Service cross-sell fees or GDS Biasing programs. The programs in which SCH uses ICS for billing may change from time to time. A separate entity affiliated with SCH, known as IHG ECS (Barbados) SaRL, operates the SCH ICS program. For reservations made through a travel agent or other referral source and processed for SCH or its subsidiaries by Pegasus Commission Processing, SCH will receive a minimum of 2% of the commissions paid to Pegasus Member agents to cover the costs of running the ICS program. (These amounts are subject to change without notice.)

**Performance Marketing Program:** All hotels are automatically enrolled in the Performance Marketing Program ("PMP"). However, Hotels can opt-out if they do not want to participate in the PMP. If they opt out, they will receive no bookings from the PMP. The PMP is designed to be a performance-based and self-funded Internet Marketing program that generates increased revenue potential for Hotels. The PMP markets the System through SCH direct channels (SCH branded web sites and Central Reservations Office, or "CRO"). Internet users can click on advertising placed by SCH and be linked to SCH's Internet reservations page or call a trackable SCH CRO telephone number displayed on the advertisement to make reservations. If a Hotel stay is generated for your Hotel through this process, your Hotel must pay SCH a negotiated percentage of the consumed revenue booked, which will be no greater than 15%. No GDS fee will be charged for these PMP transactions. A portion of the commissions paid by Hotels will be used by SCH to satisfy financial obligations to associated media

companies and publishers which provided the advertising placements to SCH.  Specific commission payment levels for each associated media company and publisher vary based on size, strategic value, and actual or potential revenue contribution.

**GDS Biasing Programs**: SCH works with the GDS to provide Hotels with additional advertising opportunities.  Galileo and Worldspan (two of the four GDS providers) invite qualifying hotels to participate in the Galileo Featured Property Plus or Worldspan Featured Property Plus Programs. These are optional pay-for-performance marketing programs that provide access to marketing services to reach over 100,000 travel agency locations around the world. Galileo and Worldspan guarantee a 20:1 return on investment for marketing fees paid by participating Hotels (effectively a 5% commission charged against incremental revenues attributed to the program). Hotels are billed through the ICS system. Participating hotels in Galileo Featured Property Plus are featured in Galileo Featured Property. Participating hotels in Worldspan Featured Property are featured in Worldspan Featured Property.  SCH may negotiate additional GDS marketing programs, and if it does, the fees may vary.

**BTA Revenue Programs**:  Business Travel Agency ("BTA") refers to a subset of agencies that account for a significant portion of all travel delivered to SCH Hotels via travel agencies. BTA Revenue Programs are pay-for-performance marketing programs designed by SCH to drive incremental revenue and improve market share with SCH travel agency partners. The key focus of these programs is to reward agencies for increasing market share by driving non negotiated rate and/or contracted business to Hotels.  Hotels pay a 2.25% – 5.00% override fee (in addition to standard travel agency commission) per consumed room nights over the base amount, up to a maximum of $20,000 per year).  Commissions are paid through the ICS. SCH negotiates and executes a centralized global contract on behalf of all Hotels in the system.

**Mid-Market Account Program:** All hotels are automatically enrolled in the Mid-Market Account Program (MMAP); however, hotels can opt-out if they do not want to participate in the MMAP.  If they opt out, they will receive no bookings from the MMAP.  The Mid-Market Account Program is designed to generate incremental revenue from mid-market and local accounts to IHG hotels by developing new accounts.  Hotels agree to honor the discount percentage that is attached to the account.  Discounts are based on the room night volume of the Mid Market Account Program client and calculated off the Best Flexible Rate (BFR).  Discounts range from 3.0% to 14.5% off BFR.  Hotels agree to pay a booking fee equal to 7% of the consumed transient room revenue, and 5.5% of the consumed group revenue for all Mid Market Account Program accounts.  Hotels agree to pay any GDS or Third Party fees associated with MMAP clients.

**Note 9:**  You may conduct local and regional marketing programs and related activities, but only at your expense and subject to Holiday's requirements. Holiday may impose reasonable charges for advertising materials you choose to order from it for these activities. There are no marketing associations or cooperative programs for which participation is mandatory.

**Note 10:**  You must pay to Holiday an amount equal to any sales, gross receipts or similar tax that may be imposed on Holiday and calculated solely on payments required under the License, unless the tax is an optional alternative to an income tax otherwise payable by Holiday.

**Note 11:**  If your Hotel is a new development Hotel and you apply for an extension of the construction commencement deadline, you must pay an extension fee.  If Holiday approves your extension request and you begin construction within the extension period, then Holiday will refund the extension fee you paid, without interest, less the expenses Holiday incurred in processing the extension request.  If you do not begin construction within the extension period, Holiday may refund or retain the extension fee as it determines.  Holiday's approval of extension requests is not automatic. You must pay any expenses Holiday incurs in processing the extension request.

Whether your Hotel is a new development Hotel or a conversion, you must pay any expenses Holiday incurs in processing any construction commencement or completion extension request you make.

**Note 12:**  Holiday charges a standard Additional Room Application Fee for applications for approval of any guest rooms or guest suites to be added to the Hotel (presently, $500 per additional guest

room/suite).  If you withdraw the room or suite addition application before Holiday approves it, or if Holiday denies the application, then Holiday will refund the Additional Room Application Fee, less direct expenses it incurred.  Holiday may require upgrading of your existing facility as a condition of approving a room or suite addition application.  You may apply for an extension of the deadline for completion of the room or suite addition, and if Holiday approves your request, you must pay an extension fee.  Fees for room/suite additions and for extensions of room addition deadlines become non-refundable if Holiday approves your request.  Again, approval of extension requests is not automatic and you must pay any expenses Holiday incurs in processing the extension request.

**Note 13:**  If you propose a securities offering requiring registration under any federal or state securities law, you must apply to Holiday for approval of the offering and pay Holiday a non-refundable securities offering fee of $25,000 when you apply.

**Note 14:**  If an audit by Holiday discloses a deficiency in any payment, you must immediately pay Holiday the amount of such deficiency.  If the audit results in a deficiency being assessed and the deficiency is not offset by overpayment, you must immediately pay Holiday the deficiency and an audit fee of $3,000. If the audit does not result in a deficiency being assessed, then you pay no audit fee. Amounts not paid when due will accrue interest, beginning on the first day of the following month, at 1.5% per month or the maximum interest permitted by law.

**Note 15:**  If you apply for re-licensing or change of ownership, you must pay Holiday a Re-licensing Application Fee or Change of Ownership Fee, as the case may be.  If Holiday denies the re-licensing or change of ownership application, Holiday will retain $15,000 and refund the balance of the Re-licensing Application Fee or Change of Ownership Fee to you.  Fees vary for Licenses with terms of 60 months or less.

**Note 16:**  You must indemnify Holiday, its parents, subsidiaries and affiliates (including SCH) and their officers, directors, employees, agents, successors and assigns against, hold them harmless from, and promptly reimburse them for, all payments of money (including fines, damages, legal fees, and expenses) by reason of any claim, demand, tax, penalty, or judicial or administrative investigation or proceeding whenever asserted or filed (even where negligence of Holiday and/or its parents, subsidiaries and affiliates is alleged) arising from any claimed occurrence at the Hotel or any act, omission or obligation of yours or anyone associated or affiliated with you or the Hotel.  At the election of Holiday, you will also defend Holiday and/or its parents, subsidiaries and affiliates and their officers, directors, employees, agents, successors and assigns against same.  In any event, Holiday will have the right, through counsel of its choice, to control any matter to the extent it could directly or indirectly affect Holiday and/or its parents, subsidiaries or affiliates and their officers, directors, employees, agents, successors or assigns.  You agree to pay Holiday all expenses, including attorneys' fees and court costs, incurred by Holiday, its parents, subsidiaries, or affiliates, and their successors and assigns to remedy any defaults of, or enforce any rights under the License; to effect termination of the License; or collect any amounts due under the License.

**Note 17:**  Holiday may charge you for all quality action plan visits, re-evaluations and re-inspections at your Hotel that occur as a result of your Hotel's failure of any previous quality evaluation, your Hotel's failure under the quality system or under the guest satisfaction measurement system, your failure to complete PIP requirements by the specified interim or final milestone dates, your failure to complete the Monthly Quality Self Assessment, or your failure to complete the Management Action Plan. You must pay up to $5,000 for each re-evaluation and re-inspection and you must pay up to $5,000 for each subsequent visit.  In addition, you must pay the room and board of Holiday's inspector(s) on all quality evaluations, action plan visits and re-visits, as well as room and board and travel for all PIP or Plan reviews.

You must complete the mandatory Monthly Quality Self Assessment ("MQSA").  Failure to do so in any given month will result in a fine up to $5,000 for each occurrence and may result in a visit from a Quality Department Representative.  You must complete all items in the Management Action Plan ("MAP") that is created during a quality evaluation, action plan visits, re-evaluations and re-inspection at your Hotel. Failure to do so in the timeline defined within the MAP will result in a fee up to $5,000 and may result in

a visit from a Quality Department Representative. In addition, you must pay the room and board of the Quality Department Representative(s) on all MQSA and MAP visits.

All Hotels that fall into any guest satisfaction measurement (currently known as "OSAT") that is below the At Risk threshold must pay up to $5,000 for each required re-inspection or default visit and may be assigned two of Holiday's training workshops to attend at the Hotel's expense.

**Note 18:**  All Holiday Inn brand group Hotels and Holiday Inn Resort hotels must participate in and provide in its entirety the Best-4-Breakfast™ Program.  The Program includes signature menu items and specified brand name food and beverage products, approved restaurant menus, room service menus, room service pre-order menus and merchandising material; and approved training services and manuals.  The General Manager and key food and beverage manager must complete Program training and obtain Program certification before the Hotel opens as a Holiday Inn brand group hotel or Holiday Inn Resort hotel.  SCH will offer you a Best-4-Breakfast™ package of menus (restaurant and in-room), merchandise and training materials and services for a set annual fee (currently $1,200, plus shipping), but you are not required to purchase the package from SCH.   If your Hotel does not purchase this Best-4-Breakfast™ program package from SCH, the Hotel must obtain the required materials and services from a vendor approved by SCH and the Hotel will receive the supplier materials and services from a vendor approved by SCH at the Hotel's expense.  However, the cost for a vendor to produce these required Best-4-Breakfast™ program materials for one hotel may be considerably more than the SCH fee because SCH produces the program materials for multiple hotels.  Based on full compliance with the Best-4-Breakfast™ Program and meeting a certain specified purchase volume, your Hotel may receive the supplier provided rebates (based on product purchases made annually from required vendors and facilitated by a third party).

**Note 19:**  If your Hotel is closed because of damage due to fire or other casualty, then during the time that your Hotel is closed, you will pay to Holiday (instead of all other System fees under paragraph 3.B of the License) a royalty of 2% of GRR based on the average GRR for the 12 months preceding the date of closing, or if your Hotel has not been operating in the System for 12 months, then for this purpose the GRR will be based on the average monthly GRR for the period that the Hotel has been operating in the System.

**Note 20:**  To participate in certain other marketing programs and to comply with certain other standards, you may be required to buy advertising materials, products, services, equipment or supplies or other proprietary materials, and you may have to offer promotions or services to guests that may result in expenses or costs to you.  Sometimes, these advertising and proprietary materials are available for purchase through Holiday or its affiliates.

**Note 21:**  From time to time Holiday (or an affiliate) may, but is not obligated to, offer you an opportunity to participate in the optional IHG Voice Reservation Service program. The IHG Voice Reservation Service program is an optional, supplemental service whereby reservation calls to your Hotel will be referred to an offsite call center.  Under certain circumstances, Holiday may require you to participate in the IHG Voice Reservation Service program (see Item 15). The offered services may include reservation services for all calls transferred from the Hotel; telephone connections between the Hotel and the reservation office; equipment, management and staffing for the reservation office; and monthly performance reports for the Hotel.  If offered, these services will require you to pay additional fees (see Item 6 table) and you must sign the IHG Voice Reservation Service Agreement, attached as Exhibit I-1 to this disclosure document.  Either party may terminate the agreement by providing 30 days advance written notice or SCH may terminate the agreement with 5 days notice if hotels do not make timely payments.

**Note 22:**  From time to time Holiday (or an affiliate) may, but is not obligated to, offer you an opportunity to participate in the optional Revenue Management for Hire program.  The Revenue Management for Hire program is an optional, supplemental service under which revenue management functions will be performed in cooperation with your Hotel.  Under certain circumstances, Holiday may require you to participate in the Revenue Management for Hire program (see Item 15).  If offered, these services will require you to pay additional fees and you must sign the Revenue Management for Hire Agreement,

attached as Exhibit I-2 to this disclosure document.   If you elect to participate in the Revenue Management for Hire program, the agreement terminates 12 months from the initial date or either party may terminate the agreement by 90 days advance written notice.   The agreement will also terminate if the Hotel participates with an uncertified third party intermediary. The term is automatically renewed for one year terms unless 30 days written notice is given before the end of the term.

If your Hotel chooses not to participate in the Revenue Management for Hire program, you must successfully complete the appropriate level of IHG® Revenue Management certification within 150 days of your Hotel's opening or within 90 days turnover of an existing certified revenue manager.

**Note 23:**   One Contact Resolution is a Guest Relations process that allows for increased guest satisfaction by empowering case managers to handle calls quickly.  Your Hotel is expected to resolve any guest relations issues of a service or quality nature during the guest's stay.  Post stay contacts of a service or quality nature will be resolved by Guest Relations Case Managers on behalf of the hotel, compensating the guest with up to one night's room fee and tax.  The hotel must pay a $150 case management fee as well as any applicable compensation to the guest.  Hotels can earn a quarterly fee waiver on service and quality cases by achieving a Guest Relations Index in the top third of the System. Any non-service or quality issues are referred to the hotel for resolution.

**Note 24:**   IHG® Rewards Club Measured Standards are measured and enforced to ensure consistency in the delivery of the program to its members.  Standards are based on calendar quarter thresholds. Hotels are measured at the end of each calendar quarter for compliance.  If a Hotel fails to meet the threshold for a quarter it will have one quarter to cure.  If the Hotel fails to cure, it will move to assessment and will be assessed a fee of $500 for each standard failed.  If a Hotel fails in consecutive quarters the penalty will escalate to $1,000 for each consecutive quarter the Hotel is in failure.  All measured standards are evaluated and assessed individually.

**Note 25:** Green Engage is a LEED endorsed online tool designed to help hotels track energy, water and waste and recommend steps to save money.  Green Engage costs $50 per month.

**Note 26**: Holiday may require your Hotel to participate in the brand's annual employee engagement survey and if so, you will be responsible for all charges associated with administering the program through the brand's designated third-party provider.

**General:** Holiday can require you to settle all outstanding obligations by electronic funds transfer, direct debit or other similar technology designed to accomplish the same purpose.   Except as described above, all monthly payments must be made to Holiday by the 15th day of the following month, in Atlanta, Georgia, in U.S. currency, unless otherwise specified by Holiday.

Holiday may consider requests to alter the requirements described in this Item.  Holiday will only consider proposed changes under special circumstances and any changes must comply with applicable laws.

## <u>ITEM 7</u>

### ESTIMATED INITIAL INVESTMENT

The following tables provide an estimate of the initial investment for each of the Holiday Inn and Holiday Inn Express brand group Hotels listed below.   To Holiday's knowledge, none of the expenditures described below are refundable, unless otherwise indicated.

Holiday does not offer any formal program for direct or indirect financing. Holiday, SCH or its affiliate, General Innkeeping Acceptance Corporation ("GIAC"), may furnish loans or guaranties to franchisees (See Item 10).

Your total investment will vary depending on, among other things, size, land cost, construction costs, delays, contingencies, amenities and economic conditions, and whether your Hotel is a new development or a conversion.

**Note 18:** SCH may make available one or more branded F&B restaurant concepts for your Hotel (see Item 8).  If you desire, you may elect to open one of the approved branded F&B restaurant concepts at your Hotel; however, you will not be required to do so.  If you elect to do so, you will sign the Participation Agreement attached as Exhibit I-3.

## ITEM 8

## RESTRICTIONS ON SOURCES OF PRODUCTS AND SERVICES

Except as described below, you are not required to purchase or lease products or services from Holiday or its affiliates, or from suppliers approved by Holiday, or under Holiday's specifications.

### Standards and Specifications:

You must build, design, furnish, equip, decorate and supply the hotel subject to Holiday's approval of your plans.  You must equip the hotel with products which meet Holiday's standards and specifications, including those described in the License and the Standards for the applicable Holiday Inn or Holiday Inn Express Hotel brand.  All modernization, renovation and upgrading of your Hotel must also meet Holiday's Standards and specifications.  Holiday issues specifications by brand of product and in many instances by brand "or equivalent", by physical characteristics and by other methods, depending on the product or service involved.  Holiday can make changes to the Standards.  These changes will become binding on you as if originally set forth in the Standards.  Any change Holiday makes must be approved by Holiday's Franchise Committee (or its equivalent) or designated subcommittee, after seeking the advice and counsel of the appropriate committee of the IHG Owners Association.  Holiday will provide you with an explanation of any change, in writing, at least 30 days before it goes into effect.

Holiday estimates that its standards and specifications will apply to 90% to 95% of your purchases and leases.  If you purchase or lease any equipment or supplies not previously approved by Holiday, Holiday may require you or the manufacturer to submit a written request for its approval.  Holiday reserves the right to require removal of any non-approved product installed at the Hotel.  While Holiday has no obligation to respond within a certain time frame, it expects to do so within 45 to 60 days from receipt of your request.  Holiday may require certain information, tests, certifications and inspections, at no expense to Holiday, as a condition of approval.

Under the Standardized Room Décor ("SRD") Program, all Holiday Inn brand group Hotels, Holiday Inn Resort hotels and Holiday Inn Express brand group Hotels must choose and install in all guestrooms either a design scheme provided under Holiday's established SRD program or an alternative approved by Holiday, meeting all Holiday's detailed quality specifications.  If you use suppliers other than the established SRD approved suppliers, your alternate suppliers must show that their products will meet Holiday's quality specifications.

Under the existing SRD program, there are approximately three to five décor schemes to choose from with specific, identified soft good and hard good items, as well as competitive pricing and delivery commitments from the established SRD approved suppliers.  Current SRD schemes are pre-approved for use and you will not be required to go through the design submittal process if you notify Holiday's Plan Review Department which scheme will be used in its entirety.

Holiday requires you to hire qualified, accredited, professional advisors in the form of a project team, which may consist of, depending on complexity and scope of the work, an architect, interior designer, engineer or other related specialist when building or renovating an IHG hotel.  If you cannot find such accredited professional help, contact your IHG Senior Plan Review Consultant.  Any design work submitted by unqualified individuals hired by you will be rejected and your Hotel can be subject to Plan default, resulting in an assessment of fees under the terms of your License.  The fee for such Plan default will be $2,500.  You may be required to remove any non-approved product installed in your Hotel that has not been approved by IHG Plan Review explicitly in writing before installation.

At the time Holiday and you sign a License, and before your Hotel opens, SCH may determine to fund your purchases from approved suppliers and then invoice you.  You must reimburse SCH for these purchases.

If Holiday funds your purchase before your Hotel opens, Holiday will not receive fees from approved suppliers.

In some instances Holiday receives a small commission from vendors' sales to offset Holiday's costs of implementing the SRD Program.  These costs include professional design services for creating new décor schemes for Holiday's franchisees, prototype room development and testing, specifications development, negotiating and contracting services for items that the franchisee may buy through this program, web site updating and maintenance, and franchisee support service expenses.  The commission amounts to ½-2% for SRD items.  The information below reflects operations as of the date of this disclosure document and is subject to change.  Standard Room Décor commissions for the year ending December 31, 2014 were $1,221,000.

**Suppliers:**

You may purchase your equipment, furnishings and supplies for the Hotel from any source, so long as the products meet the specifications in the Standards, License or Holiday's standards and specifications, unless Holiday requires you to purchase a product from a designated or approved supplier or service provider in the License, the Standards, or other communication to you.

Holiday may provide you with information and recommendations concerning firms which offer products and services which your License or Holiday's standards require you to use, which are necessary and useful to the operation of a Hotel, or which meet Holiday's standards and specifications.  However, Holiday has no ongoing obligation to provide purchasing information to you, and Holiday's practice and approach to this activity may change at any time.  Your License does not require Holiday to engage in or continue these voluntary activities.

In furnishing supplier or service provider information and making recommendations, Holiday uses its business judgment regarding the long-term interests of the System as a whole, based on its information at that time concerning quality, performance, competitive pricing and similar factors.  However, by identifying or recommending a supplier or service provider Holiday makes no warranty to you of these or any other factors.

While Holiday may, from time to time, communicate with you or your suppliers/service providers regarding supply/service provider issues and takes steps to improve performance or resolve complaints, Holiday has no responsibility for the financial condition or performance of any supplier or service provider.

Suppliers may offer Holiday the opportunity to take advantage of funds to support co-op marketing, training and other services that support the System at national and hotel levels.  When these options are available and selected, Holiday uses these funds as designated, and to the extent possible to benefit the System, and the systems of Holiday's other brands which purchase from suppliers.  SCH and its affiliates may enter agreements with suppliers and receive revenue attributable to purchases by franchisees and by SCH and its affiliates.

Nothing in your License prevents Holiday from having an ownership interest in any other business, including firms providing products or services to you or providing procurement services to you.  If Holiday has, or later acquires, an ownership interest in a product or service provider, Holiday has no obligation to maintain that interest or to refrain from disposing of it as Holiday sees fit.

No officer of Holiday currently owns any interest in an approved supplier or service provider.

SCH currently utilizes a mixed resource model for the supply chain management functions. In the future, the procurement program may be comprised solely of SCH employees. The procurement program develops and supports purchasing programs and provides System franchisees with several valuable services.  You can contact the procurement program by mail c/o IHG Marketplace, Three Ravinia Drive, Suite 100, Atlanta, Georgia 30346 or by telephone during normal business hours of Monday – Friday 8:30AM – 5:00PM at its toll free support line 855-466-7877.  Purchasing professionals will be available to assist you with any questions you may have regarding sourcing of products or services through IHG Marketplace.

Beginning January 1, 2011, a procurement program run by IHG named InnSupply was initiated with the endorsement of the IHG Owners Association to deliver value and lower cost purchasing opportunities and options to its customers ("Programs"), including Holiday's franchisees, as explained below. In 2014, the name of this procurement program was changed to "IHG Marketplace". You are, however, under no obligation to use IHG Marketplace's Programs.

IHG Marketplace has contracted for services from group purchasing organizations Provista, LLC ("Provista"), a subsidiary of Novation, LLC and Foodbuy, LLC.   Provista and Foodbuy selectively negotiates agreements for IHG Marketplace Programs with its suppliers and offer access to those Programs to IHG Marketplace.  If you become an IHG Marketplace participant, you will purchase goods and services directly from suppliers at IHG Marketplace's negotiated prices.  The relationship between franchisee and supplier is that of buyer and seller.  You are not required to purchase from IHG Marketplace's suppliers or participate in the IHG Marketplace program in any way, and you are free to purchase goods and services from any supplier, so long as the supplier fully complies with Holiday's and SCH's specifications and standards, unless Holiday requires you to purchase a product from a designated or approved supplier in the License, the Standards or other communication to you.

IHG Marketplace operates on a cost recovery basis with fees for both procurement and technical ordering transaction services included in the supplier invoiced price. Prices paid by franchisees for goods and services as a participant of IHG Marketplace and/or under a Brand Standard/Specification Program will include up to a 4% cost recovery fee.  These fees cover the resource, travel, technology and Program related costs for IHG Marketplace.  Occasionally, the prices will include allowances and rebates paid to IHG Marketplace or franchisees directly by suppliers on your purchases.  Allowances and rebates received by IHG Marketplace or properties directly from suppliers will generally range from approximately 1% to 5% of the amount of the invoice price for the goods and services purchased by you from suppliers participating in the Programs.   All supplier allowances and rebates will be fully transparent to the franchise buyers and distributed to the hotels either directly from suppliers or through the IHG Marketplace administrative group.

**Reservation System and Computerized Enhancements**:

You must purchase equipment, software and services for property-level technology and telecommunications systems from third-party vendors whom Holiday designates or who meet Holiday's specifications (see Item 11).

**Insurance**:

Holiday's specifications for the amounts and types of required insurance coverage are specifically described in paragraph 9.B of the License.  Holiday currently requires that you obtain a general liability insurance policy naming Holiday, SCH and their parents, subsidiaries and affiliates as additional insureds in the amount of $15,000,000 per occurrence.  Holiday also requires that you obtain employment practices liability insurance with a limit of $10,000,000 per occurrence and in the aggregate.  The holder of the liquor license must maintain liquor liability insurance with single limit coverage for personal and bodily injury and property damage of at least $15,000,000 per occurrence naming Holiday and its parents, subsidiaries and affiliates (and the Licensee if applicable) as additional insureds.  Holiday Inn Express hotels selling alcoholic beverages in sundry shops must provide full liquor liability insurance coverage-host liquor liability coverage is no longer sufficient.  Currently, liability insurance premiums for required coverages can range from $40,250 to $287,500 or higher depending on such factors as jurisdiction, exposures, type of Hotel, loss history, location and size of Hotel, payroll size and other factors.  Under the Master Technology Agreement (Exhibit C), you must obtain other insurance coverage.  All amounts stated are in U.S. Dollars.

**Property Management System**:

You must install the certified equipment specified for the PMS as required by SCH.   You must request a waiver to use an alternative source. The PMS equipment is also used for accessing the Reservation System.   PMS equipment, software and maintenance are described in the Master Technology Agreement (Exhibit C).  You must purchase PMS training, implementation, and hardware and software

support services (see Item 6).  You must also enter into a Joinder Agreement (can be found within Exhibit C) with Hewlett-Packard Company ("HP") in order to obtain the PMS system hardware, software and deployment services at your Hotel.

Hotels will operate a computerized property management system (PMS) that has been certified by SCH and must maintain the PMS in conformance with the business and performance standards of SCH.  The PMS must have a database schema and shell which is approved by SCH, in order for the interface from the PMS to the CRS to work correctly.  Hotels will be responsible for establishing and maintaining proper application access control to align with Payment Card Industry Data Security Standards (PCI-DSS).  Operating systems, database, and other programs must be maintained with current approved security patches that are fully supported by the software vendors.  The PMS must be periodically updated and maintained to conform to SCH approved software versions, technology advancements and security requirements.  This may require certain hardware and/or software components to be replaced or upgraded.  At a minimum, the PMS hardware and software must be replaced at least every 48 months.  PMS hardware includes server(s), workstations, printers, monitors, ups, back-up device, and associated network components.

In the twelve months ending December 31, 2014, SCH and its subsidiaries' gross revenue from franchise purchases of PMS and Reservation System equipment, software, training and support services ("information technology program purchases") was $6,495,799, as indicated in the year-end financial statement of the Deployment – Profit and Loss Statement for the Global Technology division. SCH retains a portion of the project management charges for franchisee information technology program purchases.  Holiday estimates that more than 95% of the gross revenues from franchisee information technology program purchases are therefore paid over directly to information technology program vendors and are not retained by SCH or Holiday. (The financial information provided in the Profit and Loss Statement for the Global Technology division is not generally available to franchisees).

SCH has selected Opera or Opera Xpress PMS solution as the required property management systems to interface with and access the Reservation System for Holiday Inn brand group Hotels, Holiday Inn Resort hotels and Holiday Inn Express brand group Hotels.  You must enter into a license agreement with the supplier for this PMS option. You must also obtain from the supplier of the PMS, for a fee, ongoing maintenance and support for all other PMS components, including software, PMS software upgrades and required brand standard system interfaces to the PMS (see Item 11).  Oracle America, Inc. is the PMS Provider for the Opera property management system.

You must also pay support fees for the other components of property-level systems, such as PMS equipment maintenance, and for other systems which interface to the Opera or Opera Xpress PMS system; such as the telecommunications system, the electronic door locking system, and the specialized sales software.  Hardware and software maintenance fees may vary based on the number of rooms at the Hotel.

SCH's criteria and procedures for approval of this required supplier of the PMS software and its ongoing maintenance and support are not readily available to System franchisees, but SCH will provide them at your request.  SCH will notify you of any discontinuation of these services.  Under the Master Technology Agreement (Exhibit C), you must obtain other insurance coverage (see Item 7, Note 7).  All amounts stated are in U.S. Dollars.

**Secure Payment Solution:**

SCH administers a computerized payment card processing program, Secure Payment Solution ("SPS"). SPS is a data security process designed to remove certain credit card information from IHG systems. Using PCI certified payment terminals, credit card data will be encrypted and converted to tokens before entering the PMS. SCH has contracted with ACI Worldwide Corp. ("ACI") to provide the tokenization application services. All hotels are required to use SPS.  Hardware and software systems required to connect must be fully operational when the hotel opens, with appropriate management and staff trained and competent to operate SPS at all times.  Each franchisee will be required to enter into an agreement

with one of the SCH- approved merchant service providers and a participation agreement with ACI and SCH. (See Exhibit I-6).

**Guest Internet Access – Bandwidth and Hardware**:

For Guest Internet Access ("GIA") Hardware, a hotel will be required to use an approved SCH certified provider.   Estimates for infrastructure needs can vary greatly by location.   Actual costs can only be obtained once vendor site surveys are completed, due to the unique building and construction circumstances of a given property.   The site survey will help determine the number of access points through a WiFi heat map coverage diagram (see Item 6, Note 7).

**IHG Merlin System**:

SCH has designed a communication service, "IHG Merlin", which will require you to access the Internet via third-party computer network communications service ("Internet Service Provider" or "ISP").

IHG Merlin is an electronic information library providing up-to-the-minute information and documentation from SCH at your fingertips.  IHG Merlin was created solely for Holiday's various brand groups of hotels and their employees.  In some cases, information may be distributed to System hotels only through IHG Merlin.  Information may include:  the Standards, PMS Manual, newsletters and informational memos from Holiday or SCH, Marketing Solicitations, etc.

To access IHG Merlin, you must select and pay a monthly fee for an ISP which meets the minimum specifications established by SCH.  The monthly fee will include Internet access and support.  This access will provide you with an e-mail account and access to sites on the Internet and World Wide Web.  You may select an ISP from any source as long as it meets SCH's exact specifications.

IHG Merlin requires a Microsoft Windows based (Windows 7 Professional or newer OS) PC and printer configured to SCH's specifications.  You may purchase the equipment from any source as long as it meets SCH's exact specifications.   SCH requires ongoing maintenance and support services of equipment that you may purchase from a third party.

IHG Merlin houses proprietary information to Holiday and its brands. Information you receive from IHG Merlin may be used exclusively in performance of your rights and obligations under your License with Holiday regarding an IHG-branded hotel only.   All such information must otherwise be treated as proprietary to Holiday and SCH and confidential. Your use and access will be limited in accordance with Holiday's or SCH's express terms and conditions.

Other than as described above, neither Holiday nor SCH derives any other income from your purchase or use of the above described computer systems.

**Reservation System and Computerized Enhancements**:

You must purchase equipment, software and services for property-level technology and telecommunications systems from third-party vendors whom Holiday designates or who meet Holiday's specifications. See Item 11.

**Long Distance Telecommunications, Program Management Commissions and Miscellaneous Services**:

SCH has negotiated rates which are on file with the Federal Communications Commission with certain providers of long-distance telecommunication services to System franchisees, such as AT&T and Verizon, in consideration for assistance, program support or other services SCH renders to the providers in connection with their sales to franchisees.  You do not have to use these providers.

**USA Today and Home Box Office**:

In 2014, GANSAT did not provide any allowance to SCH in connection with the provision of GANSAT's USA Today newspaper to guests.  During 2014, GANSAT provided an allowance to SCH in connection with the provision of USA Today of approximately $40,000 for the 2014 Annual Investors and Leadership Conference.

You must subscribe to in-room entertainment services offered by Home Box Office ("HBO Services"). In the 2014 calendar year, SCH received an annual procurement activity allowance of $912,565 from HBO based on the number of guest rooms in System Hotels subscribing to HBO Services and the annual increase, if any, in the number of these guest rooms. In addition, during 2014, HBO Services provided a $60,000 allowance to SCH in connection with the 2014 Annual Investors and Leadership Conference.

**Gift Card Program:**

When the gift card program is launched, you must honor the SCH Gift Card payment method for Hotel charges. Training for the program will be self-administered, but assistance from SCH or its vendor may be available (see Item 6).

**BEST-4-BREAKFAST™:**

All Holiday Inn brand group Hotels and Holiday Inn Resort hotels must participate in and provide the Best-4-Breakfast™ Program. The Program includes signature menu items and specified brand name food and beverage products, approved restaurant menus, room service menus, room service pre-order menus, merchandising materials, and approved training services and manuals. SCH offers to Hotels a package of merchandise, training materials and services for a set annual fee. Currently, SCH's annual fee for the package is $1,200 plus shipping and handling. If your Hotel does not purchase the package from SCH, your Hotel must obtain the required materials and services from a vendor approved by SCH, submit all items to SCH for approval, and complete applicable waiver within the IHG Merlin. System Hotels may receive supplier rebates negotiated by IHG Marketplace. The rebates from the manufacturers to the hotels are administered through a third party tracking company, which charges the suppliers a nominal fee for this service.

**Branded Concepts for F&B Outlets:**

SCH may make available one or more branded F&B restaurant concepts for your Hotel (see Item 8). If you desire, you may elect to open one of the approved branded F&B restaurant concepts at your Hotel; however, you will not be required to do so. If you elect to do so, you will sign the Participation Agreement attached as Exhibit I-3.

**Express *Start*®:**

All Holiday Inn Express® brand group Hotels in the USA and Canada are required to have the *Express Start*® Breakfast Bar. *Express Start*® requires the purchase and offering of certain products from certain vendors, as stated in the Breakfast Bar Guidebook.

**Coca-Cola® Agreement:**

Pursuant to the Standards, you are required to serve and/or provide Coca-Cola carbonated beverage brands exclusively. All Holiday Inn and Holiday Inn Resort Hotels must also serve Simply Orange Juice.

Full service Holiday Inn brand group hotels and Holiday Inn Resort hotels must sign an Equipment Lease and Participation Agreement with an authorized bottler of The Coca-Cola Company ("TCCC"), a copy of which is attached as Exhibit I-4. Holiday Inn Express brand group hotels must sign the Participation Agreement attached as Exhibit I-5 to this disclosure document. With respect to bottled/canned beverages, this only applies to hotels that are located in the geographic territory in which a given bottler is authorized to distribute, promote, market, and sell Bottler bottled/canned beverages.

You may not serve or sell carbonated or juice beverages that are in competition with Coca-Cola beverages. Vending machine offerings must be Coca-Cola bottled/canned beverages. At meetings and events, carbonated and juice beverages must be Coca-Cola brands unless an individual client insists otherwise. When minibars are provided, they must include Coca-Cola bottled/canned beverages. Non-leased restaurant and retail shops must include Coca-Cola branded beverages. You must participate in Coca-Cola promotional programs as directed by Holiday. Hotels with IHG approved leased and/or

franchised outlets are not required to comply with the Coca-Cola requirements in those establishments, but may do so at their discretion.

Fountain beverages, bottled/canned beverages, juices, teas, and smoothies manufactured by PepsiCo are not permitted. There are certain permitted exceptions that may be granted by Holiday pursuant to a waiver application process.

TCCC provides certain funding that is based on the volume of Coca-Cola products sold in Hotels. Most of such funding is administered by a cross-functional Business Partnership Team with representatives from TCCC and Holiday, who work together to identify and execute opportunities to create value for TCCC and for the System. Some funding is received by SCH on behalf of the System and utilized by SCH for the benefit of the System and/or to promote the sale of Coca-Cola Beverages and Bottler bottled/canned beverages throughout the System.

**Signage Requirements:**

Your Hotel must display a primary sign that meets Holiday's specifications. The total signage package, including all additional signage, must also meet Holiday's specifications. The total signage package must be purchased from a Holiday approved sign vendor.  A post-inspection fee will be included in the price from the Holiday-approved sign vendor.  Only Holiday approved sign suppliers are authorized to manufacture and install exterior signs.

**Other Purchases:**

Holiday or its affiliates may also offer you, on a non-exclusive basis, additional advertising materials, products, services, equipment or supplies.  Holiday may earn a profit from these sales, but you are not obligated to purchase any of these products, services, equipment or supplies from Holiday or its affiliates.  Holiday does not currently provide any material benefits (i.e. re-licensing or granting additional licenses) to a franchisee based on its use of a designated or approved supply source.

## ITEM 9

### FRANCHISEE'S OBLIGATIONS

This table lists your principal obligations under the License and other agreements. It will help you find more detailed information about your obligations in these agreements and in other Items of this disclosure document.

| Obligation | Section In Agreement | Item In Disclosure Document |
|---|---|---|
| a.   Site selection and acquisition/lease | 1.A of the License | Items 7 & 11 |
| b.   Pre-opening purchases/leases | 3.A & 9.B  of  the License, Exhibit C §1.1, 1.2 & Schedules 1.1 & 1.2. 14.I & Attachment B of the License | Items 5, 6 & 7 |
| c.   Site development and other pre-opening requirements | Exhibit C §2.1, 2.2 & 3 | Items 7, 11 |
| d.   Initial and ongoing training | 3.A and 4.A of the License, Exhibit C §8 & Schedule 8.2 and 1.1 | Items 5,6,7 & 11 |
| e.   Opening | 14.I, 15 and Attachment B of the License | Items 5 &11 |
| f.   Fees | 3.B of the License, Exhibit C §6,  Schedules and Exhibits | Items 5, 6 & 7 |
| g.   Compliance with standards and policies/Operating | 3.A, 4.D & E, 5.B of  the License | Item 11 |

58

| Obligation | Section In Agreement | Item In Disclosure Document |
|---|---|---|
| Manual | | |
| h.   Trademarks and proprietary Information | 3.A, 7  & 13.B of the License, Exhibit C §7 | Items 13 & 14 |
| i.   Restrictions on Products/services offered | 3 of the License, Exhibit C §3 & 4.2 | Items 8 & 16 |
| j.   Warranty and customer service requirements | 3.A of the License, Exhibit C §9.1 | Item 11 |
| k.   Territorial development and sales quotas | None | |
| l.   Ongoing product/service Purchases | 3.A,  9.B & 14.L of the License, Exhibit C §1 & 4.2 | Item 8 |
| m.  Maintenance, appearance and remodeling requirements | 3.A, 4.E, 11, 14.I, 14.O and 15 of the License, Exhibit C §4 | Items 5, 6 & 11 |
| n.   Insurance | 9.B and 9.C of the License, Exhibit C §9 | Item 7, Footnote (7) |
| o.   Advertising | 3.A & C of the License | Items 5, 6, 11 |
| p.   Indemnification | 9.A of the License, Exhibit C §9.3 | Item 6 |
| q.   Owner's participation/ management/staffing | 10.I and 10.J of the License | Items 6, 11, 15 |
| r.   Records/reports | 8 of the License, Exhibit C § 21 | Item 6 |
| s.   Inspections/audits | 3.A, 8.C & 14.I of the License | Items 6 & 11 |
| t.   Transfer | 10 of the License, Exhibit C §14 | Item 17 |
| u.   Renewal | None | Item 17 |
| v.   Post-termination | 12 of the License, Exhibit C § 13.4 | Item 17 |
| w.  Non-competition covenants | 3.A(14) of the License | Items 16 & 17 |
| x.   Dispute resolution | 14.A-H, J, K of the License | Item 17 |
| y.   Other: Capital Reserve[1] | 14.L and 3.A(7)(g-h) of the License | Item 6 |
| z.   Other: Guaranty | Attached to the License | Item 15 |

*[Remainder of Page Intentionally Left Blank]*

---

[1] In addition to your obligation to repair and maintain the hotel on an ongoing basis, and regardless whether Holiday has required you to establish a capital reserve, you must complete   significant renovations of the guestrooms, corridors and public spaces of the Hotel, including replacement of soft goods  at least every five (5) to six (6) years after the date such soft goods FF&E were installed and replacement of case goods at least every ten (10) to twelve (12) years after the date such case goods were installed, although earlier or more frequent renovations or replacements may be required to maintain compliance with Holiday's  Standards,  quality and guest satisfaction programs or to remove risk of injury to persons or property and to comply with legal requirements.

If the Hotel experiences a change of ownership, the dates of these obligations may be adjusted at the time a change of ownership License is signed.  You must submit your plans for such upgrading and remodeling to Holiday for its review and approval before you start upgrading or

**ITEM 17**

**RENEWAL, TERMINATION, TRANSFER AND DISPUTE RESOLUTION**

**This table lists certain important provisions of the License and related agreements.  You should read these provisions in the agreements attached to this disclosure document. See Exhibit B.**

**THE FRANCHISE RELATIONSHIP**

| Provision | Section In License | Summary |
|---|---|---|
| a.  Length of the franchise Term | Paragraph 12.A (also Ex. C § 11) | The term begins on the Term Commencement Date and expires 20 years from date Hotel opens in the System for a new development; 10 years from date Hotel opens in the System for a conversion; and10 years from Term Commencement Date for a change of ownership or re-licensing. |
| b.  Renewal or extension of term | N/A | The License does not provide for renewal or term extensions. |
| c.  Requirements for you to renew or extend | N/A | The License does not provide for renewal or term extensions. If we agree to Re-license, you may be asked to sign a contract with materially different terms and conditions than your original contract. |
| d.  Termination by you | N/A | |
| e.  Termination by Holiday without cause | N/A | |
| f.  Termination by Holiday with cause (Notes 1 & 2) | Paragraphs 12.B, 12.C (also Ex. C §13)  Paragraph 14.I and Attachment B | Holiday may terminate with cause. You pay liquidated damages if Holiday terminates under Paragraphs 12.B, 12.C or 14.I. See Note 2 and 3 |
| g.  "Cause" defined – defaults which can be cured (Note 2) | Paragraph 12.B (also Ex. C §13)  Paragraph 14.I and Attachment B | Any default other than those listed in "h" below.  See Note 2. |
| h.  "Cause" defined – non-curable defaults | Paragraphs 11, 12.C (also Ex. C §13) | Non-curable defaults: bankruptcy; non-dismissed judgments exceeding $50,000; trademark misuse, or if you contest Holiday's ownership of its trademarks; loss of possession of the property; dissolution of the franchisee entity; failure to identify or operate the Hotel as a Holiday brand Hotel; violation of licensor proprietary rights; unapproved transfers; conviction of a felony; false books and records; failure to comply with safety, security or privacy of guests or reputation standards; condemnation or casualty occurs and Hotel does not reopen when required; unauthorized use of Marks; refusal to allow inspection or audit. |
| i.  Your obligations upon termination/ non-renewal | Paragraphs 12.D, 12.E, 14.I and Attachment B | Obligations include de-identification and payment of amounts due. |
| j.  Assignment of License by Holiday | Paragraph 10.A | Holiday has rights of assignment to any person or legal entity. |
| k.  "Transfer" by you – definition | Paragraph 10 | Includes transfer of contract or assets (including real estate) or ownership changes. |

| Provision | Section In License | Summary |
|---|---|---|
| l.   Holiday's approval of transfer by you | Paragraph 10 | Holiday has the right to approve all transfers. |
| m.  Conditions for Holiday's approval of  transfers | Paragraphs 10.G, 10.H and Attachment B | If the new owner of the Hotel or Licensee desires to keep operating the Hotel in the System, it must submit an application and fees.<br>Holiday will evaluate the new owner's application using then-current procedures and criteria such as credit, operational abilities, market feasibility, previous business dealings and other factors it considers relevant.  If Holiday approves the new owner, Holiday will require upgrading, signing of a License using the then-current form of License Agreement and the signing of a Guaranty Agreement.<br>You must pay Holiday a non-refundable $25,000 processing fee at least 60 days before public offering, private placement or other sale of securities. |
| n.   Holiday's right of first refusal to acquire your business | None | None |
| o.   Holiday's option to purchase your business | None | None |
| p.   Your death or disability | Paragraph 10.F | If adequate provision acceptable to Holiday is made for the management of the Hotel, and Holiday gives written consent, decedent's interest in the License may be transferred to decedent's spouse, parent, siblings, nieces, nephews, descendants or spouse's descendants and heirs or legatees if they promptly advise Holiday and sign a new License, and Guaranty, if any, and decedent's executor or estate administrator signs a termination agreement of the License on Holiday's then current form. |
| q.   Non-competition covenants during the term of the franchise | Paragraph 3.A(14) | No part of the Hotel may be used to promote a competing business. |
| r.   Non-competition covenants after the License is terminated or expired | N/A | |
| s.   Modification of License | Paragraphs 4.E, 5.B, 14.D | No modifications generally but Standards subject to change. |
| t.   Integration/Merger Clause | Paragraph 14.D | The integration/merger clause does not disclaim the representations in this Disclosure Document. |
| u.   Dispute resolution by arbitration or mediation | N/A | |
| v.   Choice of forum | Paragraph 14.B | Association with Holiday in Georgia permits, but does not require all suits to be filed in Georgia, subject to state law. |
| w.   Choice of law | Paragraph 14.B | Georgia law applies, subject to state law. |

**NOTES:**

**Note 1:**  The Master Technology Agreement attached as Exhibit C may be terminated by SCH, when the License is terminated, as well as for other reasons.

**Note 2:**  Termination of License by Holiday for Breach of Obligations Before Holiday Authorizes you to Use System at your Hotel: If Holiday terminates your License due to your breach of any of your obligations under the License before Holiday authorizes you to use the System at the hotel (for example, due to your failure to perform the construction, upgrading and renovation work described in Attachment "B" of the License), then you must pay Holiday a lump sum equal to the monthly average of all amounts that would have been payable to Holiday under paragraphs 3.B(1), (3) and (4) of the License assuming the hotel had collected Gross Rooms Revenue based on the average daily revenue per available room for all hotels in the System for the previous twelve months, as determined by Holiday, multiplied by the greater of (a) six or (b) the number of full and partial months from the Term Commencement Date to the termination date of the License.

**Note 3:**  Termination of License by Holiday for Breach of Obligations After Holiday Authorizes You to Use System at hotel:  If Holiday terminates the License under paragraphs 12.B or 12.C (see table, sections g and h), you must promptly pay Holiday (as liquidated damages for the premature termination only, and not as a penalty nor as damages for breaching the License or in lieu of any other payment) a lump sum equal to the total amounts required under paragraphs 3.B(1), (3) and (4) of the License during the 36 calendar months of operation preceding the termination; or whatever shorter period equals the unexpired license term at the time of termination; or if your Hotel has not been in operation in the System for 36 months, the greater of:  (1) 36 times the monthly average of these amounts for the period during which the Hotel has been in operation in the System, or (2) 36 times these amounts due for the one month preceding such termination.

## ITEM 18

### PUBLIC FIGURES

Holiday does not use any public figures to promote the sale of franchises. Public figures may appear in consumer marketing for the System.

## ITEM 19

### FINANCIAL PERFORMANCE REPRESENTATIONS

The FTC's Franchise Rule permits a franchisor to provide information about the actual or potential financial performance of its franchised and/or franchisor-owned outlets if there is a reasonable basis for the information and if the information is included in the disclosure document.  Financial performance information that differs from that included in Item 19 may be given only if: (1) a franchisor provides the actual records of an existing outlet you are considering buying, or (2) a franchisor supplements the information provided in this Item 19, for example, by providing information about possible performance at a particular location or under particular circumstances.

The following charts set forth certain 2014 historic performance information for Mature Holiday Inn/Holiday Inn Express/Holiday Inn Resort hotels operating in the United States.  "Mature hotels", as used in this Item 19, means hotels which were open two full years or longer as of December 31, 2014; were franchised or, alternatively, owned and/or managed by us or one of our affiliates; and, were not in financial or quality default of their applicable franchise or management agreement obligations as of December 31, 2014.

It is important that you read the footnotes following each table as well as the "Explanation/Important Notes" section of this Item 19.

# EXHIBIT E

**FRANCHISE DISCLOSURE DOCUMENT**
**HOLIDAY HOSPITALITY FRANCHISING, LLC**
**A Delaware Limited Liability Company**
**Three Ravinia Drive, Suite 100**
**Atlanta, Georgia  30346**
**(770) 604-2000**
**www.holidayinn.com/development**
**www.hiexpress.com/development**
**americas.development@ihg.com**

  

The franchisee will establish and operate a hotel under the Holiday Inn®, Holiday Inn® & Suites, Holiday Inn Express®, Holiday Inn Express® & Suites or Holiday Inn® Resort brand.

The total investment necessary to begin operation of a typical 100-room Holiday Inn or Holiday Inn & Suites hotel, excluding land costs and other matters, ranges from $7,031,270 to $10,489,935 ($70,313 to $104,489 per guest room) or more (see Item 7), including between $124,095 and $148,000 or more that must be paid to the franchisor or affiliate (see Item 5). The total investment necessary to begin operation of a typical 80-room Holiday Inn Express or Holiday Inn Express & Suites hotel, excluding land costs and other matters, ranges from $5,143,620 to $7,343,035 ($64,295 to $91,788 per guest room) or more (see Item 7), including between $124,095 and $148,000 or more that must be paid to the franchisor or affiliate (see Item 5). The total investment necessary to begin operation of a typical 250-room Holiday Inn Resort hotel, excluding land costs and other matters, ranges from $20,204,520 to $28,751,435 ($80,818 to $115,006 per guest room) or more (see Item 7), including between $207,095 and $248,000 or more that must be paid to the franchisor or affiliate (see Item 5).

This disclosure document summarizes certain provisions of your franchise agreement and other information in plain English. Read this disclosure document and all accompanying agreements carefully. You must receive this disclosure document at least 14 calendar days before you sign a binding agreement with, or make any payment to, the franchisor or an affiliate in connection with the proposed franchise sale. **Note, however, that no government agency has verified the information contained in this document.**

You may wish to receive your disclosure document in another format that is more convenient for you. To discuss the availability of disclosures in different formats, contact Patricia Womack, Franchise Sales at Holiday Hospitality Franchising, LLC, Suite 100, Three Ravinia Drive, Atlanta, GA 30346 and (770) 604-2912.

The terms of your contract will govern your franchise relationship. Don't rely on the disclosure document alone to understand your contract. Read all of your contract carefully. Show your contract and this disclosure document to an advisor, like a lawyer or an accountant.

Buying a franchise is a complex investment. The information in this disclosure document can help you make up your mind. More information on franchising, such as "A Consumer's Guide to Buying a Franchise," which can help you understand how to use this disclosure document is available from the Federal Trade Commission. You can contact the FTC at 1-877-FTC-HELP or by writing to the FTC at 600 Pennsylvania Avenue, NW, Washington, DC 20580. You can also visit the FTC's home page at www.ftc.gov for additional information. Call your state agency or visit your public library for other sources of information on franchising.

There may also be laws on franchising in your state. Ask your state agencies about them.

Issuance Date:  November 6, 2012

Not for use in the following states: Hawaii, Minnesota and Virginia.

**STATE COVER PAGE**

Your state may have a franchise law that requires a franchisor to register or file with a state franchise administrator before offering or selling in your state.  REGISTRATION OF A FRANCHISE BY A STATE DOES NOT MEAN THAT THE STATE RECOMMENDS THE FRANCHISE OR HAS VERIFIED THE INFORMATION IN THIS DISCLOSURE DOCUMENT.

Call the state franchise administrator listed in Exhibit E for information about the franchisor, about other franchisors, or about franchising in your state.

MANY FRANCHISE AGREEMENTS DO NOT ALLOW YOU TO RENEW UNCONDITIONALLY AFTER THE INITIAL TERM EXPIRES.  YOU MAY HAVE TO SIGN A NEW AGREEMENT WITH DIFFERENT TERMS AND CONDITIONS IN ORDER TO CONTINUE TO OPERATE YOUR BUSINESS.  BEFORE YOU BUY, CONSIDER WHAT RIGHTS YOU HAVE TO RENEW YOUR FRANCHISE, IF ANY, AND WHAT TERMS YOU MIGHT HAVE TO ACCEPT IN ORDER TO RENEW.

Please consider the following RISK FACTORS before you buy this franchise.

1.      THE LICENSE AGREEMENT PERMITS ALL SUITS TO BE FILED IN GEORGIA.  YOU ARE NOT REQUIRED TO SUE HOLIDAY ONLY IN GEORGIA, BUT HOLIDAY CAN SUE YOU IN GEORGIA.  OUT OF STATE LITIGATION MAY FORCE YOU TO ACCEPT A LESS FAVORABLE SETTLEMENT FOR DISPUTES.  IT MAY ALSO COST YOU MORE TO LITIGATE IN GEORGIA THAN IN YOUR HOME STATE.  YOUR STATE LAW MAY SUPERSEDE THIS PROVISION AND IT MAY NOT BE ENFORCEABLE IN YOUR STATE.  SEE ANY SPECIAL DISCLOSURES AND PROVISIONS FOR YOUR STATE IN THE STATE ADDENDA TO THE LICENSE AGREEMENT IN EXHIBIT B.

2.      THE LICENSE AGREEMENT STATES THAT GEORGIA LAW GOVERNS THE AGREEMENT, AND THIS LAW MAY NOT PROVIDE THE SAME PROTECTION AND BENEFITS AS YOUR LOCAL LAW.  YOUR STATE LAW MAY SUPERSEDE THIS PROVISION AND IT MAY NOT BE ENFORCEABLE IN YOUR STATE.  SEE ANY SPECIAL DISCLOSURES AND PROVISIONS FOR YOUR STATE IN THE STATE ADDENDA TO THE LICENSE AGREEMENT IN EXHIBIT B.

3.      THERE MAY BE OTHER RISKS CONCERNING THIS FRANCHISE.

Effective Date:  See the next page for state effective dates.

**STATE EFFECTIVE DATES**

The following states require that the Franchise Disclosure Document be registered or filed with the state, or be exempt from registration:  California, Hawaii, Illinois, Indiana, Maryland, Michigan, Minnesota, New York, North Dakota, Rhode Island, South Dakota, Virginia, Washington and Wisconsin.

This Franchise Disclosure Document is registered, on file or exempt from registration in the following states having franchise registration and disclosure laws, with the following effective dates:

| | |
|---|---|
| California | November 6, 2012 |
| Hawaii | |
| Illinois | November 6, 2012 |
| Indiana | November 6, 2012 |
| Maryland | November 6, 2012 |
| Minnesota | |
| New York | November 6, 2012 |
| North Dakota | November 6, 2012 |
| Rhode Island | November 6, 2012 |
| South Dakota | November 6, 2012 |
| Virginia | |
| Washington | November 6, 2012 |
| Wisconsin | November 7, 2012 |

In all other states, the effective date of this Franchise Disclosure Document is the Issuance Date of November 6, 2012

# TABLE OF CONTENTS

ITEM  1:  THE FRANCHISOR AND ANY PARENTS, PREDECESSORS, AND AFFILIATES ........................... 1
ITEM  2:  BUSINESS EXPERIENCE ............................................................................................................. 7
ITEM  3:  LITIGATION ............................................................................................................................... 14
ITEM  4:  BANKRUPTCY .......................................................................................................................... 28
ITEM  5:  INITIAL FEES ............................................................................................................................ 28
ITEM  6:  OTHER FEES ............................................................................................................................ 30
ITEM  7:  ESTIMATED INITIAL INVESTMENT ......................................................................................... 44
ITEM  8:  RESTRICTIONS ON SOURCES OF PRODUCTS AND SERVICES ......................................... 51
ITEM  9:  FRANCHISEE'S OBLIGATIONS ............................................................................................... 57
ITEM 10:  FINANCING .............................................................................................................................. 58
ITEM 11:  FRANCHISOR'S ASSISTANCE, ADVERTISING,
          COMPUTER SYSTEMS AND TRAINING ................................................................................ 58
ITEM 12:  TERRITORY .............................................................................................................................. 69
ITEM 13:  TRADEMARKS .......................................................................................................................... 70
ITEM 14:  PATENTS, COPYRIGHTS AND PROPRIETARY INFORMATION ............................................ 72
ITEM 15:  OBLIGATION TO PARTICIPATE IN THE ACTUAL OPERATION OF THE FRANCHISE BUSINESS ........... 76
ITEM 16:  RESTRICTIONS ON WHAT FRANCHISEE MAY SELL ............................................................ 77
ITEM 17:  RENEWAL, TERMINATION, TRANSFER AND DISPUTE RESOLUTION ................................. 78
ITEM 18:  PUBLIC FIGURES ..................................................................................................................... 80
ITEM 19:  FINANCIAL PERFORMANCE REPRESENTATIONS ............................................................... 80
ITEM 20:  OUTLETS AND FRANCHISEE INFORMATION ....................................................................... 94
ITEM 21:  FINANCIAL STATEMENTS ..................................................................................................... 103
ITEM 22:  CONTRACTS .......................................................................................................................... 103
ITEM 23:  RECEIPTS .................................................................................................................... LAST PAGE

EXHIBITS:

A    Application Letter Form ................................................................................................................. A-1
B    License Agreement, Brand Specific Provisions to License Agreement and State Addenda ............ B-1
C    Master Technology Agreement ..................................................................................................... C-1
D    Registered Agents ........................................................................................................................ D-1
E    State Franchise Administrators ..................................................................................................... E-1
F1   List of Current Franchisees .......................................................................................................... F-1
F2   List of Former Franchisees ........................................................................................................... F-2
G    Financial Statements of Holiday Hospitality Franchising, Inc. ...................................................... G1-1
     Financial Statements of Six Continents Hotels, Inc. .................................................................... G2-1
H    IHG Merlin Terms and Conditions ................................................................................................... H
I    Ancillary Agreements
          Market Area Central Reservation Office (MACRO) Agreement .................................................. I1-1
          Revenue Management for Hire Agreement ................................................................................ I2-1
          Virtual Central Reservation Center (VCRO) Agreement ............................................................ I3-1
          REACH Agreement .................................................................................................................. I4-1
          Passkey Agreement ................................................................................................................. I5-1
          Sporting News Grill Agreement ................................................................................................ I6-1
J    State Addenda to Disclosure Document ........................................................................................ J-1
K    Receipts ....................................................................................................................................... K-1

©2012 Holiday Hospitality Franchising, LLC

i

your employees, vendor employees, SCH employees or contractors who install the PMS and Reservations System equipment and software at your Hotel and train your employees to use them. Holiday recommends that you establish a capital reserve to provide for a full PMS hardware/software refresh every three to four years.

Items 6 and 11 describe other training programs that your employees must complete within certain dates of opening of the Hotel, or within certain dates of assuming their respective positions.  You must pay all training fees and any travel and living expenses of your trainees.  You must also purchase training materials for the training programs described in Item 11. The cost of training materials for the pre-opening training programs described in Item 11 is included in the registration fee for the training program in question, and the costs of the training materials for any additional training programs which Holiday requires will be included in the registration fee for those programs.

Holiday may consider requests to alter the requirements described in this Item.  Holiday will only consider changes under special circumstances and any changes must comply with applicable laws.

## ITEM 6

### OTHER FEES

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| Royalty | 5% of Gross Rooms Revenue ("GRR") for Holiday Inn brand group Hotels, 6% of GRR for Holiday Inn Express brand group Hotels. | Monthly, payable to Holiday on the 15th of the following month | Note 1 |
| Services Contribution | 3% of GRR for Holiday Inn brand group and Holiday Inn Express brand group Hotels. | Same as Royalty | Note 2 |
| Initial Special Marketing Contribution for the Frequency Program | $10.00 per approved guest room. | With 1st Royalty Payment (1 time Charge) (Payable to SCH) | Note 3 |
| Special Marketing Contribution for the Frequency Program | 4.75% of Qualifying Full Folio Revenue from Frequency Program members for all brands,<br><br>$4.75 per enrolling stay with a flat 1,000 points issued, and<br><br>1.2% of meeting revenue. | Same as Royalty (Payable to SCH) | Note 3 |
| Capital Reserve | Up to 6% of GRR for all brands. | Monthly (If Required by Holiday) | Note 4 |
| Technology Fee | $12.50 per room, per month. | Monthly (Payable to SCH) | Note 5 |
| Activation Training for PERFORM and pricing Tools | $595 to $1,095 per PERFORM Activation Workshop, plus an additional $500 if Hotel uses Proxy or Data Extract Process. | Before attending (Payable to SCH) | Note 6 & Item 11 |
| Price Optimization (optional) | $30 per month | Monthly | |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| **PMS Software Maintenance:** | Costs will vary according to your technology needs.  The following are estimates and do not include all items, which may be reflected in your hotel's MICROS Systems, Inc. contract. | Annually (Payable to MICROS Systems, Inc.) | Note 7 & Item 11 |
| Opera | $35.01 per room, per year for PMS | | |
| | $4.11 per room, per year for Oracle (the operating system for the PMS) | | |
| | $583.49 per interface, per year, above bundle (excludes Micros POS & Credit Cards) | | |
| | The Credit Card Interface Maintenance Fee for the PMS Software Maintenance is $1,283.68 per year (May be increased up to 10% per year.). | | |
| Opera Xpress | $29.18 per room, per year for PMS | Annually (Payable to MICROS Systems, Inc.) | Note 7 & Item 11 |
| | $3.08 per room, per year for Oracle (the operating system for the PMS) | | |
| | $291.74 per interface, per year, above bundle (excludes Micros POS & Credit Cards) | | |
| | The Credit Card Interface Maintenance Fee for the PMS Software Maintenance is $1,283.68. (May be increased up to 10% per year.) | | |
| PMS Hardware Maintenance | $2,200 to $7,100 (Costs vary based on number of devices). | 3-year warranty upgrade package purchased at initial installation. Monthly maintenance begins at month 37. (Payable to SCH) | Note 7 & Items 8 & 11 |
| FastConnect Plus | $149.57 (Costs vary depending on hardware requirements) | Monthly (Payable to AT&T) | Note 7 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| **ONGOING MANAGEMENT TRAINING\*:** | | | |
| Workshops can include, for example:<br>(a) General Manager Program<br>(b) Front Office Operations Training<br>(c) Sales Workshop(s)<br>(d) Service Workshop(s)<br>(e) Revenue Management Expert Certification Workshop(s)<br>(f) Quality Workshop(s)<br>(g) Food and Beverage Workshop(s)<br>(h) Specialized Workshop(s)<br><br>\* Cancellation/no show penalties may apply. | Pricing for workshops range from $295-$5000 per workshop per person depending on length, subject, content and delivery. | All payable to SCH upon attending | |
| Travel Agent Commissions (IHG Commission Services) | 10% (minimum) commission on GRR (or other commission that Holiday designates). | Monthly (Payable to SCH) | Note 8 |
| Gift Card Equipment | Estimated terminal cost of $250-$400 (one time charge) if a terminal is required | Before opening if plan has started; otherwise when plan starts. | Note 3 |
| Third Party Distribution Connection Fees | See Note 8. | Monthly (Payable to SCH) | Note 8 |
| Performance Marketing Fees | 10% – 15% commission on consumed revenue booked. | Monthly (payable to SCH or intermediary) | Note 8 |
| GDS Biasing Programs | 5% of incremental revenues delivered through the program. | Monthly (payable to SCH) | Note 8 |
| BTA Revenue Programs | 2.25% – 5% override fee (in addition to standard travel agency commission) per consumed room nights, to a maximum $20,000. | Monthly (payable to SCH) | Note 8 |
| Mid-Market Account Program Booking Fees | 7% of consumed transient revenue booked through Mid-Market Account Program.<br>5.5% of consumed group revenue booked through Mid-Market Account Program. | Monthly (payable to SCH or intermediary) | Note 8 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| Local Marketing Programs | See Note 9. | | Note 9 |
| Tax on Sales/Gross Receipts | Holiday's actual cost. | Upon notice from Holiday | Note 10 |
| Standard Fee for Room Additions | $500 for each new approved guest room or suite. | With the room/suite addition application | Note 12 |
| 1.  New Development (6 month extensions) | 1/2 of Application Fee. | With extension request | Note 11 |
| 2.  New Development (incremental extensions) | Then-current Application Fee prorated according to time period requested. | With extension request | Note 11 |
| 3.  Room Additions (6 month extension) | 1/2 of original room addition Application Fee. | With extension request | Note 12 |
| Public Offering or Private Placement Processing Fee | $25,000 plus additional costs incurred by Holiday. | When you or any of your owners submit request for approval of private placement or public offering | Note 13 |
| Audit/Interest | Amount of deficiency, interest and $3,000 audit fee (audit fee may be increased on Systemwide basis). | Upon notice from Holiday | Note 14 |
| Re-licensing Fee | $500 per guest room but not less than $50,000. Fees vary for Licenses of 60 months or less. See Item 5. | Due with re-licensing application, payable to Holiday | Note 15 |
| Changes of Ownership Fee | $500 per guest room but not less than $50,000. Fees vary for licenses of 60 months or less. See Item 5. | Due with application payable to Holiday | Note 15 (Only for change of controlling ownership) |
| Realignment/name change; brand conversion processing fee | $5,000 for franchisee name change, ownership realignment or brand conversion. | Payable to Holiday upon realignment, name change or brand conversion, if approved | |
| PIP inspection/preparation fee | $2,500 for a standard PIP to $5,000 for a courtesy PIP prepared at your request. | Before application, or upon request for a PIP | Item 17 |
| Plan Default | $1,500 to cover costs of SCH travel and expenses related to plan defaults | Payable to Holiday upon default | See Item 8 |
| Indemnification | | Upon demand | Note 16 |
| Quality Visits for guest satisfaction or quality evaluation  failure, default or termination status/ failed PIP inspection | Up to $2,750. | Before follow up inspection and/or special inspection | Note 17 |
| Monthly Quality Self Assessment (MQSA) or Hotels that fall below the Acceptable guest satisfaction | Up to $2,750 for failure to complete the mandatory MQSA as required. Hotels that fall into the guest satisfaction category below the acceptable threshold must pay up | Upon notice from Holiday | Note 17 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| threshold | to $ 2,750 for each required visit and assigned training classes. | | |
| Liquidated Damages Payment on Premature Termination Before Holiday Authorizes You to Use System at Hotel (includes termination resulting from failure to perform "The Work". See License, Sec. 14.I | A lump sum equal to the monthly average of all amounts that would have been payable to Holiday under paragraphs 3.B(1), (3) and (4) of the License assuming the Hotel had collected Gross Rooms Revenue based on the average daily revenue per available room for all hotels in the System for the previous 12 months, as determined by Holiday, multiplied by the greater of (a) 6 or (b) the number of full and partial months from the Term Commencement Date to the termination date of the License. | Promptly Upon Termination | Item 17 f., g., h. and Note 3 to Item 17 |
| Liquidated Damages Payment on Premature Termination By Holiday after Holiday Authorizes You to Use System at Hotel: (applicable only if License terminates before expiration, and after you are authorized to use System at Hotel, in accordance with License Agreement, Sec.12C, Sec. 12D, and Sec. 12F.) | An amount equal to the total amounts required under License Paragraphs 3.B(1), (3) and (4) during the 36 calendar months of operation preceding the termination or during the preceding number of months equal to the unexpired License Term at the time of termination (if less than 36 months); or if the Hotel has not been in operation in the system for 36 months, an amount equal to the greater of (1) 36 times the monthly average of these amounts for the period during which the Hotel has been in operation in the System, or (2) 36 times these amounts as are due for the one month preceding the termination. | Promptly upon Termination | Item 17f., g., h. and i. and Note 4 to Item 17 |
| Best-4-Breakfast® merchandising & menus, training materials and consultant oversight (Holiday Inn brand group Hotels only) | $900+ shipping & handling purchased through SCH. An additional fee of $2,000 for an evaluation visit if the hotel is not compliant to become certified as compliant. Each subsequent visit for the same issue will require $2,000 and an incremental $500 if the hotel is non-compliant with any F&B standard. | Payable to SCH Suppliers or SCH upon demand | Note 18 |
| Morning Matters® | $200 initial charge for training and initial collateral material. | | |
| SPARKLE room cleaning program | One-time charge of approximately $295 for program materials and/or tools and training not including travel costs for one person. | | |
| Kids Eat Free (Holiday Inn brand group Hotels only) | | | Note 19 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| Royalty in case of Casualty | 2% of GRR based on average GRR for preceding 12 months. | Monthly, payable to Holiday on the 15th of the following month | Note 20 |
| Promotions; required and optional advertising materials | | Payable to Holiday on request | Note 21 |
| Guest Relations Fees | Quality and Service contacts from the Hotels will be handled by Guest Relations in the 'One Contact Resolution' process.  Your Hotel must pay a case management fee of $150, plus compensation of no greater than one night room fee and tax.<br><br>Non service and Quality cases (such as billing or reservations issues) that are not resolved within 48 hours by the Hotel will be handled by Guest Relations with a case management fee of $150. | Payable to Holiday upon notice | Note 27 |
| Market Area Central Reservation Office (MACRO) Program | One-time startup fee of $10 per sleeping room at the Hotel. Ongoing fee per net reservation booked.  This ongoing fee varies by local market and may be changed annually.  In addition, a commission of 10% may be charged on all cross revenue booked.  This additional commission may be waived if the Hotel satisfies certain program participation requirements.<br><br>Fees may be charged annually with minimum 90 days notice to participating hotels. | The initial fee is due in 3 equal installments charged on the Hotel's first 3 MACRO invoices.<br><br>Monthly (Payable to SCH) | Note 22 |
| Revenue Management for Hire Program | $895 – $3,350 per month depending on total room count and annual occupancy (These fees apply until December 31, 2012, after which they may change.)<br><br>Plus, out of pocket travel expenses for SCH personnel.<br><br>Plus, $100 – $500 per % level (per contract) of the RevPAR Index increase over a 12 month period as of the agreement's start date. | Monthly (Payable to SCH) | Note 23 |
| Virtual Central Reservation Center (VCRO) Program *(may be required)* | $300 one-time startup deposit $2.49 per VCRO call transferred (first $300 of fees debited against deposit).<br><br>Fees may be changed annually with minimum 90 days notice to participating hotels. | Monthly (Payable to SCH) | Note 24 |

| (1)<br>Type of Fee | (2)<br>Amount | (3)<br>Due Date | (4)<br>Remarks |
|---|---|---|---|
| REACH Program | $500 one-time startup deposit<br><br>- 3.1% of net revenue if transient participation over 50%.- - $2.75 per call if transient participation below 50%.<br><br>(First $500 of fees is debited against deposit.)<br><br>Fees may be changed annually with minimum 90 days notice to participating hotels. | Monthly<br>(Payable to SCH) | Note 25 |
| Passkey Program (optional) | $15 per sleeping room.<br><br>Fees may be changed annually with minimum 90 days notice to participating hotels. | Annually<br>(Payable to SCH) | Note 26 |
| Priority Club Measured Standards | $500 per standard failed<br><br>Fee escalates by an incremental $500 each consecutive quarter Hotel in "Failure" status | Quarterly<br>(Payable to SCH) | Note 28 |

**Note 1:**  Holiday can require you to make any payments due to Holiday to its parents, affiliates, subsidiaries or other designees.  For example, many charges and fees shown on the table above are payable to SCH. Unless otherwise stated, all charges and fees on the table above are nonrefundable and the charge or fee or its formula is uniformly imposed on similarly-situated franchisees.

"GRR" means all income attributable to or payable for rental of guest rooms and suites at the Hotel, including, but not limited to, any mandatory fee or surcharge charged to all guests renting a room, such as resort fees, with no deduction for any item, including, for example, no adjustments for the cost of any food and beverage items provided or made available to a guest as an incident of a guest room rental. The only permitted deductions are those for sales and room taxes.  GRR includes fees or payments you collect if a guest does not stay after making a reservation, which is often called "No-Show Revenue". Holiday may require you to settle all outstanding obligations payable to Holiday by direct account debit, electronic funds transfer, or other similar technology designed to accomplish the same purpose.  Holiday may also charge royalties on revenues from any activity that you provide at the Hotel by mutual agreement with Holiday and that such activity: (i) is not offered at System Hotels generally (at the time you enter into the License) and is likely to benefit significantly from, or be identified significantly with, the Holiday Inn or Holiday Inn Express brand names or other aspects of the System; or (ii) is designed by or developed by Holiday.  Certain fees paid by franchisees, other than the royalties and related fees, are payable to SCH and either SCH or Holiday may collect those amounts from franchisees.

Holiday Inn brand group hotels may, with Holiday's advance written approval, implement a Sporting News Grill (see Item 8).  Holiday's approval is subject to the execution of the Sporting News Grill Agreement with SCH. The Sporting News Grill Agreement (Exhibit I-7) mandates the terms of the design and operation of the Sporting News Grill. If you sign the Sporting News Grill Agreement after January, 2010, there may be a royalty of 3% of all "Gross Food and Beverage Revenues" (defined below) from the sale of food and beverage items at the Hotel occurring after June 30, 2011 "Gross Food and Beverage Revenues" means all revenues and income arising from the sale of food and beverage items and services at the Hotel and are defined in more detail in the Sporting News Grill Agreement. If you sign the Sporting News Grill Agreement after January, 2010, you will receive at least 90 days' notice before the commencement of the royalty or annual fee.

**Note 2:**  You must pay a Services Contribution equal to 3.0% of GRR for Holiday Inn brand group hotels (Holiday Inn, Holiday Inn Resorts and Holiday Inn & Suites brand hotels) and for all Holiday Inn Express brand group hotels (Holiday Inn Express and Holiday Inn Express & Suites brand hotels). Holiday will use these funds in its sole judgment for marketing, reservations and other related activities, which, in Holiday's business judgment as to the long-term interests of the System, support marketing, reservations, and other related functions. Funds from Services Contributions are typically invested in activities that strengthen the brand such as awareness advertising, research, and the development of new or improved services, but may include tactical marketing initiatives more focused on short term revenue enhancement.  The Services Contribution does not include the cost or installation of reservation services equipment or training in the use of the equipment.   Holiday can change the Services Contribution from time to time if the change is approved by either: (i) a majority of members (counted on the basis of one hotel, one vote) of the System who represent a majority of the Hotels to be subject to the increase; or (ii) a majority of the members of the System or the IHG Owners Association (the franchise association or successor approved by Holiday) at a meeting of System franchisees or at an annual IHG Owners Association meeting.  Holiday can convene either meeting on at least 45 days advance notice. Holiday may, on 30 days advance notice, increase the Services Contribution by up to 1% of Gross Rooms Revenue.  If Holiday does so, the increase will be effective for no longer than 12 months.  If Holiday increases the Services Contribution in this way, then Holiday cannot make another discretionary increase again for 24 months after the expiration of the increase.

**Note 3:**  Your Hotel must participate in the frequency program (the "Frequency Program") for as long as SCH chooses to market a Frequency Program. The Frequency Program is currently marketed to consumers under the names "Priority Club[®]", "Priority Club[®] Rewards", and "Priority Club[®] Meeting Rewards".  You must pay the Initial and Special Marketing Contributions to the Frequency Program. (The Initial Special Marketing Contribution is payable when Hotels first enter the System).  SCH can change the Special Marketing Contribution. The Frequency Program is an incentive program that rewards members for frequent qualifying stays at all Holiday Inn and Holiday Inn Express brand group Hotels (and, as described in Holiday's separate disclosure documents, for all Crowne Plaza, Hotel Indigo, Staybridge Suites, Candlewood Suites and InterContinental Hotels & Resorts brand group Hotels) and other hotel brands within the SCH hotel portfolio.  The Frequency Program includes alliances with airline frequent flyer programs and other Holiday brands.  Through these alliances, Frequency Program members may choose to collect and convert their Frequency Program points into airline miles, or choose to collect miles automatically with each stay.  SCH may add or delete airlines and alliances within other industries from the Frequency Program.

SCH's Multibrand and Relationship Marketing department has established marketing relationships with airlines, rental car companies, banks and other types of companies, some of which include co-branding with Priority Club Rewards. These alliances may produce revenue and income for SCH that do not result from any required purchases that you make.

The Special Marketing Contribution to the Frequency Program is currently 4.75% of Qualifying Full Folio Revenue and 1.2% of Qualifying Meeting Revenue. SCH can change these percentages in its sole judgment. All enrolling stays will be assessed a flat rate of $4.75 to the enrolling hotel and a flat 1,000 points will be issued to the member regardless of their qualified stay revenue.  Qualifying Full Folio Revenue includes:  (a) Qualifying Room Rates (defined below), (b) charges for food and beverage, telephone, laundry and pay-per-view movies, including applicable taxes, when charged to the member's room regardless of whether a qualifying room rate was paid, and (c) at the Hotel's discretion, any other items charged to the member's room not defined in the previous items (a) or (b).  Full Folio Revenue data is provided to the Frequency Program through an automated interface from the property management systems certified as compatible by SCH, currently including Opera and Opera Xpress. Qualifying Room Rates include, for example:  (1) non-discounted rates; (2) standard corporate rates; (3) leisure rates; (4) government rates; (5) Corporate Gold rates and worldwide sales negotiated rates; (6) conference and meeting rates; and (7) individual Hotel contract rates.  If discounts on rates (6) and (7) exceed 30% of the Hotel's published rates, the Hotel may exclude the awarding of Priority Club credits

37

for these discounted room rates.  Group room nights are now considered qualified when the meeting meets the threshold for Priority Club® Meeting Rewards ("PCMR") points.

Qualifying Meeting Revenue includes all Hotel revenue arising from negotiated guest room rates and meeting room usage associated with the rental of ten or more guest rooms consumed for at least one night of the meeting.  Qualifying Meeting Revenue also includes food and beverage and/or other meeting room revenue associated with the meeting charged by the Hotel in its discretion.  Priority Club Points are capped at 60,000 per meeting.  At three points per dollar payable at 1.2%, the amount contributed to the Frequency Program is capped at $240 per meeting.

In 2010, the Frequency Program was extended until December 31, 2013 by a vote of all hotel principal correspondents of Holiday licensed Hotels in good standing.  Under this extension, Frequency Program members may accumulate points through December 31, 2013, and may redeem them through June 30, 2014.

Votes on changes to the Special Marketing Contribution or other Frequency Program elements requiring a vote of System franchisees will be counted on a "negative option basis", which means that those Hotels which do not respond by the specified voting deadline will have their votes counted as a vote for approval of the proposed change(s).

Hotels must also participate in the Frequency Program Hotel Rewards Program, currently called "Priority Club® Reward Nights."  Compensation to the Hotel for redeeming the points for a stay at the Hotel is correlated with the Hotel's annual average daily rate (ADR) for the period equal to the previous SCH fiscal year ending December 31, 2011.  The ADR that Holiday calculates and uses to determine the compensation for redeeming Points currently ranges from $20 to $50 if occupancy at the Hotel is less than 95% on the night of the award stay, or the Hotel's ADR on the night of the award stay if occupancy at the Hotel is equal to or greater than 95% on the night of the award stay. Holiday will not reimburse occupancy taxes or other similar indirect taxes on the redemption of points unless such taxes  exceed $50,000 annually at your Hotel. The ADR's that Holiday calculates are based only upon qualifying stays - those stays at the Hotel for which Priority Club Reward Nights points were awarded to guests.

**Note 4:**  Holiday may impose or change capital reserve requirements for your Hotel from time to time.  If Holiday requires a capital reserve, you must establish an escrow reserve account funded monthly. Since the capital reserve may not be sufficient to maintain the Hotel as a first class facility in accordance with Holiday's standards, you must promptly provide any necessary additional funds to meet Holiday's product quality and consumer quality requirements.  Holiday will give you at least ninety days notice of any establishment or change in capital reserve requirements (See also Section 14.L of the License).

**Note 5:**  Holiday may increase this fee in an amount it judges to be reasonable, but not by more than 10% of the fee in effect at the beginning of the year. The Technology Fee does not include the cost and installation, maintenance or repair of equipment or training at the Hotel. Holiday will use this fee to provide technology services, including HOLIDEX®  Plus.

**Note 6:**
The PERFORM$^{SM}$ system uses hotel historical data and future bookings to create a detailed forecast of future business for your hotel over the next 50 weeks. The PERFORM system also produces inventory controls which are used in the sales process of your PMS and all direct (CRO, Brand Website) and indirect channels (such as GDS or online travel agencies (OTA)).  The PERFORM system typically requires a minimum of one year of 2-way data before it can be activated. You must attend a workshop and pay SCH a fee of $595-$1,095 per workshop for PERFORM activation training. There is an additional charge of $500 if your Hotel receives the PERFORM system via the Proxy or Data Extract process, which allows PERFORM to be activated with less than one year of HOLIDEX® Plus 2-way data. If this process is used, the Hotel must monitor its forecasts and inventory controls closely.  These fees do

not include the cost of travel, meals, or lodging for contractors, Hotel employees, or Holiday's employees (see note 5).

PERFORM with Price Optimization is the latest addition to Holiday's PERFORM revenue management system and helps Holiday's hotels determine the best daily price.  The system integrates local market demand forecasting, publicly available competitive data analysis, and price sensitivity modeling to make optimal pricing recommendations for its hotels.  If you elect to implement PERFORM with Price Optimization, you may be required to attend a training workshop from an SCH employee or its agent and you must pay a monthly subscription fee which is currently $30 per month.

See Item 11 for a more detailed discussion of PERFORM.

**Note 7:**  Currently, Holiday Inn brand group Hotels with fewer than 150 rooms and requiring no Sales and Catering functionality and Holiday Inn Express brand group Hotels may choose between two property management systems, Opera or Opera Xpress, while Holiday Inn brand group Hotels with at least 150 rooms and/or requiring Sales and Catering functionality must use Opera. (See Items 1, 8 and 11).  You must also obtain ongoing maintenance and support for the required PMS software, including upgrades and new versions (see Items 8 and 11) and other software including operating system upgrades and anti-virus, anti-malware, and anti-spyware software. The anti-virus, anti-malware and anti-spyware software is part of a product of McAfee, Inc. called Total Protection for Network (ToPS), which will be administered and managed by AT&T via the FastConnect Plus solution. The PMS Provider will bill you and collect the fee from you for the required PMS software support and the PMS Provider provides the support.  You must also obtain ongoing equipment maintenance for the PMS hardware as arranged through either SCH or an approved vendor.  The costs will vary according to your technology needs and the costs listed on the table are estimates.

The PMS Provider will provide you with a third-party license agreement for the use of the PMS software. Therefore, you must sign a third party license agreement with MICROS Systems, Inc., the PMS provider for Opera and Opera Xpress, or with any other PMS provider designated by SCH (see Items 1, 8 and 11). This license agreement includes on-going maintenance and support for the PMS software.  The PMS Provider will bill you annually for the support fee. The PMS Provider may not increase the maintenance and support fee more than once during any calendar year.  You must also pay support fees for the other components of property-level systems, such as PMS equipment maintenance, the telecommunications system, the electronic door locking system, high speed Internet access and the specialized sales software.  Hardware and software maintenance fees may vary based on the number of rooms at the Hotel.  The fees for local and long distance telephone service and line charges are not included in the estimated fees on the chart. The costs will vary according to your technology needs, and the costs listed on the chart are an estimate.

**Note 8:   Third Party Distribution Connection Fees:**  The IHG Commission Services ("ICS") program is optional for all Holiday Inn and Holiday Inn Express brand group Hotels. However if you hotel participates in GDS, your hotel's participation in ICS is mandatory.  ICS was the first centralized commission payment program in the industry, and currently has over 165,000 participating travel agencies in 52 countries.  SCH will provide you with a monthly invoice detailing all commissions and Distribution Connection fees that SCH pays for you.  As a participant in ICS, you must pay the customary minimum of 10% of the GRR (or another percentage that Holiday designates) for the travel agent or other referral source booking.  In some cases Holiday is able to negotiate this percentage and it is subject to increase from time to time.  As a participant in ICS, you are automatically enrolled in the Global Distribution System ("GDS"), which provides reservation linkage with four major airline reservation systems.  In order to enroll in the Global Distribution System ("GDS"), you must participate in the ICS program.  You must pay a GDS fee for any reservation through the GDS that is not cancelled. In some cases Holiday is able to negotiate the GDS fee but the fee is set by third parties and is subject to change upon 30 days notice to you.  GDS Fees are currently set at $6.30 per reservation and are subject to change.  Additionally, alternative connections may be developed between SCH and vendors

which may be subject to transaction fees. Alternative connection transaction fees are determined by the cost of operating the connection or by the cost of the third parties who provide the connections. The Direct Connect Fee for an alternative connection may vary per year depending on connection costs and third party costs. Direct Connect fees are currently set at $3.03 per reservation and, yet are subject to change. You may pay your commissions and transaction fees by direct debit through Pegasus Commission Processing. If you decline this option, you must pay SCH $2.00 per commissionable transaction billed in addition to the commission. Pegasus rebates SCH 3.05% of all commissions collected for their members; and, 3.50% of the total commission paid for non members. Additionally, ICS may be used as a mechanism to bill for other SCH programs such as MACRO cross-sell fees or GDS Biasing programs. The programs in which SCH uses ICS for billing may change from time to time. A separate entity affiliated with SCH, known as IHG ECS (Barbados) SRL, operates the SCH ICS program. For reservations made through a travel agent or other referral source and processed for SCH or its subsidiaries by Pegasus Commission Processing, SCH will receive a minimum of 2% of the commissions paid to Pegasus Member agents to cover the costs of running the ICS program. (These amounts are subject to change without notice.)

**Performance Marketing Program:** All hotels are automatically enrolled in the Performance Marketing Program ("PMP"). However, Hotels can opt-out if they do not want to participate in the PMP. If they opt out, they will receive no bookings from the PMP. The PMP is designed to be a performance-based and self-funded Internet Marketing program that generates increased revenue potential for Hotels. The PMP markets the System through SCH direct channels (SCH branded web sites and Central Reservations Office, or "CRO"). Internet users can click on advertising placed by SCH and be linked to SCH's Internet reservations page or call a trackable SCH CRO telephone number displayed on the advertisement to make reservations. If a Hotel stay is generated for your Hotel through this process, your Hotel must pay SCH a negotiated percentage of the consumed revenue booked no greater than 15%. No GDS fee will be charged for these PMP transactions. A portion of the commissions paid by Hotels will be used by SCH to satisfy financial obligations to associated media companies and publishers which provided the advertising placements to SCH. Specific Commission payment levels for each associated media company and publisher vary based on size, strategic value, and actual or potential revenue contribution. SCH will use the commissions to pay for managing the PMP and for placing additional advertisements.

**GDS Biasing Programs**: SCH works with the GDS to provide Hotels with additional advertising opportunities. Galileo and Worldspan (two of the four GDS providers) invite qualifying hotels to participate in the Galileo Featured Property Plus or Worldspan Featured Property Plus Programs. These are optional pay-for-performance marketing programs that provide access to marketing services to reach over 100,000 travel agency locations around the world. Galileo and Worldspan guarantee a 20:1 return on investment for marketing fees paid by participating Hotels (effectively a 5% commission charged against incremental revenues attributed to the program). Hotels are billed through the ICS system. Participating hotels in Galileo Featured Property Plus are featured in Galileo Featured Property. Participating hotels in Worldspan Featured Property are featured in Worldspan Featured Property. SCH may negotiate additional GDS marketing programs, and if it does, the fees may vary.

**BTA Revenue Programs**: Business Travel Agency ("BTA") refers to a subset of agencies that account for a significant portion of all travel delivered to SCH Hotels via travel agencies. BTA Revenue Programs are pay-for-performance marketing programs designed by SCH to drive incremental revenue and improve market share with SCH travel agency partners. The key focus of these programs is to reward agencies for increasing market share by driving non negotiated rate and/or contracted business to Hotels. Hotels pay a 2.25% – 5.00% override fee (in addition to standard travel agency commission) per consumed room nights over the base amount, up to a maximum of $20,000 per year). Commissions are paid through the ICS. SCH negotiates and executes a centralized global contract on behalf of all Hotels in the system.

**Mid-Market Account Program:** All hotels are automatically enrolled in the Mid-Market Account Program (MMAP) However; Hotels can opt-out if they do not want to participate in the MMAP.  If they opt out, they will receive no bookings from the MMAP.  The Mid-Market Account Program is designed to generate incremental revenue from mid-market and local accounts to IHG hotels by developing new accounts.  Hotels agree to honor the discount percentage that is attached to the account.  Discounts are based on the room night volume of the Mid Market Account Program client and calculated off the Best Flexible Rate (BFR).  Discounts range from 3.0% to 14.5% off BFR.  Hotels agree to pay a booking fee equal to 7% of the consumed transient room revenue, and 5.5% of the consumed group revenue for all Mid Market Account Program accounts.  Hotels agree to pay any GDS or Third Party fees associated with MMAP clients.

**Note 9:**  You may conduct local and regional marketing programs and related activities, but only at your expense and subject to Holiday's requirements.  Holiday may impose reasonable charges for advertising materials you choose to order from it for these activities.  There are no marketing associations or cooperative programs for which participation is mandatory.

**Note 10:**  You must pay to Holiday an amount equal to any sales, gross receipts or similar tax that may be imposed on Holiday and calculated solely on payments required under the License, unless the tax is an optional alternative to an income tax otherwise payable by Holiday.

**Note 11:**  If your Hotel is a new development Hotel and you apply for an extension of the construction commencement deadline, you must pay an extension fee.  If Holiday approves your extension request and you begin construction within the extension period, then Holiday will refund the extension fee you paid, without interest, less the expenses Holiday incurred in processing the extension request.  If you do not begin construction within the extension period, Holiday may refund or retain the extension fee as it determines.  Holiday's approval of extension requests is not automatic.  You must pay any expenses Holiday incurs in processing the extension request.

Whether your Hotel is a new development Hotel or a conversion, you must pay any expenses Holiday incurs in processing any construction commencement or completion extension request you make.

**Note 12:**  Holiday charges a standard Additional Room Application Fee for applications for approval of any guest rooms or guest suites to be added to the Hotel (presently, $500 per additional guest room/suite).  If you withdraw the room or suite addition application before Holiday approves it, or if Holiday denies the application, then Holiday will refund the Additional Room Application Fee, less direct expenses it incurred.  Holiday may require upgrading of your existing facility as a condition of approving a room or suite addition application.  You may apply for an extension of the deadline for completion of the room or suite addition, and if Holiday approves your request, you must pay an extension fee.  Fees for room/suite additions and for extensions of room addition deadlines become non-refundable if Holiday approves your request.  Again, approval of extension requests is not automatic and you must pay any expenses Holiday incurs in processing the extension request.

**Note 13:**  If you propose a securities offering requiring registration under any federal or state securities law, you must apply to Holiday for approval of the offering and pay Holiday a non-refundable securities offering fee of $25,000 when you apply.

**Note 14:**  If an audit by Holiday discloses a deficiency in any payment, you must immediately pay Holiday the amount of the deficiency and an audit fee of $3,000. The audit fee may be increased on a Systemwide basis.  If the audit does not result in a deficiency being assessed, then you pay no audit fee. If the audit discloses an overpayment, Holiday will credit this overpayment, without interest, against future payments due from you under the License or if the License has terminated, Holiday will promptly refund the overpayment, without interest, to you. Amounts not paid when due will accrue interest, beginning on the first day of the following month, at 1.5% per month or the maximum interest permitted by law.

**Note 15:**  If you apply for re-licensing or change of ownership, you must pay Holiday a Re-licensing Application Fee or Change of Ownership Fee, as the case may be.  If Holiday denies the re-licensing or change of ownership application, Holiday will retain $15,000 and refund the balance of the Re-licensing Application Fee or Change of Ownership Fee to you.  Fees vary for Licenses with terms of 60 months or less.

**Note 16:**  You must indemnify Holiday, its parents, subsidiaries and affiliates (including SCH) and their officers, directors, employees, agents, successors and assigns against, hold them harmless from, and promptly reimburse them for, all payments of money (including fines, damages, legal fees, and expenses) arising from any claimed occurrence at the Hotel or any act, omission or obligation of yours or anyone associated or affiliated with you or the Hotel.  You agree to pay Holiday all expenses, including attorney's fees and court costs, incurred by Holiday, its parents, subsidiaries, affiliates, and their successors and assigns to remedy any defaults of, or enforce any rights under the License; to effect termination of the License; or collect any amounts due under the License (Section 9.A of the License).

**Note 17:**  Holiday may charge you for all quality action plan visits, re-evaluations and re-inspections at your Hotel that occur as a result of your Hotel's failure of any previous quality evaluation, your Hotel's failure under the quality system or under the guest satisfaction measurement system, your failure to complete PIP requirements by the specified interim or final milestone dates or your failure to complete the Monthly Quality Self Assessment. You must pay up to $2,750 for each reevaluation and re-inspection and you must pay up to $2,750 for each subsequent visit. In addition, you must pay the room and board of Holiday's inspector(s) on all quality action plan visits, evaluations and re-inspections.

You must complete the mandatory Monthly Quality Self Assessment ("MQSA").  Failure to do so in any given month will result in a fine up to $2,750 for each occurrence and may result in a visit from a Quality Department Representative.  In addition, you must pay the room and board of the Quality Department Representative(s) on all MQSA visits.

All Hotels that fall into any guest satisfaction measurement that is below the acceptable threshold must pay up to $ 2,750 for each required re-visit and participate in a six month program and may be assigned Holiday workshops to attend at the Hotel's expense.

**Note 18:**  All Holiday Inn brand group Hotels must participate in and provide the Best-4-Breakfast® Program.  The Program includes signature menu items and specified brand name food and beverage products, approved restaurant menus, room service menus, room service pre-order menus and merchandising material; and approved training services and manuals.  The General Manager and key food and beverage manager must complete Program training and obtain Program certification before the Hotel opens as a Holiday Inn brand group Hotel.  SCH will offer you a Best 4 Breakfast package of menus (restaurant and in-room), merchandise and training materials and services for a set annual fee (currently $900, plus shipping), but you are not required to purchase the package from SCH.  If your Hotel does not purchase this Best-4-Breakfast program package from SCH, the Hotel must obtain the required materials and services from a vendor approved by SCH and the Hotel will receive the supplier materials and services from a vendor approved by SCH at the hotel's expense.   However, the cost for a vendor to produce these required Best-4-Breakfast program materials for one hotel may be considerably more than the SCH fee because SCH produces the program materials for multiple hotels.  Your Hotel will receive the supplier marketing contributions (menu support from the required vendors based on volume of product purchases annually via a third party).

**Note 19:**  All Holiday Inn brand group Hotels must participate in the "Kids Eat Free" program.  The Kids Eat Free program is a logical and complementary extension of the Kids Stay Free program, and is a significant factor in both consumer response and competitive success for Holiday Inn brand group Hotels and the Holiday System.  Under the Kids Eat Free Program, when your Hotel's restaurant is

open, your Hotel may not charge children age 12 and under for meals when they dine at the Hotel from the children's menu if they are registered guests and are accompanied by an adult family member who is also a registered guest dining from a regular menu (up to four children per dining family).  You may apply for a waiver from the Kids Eat Free Program if you agree to implement an alternate program and demonstrate to Holiday that the alternate program is at least as good as the Kids Eat Free Program and will not denigrate the overall Kids Eat Free Program of the Holiday System.

**Note 20:**  If your Hotel is closed because of damage due to fire or other casualty, then during the time that your Hotel is closed, you will pay to Holiday (instead of all other System fees under Section 3.B of the License) a royalty of 2% of GRR based on the average GRR for the 12 months preceding the date of closing, or if your Hotel has not been operating in the System for 12 months, then for this purpose the GRR will be based on the average monthly GRR for the period that the Hotel has been operating in the System.

**Note 21:**  To participate in certain other marketing programs and to comply with certain other standards, you may be required to buy advertising materials, products, services, equipment or supplies or other proprietary materials, and you may have to offer promotions or services to guests that may result in expenses or costs to you.  Sometimes, these advertising and proprietary materials are available for purchase through Holiday or its affiliates.

**Note 22:**  From time to time Holiday (or an affiliate) may, but is not obligated to, offer you an opportunity to participate in the optional market area central reservation office ("MACRO") program.  The MACRO program is an optional, supplemental service whereby reservation calls to your hotel will be referred to an offsite call center.   Under certain circumstances, Holiday may require you to participate in the MACRO program. See Item 15.  The offered services may include reservation services for all calls transferred from the Hotel; telephone connections between the Hotel and the reservation office; equipment, management and staffing for the reservation office; and monthly performance reports for the Hotel.  If offered, these services will require you to pay additional fees (see Item 6 Table) and you must sign the Market Area Central Reservation Office Agreement, attached as Exhibit I-1 to this disclosure document.  Either party may terminate the agreement by providing 90 days advance written notice or SCH may terminate the agreement with 5 days notice if hotels do not make timely payments.

**Note 23:**  From time to time Holiday (or an affiliate) may, but is not obligated to, offer you an opportunity to participate in the optional Revenue Management for Hire program.  The Revenue Management for Hire program is an optional, supplemental service under which revenue management functions will be performed in cooperation with your Hotel.  Under certain circumstances, Holiday may require you to participate in the Revenue Management for Hire program. See Item 15.  If offered, these services will require you to pay additional fees and you must sign the Revenue Management for Hire Agreement, attached as Exhibit I-2 to this disclosure document.   If you elect to participate in the Revenue Management for Hire program, the agreement terminates upon 12 months from the initial date or either party may terminate the agreement by 90 days advance written notice.  The agreement will also terminate if the Hotel participates with an uncertified third party intermediary.  The term is automatically renewed for one year terms unless 30 days written notice is given before the end of the term.

**Note 24:**  From time to time Holiday (or an affiliate) may, but is not obligated to, offer you an optional Virtual Central Reservation Office ("VCRO") program. Under the VCRO Program, agents provide reservation support from various central reservation officers around the world. Under certain circumstances, Holiday may require you to participate in the VCRO program. See Item 15.  This program may include a phone answering service when the Hotel's line(s) are busy.  If offered, these services will require you to pay additional fees (see Item 6 Table) and you must sign the VCRO Contract, attached as Exhibit I-3 to this disclosure document.  Either party may terminate the agreement by providing 30 days advance written notice or SCH may terminate the agreement with 5 days notice if hotel does not make timely payments.  The per-call price for VCRO may increase in the future to $2.49.

**Note 25:** From time to time Holiday (or an affiliate) may, but is not obligated to, offer you the optional REACH Program.  Under certain circumstances, Holiday may require you to participate in the REACH Program. Under the REACH Program, agents provide 24/7 reservation support from various central reservation offices around the world.  When a Hotel receives a guest call and determines that it is for a reservation, the Hotel's front desk transfers the guest to a REACH agent to fulfill the reservation.  In most cases, participating Hotels send 50% of their transient reservation calls to REACH. If they do, they pay a commission of 3.1% on net revenue booked for every booking REACH delivers.  Hotels that do not send less than 50% of their transient reservation calls to REACH pay $2.85 per call. REACH monitors Hotels' performance on a monthly basis to determine their fees. Hotels receive monthly reports.  The hallmark of the REACH call diversion program is that REACH agents can answer more calls than a Hotel and can answer them faster.  On average, REACH agents convert more calls to bookings at a higher average daily rate than Hotels do.  See Item 15.  If offered or required, these services will require you to pay additional fees (see Item 6 Table) and you must sign the REACH Contract, attached as Exhibit I-4 to this disclosure document.

**Note 26:**  From time to time Holiday (or an affiliate) may, but is not obligated to, offer you the optional Passkey program.  Under certain circumstances, Holiday may allow you to participate in the Passkey program, under which you will be provided a Web based group meeting system connecting hotels, meeting planners and attendees.  If offered, these services will require you to pay additional fees (see Item 6 Table) and you must sign the Passkey Contract, attached as Exhibit I-5 to this disclosure document.

**Note 27:**  One Contact Resolution is a Guest Relations process that allows for increased guest satisfaction by empowering case managers to handle calls quickly.  Your Hotel is expected to resolve any guest relations issues of a service or quality nature during the guest's stay.  Post stay contacts of a service or quality nature will be resolved by a Guest Relations Case Managers nature on behalf of the hotel, compensating the guest with up to one night's room fee and tax.  The hotel must pay a $150 case management fee as well as any applicable compensation to the guest.  Hotels can earn a quarterly fee waiver on service and quality cases by achieving a Guest Relations Index in the top third of the system.  Any non-service or quality issues are referred to the hotel for resolution.

**Note 28:**  Priority Club Measured Standards are measured and enforced by the Priority Club® Program to ensure consistency in the delivery of the program to its members.  Standards are based on calendar – quarter thresholds.  Hotels are measured at the end of each calendar quarter for compliance.  If a Hotel fails to meet the threshold for a quarter it will have one quarter to cure.  If the Hotel fails to cure, it will move to assessment.  If a Hotel fails in consecutive quarters the penalty will escalate by an incremental $500 each consecutive quarter the Hotel is in failure.  All measured standards are evaluated and assessed individually.

**General:** Holiday may consider requests to alter the requirements described in this Item.  Holiday will only consider proposed changes under special circumstances and any changes must comply with applicable laws.

<u>**ITEM 7**</u>

**ESTIMATED INITIAL INVESTMENT**

The following tables provide an estimate of the initial investment for each of the Holiday Inn and Holiday Inn Express brand group Hotels listed below.  To Holiday's knowledge, none of the expenditures described below are refundable, unless otherwise indicated.

Holiday does not offer any formal program for direct or indirect financing. Holiday, SCH or its affiliate, General Innkeeping Acceptance Corporation ("GIAC"), may furnish loans or guaranties to franchisees (See Item 10).

Your General Manager and Director of Sales must each attend an initial certification training program. The cost for the initial certification training program will range from $1,095 to $7,500 per trainee. You must pay for any travel or training expenses of your trainees.

**Note 13:** All Holiday Inn hotels in the U.S., Caribbean and Canada must participate in the Stay Real Service Culture program. The Brand Service Culture Consulting and Training fee covers the cost of two attendees (General Manager and Guest Experience Champion) to the Brand Service Culture Training workshop. Additional attendees will be required to pay a separate registration fee, which will be up to $3,000 per additional attendee. You are responsible for your trainees' travel, lodging and other miscellaneous expenses.

The fee also covers on-site and virtual consulting provided by Brand Service Consultants where the hotel must provide complimentary room and meals. SCH may charge you the additional cost for printed materials of $200 – $1,000 (depending on the size of the hotel staff).

<u>**ITEM 8**</u>

**RESTRICTIONS ON SOURCES OF PRODUCTS AND SERVICES**

Except as described below, you are not required to purchase or lease products or services from Holiday or its affiliates, or from suppliers approved by Holiday, or under Holiday's specifications.

<u>**Standards and Specifications:**</u>

You must build, furnish, equip and supply the Hotel in accordance with Holiday's standards and specifications, including those described in the License and Manual for the applicable Holiday Inn or Holiday Inn Express Hotel brand. Holiday issues specifications by brand of product and in many instances by brand "or equivalent", by physical characteristics and by other methods, depending on the product or service involved. Holiday can make changes to the Manual. These changes will become binding on you as if originally set forth in the Manual. Any change Holiday makes must be approved by Holiday's Franchise Committee (or its equivalent) or designated subcommittee, after seeking the advice and counsel of the appropriate committee of the IHG Owners Association. Holiday will provide you with an explanation of any change, in writing, at least 30 days before it goes into effect.

Holiday estimates that its standards and specifications will apply to 90% to 95% of your purchases and leases. If you purchase or lease any equipment or supplies not previously approved by Holiday, Holiday may require you or the manufacturer to submit a written request for its approval. While Holiday has no obligation to respond within a certain time frame, it expects to do so within 45 to 60 days from receipt of your request. Holiday may require certain information, tests, certifications and inspections, at no expense to Holiday, as a condition of approval.

Under the Standardized Room Décor ("SRD") Program, all Holiday Inn brand group Hotels and Holiday Inn Express brand group Hotels must choose and install in all guestrooms either a design scheme provided under Holiday's established SRD program or an alternative approved by Holiday, meeting all Holiday's detailed quality specifications. If you use suppliers other than the established SRD approved suppliers, your alternate suppliers must show that their products will meet Holiday's quality specifications.

Under the existing SRD program, there are approximately three to five décor schemes to choose from with specific, identified soft good and hard good items, as well as competitive pricing and delivery commitments from the established SRD approved suppliers. Current SRD schemes are pre-approved for use and you will not be required to go through the design submittal process if you notify Holiday's Plan Review Department which scheme will be used in its entirety.

Holiday requires you to hire qualified, accredited, professional advisors in the form of a project team, which may consist of, depending on complexity and scope of the work, an architect, interior designer, engineer or other related specialist when building or renovating an IHG hotel.  If you cannot find such accredited professional help, contact your IHG Senior Plan Review Consultant.  Any design work submitted by unqualified individuals hired by you will be rejected and your Hotel can be subject to Plan default, resulting in an assessment of fees under the terms of your License.  The fee for such Plan default will be $1,500. You may be required to remove any non-approved product installed in your Hotel that has not been approved by IHG Plan Review before installation.

When you sign a License, and before opening of your Hotel, SCH may, if it wishes, fund your purchase from the approved suppliers and then invoice you.  You must reimburse SCH for these purchases.  If Holiday funds your purchase before your Hotel opens, Holiday will not receive fees from approved suppliers.

In some instances Holiday receives a small commission from vendors' sales to offset Holiday's costs of implementing the SRD Program.  These costs include professional design services for creating new décor schemes for Holiday's franchisees, prototype room development and testing, specifications development, negotiating and contracting services for items that the franchisee may buy through this program, web site updating and maintenance, and franchisee support service expenses.  The commission amounts to ½-2% for SRD items.  The information below reflects operations as of the date of this disclosure document and is subject to change.  Standard Room Décor rebates for the year ending December 31, 2011 were $401,447.

**Suppliers:**

You may purchase your equipment, furnishings and supplies for the Hotel from any source, so long as the products meet the specifications in the Manual, License or Holiday's standards and specifications, unless Holiday requires you to purchase a product from a designated or approved supplier or service provider in the License, the Manual, or other communication to you.

Holiday may provide you with information and recommendations concerning firms which offer products and services which your License or Holiday's standards require you to use, which are necessary and useful to the operation of a Hotel, or which meet Holiday's standards and specifications.  However, Holiday has no ongoing obligation to provide purchasing information to you, and Holiday's practice and approach to this activity may change at any time.  Your License does not require Holiday to engage in or continue these voluntary activities.

In furnishing supplier or service provider information and making recommendations, Holiday uses its business judgment regarding the long-term interests of the System as a whole, based on its information at that time concerning quality, performance, competitive pricing and similar factors.  However, by identifying or recommending a supplier or service provider Holiday makes no warranty to you of these or any other factors.  Your use of an identified or recommended supplier or service provider selling products or services meeting Holiday's standards and specifications may make it easier for you to comply with those standards and specifications, but it is not a substitute for compliance.

While Holiday may, from time to time, communicate with you or your suppliers/service providers regarding supply/service provider issues and take steps to improve performance or resolve complaints, Holiday has no responsibility for the financial condition or performance of any supplier or service provider.

Suppliers may offer Holiday the opportunity to take advantage of funds to support co-op marketing, training and other services that support the System at national and hotel levels.  When these options are available and selected, Holiday uses these funds as designated, and to the extent possible to benefit the System, and the systems of Holiday's other brands which purchase from suppliers.  SCH and its affiliates may

enter agreements with suppliers and receive revenue attributable to purchases by franchisees and by SCH and its affiliates.

Nothing in your License prevents Holiday from having an ownership interest in any other business, including firms providing products or services to you or providing procurement services to you.  If Holiday has, or later acquires, an ownership interest in a product or service provider, Holiday has no obligation to maintain that interest or to refrain from disposing of it as Holiday sees fit.

No officer of Holiday owns any interest in an approved supplier.

SCH currently utilizes a mixed resource model for the supply chain management functions. The procurement organization develops and supports purchasing programs and provides System franchisees with several valuable services.  You can contact the procurement organization by mail c/o InnSupply by IHG, Inc., Three Ravinia Drive, Suite 100, Atlanta, Georgia 30346 or by telephone during normal business hours of Monday – Friday 8:30AM – 5:00PM at its toll free support line 855-466-7877.  Purchasing professionals will be available to assist you with any questions you may have regarding sourcing of products or services through InnSupply.

Since 2001, SCH has been one of the founding owners of a purchasing and procurement organization named Avendra, LLC ("Avendra").  As of January 1, 2011, SCH began the transition from the Avendra model for aggregating purchases. In its place, a new procurement program named InnSupply by IHG ("InnSupply") was initiated with the endorsement of the IHG Owners Association to deliver value and lower cost purchasing opportunities and options to its customers ("Programs"), including Holiday's franchisees, as explained below. You are, however, under no obligation to use InnSupply's Programs.

InnSupply has contracted for services from Provista, LLC ("Provista"), a group purchasing organization and subsidiary of Novation, LLC and Foodbuy, LLC.  Provista and Foodbuy selectively negotiate agreements for InnSupply Programs with their suppliers and offer access to those Programs to InnSupply.  If you become an InnSupply participant, you will purchase goods and services directly from suppliers at InnSupply's negotiated prices.  The relationship between franchisee and supplier is that of buyer and seller.  You are not required to purchase from InnSupply's suppliers or participate in the InnSupply program in any way, and you are free to purchase goods and services from any supplier, so long as the supplier fully complies with Holiday's and SCH's specifications and standards, unless Holiday requires you to purchase a product from a designated or approved supplier in the License, the Manual or other communication to you.

InnSupply operates on a cost recovery basis with fees for both procurement and technical ordering transaction services included in the supplier invoiced price. Prices paid by franchisees for goods and services as a participant of InnSupply and/or under a Brand Standard/Specification Program will include up to a 4.5% cost recovery fee.  These fees cover the resource, travel, technology and Program related costs for InnSupply.  Occasionally, the prices will include allowances and rebates paid to InnSupply or franchisees directly by suppliers on your purchases.  Allowances and rebates received by InnSupply or properties directly from suppliers will generally range from approximately 1% to 5% of the amount of the invoice price for the goods and services purchased by you from suppliers participating in the Programs.  All supplier allowances and rebates will be fully transparent to the franchise buyers and distributed to the hotels either directly from suppliers or through the InnSupply administrative group.

SCH still remains one of the founding owners of Avendra and receives revenues representing a share of Avendra's profits.  As of November 30, 2011, SCH has completed a full transition from Avendra's supplier base.   During the transition period, SCH continued to receive fees from suppliers in connection with the suppliers' transactions with Hotels via Avendra.  During the fiscal year that ended on December 31, 2011, SCH received fees of $52,404 from suppliers in connection with goods and services purchased by franchisees from Avendra.

**Insurance**:

Section 9.B of the License describes Holiday's specifications for the amounts and types of required insurance coverage.   You must obtain a liability insurance policy naming Holiday, SCH and their parents, subsidiaries and affiliates as additional insureds in the amount of $15,000,000 per occurrence. You must also obtain employment practices liability insurance with a minimum limit in the aggregate of $1,000,000.  Liability Insurance premiums for required coverages can range from $40,250 to $287,500 or higher depending on such factors as jurisdiction, exposures, type of Hotel, loss history, location and size of Hotel, payroll size and other factors

**Property Management System:**

You must install the certified equipment specified for the PMS as required by SCH.   You must request a waiver to use an alternate source. The PMS equipment is also used for accessing the Reservations System.   PMS equipment, software and maintenance are described in the Master Technology Agreement (Exhibit C).  You must purchase PMS training, implementation, and hardware and software support services (see Item 6).  You must also enter into a Joinder Agreement (can be found within Exhibit C) with IBM in order to obtain the PMS system hardware, software and deployment services at your Hotel.

In the twelve months ending December 31, 2011, SCH and its subsidiaries' gross revenue from franchisee purchases of PMS and Reservations System equipment, software, training and support services ("information technology program purchases") was $8,479,246, as indicated in the year-end financial statement of the Deployment – Profit and Loss Statement for the Global Technology division. SCH retains a portion of the project management charges for franchisee information technology program purchases.   However, Holiday estimates that more than 95% of the gross revenues from franchisee information technology program purchases are paid over directly to the information technology program vendors and are not retained by SCH or Holiday. (The financial information provided in the Profit and Loss Statement for the Global Technology division is not generally available to franchisees).

SCH has selected Opera and Opera Xpress as the required property management systems to interface with and access the Reservations System.  You must enter into a license agreement with the supplier of one of these two PMS options. Currently, Holiday Inn brand group hotels with fewer than 150 rooms and requiring no Sales and Catering functionality and Holiday Inn Express brand group Hotels may choose between Opera and Opera Xpress, while Holiday Inn brand group hotels with more than 150 rooms and /or requiring Sales and Catering functionality must use Opera (see Items 1 and 11).  You must also obtain from the supplier of the PMS, for a fee, ongoing maintenance and support for all other PMS components, including software, hardware, and the telecommunication systems including PMS software upgrades and required brand standard system interfaces to the PMS (see Item 11).  MICROS Systems, Inc. is the PMS Provider for the Opera and Opera Express property management systems.

SCH's criteria and procedures for approval of this required supplier of the PMS software and its ongoing maintenance and support are not readily available to System franchisees, but SCH will provide them at your request.   SCH will notify you of any discontinuation of these services.   Under the Master Technology Agreement (Exhibit C), you must obtain other insurance coverage.  (See Item 7, Note 7). All amounts stated are in U.S. Dollars.

**Merlin System:**

SCH has designed a communication service, "Merlin", which will require you to access the Internet via third-party computer network communications service ("Internet Service Provider" or "ISP").

Merlin is an electronic information library providing up-to-the-minute information and documentation from SCH at your fingertips. Merlin was created for Holiday's various brand group Hotels, their employees and corporate users. In some cases, information may be distributed to Hotels only through Merlin. Information may include: the Standards Manuals, PMS Manuals, newsletters and informational memos from Holiday or SCH, Marketing Solicitations, etc.

To access Merlin, you must select and pay a monthly fee for an ISP which meets the minimum specifications established by SCH. The monthly fee will include Internet access and support. This access will provide you with an e-mail account and access to sites on the Internet and World Wide Web. You may select an ISP from any source as long as it meets SCH's exact specifications.

Merlin requires a Microsoft Windows based (Windows XP or newer OS) PC and printer configured to SCH's specifications. You may purchase the equipment from any source as long as it meets SCH's exact specifications. SCH requires ongoing maintenance and support services of equipment that you may purchase from a third party.

Merlin houses proprietary information to Holiday and its brands. Information you receive from Merlin may be used exclusively in performance of your rights and obligations under your license agreement with Holiday regarding an IHG-branded hotel only. All such information must otherwise be treated as proprietary to Holiday and SCH and confidential. Your use and access will be limited in accordance with Holiday's or SCH's express terms and conditions.

Other than as described above, neither Holiday nor SCH derives any other income from your purchase or use of the above described computer systems.

**Reservation System and Computerized Enhancements**:

You must purchase equipment, software and services for property-level technology and telecommunications systems from third-party vendors whom Holiday designates or who meet Holiday's specifications. See Item 11.

**Long Distance Telecommunications, Program Management Commissions and Miscellaneous Services**:

SCH has negotiated rates which are on file with the Federal Communications Commission with certain providers of long-distance telecommunication services to System franchisees, such as AT&T and Verizon, in consideration for assistance, program support or other services SCH renders to the providers in connection with their sales to franchisees. You do not have to use these providers.

**USA Today and Home Box Office**:

In 2011 year, GANSAT did not provided any allowance to SCH in connection with the provision of GANSAT's USA Today newspaper to guests. During 2010, GANSAT provided an allowance to SCH in connection with the provision of USA Today of approximately $40,000 for the 2011 Global Investors' conference.

You must subscribe to in-room entertainment services offered by Home Box Office ("HBO Services"). In the 2011 calendar year, SCH received an annual procurement activity allowance of $639,012 from HBO based on the number of guest rooms in System Hotels subscribing to HBO Services and the annual increase, if any, in the number of these guest rooms.

**Gift Card Program:**

When the gift card program is launched, you must honor the SCH Gift Card payment method for Hotel charges.  Training for the program will be self-administered, but assistance from SCH or its vendor may be available (see Item 6).

**BEST-4-BREAKFAST®:**

All Holiday Inn brand group Hotels must participate in and provide the Best-4-Breakfast® Program.  The Program includes signature menu items and specified brand name food and beverage products, approved restaurant menus, room service menus, room service pre-order menus and merchandising materials, and approved training services and manuals.  SCH offers to Hotels a package of merchandise, training materials and services for a set annual fee, although Hotels are not required to purchase the package.  Currently, SCH's annual fee for the package is $900 plus shipping and handling.  If your Hotel does not purchase the package from SCH, your Hotel must obtain the required materials and services from a vendor approved by SCH, and your Hotel will receive the supplier marketing contributions, which currently average approximately $800 per Hotel.  Any excess from fees paid to Holiday by Hotels will go into a fund for expenses related to the Program or to provide additional services.  System Hotels may receive supplier rebates negotiated by InnSupply.  SCH receives approximately $643,000 annually from suppliers to the Best-4-Breakfast Program.  The rebates from the manufacturers to the hotels are administered through a third party tracking company, which charges the suppliers a nominal fee for this service.

**Sporting News® Grill:**

Holiday Inn brand hotels may, with Holiday's advance written approval, implement a Sporting News Grill.  Holiday's approval is subject to the execution of the Sporting News Grill Agreement with SCH. The Sporting News Grill Agreement (Exhibit I-6) mandates the terms of the design and operation of the Sporting News Grill.  Hotels must also adhere to all requirements in the Sporting New Grill Resource Guide as provided by SCH, which may be modified from time to time in SCH's sole discretion. (See Item 6, Note 1.)

**Express Start®:**

All Holiday Inn Express® brand group Hotels in the USA and Canada are required to have the *Express* Start® Breakfast Bar.  *Express Start*® requires the purchase and offering of certain products from certain vendors, as stated in the Breakfast Bar Guidebook.

**Signage Requirements:**

Your Hotel must display a primary sign that meets Holiday's specifications. The total signage package, including all additional signage, must also meet Holiday's specifications. The total signage package must be purchased from a Holiday approved sign vendor.  A post-inspection fee will be included in the price from the Holiday-approved sign vendor.  Only Holiday Inn approved sign suppliers are authorized to manufacture and install exterior signs.

**Other Purchases:**

Holiday or its affiliates may also offer you, on a non-exclusive basis, additional advertising materials, products, services, equipment or supplies.  Holiday may earn a profit from these sales, but you are not obligated to purchase any of these products, services, equipment or supplies from Holiday or its affiliates.  Holiday does not currently provide you with any material benefits (i.e. re-licensing or granting additional licenses) based on your use of a designated or approved supply source.

## ITEM 9

## FRANCHISEE'S OBLIGATIONS

This table lists your principal obligations under the License and other agreements. It will help you find more detailed information about your obligations in these agreements and in other Items of this disclosure document.

| Obligation | Section In Agreement | Item In Disclosure Document |
|---|---|---|
| a. Site selection and acquisition/lease | 1.A of the License | Items 7 & 11 |
| b. Pre-opening purchases/leases | 3.A & 9.B of the License, Exhibit C §1.1, 1.2 & Schedules 1.1 & 1.2. 14.I & Attachment B of the License | Items 5, 6 & 7 |
| c. Site development and other pre-opening requirements | Exhibit C §2.1, 2.2 & 3 | Items 7, 11 |
| d. Initial and ongoing training | 3.A and 4.A of the License, Exhibit C §8 & Schedule 8.2 and 1.1 | Items 5,6,7 & 11 |
| e. Opening | 14.I, 15 and Attachment B of the License | Items 5 &11 |
| f. Fees | 3.B of the License, Exhibit C §6, Schedules and Exhibits | Items 5, 6 & 7 |
| g. Compliance with standards and policies/Operating Manual | 3.A, 4.D & E, 5.B of the License | Item 11 |
| h. Trademarks and proprietary Information | 3.A, 7 & 13.B of the License, Exhibit C §7 | Items 13 & 14 |
| i. Restrictions on Products/services offered | 3 of the License, Exhibit C §3 & 4.2 | Items 8 & 16 |
| j. Warranty and customer service requirements | 3.A of the License, Exhibit C §9.1 | Item 11 |
| k. Territorial development and sales quotas | None | |
| l. Ongoing product/service Purchases | 3.A, 9.B & 14.L of the License, Exhibit C §1 & 4.2 | Item 8 |
| m. Maintenance, appearance and remodeling requirements | 3.A, 4.E, 11, 14.I, 14.O and 15 of the License, Exhibit C §4 | Items 5, 6 & 11 |
| n. Insurance | 9.B and 9.C of the License, Exhibit C §9 | Item 7, Footnote (7) |
| o. Advertising | 3.A & C of the License | Items 5, 6, 11 |
| p. Indemnification | 9.A of the License, Exhibit C §9.3 | Item 6 |
| q. Owner's participation/ management/staffing | 10.I and 10.J of the License | Items 6, 11, 15 |
| r. Records/reports | 8 of the License, Exhibit C § 21 | Item 6 |
| s. Inspections/audits | 3.A, 8.C & 14.I of the License | Items 6 & 11 |
| t. Transfer | 10 of the License, Exhibit C §14 | Item 17 |
| u. Renewal | None | Item 17 |
| v. Post-termination | 12 of the License, Exhibit C § 13.4 | Item 17 |
| w. Non-competition covenants | 3.A(14) of the License | Items 16 & 17 |
| x. Dispute resolution | 14.A-H, J, K of the License | Item 17 |

| Obligation | Section In Agreement | Item In Disclosure Document |
|---|---|---|
| y.   Other: Capital Reserve | 14.L of the License | Item 6 |
| z.   Other: Guaranty | Attached to the License | Item 15 |

## ITEM 10

## FINANCING

Holiday does not offer any formal program of direct or indirect financing. Holiday, SCH and its affiliate, General Innkeeping Acceptance Corporation ("GIAC") make no promise that they will offer any loans or guaranties. Holiday, SCH and GIAC consider making loans or guaranties under terms and conditions that would be negotiated on a case by case basis with the prospective franchisee and any decision to make a loan or provide a guaranty would be made in the judgment of Holiday, SCH or GIAC alone, and conditioned upon approval of the Executive Committee and Board of Directors.  It is your responsibility alone to obtain adequate financing for all expenses related to the development, opening and operation of the Hotel.

## ITEM 11

## FRANCHISOR'S ASSISTANCE, ADVERTISING,
## COMPUTER SYSTEMS AND TRAINING

**Except as listed below, Holiday is not required to provide you with any assistance.**  Holiday can perform any or all of its obligations to you directly, or through its parents, affiliates, subsidiaries or other designees. For example, SCH performs many of the activities described in this disclosure document.

### Assistance Before the Hotel Opens:

Holiday is not responsible for acquiring the site for the location of your Hotel. (Section 1.A of the License.)  Holiday's representative may make a personal inspection of the site and the surrounding area, but Holiday does not grant or deny site approval.  Conforming the site to federal, state and local laws, ordinances, and building codes and obtaining required permits (e.g. health, sanitation, building, driveway, utility and sign permits, etc.) is your responsibility.

If your Hotel will be a new development or a conversion from another brand, your License will require you to begin and complete construction by certain deadlines before the opening of the Hotel under the System.  You may apply for an extension of the construction commencement or completion deadlines. Holiday will consider various factors which may influence your extension request, including the ability to obtain financing or building permits, zoning and local ordinances, weather conditions, shortages or delayed installation of equipment, fixtures and signs.  Approval of extension requests is not automatic. You must pay any expenses Holiday incurs in processing the extension request (As Note 11 to Item 6 describes, there is a fee for extending construction commencement of new development Hotels).

### Holiday's Manual:

Before you purchase a franchise, you will have the opportunity to review a copy of the Manual, which contains mandatory and suggested specifications, standards, and procedures.  All Hotels in the System are subject to the Manual.  The Manual is confidential and remains the property of Holiday (see Section 4.E of the License).  Holiday will notify you of each change in the Manual at least 30 days before it goes into effect.  These notifications can be by digital, electronic, computerized or other means.

## ITEM 17

### RENEWAL, TERMINATION, TRANSFER AND DISPUTE RESOLUTION

**This table lists certain important provisions of the License and related agreements.  You should read these provisions in the agreements attached to this disclosure document. See Exhibit B.**

### THE FRANCHISE RELATIONSHIP

| Provision | Section In License | Summary |
|---|---|---|
| a.    Length of the franchise term | Section 12.A (also Ex. C § 11) | The term begins on the Term Commencement Date and expires 20 years from date Hotel opens in the System for a new development; 10 years from date Hotel opens in the System for a conversion; and10 years from Term Commencement Date for a change of ownership or re-licensing. |
| b.    Renewal or extension of term | N/A | The License does not provide for renewal or term extensions. |
| c.    Requirements for you to   renew or extend | N/A | The License does not provide for renewal or term extensions. If we agree to Re-license, you may be asked to sign a contract with materially different terms and conditions than your original contract. |
| d.    Termination by you | N/A | |
| e.    Termination by Holiday without cause | N/A | |
| f.    Termination by Holiday with cause (Notes 1 & 2) | Sections 12.B, 12.C (also Ex. C §13)  Section 14.I and Attachment B | Holiday may terminate with cause. You pay liquidated damages if Holiday terminates under Sections 12.B, 12.C or 14.I. See Note 2 and 3 |
| g.    "Cause" defined – defaults which can be cured (Note 2) | Section 12.B (also Ex. C §13)  Section 14.I and Attachment B | Any default other than those listed in "h" below.  See Note 2. |
| h.    "Cause" defined – non-curable defaults | Sections 11, 12.C (also Ex. C §13) | Non-curable defaults: bankruptcy; non-dismissed judgments exceeding $50,000; trademark misuse, or if you contest Holiday's ownership of its trademarks; loss of possession of the property; dissolution of the franchisee entity; failure to identify or operate the Hotel as a Holiday brand Hotel; violation of licensor proprietary rights; unapproved transfers; conviction of a felony; false books and records; failure to comply with safety, security or privacy of guests or reputation standards; condemnation or casualty occurs and Hotel does not reopen when required; unauthorized use of Marks; refusal to allow inspection or audit. |
| i.    Your obligations upon termination/ non-renewal | Sections 12.D, 12.E, 14.I and Attachment B | Obligations include de-identification and payment of amounts due. |
| j.    Assignment of License by Holiday | Section 10.A | Holiday has rights of assignment to any person or legal entity. |
| k.    "Transfer" by you – definition | Section 10 | Includes transfer of contract or assets (including real estate) or ownership |

| Provision | Section In License | Summary |
|-----------|-------------------|---------|
| | | changes. |
| l.   Holiday's approval of transfer by you | Section 10 | Holiday has the right to approve all transfers. |
| m.   Conditions for Holiday's approval of transfers | Sections 10.G, 10.H and Attachment B. | If the new owner of the Hotel or Licensee desires to keep operating the Hotel in the System, it must submit an application and fees.<br>Holiday will evaluate the new owner's application using then-current procedures and criteria such as credit, operational abilities, market feasibility, previous business dealings and other factors it considers relevant.  If Holiday approves the new owner, Holiday will require upgrading, signing of a License using the then-current form of License Agreement and the signing of a Guaranty Agreement.<br>You must pay Holiday a non-refundable $25,000 processing fee at least 60 days before public offering, private placement or other sale of securities. |
| n.   Holiday's right of first refusal to acquire your business | None | None |
| o.   Holiday's option to purchase your business | None | None |
| p.   Your death or disability | Section 10.F | If adequate provision acceptable to Holiday is made for the management of the Hotel, and Holiday gives written consent, decedent's interest in the License may be transferred to decedent's spouse, parent, siblings, nieces, nephews, descendants or spouse's descendants and heirs or legatees if they promptly advise Holiday and sign a new License, and Guaranty, if any, and decedent's executor or estate administrator signs a termination agreement of the License on Holiday's then current form. |
| q.   Non-competition covenants during the term of the franchise | Section 3.A(14) | No part of the Hotel may be used to promote a competing business. |
| r.   Non-competition covenants after the License is terminated or expired | N/A | |
| s.   Modification of License | Sections 4.E, 5.B, 14.D | No modifications generally but Manual subject to change. |
| t.   Integration/Merger Clause | Section 14.D | The integration/merger clause does not disclaim the representations in this Disclosure Document. |
| u.   Dispute resolution by arbitration or mediation | N/A | |
| v.   Choice of forum | Section 14.B | Association with Holiday in Georgia permits, but does not require all suits to be filed in Georgia, subject to state law. |
| w.   Choice of law | Section 14.B | Georgia law applies, subject to state law. |

**NOTES:**

**Note 1:**  The Master Technology Agreement attached as Exhibit C may be terminated by SCH, when the License is terminated, as well as for other reasons.

**Note 2:**      Termination of License By Holiday-For Failure to Perform Construction, Upgrading and Renovation Work: Holiday may require you to upgrade the property to meet its current standards (Section 14.I of the License and an attachment to the License).  Holiday may terminate your License if you fail to perform the construction, upgrading and renovation work described in the License or if you fail to open the Hotel in the System, upon appropriate notice from Holiday to you.  If Holiday terminates the License due to your breach of any of your obligations under the License before you are authorized to use the System at the Hotel, you must pay Holiday (as liquidated damages for the premature termination only, and not as a penalty nor as damages for breaching the License or in lieu of any other payment) a lump sum equal to the monthly average of all amounts that would have been payable to Holiday under paragraphs 3.B(1), (3) and (4) of the License assuming the Hotel had collected Gross Rooms Revenue based on the average daily revenue per available room for all hotels in the System for the previous twelve months, as determined by Holiday, multiplied by the greater of (a) six or (b) the number of full and partial months from the Term Commencement Date to the termination date of the License.

**Note 3:**  Termination of License by Holiday for Breach of Obligations After Holiday Authorizes You to Use System at Hotel:  If Holiday terminates the License under Section 12.B or 12.C (see table, sections g and h), you must promptly pay Holiday (as liquidated damages for the premature termination only, and not as a penalty nor as damages for breaching the License or in lieu of any other payment) a lump sum equal to the total amounts required under Sections 3.B(1), (3) and (4) of the License during the 36 calendar months of operation preceding the termination; or whatever shorter period equals the unexpired license term at the time of termination; or if your Hotel has not been in operation in the System for 36 months, the greater of:  (1) 36 times the monthly average of these amounts for the period during which the Hotel has been in operation in the System, or (2) 36 times these amounts due for the one month preceding such termination.

## ITEM 18

## PUBLIC FIGURES

Holiday does not use any public figures to promote the sale of franchises. Public figures may appear in consumer marketing for the System.

## ITEM 19

## FINANCIAL PERFORMANCE REPRESENTATIONS

The FTC's Franchise Rule permits a franchisor to provide information about the actual or potential financial performance of its franchised and/or franchisor-owned outlets if there is a reasonable basis for the information and if the information is included in the disclosure document.  Financial performance information that differs from that included in Item 19 may be given only if: (1) a franchisor provides the actual records of an existing outlet you are considering buying, or (2) a franchisor supplements the information provided in this Item 19, for example, by providing information about possible performance at a particular location or under particular circumstances.

The following charts set forth certain 2011 historic performance information for Mature Holiday Inn/Holiday Inn Express hotels operating in the United States.  "Mature hotels", as used in this Item 19, means hotels which were open one full year or longer as of December 31, 2011; were franchised or,