UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AARON HOTEL GROUP, LLC, a Connecticut limited liability company, individually, and on behalf of a class of similarly situated individuals and entities, <br><br> Plaintiff, <br><br> v. <br><br> HOLIDAY HOSPITALITY FRANCHISING, LLC, SIX CONTINENTS HOTELS, INC. d/b/a INTERCONTINENTAL HOTELS GROUP and IHG OWNERS ASSOCIATION, INC., <br><br> Defendants. | Case No. 3:21-cv-000727-AVC |

## AFFIDAVIT OF ANDREW P. BLEIMAN

## SUPPORTING MOTION TO ADMIT VISITING ATTORNEY

Pursuant to Local Rule 83.1(d), I, Andrew P. Bleiman, submit this affidavit in support of the Motion to Admit Visiting Attorney filed on my behalf to allow me to represent Plaintiff Aaron Hotel Group, LLC before this Court. I hereby declare, aver, and state:

1. I am over the age of eighteen and understand the meaning and obligations of an oath and am competent to testify to the matters set forth in this affidavit.

2. I am a partner at the firm Marks & Klein, LLP, 1363 Shermer Road, Suite 318, Northbrook, Illinois 60062; telephone: (312) 206-5162; fax: (732) 219-0625; email: andrew@marksklein.com.

3. I am a member in good standing of the Illinois bar and authorized to appear in the following courts:

| Court | Since | ID Number |
|---|---|---|
| Illinois | November 5, 1998 | 6255640 |

27786893v.1

| | | |
|---|---|---|
| Northern District of Illinois | January 21, 2000 | N/A |
| Eastern District of Wisconsin | February 16, 2007 | N/A |
| District of Colorado | October 9, 2007 | N/A |
| Eastern District of Michigan | 2007 | N/A |
| 9th Circuit Court of Appeals | February 20, 2007 | N/A |
| 7th Circuit Court of Appeals | September 4, 2008 | N/A |

_____
Andrew P. Bleiman

Subscribed and sworn before me
This 24th date of September, 2021

_____
Notary Public

My Commission Expires:

"OFFICIAL SEAL"
RICHARD C. BALIND
NOTARY PUBLIC, STATE OF ILLINOIS
Commission No. 669622
My Commission Expires 02/22/2023



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
8/27/2021

Re: Andrew Peter Bleiman
Attorney No. 6255640

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Andrew Peter Bleiman was admitted to practice law in Illinois on 11/5/1998; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar